UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.),<br><br>　　　　　　Defendants. | **Jury Trial Demanded**<br><br>Civil Action No. _____ |

**MOTION FOR PRO HAC VICE ADMISSION OF GREGORY P. JOSEPH**

Pursuant to Local Rule 83.5.3(b), Alana A. Prills, a member in good standing of the bars of the United States District Court for the District of Massachusetts and the Commonwealth of Massachusetts, moves that this Court admit Gregory P. Joseph, a member of the law firm Gregory P. Joseph Law Offices LLC, 805 Third Avenue, 31st Floor, New York, New York 10022, and member in good standing of the bar of the State of New York, to practice pro hac vice in the above-referenced action.

In support of this motion, Ms. Prills states as follows:

1.　　I have previously appeared on behalf of Plaintiffs Gary B. Filler and Lawrence Perlman in connection with related actions including <u>Filler and Perlman v. Lernout, et al.</u>, USDC02-CV-10302-PBS.

2.　　I am actively associated with, and will continue to be actively associated with, Mr. Joseph throughout the pendency of this action.

3.   The affidavit of Mr. Joseph is filed herewith in further support of this motion.

WHEREFORE, Ms. Prills, as counsel for Plaintiffs Gary B. Filler and Lawrence Perlman, respectfully requests that this Court grant her motion to admit Gregory P. Joseph to practice before this Court pro hac vice.

Dated:   March 8, 2004

                                        Respectfully submitted,

                                        GARY B. FILLER and LAWRENCE
                                        PERLMAN
                                        By their attorneys,

*/s/ Alana Prills*
Alana A. Prills, BBO #652881
REECE & ASSOCIATES, P.C.
One Bowdoin Square
Boston, Massachusetts 02114
Telephone: (617) 747-7550

*Attorneys for Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust*

**OF COUNSEL**

Gregory P. Joseph
GREGORY P. JOSEPH LAW OFFICES LLC
805 Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200