UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.),<br><br>Defendants. | **Jury Trial Demanded**<br><br>04-10477PBS<br><br>Civil Action No. _____ |

### AFFIDAVIT OF GREGORY P. JOSEPH
### IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

I, GREGORY P. JOSEPH, hereby depose and state as follows:

1. I am an attorney duly admitted to the bar of the State of New York and am a member of the law firm Gregory P. Joseph Law Offices LLC. I submit this affidavit in support of the motion for an order granting me leave to appear pro hac vice in this action on behalf of plaintiffs Gary B. Filler and Lawrence Perlman.

2. I am a member in good standing of the bar and every jurisdiction to which I have been admitted to practice, specifically the following jurisdictions: (a) state court for the State of New York; (b) state court for the State of Minnesota; (c) United States Court of Appeals for the First Circuit; (d) United States Court of Appeals for the Second Circuit; (e) United States Court of Appeals for the Fifth Circuit; (f) United States Court of Appeals for the Sixth Circuit; (g) United States Court of Appeals for the Seventh Circuit; (h) United States Court of Appeals for the Eighth Circuit; (i) United States Court of Appeals for the Eleventh Circuit; (j) United States Court of Appeals for the Federal

Circuit; (k) United States Court of Appeals for the District of Columbia; (l) United States District Court for the Southern District of New York; (m) United States District Court for the Eastern District of New York; (n) United States District Court for the District of Minnesota; (o) United States Supreme Court; and (p) United States Tax Court.

3.  There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction. I am not under suspension or disbarment in any jurisdiction.

4.  I have reviewed and familiarized myself with the Local Rules of the United States District Court for the District of Massachusetts.

5.  I have represented the plaintiffs in this matter and am familiar with the factual and procedural history of the case.

6.  The law firm of Reece & Associates, P.C. will appear as local counsel for plaintiffs.

7.  Accordingly, I respectfully request that the Court grant me permission to appear pro hac vice as attorney for plaintiffs in this action.

Signed under the penalties of perjury on this 8th day of March 2004.

Gregory P. Joseph
New York Attorney Registration #1645852

550145

2