UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GARY B. FILLER and LAWRENCE
PERLMAN, Trustees of the TRA
Rights Trust,

    Plaintiffs,

v.

DEXIA, S.A. and DEXIA BANK
BELGIUM (formerly known as ARTESIA
BANKING CORP., S.A.),

    Defendants.

**Jury Trial Demanded**

Civil Action No. _____

04-10477 PBS

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiffs Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust, certifies that the TRA Rights Trust is the sole successor in interest to Seagate Technology, Inc. ("Seagate") for and on behalf of former stockholders of Seagate as of November 22, 2000 in respect of any and all claims and causes of action possessed by Seagate arising out of, in connection with, or relating to, Seagate's acquisition or ownership of shares of, or holdings in, Lernout & Hauspie Speech Products NV.

Dated: March 8, 2004

                              REECE & ASSOCIATES, P.C.

                        By:    *Alana Prills*
                              Alana A. Prills, BBO #652881
                              One Bowdoin Square
                              Boston, Massachusetts 02114
                              Telephone: (617) 747-7550

                              *Attorneys for Gary B. Filler and Lawrence*
                              *Perlman, Trustees of the TRA Rights Trust*

OF COUNSEL
Gregory P. Joseph, Esq.
GREGORY P. JOSEPH LAW OFFICES LLC
805 Third Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 407-1200