UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.),<br><br>　　　　　　　Defendants. | **Jury Trial Demanded**<br><br>Civil Action No. 04-10477 PBS |

## NOTICE OF APPEARANCE

Please note my appearance as attorney for plaintiffs Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust, in the above-captioned case.

　　　　　　　　　　　　　　　/s/ Alana Prills
　　　　　　　　　　　　　　　Alana A. Prills
　　　　　　　　　　　　　　　BBO #652881
　　　　　　　　　　　　　　　Reece & Associates, P.C.
　　　　　　　　　　　　　　　One Bowdoin Square
　　　　　　　　　　　　　　　Boston, Massachusetts 02114
　　　　　　　　　　　　　　　(617) 747-7550

Dated: March 8, 2004.