UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------x
GARY FILLER, ET AL

                                      AFFIDAVIT OF SERVICE

         Plaintiff,

                                      CASE NO. 04 10477 PBS

  -against-

DEXIA, .S.A., ET AL,

         Defendant.
-------------------------------------------------------x
State of New York, County of New York: ss:

         Bienvenido Cipriaso being duly sworn deposes and says: I am not a party to the within action, am over the age of 18 years, and reside in the State of New York..
         On 03/26/04 at 12:55 P.M. at:
                  445 Park Avenue
                  New York, NY 10022
which is the office of Dexia Bank Belgium New York Branch, I effected service of process of the following documents:
                True Copy    Summons
                True Copy    Complaint
upon DEXIA BANK BELGIUM NEW YORK BRANCH, a bank, in the following manner: by delivering to and leaving said documents personally with Danielle Barlet, Subpoena Compliance/Authorized Agent, of said bank.
         Deponent describes the aforesaid recipient as follows: White female, approximately 41 years of age, approximately 5 feet 4 inches tall, approximately 125 pounds, brown/black hair, glasses.

                                                BIENVENIDO CIPRIASO 1027677

Sworn to before me on
31 day of March 2004

HAKIM PARKER
Notary Public, State of New York
No. 01PA4716174
Qualified in New York County
Commission Expires June 30, 2006