UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER, and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.),<br><br>    Defendants. | Civil Action No.: 04 – 10477 (PBS) |

## STIPULATION

The undersigned hereby STIPULATE AND AGREE that Dexia Bank Belgium will have until thirty (30) days after Dexia S.A. is served with the Complaint in this matter to move, answer, or otherwise respond to said Complaint.

_____ /by BJJ per 4/8 assent
Gregory P. Joseph, N.Y. Atty Reg. #1645852
e-mail: gjoseph@josephnyc.com
GREGORY P. JOSEPH LAW OFFICES LLC
805 Third Avenue, 31st Floor
New York, New York 10022
Tel. (212) 407-1200

REECE & ASSOCIATES, P.C.
Laurence H. Reece, III (BBO#414460)
Alana A. Prills (BBO#652881)
One Bowdoin Square
Boston, MA 02114
Tel: (617) 747-7550

Counsel for Gary B. Filler, and Lawrence
Perlman, Trustees of the TRA Rights Trust

Dated: April 9, 2004

*Peter Saparoff /by BLQ*
*BLQ 2-1*
_____
Peter M. Saparoff (BBO#441740)
e-mail: psaparoff@mintz.com
Breton Leone-Quick (BBO#655571)
e-mail: bleone-quick@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000

Counsel for Dexia Bank Belgium

Dated: April 9, 2004

*[Certificate of service stamp: the above document was served upon the attorney of record for each party by mail/hand on 4/9/04]*
*BLQ 2-1*

2

LIT 1453437v1