**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GARY B. FILLER, and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.),<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.: 04 – 10477 (PBS)

## NOTICE OF APPEARANCE

Peter M. Saparoff of Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC, respectfully enters his appearance as counsel for Dexia Bank Belgium in this matter.

Dated: April 8, 2004

_Peter M. Saparoff_
Peter M. Saparoff (BBO#441740)
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000

Counsel for Dexia Bank Belgium

LIT 1453242v1