**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| GARY B. FILLER, and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust, | ) ) ) ) | Civil Action No.: 04 – 10477 (PBS) |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) |  |
| DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.), | ) ) ) ) |  |
| Defendants. | ) ) |  |

## NOTICE OF APPEARANCE

Breton Leone-Quick of Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC, respectfully

enters his appearance as counsel for Dexia Bank Belgium in this matter.

Dated: April 9, 2004

Breton Leone-Quick (BBO#655571)
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO
One Financial Center
Boston, MA 02111
Tel:  (617) 542-6000

Counsel for Dexia Bank Belgium

LIT 1453261v1