UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER, and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.),<br><br>Defendants. | Civil Action No.: 04 – 10477 (PBS) |

## LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT

Pursuant to United States District Court for the District of Massachusetts Local Rule 7.3(A), defendants DEXIA BANK BELGIUM and DEXIA S.A. state that DEXIA S.A. owns 100% of DEXIA BANK BELGIUM; that DEXIA S.A. has two parent companies: Acrofin S.C.R.L. (15.27%) and Holding Communal S.A. (14.93%); that Holding Communal S.A. is a wholly-owned subsidiary of Belgian Municipalities; and that DEXIA S.A. is publicly traded.

Dated: April 9, 2004

Peter M. Saparoff (BBO#441740)
Breton Leone-Quick (BBO#655571)
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000

Counsel for Dexia Bank Belgium

LIT 1453246v1