UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>Plaintiffs,<br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.),<br><br>Defendants. | Civil Action No. 04-10477-PBS |

**NOTICE OF APPEARANCE**

Please enter the appearances of Nicholas M. Kelley and Amy C. Mainelli, both of the law firm Kotin, Crabtree & Strong, LLP, One Bowdoin Square, Boston, Massachusetts 02114, as counsel for plaintiffs Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust, in the above-captioned case.

GARY B. FILLER and
LAWRENCE PERLMAN,

By their attorneys,

/s/ Amy C. Mainelli
Nicholas M. Kelley (nkelley@kcslegal.com)
BBO #265640
Amy C. Mainelli (amainelli@kcslegal.com)
BBO #657201
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, Massachusetts 02114
Telephone: (617) 227-7031

**OF COUNSEL**

GREGORY P. JOSEPH LAW OFFICES LLC
Gregory P. Joseph (gjoseph@josephnyc.com)
New York Attorney Registration #1645852
805 Third Avenue, 31st Floor
New York, NY  10022
Telephone:  (212) 407-1200

Dated:  May 19, 2004.