UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>          Plaintiffs,<br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.),<br><br>          Defendants. | Civil Action No. 04-10477-PBS |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.5.2(c), Laurence H. Reece, III, Alana A. Prills and the law firm of Reece & Associates, P.C. (collectively "Reece & Associates") hereby withdraw as counsel for plaintiffs Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust ("Plaintiffs"). Plaintiffs have been advised of Reece & Associates' need to withdraw from this case and, along with all Counsel of Record in this action, are being served with a copy of this notice; successor counsel, Nicholas M. Kelley and Amy C. Mainelli of the law firm Kotin, Crabtree & Strong, LLP, One Bowdoin Square, Boston, Massachusetts 02114, have filed a Notice of Appearance in this action on May 19, 2004; no motions are pending before the court; no trial date has been set; and no

hearings or conferences are scheduled, and no reports, oral or written, are due.

                        Respectfully submitted,

                        /s/ Alana A. Prills
                        Laurence H. Reece, III
                        BBO #414460
                        Alana A. Prills
                        BBO #652881
                        Reece & Associates, P.C.
                        One Bowdoin Square
                        Boston, Massachusetts 02114
                        (617) 747-7550

Dated: May 19, 2004.