UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>     Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>     Defendants. | **Jury Trial Demanded**<br><br><br>CA No. 04-10477-PBS |

**STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT**

  The undersigned hereby STIPULATE AND AGREE that the deadline for Dexia, S.A. and Dexia Bank Belgium (collectively, "Dexia") to move, answer, or otherwise respond to the complaint in the above-captioned action be, and hereby is, enlarged until thirty (30) days after entry of a decision and order determining the motion of Dexia to dismiss the First Amended Class Action Complaint in the related action *Quaak et al. v. Dexia, S.A., et al.,* CA No. 03-11566-PBS.

Dated:  June 21, 2004

                GREGORY P. JOSEPH LAW OFFICES LLC

                By: /s/Gregory P. Joseph
                Gregory P. Joseph (N.Y. Atty Reg. #1645852)
                e-mail:  gjoseph@josephnyc.com
                805 Third Avenue, 31st Floor
                New York, New York  10022
                Telephone:  (212) 407-1200

                KOTIN, CARBTREE & STRONG, LLP
                Nicholas M. Kelley (BBO #265640)
                Amy C. Mainelli (BBO #657201)
                One Bowdoin Square
                Boston, Massachusetts 02114
                Telephone:  (617) 227-7031

                *Attorneys for Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust*

2

MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO

By:     /s/ Breton Leone-Quick
      Peter M. Saparoff (BBO #441740)
e-mail: psaparoff@mintz.com
Breton Leone-Quick (BBO #655571)
e-mail: bleone-quick@mintz.com
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000

*Attorneys for Dexia S.A. and Dexia Bank Belgium*