UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>Plaintiffs,<br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>Defendants. | **Jury Trial Demanded**<br><br><br>CA No. 04-10477-PBS |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust, hereby voluntarily dismiss the claims against Dexia, S.A. in the above-captioned action without prejudice.

Dated:   February 18, 2005
         New York, New York

GARY B. FILLER and LAWRENCE PERLMAN,

By their attorneys,

         /s/ Susan M. Davies
Susan M. Davies, N.Y. Atty Reg. # 2413508
GREGORY P. JOSEPH LAW OFFICES LLC
805 Third Avenue, 31st Floor
New York, NY  10022
Telephone:  (212) 407-1200

KOTIN, CRABTREE, AND STRONG, LLP
Nicholas M. Kelley, BBO #265640
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, Massachusetts  02114