UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust<br><br>    Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.),<br><br>    Defendants. | Civil Action No. 04-10477 (PBS)<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

The undersigned hereby STIPULATE AND AGREE that the deadline for Dexia Bank Belgium ("Dexia") to move, answer, or otherwise respond to the complaint in the above-captioned action be, and hereby is, extended until March 24, 2005.  In the event that Dexia chooses to move to dismiss the complaint, Dexia agrees that discovery may commence during the pendency of such motion to dismiss in coordination with the related, *Stonington Partners, Inc. v. Dexia, S.A. et al.,* 04-CV-10411-PBS; and *Baker et al. v. Dexia, S.A. et al.,* 04-10501-PBS, actions.

Dated as of: March 10, 2005

| | |
|---|---|
| ____/s/ Breton Leone-Quick_____<br>Breton Leone-Quick (BBO#655571)<br>**MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO**<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 542-6000<br>Fax: (617) 542-2241<br>*Counsel to Dexia Bank Belgium* | ____/s/ Lawrence H. Reece_____<br>Lawrence H. Reece, III (BBO#414460)<br>Alana A. Prills (BBO#652881)<br>**REECE & ASSOCIATES, P.C.**<br>One Bowdoin Square<br>Boston, Massachusetts 02114<br>Telephone: 617-747-7550<br>Facsimile: 617-747-7551<br>*Counsel for Filler and Perlman* |

LIT 1508970v1