UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.),<br><br>Defendants. | Civil Action No. 04-10477 (PBS)<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

The undersigned hereby STIPULATE AND AGREE that the deadline for Dexia Bank Belgium ("Dexia") to move, answer, or otherwise respond to the complaint in the above-captioned action be, and hereby is, extended until March 24, 2005. In the event that Dexia chooses to move to dismiss the complaint, Dexia agrees that discovery may commence during the pendency of such motion to dismiss in coordination with the related, *Stonington Partners, Inc. v. Dexia, S.A. et al.,* 04-CV-10411-PBS; and *Baker et al. v. Dexia, S.A. et al.,* 04-10501-PBS, actions.

Dated as of: March 10, 2005

_____/s/ Breton Leone-Quick_____
Breton Leone-Quick (BBO#655571)
**MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO**
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
*Counsel to Dexia Bank Belgium*

_____/s/  Susan M. Davies_____
Susan M. Davies, N.Y. Atty. Reg. #2413508
**GREGORY P. JOSEPH LAW OFFICES, LLC**
805 Third Avenue, 31st Floor
New York, NY 10022
Tel: (212) 407-1200

**KOTIN, CRABTREE, AND STRONG, LLP**
Nicholas M. Kelley (BBO#265640)
Amy C. Mainelli (BBO#657201)
One Bowdoin Square
Boston, MA 02114

*Counsel to Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust*