UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>Defendants. | Civil Action No.: 04-10477-PBS |

**MOTION TO ADMIT JAMES B. WEIDNER, *PRO HAC VICE*** 

Pursuant to Local Rule 83.5.3(b), Breton Leone-Quick, Esq, a member of the bar of this Court who has previously filed a notice of appearance in this matter on behalf of defendant Dexia Bank Belgium, respectfully requests that this Court admit James B. Weidner, *pro hac vice*, to practice before this Court in this case as co-counsel for Dexia Bank Belgium.

Mr. Weidner is a member of the bar in good standing in every jurisdiction where he is admitted, there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and he is familiar with the Local Rules of this District.  See Certificate.

Payment of the $50 admission fee has been made to the Clerk of the Court.

Dated: April 11, 2005

/s/ Breton Leone-Quick
Breton Leone-Quick (BBO#655571)
MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

*Counsel for Dexia Bank Belgium*

LIT 1514798v1