UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred

Gary B. Filler, et al

       V.                          CA No. 04-10477-PBS

Dexia Bank Belgium

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge <u>Collings</u> for the following proceedings:

(A)        Referred for full pretrial case management, including all dispositive motions.

(B)   **X**   Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)        Referred for discovery purposes only.

(D)        Referred for Report and Recommendation on:

           ( ) Motion(s) for injunctive relief
           ( ) Motion(s) for judgment on the pleadings
           ( ) Motion(s) for summary judgment
           ( ) Motion(s) to permit maintenance of a class action
           ( ) Motion(s) to suppress evidence
           ( ) Motion(s) to dismiss
           ( ) Post Conviction Proceedings[1]
      See Documents Numbered: _____

(E)        Case referred for events only. See Doc. No(s). _____

(F)        Case referred for settlement.

(G)        Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
           ( ) In accordance with Rule 53, F.R.Civ.P.
           ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)        Special Instructions: _____

_____

May 27, 2005                                        By:    /s/ Robert C. Alba
Date                                                           Deputy Clerk

**(Order of Reference - 05/2003)**

---

[1] See reverse side of order for instructions