UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>　　　Defendants. | Civil Action No.:  04-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>　　　Defendants. | Civil Action No.:  04-10477 (PBS) |

**JOINT MOTION BY STONINGTON PLAINTIFFS, FILLER PLAINTIFFS, AND DEFENDANT DEXIA BANK BELGIUM FOR ENTRY OF SCHEDULING ORDER**

Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund L.P. and Stonington Holdings, L.L.C. ("Stonington Plaintiffs"), Gary Filler and Lawrence Perlman, Trustees of the TRA Rights Trust ("Filler Plaintiffs"), and Defendant Dexia Bank Belgium (collectively "Moving Parties"), hereby jointly move pursuant to Federal Rules of Civil Procedure 16(b) for entry in each of the above-captioned actions of a

1

scheduling order identical to the scheduling orders that have been entered in *Baker v. Dexia, S.A.,* No. 04-CV-10501-PBS and *Quaak v. Dexia, S.A.*, No. 03-CV-11566-PBS.

As grounds for this motion, Moving Parties state:

1.  On April 20, 2005 Lead Class Plaintiffs Hans A. Quaak, Attilio Po and Karl Leibinger and Defendant Dexia Bank Belgium filed a Joint Motion for Entry of Proposed Scheduling Order in *Quaak v. Dexia, S.A.*, No. 03-CV-11566-PBS (the "Joint Motion").  Attached to the Joint Motion was a Joint Statement and Proposed Scheduling Order Pursuant to Local Rule 16.1 executed by all of the parties to *Quaak v. Dexia, S.A.*, No. 03-CV-11566-PBS, *Stonington Partners, Inc. v. Dexia, S.A.*, No. 04-CV-10411-PBS, *Filler v. Dexia, S.A.,* No. 04-CV-10477-PBS, and *Baker v. Dexia, S.A.,* No. 04-CV-10501-PBS.

2.  Apparently in response to the Joint Motion, Judge Saris issued a scheduling order dated April 27, 2005 in *Baker v. Dexia, S.A.,* No. 04-CV-10501-PBS, a true and correct copy of which is annexed hereto as **Exhibit A**.

3.  On May 18, 2005, with counsel's assent, U.S. Magistrate Collings issued a scheduling order in *Quaak v. Dexia, S.A.*, No. 03-CV-11566-PBS that is identical to the order entered by Judge Saris in *Baker v. Dexia, S.A.,* No. 04-CV-10501-PBS.  A true and correct copy of the scheduling order in *Quaak v. Dexia, S.A.*, No. 03-CV-11566-PBS is annexed hereto as **Exhibit B.**

4.  Stonington Plaintiffs, Filler Plaintiffs and Defendant Dexia Bank Belgium hereby request the entry of an identical scheduling order in each of the above-captioned actions.  For the Court's convenience, a form of order is annexed hereto as **Exhibit C.**

WHEREFORE, Moving Parties respectfully request this Court (1) enter a scheduling order in each of the above-captioned actions in the form attached as **Exhibit C**, which is identical to the scheduling orders already entered in *Baker v. Dexia, S.A.,* No. 04-CV-10501-PBS and *Quaak v. Dexia, S.A.*, No. 03-CV-11566-PBS, and (2) grant such other relief as the Court deems appropriate.

Dated:  May 27, 2005

          LOONEY & GROSSMAN LLP

          /s/ Richard J. Grahn
Richard J. Grahn, BBO #206620 (rgrahn@lgllp.com)
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone:  (617) 951-2800

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
Max W. Berger
Steven B. Singer
Erik Sandstedt
Javier Bleichmar
Avi Josefson
1285 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 554-1400

**COUNSEL TO PLAINTIFFS STONINGTON PARTNERS, INC., STONINGTON CAPITAL APPRECIATION 1994 FUND L.P. AND STONINGTON HOLDINGS L.L.C.**

GREGORY P. JOSEPH LAW OFFICES LLC

　　　/s/ Gregory P. Joseph
Gregory P. Joseph, N.Y. Atty Reg. #1645852
(gjoseph@josephnyc.com)
Third Avenue, 31st Floor
New York, NY  10022
Telephone:  (212) 407-1200

KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone:  (617) 227-7031

**COUNSEL TO PLAINTIFFS GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust**


MINTZ, LEVIN, COHN, FERRIS,
　　GLOVSKY AND POPEO, P.C.

　　　/s/ Peter Saparoff
Peter Saparoff, BBO # 441740
One Financial Center
Boston, MA 02111
Tel:  (617) 542-6000
Fax:  (617) 542-2241

CLIFFORD CHANCE US LLP
James B. Weidner
Jeff E. Butler
31 West 52nd Street
New York, NY 10019
Telephone:  (212) 878-8000

**COUNSEL TO DEFENDANT
DEXIA BANK BELGIUM**

4