# EXHIBIT B

# United States District Court
# District of Massachusetts

HANS A. QUAAK, ET AL.,
    on behalf of themselves
    and those similarly situated,
        Plaintiffs,

v.                                         CIVIL ACTION NO. 03-11566-PBS

DEXIA, S.A. ET AL.,
        Defendants.

## *SCHEDULING ORDER*

COLLINGS, U.S.M.J.

    1. **Merits Discovery**

Merits discovery shall be completed by February 28, 2006. Subject to the entry of an appropriate protective order, Plaintiffs shall produce to Defendant no later than June 3, 2005, copies of the following documents from *In re Lernout & Hauspie Sec. Litig.*, No. 00-CV-11589-PBS: (1) All documents produced by any party; (2) all deposition transcripts and exhibits; and (3) all

written discovery requests and written responses.

Discovery taken in one of the coordinated actions will be treated as having been taken in all of the coordinated actions.

2. **Deposition Discovery**

Deposition discovery shall not begin until September 1, 2005, with the following exceptions: (1) the parties may seek discovery through Hague Convention requests or letters rogatory at any time; (2) the parties may take depositions pursuant to Fed. R. Civ. P. 30(b)(6) concerning document retention and production in this case; (3) the parties may agree to depositions at an earlier date.  Dexia shall inform plaintiffs as soon as an employee provides notice that he/she is leaving the employment of Dexia.  Plaintiffs may notice and take a departing employee's deposition at any time.

3. **Expert Discovery**

Pursuant to Fed. R. Civ. P. 26(a)(2), the parties shall serve expert reports concerning any matters for which they bear the burden of proof on or before March 31, 2006.  The parties shall serve rebuttal expert reports on or before May 5, 2006.  All expert depositions shall be completed on or before June 30, 2006.

4. **Joinder of Additional Parties**

<u>and Amendment of Pleadings</u>

Any motion to join additional parties or to amend the pleadings in this action shall be filed on or before August 1, 2005.

5. <u>Dispositive Motions/Class Certification</u>

A motion for class certification shall be filed on or before March 28, 2006. Any motion for summary judgment shall be filed by August 3, 2006.

6. <u>Settlement/Settlement Conference</u>

Plaintiffs will present Defendants with a settlement demand within the next thirty days.

7. <u>Final Pretrial Conference</u>

The hearing on any dispositive motions and/or the final pretrial conference shall take place on November 8, 2006 before Judge Saris.

8. <u>Obligations of Counsel</u>

With counsel's assent, the Court has entered the within Order which is identical to the Order entered by Judge Saris in *Janet Baker et al. v. Dexia, S.A., et al.,* 04cv10501-PBS on April 27, 2005. If Judge Saris alters the Order in the *Baker* case and counsel (either individually or jointly) wish the same alteration in the instant case, they shall file a motion seeking the desired alteration.

*/s/ Robert B. Collings*

3

                      ROBERT B. COLLINGS  
                      United States Magistrate Judge

Date: May 18, 2005.