UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# **ORDER OF REFERENCE**

Check if previously referred   X

Gary B. Filler, et al

      V.                    CA No.  04-10477-PBS

Dexia Bank Belgium

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge <u>Collings</u>  for the following proceedings:

(A)        Referred for full pretrial case management, including all dispositive motions.

(B)        Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)        Referred for discovery purposes only.

(D)        Referred for Report and Recommendation on:

                ( ) Motion(s) for injunctive relief
                ( ) Motion(s) for judgment on the pleadings
                ( ) Motion(s) for summary judgment
                ( ) Motion(s) to permit maintenance of a class action
                ( ) Motion(s) to suppress evidence
                ( ) Motion(s) to dismiss
                ( ) Post Conviction Proceedings[1]
              See Documents Numbered: _____

(E)    **X**    Case referred for events only.  See Doc. No(s).  27 Joint Motion for Entry of Scheduling Order.

(F)        Case referred for settlement.

(G)        Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
                ( ) In accordance with Rule 53, F.R.Civ.P.
                ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)        Special Instructions: _____

_____

May 31, 2005                                  By:    /s/ Robert C. Alba
Date                                               Deputy Clerk

**(Order of Reference - 05/2003)**

---

[1] See reverse side of order for instructions