**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 03-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10477 (PBS) |

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10501 (PBS) |

**STIPULATION AND PROPOSED ORDER**
<u>**GOVERNING DEPOSITIONS OF ANTOON BAERT AND JACQUES JANSSENS**</u>

WHEREAS, Scheduling Orders in the above-captioned actions provide that: "Dexia shall inform plaintiffs as soon as an employee provides notice that he/she is leaving the employment of Dexia. Plaintiffs may notice and take a departing employee's deposition at any time.", and

WHEREAS, on or about May 12, 2005, counsel for Defendant Dexia Bank Belgium informed Plaintiffs' counsel that Antoon Baert and Jacques Janssens would be retiring from their positions at Dexia in July 2005 and August 2005, respectively, and

WHEREAS, on or about May 17, 2005, counsel for Plaintiffs jointly noticed the deposition of Mr. Baert for June 14, 2005 and the deposition of Mr. Janssens for June 15, 2005, and

WHEREAS, by letter dated May 25, 2005, counsel for Defendant Dexia Bank Belgium informed counsel for Plaintiffs that Mr. Baert's retirement will not be effective until November 2005, and

WHEREAS, counsel for Defendant Dexia Bank Belgium has requested that Plaintiffs adjourn the depositions of Messrs. Baert and Janssens to dates after September 1, 2005, THEREFORE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned actions through their undersigned counsel that, subject to the approval of the Court:

1. The depositions of Mr. Baert and Mr. Janssens will be postponed until a mutually agreed upon date after September 1, 2005.

2. Dexia will make Mr. Baert and Mr. Janssens available for depositions in Belgium after September 1, 2005, as if Mr. Baert and Mr. Janssens were current officers, directors or managing agents of Defendant Dexia Bank Belgium both as of the date of this stipulation and as of the date they are each deposed.

3. Plaintiffs reserve the right to seek all appropriate sanctions, expenses, and penalties against Defendant Dexia Bank Belgium in the event that either Mr. Baert or Mr. Janssens fails to appear for a scheduled deposition after September 1, 2005 or otherwise fails to respond as required by the Federal Rules of Civil Procedure.  Dexia reserves its right to oppose the imposition of such penalties, except that Dexia waives any right to oppose the imposition of sanctions, expenses or penalties on grounds that Messrs. Baert and/or Janssens were not, at the time their depositions were noticed, scheduled to be taken, or taken, (a) under the control of Defendant Dexia Bank Belgium, and/or (b) current officers, directors or managing agents of Defendant Dexia Bank Belgium.

4. By entering this Stipulation, Dexia does not admit that Mr. Baert is an officer, director or managing agent, but agrees to treat him as such for purposes of this Stipulation, and reserves the right to oppose any other Rule 30(b) notices on the ground that the proposed deponent is not an officer, director or managing agent of Dexia.  Plaintiffs expressly reserve their rights under the Scheduling Orders and Rule 30 to notice and compel depositions of employees and agents of Dexia who are not Dexia's officers, directors or managing agents.

Dated: June 3, 2005  STIPULATED AND AGREED TO BY:

**LEAD PLAINTIFFS HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER**

By their counsel,

/s/ Glen DeValerio
Glen DeValerio, BBO # 122010
(gdevalerio@bermanesq.com)
Jeffrey C. Block, BBO #600747
Patrick T. Egan, BBO # 637477
Nicole R. Starr, BBO #654848
BERMAN DEVALERIO PEASE
   TABACCO BURT & PUCILLO
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300

SHALOV STONE & BONNER
Lee S. Shalov
James P. Bonner
Patrick L. Rocco
485 Seventh Avenue, Suite 10000
New York, New York 10018
Telephone: (212) 239-4340

CAULEY BOWMAN CARNEY & WILLIAMS
Curtis L. Bowman,
Allen Carney
11001 Executive Center Drive, Suite 200
P.O. Box 25438
Little Rock, Arkansas 722125438
Telephone: (501) 312-8500

**DEFENDANT DEXIA BANK BELGIUM**

By its counsel,

      /s/ Peter Saparoff
Peter Saparoff, BBO # 441740
(psaparoff@mintz.com)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
  AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000

CLIFFORD CHANCE US LLP
James B. Weidner
Jeff E. Butler
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-8000


**PLAINTIFFS STONINGTON PARTNERS, INC., STONINGTON CAPITAL APPRECIATION 1994 FUND L.P. AND STONINGTON HOLDINGS L.L.C.**

By their counsel,

      /s/ Richard J. Grahn
Richard J. Grahn, BBO #206620
(rgrahn@lgllp.com)
Charles P. Kindregan, BBO #554947
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2800

BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP
Max W. Berger
Steven B. Singer
Erik Sandstedt
Javier Bleichmar
Avi Josefson
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400

**PLAINTIFFS GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust**

By their counsel,

      /s/ Gregory P. Joseph
Gregory P. Joseph, N.Y. Atty Reg. #1645852
(gjoseph@josephnyc.com)
GREGORY P. JOSEPH LAW OFFICES LLC
Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200

KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031


**PLAINTIFFS JANET BAKER, JAMES BAKER, JKBAKER LLC and JMBAKER LLC,**

By their counsel,

      /s/ Terrence K. Ankner
Terrence K. Ankner, BBO #552469
(tka@anknerlaw.com)
PARTRIDGE, ANKNER & HORSTMAN LLP
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone: (617) 859-9999

BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida 32801
Telephone: (407) 425-7118

>REED SMITH LLP
>Alan K. Cotler
>Joan A. Yue
>2500 One Liberty Place 1650 Market Street
>Philadelphia, PA 10103
>Telephone: (215) 851-8100

SO ORDERED,

_____
      Robert B. Collings
      United States District Judge

Dated: June____, 2005
Boston, Massachusetts