UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GARY B. FILLER and LAWRENCE
PERLMAN, Trustees of the TRA
Rights Trust,

          Plaintiffs,

v.

DEXIA, S.A. and DEXIA BANK
BELGIUM (formerly known as
ARTESIA BANKING CORP., S.A.)

          Defendants.

No. 04-CV-10477-PBS

**UNOPPOSED MOTION
FOR PRO HAC VICE ADMISSION OF SUSAN M. DAVIES**

Pursuant to Local Rule 83.5.3(b), Amy C. Mainelli, a member in good standing of the bars of the United States District Court for the District of Massachusetts and the Commonwealth of Massachusetts, moves that this Court admit Susan M. Davies, an attorney associated with the law firm Gregory P. Joseph Law Offices LLC, 805 Third Avenue, 31st Floor, New York, New York 10022, and member in good standing of the bar of the State of New York, to practice pro hac vice in the above-referenced action.

In support of this motion, Ms. Mainelli states the following:

1.    I have represented the plaintiffs in this matter and related matters, including *Filler and Perlman v. Lernout, et al.*, No. 02-CV-10302-PBS, since May 2004 and am familiar with the history of the case.

2.    I am actively associated with, and will continue to be actively associated with, Ms. Davies throughout the pendency of this action.

3.  The affidavit of Ms. Davies is filed herewith in further support of this motion.

4.  Counsel for Defendant Dexia Bank Beligum has consented to this motion.

WHEREFORE, Ms. Mainelli, as counsel for Plaintiffs Gary B. Filler and Lawrence Perlman, respectfully requests that this Court grant her motion to admit Susan M. Davies to practice before this Court pro hac vice.

Dated:  June 2, 2005

                                                 Respectfully submitted,

                                                 GARY B. FILLER and LAWRENCE PERLMAN
                                                 By their attorneys,

                                                 /s/ Amy C. Mainelli
                                                 Amy C. Mainelli, BBO#657201
                                                 KOTIN, CRABTREE & STRONG, LLP
                                                 One Bowdoin Square
                                                 Boston, Massachusetts 02114
                                                 Telephone: (617) 227-7031

                                                 Amainelli@kcslegal.com

**OF COUNSEL**

Gregory P. Joseph
Susan M. Davies
GREGORY P. JOSEPH LAW OFFICES LLC
805 Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200

## CERTIFICATE OF SERVICE

     I, Amy C. Mainelli, certify that I have this day served the foregoing document by first class mail upon defendants' counsel of record.

| | |
|---|---|
| June 6, 2005 | /s/ Amy C. Mainelli |
| Date | Amy C. Mainelli |