UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>               Plaintiffs,<br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.),<br><br>               Defendants. | No. 04-CV-10477-PBS |

**AFFIDAVIT OF SUSAN M. DAVIES
IN SUPPORT OF UNOPPOSED MOTION TO APPEAR PRO HAC VICE**

I, SUSAN M. DAVIES, hereby depose and state as follows:

1. I am an attorney duly admitted to the bar of the State of New York. I am associated with the law firm Gregory P. Joseph Law Offices LLC, 805 Third Avenue, 31st Floor, New York, New York 10022. I submit this affidavit in support of the motion for an order granting me leave to appear pro hac vice in this action on behalf of plaintiffs Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust.

2. I am a member in good standing of the bar in every jurisdiction to which I have been admitted to practice, specifically the following jurisdictions: (a) State of New York, First Department; (b) United States Court of Appeals for the Second Circuit; (c) United States Court of Appeals for the Eleventh Circuit; (d) United States District Court for the Southern District of New York, and (e) United States District Court for the Eastern District of New York.

3.  There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction. I am not under suspension or disbarment in any jurisdiction.

4.  I have reviewed and familiarized myself with the Local Rules of the United States District Court for the District of Massachusetts.

5.  I have represented the plaintiffs in this matter and related matters, and am familiar with the factual and procedural history of the case.

6.  The law firm of Kotin, Crabtree & Strong, LLP will continue to appear as local counsel for plaintiffs.

7.  Accordingly, I respectfully request that the Court grant me permission to appear pro hac vice as attorney for plaintiffs in this action.

Signed under the penalties of perjury on this 1st day of June 2005.

/s/ Susan M. Davies
Susan M. Davies
New York Attorney Registration #2413508
sdavies@josephnyc.com