UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GARY B. FILLER and LAWRENCE
PELMAN, Trustees of the TRA Rights
Trust,

    Plaintiffs,                              04-cv-10477-(PBS)

    v.

DEXIA, S.A., DEXIA BANK BELGIUM
(formerly known as ARTESIA
BANKING CORP., S.A.)

    Defendants,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE, that Clifford Chance US LLP, 31 West 52nd Street, New York, New York, hereby requests that Sean M. Murphy and Amber C. Wessels be withdrawn from the docket and any service lists as these attorneys are no longer employed by Clifford Chance US LLP and are no longer involved in this matter.

Dated: November 1, 2005
      New York, New York

                           CLIFFORD CHANCE US LLP

                           By: /s/ Jeff E. Butler
                                 James B. Weidner
                                 Jeff E. Butler
                                 31 West 52nd Street
                                 New York, New York 10019
                                 (212) 878-8000 (Tel:)
                                 (212) 878 8375 (Fax:)

-2-

        Peter M. Saparoff (BBO#441740)
        Breton Leone-Quick (BBO# 655571)
        MINTZ LEVIN COHN FERRIS
        GLOVSKY & POPEO
        One Financial Center
        Boston, MA 02111
        (617) 542-6000 (Tel:)
        (617) 542-2241 (Fax)

        Counsel for Defendants Dexia, S.A. and
        Dexia Bank Belgium