UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GARY B. FILLER and LAWRENCE
PELMAN, Trustees of the TRA Rights
Trust,

    Plaintiffs,

v.

DEXIA, S.A., DEXIA BANK BELGIUM
(formerly known as ARTESIA
BANKING CORP., S.A.)

    Defendants,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

04-cv-10477-(PBS)

## NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE, that Clifford Chance US LLP, 31 West 52nd Street, New York, New York, hereby requests that Sean M. Murphy and Amber C. Wessels be withdrawn from the docket and any service lists as these attorneys are no longer employed by Clifford Chance US LLP and are no longer involved in this matter.

Dated: November 1, 2005
      New York, New York

                      CLIFFORD CHANCE US LLP

                      By: /s/ Jeff E. Butler_____
                           James B. Weidner
                           Jeff E. Butler
                           31 West 52nd Street
                           New York, New York 10019
                           (212) 878-8000 (Tel:)
                           (212) 878 8375 (Fax:)

NYB 1514141.1

-2-

Peter M. Saparoff (BBO#441740)
Breton Leone-Quick (BBO# 655571)
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO
One Financial Center
Boston, MA 02111
(617) 542-6000 (Tel:)
(617) 542-2241 (Fax)

Counsel for Defendants Dexia, S.A. and
Dexia Bank Belgium

NYB 1514141.1