# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10477 (PBS) |

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10501 (PBS) |

**PLAINTIFFS' JOINT MOTION TO COMPEL
DEPOSITIONS OF DEXIA BANK BELGIUM THROUGH
<u>PIET CORDONNIER, BART FERRAND, AND PETER RABAEY</u>**

Class plaintiffs, together with plaintiffs Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund L.P. and Stonington Holdings, L.L.C., Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust, and Janet Baker, James Baker, JKBaker LLC and JMBaker LLC (collectively the "Plaintiffs") hereby jointly move, pursuant to Rule 37 of the Federal Rules of Civil Procedure and Massachusetts Local Rule 37.1 for an order compelling defendant Dexia Bank Belgium to produce Piet Cordonnier, Bart Ferrand, and Peter Rabaey for deposition by Plaintiffs in the above-captioned actions.

In support of this motion, Plaintiffs will submit a memorandum of law and a supporting declaration of Susan M. Davies, including exhibits thereto, upon the entry by the Court of orders authorizing the filing of same under seal in accordance with the terms of the Order Governing the Treatment of Confidential Information entered in the above captioned actions on May 31, 2005.  A motion for leave to file these supporting papers under seal will be filed contemporaneously herewith.  Copies of these supporting papers will be served on defendant Dexia Bank Belgium contemporaneously with the filing of this motion.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order:

(1)     relieving Plaintiffs of the obligation under Local Rule 7.1(b)(1) to file the memorandum of law and declaration in support of the instant motion simultaneously herewith;

(2)     compelling defendant Dexia Bank Belgium to produce Piet Cordonnier, Bart Ferrand, and Peter Rabaey for deposition by Plaintiffs in the above-captioned actions, and

(3)     for such other and further relief as the Court deems just and proper.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Plaintiffs respectfully request the Court to hear oral argument on this motion to compel.

**CERTIFICATION UNDER FED. R. CIV. P. 37(A)(2)(B)
AND LOCAL RULES 7.1(A)(2) AND 37.1(B)**

Pursuant to Fed. R. Civ. P. 37(a)(2)(b) and Local Rules 7.1(a)(2) and 37.1(b), undersigned counsel hereby certify that on October 14, 2005 Susan M. Davies, Esq., of the Gregory P. Joseph Law Offices LLC, on behalf of Plaintiffs, conferred by telephone with James B. Weidner, Esq. of Clifford Chance US LLP, counsel for Dexia Bank Belgium, in a good faith, but unsuccessful, attempt to secure the deposition attendance of Messrs. Cordonnier, Ferrand, and Rabaey without the intervention of this Court.

Dated:   November 4, 2005

                        Respectfully submitted,

                        BERMAN DEVALERIO PEASE
                          TABACCO BURT & PUCILLO

                        _/s/ Glen DeValerio_
                        Glen DeValerio, BBO # 122010
                        (gdevalerio@bermanesq.com)
                        Jeffrey C. Block, BBO #600747
                        Patrick T. Egan, BBO # 637477
                        Nicole R. Starr, BBO #654848
                        One Liberty Square
                        Boston, MA 02109
                        Telephone:  (617) 542-8300

SHALOV STONE & BONNER LLP
Lee S. Shalov
James P. Bonner
Patrick L. Rocco
485 Seventh Avenue, Suite 10000
New York, New York 10018
Telephone: (212) 239-4340

CAULEY BOWMAN CARNEY & WILLIAMS PLLC
Allen Carney
11001 Executive Center Drive, Suite 200
P.O. Box 25438
Little Rock, Arkansas 722125438
Telephone: (501) 312-8500

**CO-LEAD COUNSEL TO LEAD CLASS PLAINTIFFS HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER**


LOONEY & GROSSMAN LLP

　　　/s/ Richard J. Grahn
Richard J. Grahn, BBO #206620
(rgrahn@lgllp.com)
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2800

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
Max W. Berger
Steven B. Singer
Javier Bleichmar
Victoria Wilheim
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400

**COUNSEL TO PLAINTIFFS STONINGTON PARTNERS, INC., STONINGTON CAPITAL APPRECIATION 1994 FUND L.P. AND STONINGTON HOLDINGS L.L.C.**

4

GREGORY P. JOSEPH LAW OFFICES LLC

/s/ Susan M. Davies
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200

KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031

**COUNSEL TO PLAINTIFFS GARY B. FILLER
and LAWRENCE PERLMAN,
Trustees of the TRA Rights Trust**


PARTRIDGE, ANKNER & HORSTMAN LLP

/s/ Terrence K. Ankner
Terrence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone: (617) 859-9999

BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida 32801
Telephone: (407) 425-7118

**REED SMITH LLP**
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone: (215) 851-8100

**COUNSEL TO PLAINTIFFS JANET BAKER, JAMES
BAKER, JKBAKER LLC and JMBAKER LLC,**

5