**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>      Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>      Plaintiffs,<br><br>      v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>      Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>      Plaintiffs,<br><br>      v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>      Defendants. | No.: 04-CV-10477 (PBS) |

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.:  04-CV-10501 (PBS) |

**PLAINTIFFS' NOTICE OF RULE 30(b)(6) DEPOSITION OF, AND REQUEST FOR PRODUCTION OF DOCUMENTS BY, DEFENDANT DEXIA BANK BELGIUM**

**TO:**  Jeff E. Butler, Esq.
(Jeff.Butler@CliffordChance.com)
Clifford Chance US LLP
31 West 52nd Street
New York, New York  10019

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, and prior orders issued by the Court in the above-captioned actions, plaintiffs, by their undersigned counsel, will take the deposition upon oral examination of defendant Dexia Bank Belgium, through its duly appointed representative(s), before a notary public or other person authorized to administer oaths, at Bernstein Litowitz Berger & Grossman LLP, 1285 Avenue of the Americas, 38th Floor, New York, NY 10019, on the 22nd day of November 2005 commencing at 9:30 a.m. and continuing day to day thereafter until completion.  The depositions will be recorded by stenographic and sound and visual (videotape) means.  All parties are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure.

In accordance with Federal Rule of Civil Procedure 30(b)(6), Dexia Bank Belgium is hereby advised of its duty to designate one or more of its officers, directors, managing agents, or other persons to testify on its behalf with respect to the following matters:

A. Any transfer of business, property and/or assets from Dexia Bank Belgium New York Branch located at 445 Park Avenue, New York, New York 10022 ("Dexia N.Y.") to Dexia Crédit Local New York Branch located at 445 Park Avenue, New York, New York 10022 ("Crédit Local N.Y.") between August 18, 2003 and the present including, without limitation,
   (i) the nature and value of all such business, property and/or assets,
   (ii) the reason(s) for each such transfer,
   (iii) whether any such transfer was in any respect motivated by a desire to avoid the enforcement of judgments against defendant Dexia Bank Belgium that might be rendered in plaintiffs' favor, and
   (iv) any consideration provided to Dexia N.Y. for each such transfer.

B. The liquidation of the business and property of Dexia N.Y., notice of which was published in *The Wall Street Journal* on November 11, 2005, including, without limitation:
   (i) the reason(s) for liquidating the business and property of Dexia N.Y., and
   (ii) whether the decision to liquidate the business and property of Dexia N.Y. was in any respect motivated by a desire to avoid the enforcement of judgments against defendant Dexia Bank Belgium that might be rendered in plaintiffs' favor.

C. The nature and value of any business, property and/or assets of Dexia N.Y. that have been and/or will be transferred out of the State of New York and/or out of the United States as a result of the liquidation of the business and property of Dexia N.Y.

D. The legal relationship(s) between and among defendant Dexia Bank Belgium, Dexia Bank S.A. (Belgium), Dexia Bank Belgium New York Branch, Dexia Crédit Local S.A. (France), and Dexia Crédit Local New York Branch.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 30(b)(5) and 34 of the Federal Rules of Civil Procedure, the duly appointed representative(s) is/are required to produce, at or before the scheduled deposition, copies of the following documents in the possession, custody or control of Dexia Bank Belgium:

1. Documents sufficient to show:

    (a) by whom and on what date(s) between August 19, 2003 and the present decisions were taken to transfer business, property and/or assets of Dexia N.Y. to Crédit Local N.Y.;

    (b) the reason(s) for any transfers of business, property and/or assets of Dexia N.Y. to Crédit Local N.Y. between August 19, 2003 and the present;

    (c) whether any transfer of business, property and/or assets of Dexia N.Y. to Crédit Local N.Y. between August 19, 2003 and the present was in any respect motivated by a desire to avoid the enforcement of judgments against defendant Dexia Bank Belgium that might be rendered in plaintiffs' favor;

    (d) by whom and on what date the decision was taken to liquidate the business and property of Dexia N.Y.;

    (e) the reason(s) for liquidating the business and property of Dexia N.Y.;

    (f) whether the decision to liquidate the business and property of Dexia N.Y. was in any respect motivated by a desire to avoid the enforcement of judgments against defendant Dexia Bank Belgium that might be rendered in plaintiffs' favor;

    (g) the nature and value of any business, property and/or assets of Dexia N.Y. that has been and/or will be transferred out of the State of New York and/or out of the United States as a result of the liquidation of the business and property of Dexia N.Y.; and

    (h) the legal relationship(s) between and among defendant Dexia Bank Belgium, Dexia Bank S.A. (Belgium), Dexia Bank Belgium New York Branch, Dexia Crédit Local S.A. (France), and Dexia Crédit Local New York Branch.

2. All documents filed by Dexia S.A., Dexia Bank Belgium, Dexia N.Y., Dexia Crédit Local S.A. (France) and/or Crédit Local N.Y. with the New York State Banking Department, the U.S. Federal Reserve System and/or any other New York State or federal regulator since January 1, 2003 including, but not limited to, the notice pursuant to Section 605.11 of the New York Banking Law of intention to voluntarily liquidate Dexia N.Y., which notice was received by the New York State Banking Department on or about November 7, 2005, and any other filings relating to the liquidation of the business and property of Dexia N.Y.

Dated: November 17, 2005

        BERMAN DEVALERIO PEASE
          TABACCO BURT & PUCILLO

           /s/ Patrick T. Egan
        Glen DeValerio, BBO # 122010
        Jeffrey C. Block, BBO #600747
        Patrick T. Egan, BBO # 637477
        (pegan@bermanesq.com)
        Allison K. Jones, BBO #654804
        One Liberty Square
        Boston, MA 02109
        Telephone: (617) 542-8300

        SHALOV STONE & BONNER LLP
        Lee S. Shalov
        James P. Bonner
        Patrick L. Rocco
        485 Seventh Avenue, Suite 10000
        New York, New York 10018
        Telephone: (212) 239-4340

        CAULEY BOWMAN CARNEY & WILLIAMS PLLC
        Allen Carney
        11001 Executive Center Drive, Suite 200
        P.O. Box 25438
        Little Rock, Arkansas 722125438
        Telephone: (501) 312-8500

        **CO-LEAD COUNSEL TO LEAD CLASS PLAINTIFFS HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER**


        LOONEY & GROSSMAN LLP

           /s/ Richard J. Grahn
        Richard J. Grahn, BBO #206620
        (rgrahn@lgllp.com)
        Charles P. Kindregan, BBO #554947
        101 Arch Street
        Boston, MA 02110
        Telephone: (617) 951-2800

BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP
Max W. Berger
Steven B. Singer
Javier Bleichmar
Victoria Wilheim
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400

**COUNSEL TO PLAINTIFFS STONINGTON PARTNERS, INC., STONINGTON CAPITAL APPRECIATION 1994 FUND L.P. AND STONINGTON HOLDINGS L.L.C.**

GREGORY P. JOSEPH LAW OFFICES LLC

         /s/ Susan M. Davies
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200

KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031

**COUNSEL TO PLAINTIFFS GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust**

PARTRIDGE, ANKNER & HORSTMAN LLP

         /s/ Terrence K. Ankner
Terrence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone: (617) 859-9999

BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida 32801
Telephone: (407) 425-7118

REED SMITH LLP
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone: (215) 851-8100

**COUNSEL TO PLAINTIFFS JANET BAKER, JAMES BAKER, JKBAKER LLC and JMBAKER LLC,**