**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10477 (PBS) |

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING<br><br>CORP., SA),<br><br>      Defendants. | No.: 04-CV-10501 (PBS) |

**CERTIFICATE OF SERVICE OF REPLY PAPERS
IN FURTHER SUPPORT OF PLAINTIFFS' JOINT MOTION TO
COMPEL DEPOSITIONS OF DEXIA BANK BELGIUM THROUGH
PIET CORDONNIER, BART FERRAND, AND PETER RABAEY**

SUSAN M. DAVIES, certifies pursuant to 28 U.S.C. § 1746 as follows:

      On December 13, 2005, I caused true and correct copies of the (1) Reply Declaration of Susan M. Davies in Further Support of Plaintiffs' Joint Motion to Compel Depositions of Dexia Bank Belgium Through Piet Cordonnier, Bart Ferrand, and Peter Rabaey, executed on December 13, 2005, together with exhibits thereto, and (2) Reply Memorandum of Law in Further Support of Plaintiffs' Joint Motion to Compel Depositions of Dexia Bank Belgium Through Piet Cordonnier, Bart Ferrand, and Peter Rabaey, dated December 13, 2005 to be served by electronic mail and First Class Mail, postage prepaid, upon the following counsel of record for Dexia Bank Belgium at the electronic and postal addresses indicated below:

Jeff E. Butler, Esq. (Jeff.Butler@CliffordChance.com)
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019

      I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York this 13th day of December 2005.

                                                                         /s/ Susan M. Davies
                                                                      SUSAN M. DAVIES
                                                                      N.Y. Attorney Registration # 2413508