**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>      Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>      Plaintiffs,<br><br>      v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>      Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>      Plaintiffs,<br><br>      v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>      Defendants. | No.: 04-CV-10477 (PBS) |

JANET BAKER and JAMES BAKER,
JKBAKER LLC and JMBAKER LLC,

      Plaintiffs,

      v.

DEXIA, S.A. and DEXIA BANK BELGIUM
(formerly known as ARTESIA BANKING
CORP., SA),

      Defendants.

No.:  04-CV-10501 (PBS)

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Local Rule 16.1, the parties in the above-referenced action hereby jointly move this Court to modify the Scheduling Orders entered in *Quaak v. Dexia, S.A.*, No. 03-11566 on May 18, 2005; in *Baker v. Dexia*, S.A., No. 04-10501 on April 27, 2005, and in *Stonington Partners, Inc. v. Dexia, S.A.*, No. 03-10411 and *Filler v. Dexia, S.A.*, No. 04-10477 on June 2, 2005.  The current Scheduling Orders provide for the completion of merits discovery by February 28, 2005.  During the October 20, 2005 hearing in these actions, the parties represented to the Court that additional time will be needed to complete merits discovery.  Pursuant to the Court's instruction at the October 20 hearing, the parties met and conferred to determine the scope of the necessary extension of the discovery deadline, and to devise a proposed pre-trial schedule incorporating such an extension.

The parties are pleased to inform the Court that they have reached agreement as to a proposed modified pre-trial schedule that they believe provides sufficient time for the completion of discovery, while facilitating a trial of these actions beginning in January 2007, roughly two months later than under the current schedule.  Specifically, the parties agree to the schedule set forth below, which is reflected in the [Proposed] Second Scheduling Order that is being filed concurrently herewith.

1.    On or before May 15, 2006, each party shall identify the experts on whom it intends to rely concerning any matter for which that party bears the burden of proof and shall produce each such expert's *curriculum vitae* and a short statement of the subject matter of the proposed expert testimony.

2.    On or before May 29, 2006, each party shall identify the rebuttal experts on whom it intends to rely and shall produce each such expert's *curriculum vitae* and a short statement of the subject matter of the proposed expert testimony.

3.    Merits discovery shall be completed by June 16, 2006.

4.    Any motion for class certification shall be filed on or before June 30, 2006.

5.    The parties shall serve expert reports concerning any matters for which they bear the burden of proof on or before July 11, 2006.

6.    The parties shall serve rebuttal expert reports on or before August 15, 2006.

7.    All expert depositions shall be completed on or before September 22, 2006.

8.    Any motion for summary judgment shall be filed on or before October 13, 2006.

9.    A final pre-trial conference shall be held on January 15, 2007, or as close to that date as the Court's calendar permits.

The parties respectfully request that the Court adopt the proposed modifications to the previously entered Scheduling Orders, and enter the parties' [Proposed] Second Scheduling Order. Should the Court have any questions regarding the requested discovery extension or the proposed pre-trial schedule, the parties will be prepared to address such questions during the December 23, 2005 hearing in these actions.

Dated:    December 15, 2005

 Respectfully submitted,


CLIFFORD CHANCE US LLP


 /s/ Jeff E. Butler_____
James B. Weidner
Jeff E. Butler
(jeff.butler@cliffordchance.com)
31 West 52nd Street
New York, NY 10019-6131
Tel:    (212) 878-8000
Fax:    (212) 878-8375


**ATTORNEYS FOR DEFENDANT DEXIA
BANK BELGIUM**

BERMAN DEVALERIO PEASE
    TABACCO BURT & PUCILLO

/s/ Patrick T. Egan_____
Glen DeValerio, BBO # 122010
Jeffrey C. Block, BBO #600747
Patrick T. Egan, BBO # 637477
(pegan@bermanesq.com)
Nicole R. Starr, BBO #654848
One Liberty Square
Boston, MA 02109
Telephone:  (617) 542-8300


SHALOV STONE & BONNER LLP
Lee S. Shalov
James P. Bonner
Patrick L. Rocco
485 Seventh Avenue, Suite 10000
New York, New York 10018
Telephone:  (212) 239-4340


CAULEY BOWMAN CARNEY
& WILLIAMS PLLC

11001 Executive Center Drive, Suite 200
P.O. Box 25438
Little Rock, Arkansas 722125438
Telephone:  (501) 312-8500


**CO-LEAD COUNSEL TO LEAD CLASS
PLAINTIFFS HANS A. QUAAK, ATTILIO
and KARL LEIBINGER**

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP


  /s/ Avi Josefson
Max W. Berger
Steven B. Singer
Victoria Wilheim
Avi Josefson
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 554-1400

LOONEY & GROSSMAN LLP
  Richard J. Grahn, BBO #206620
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone:  (617) 951-2800

**COUNSEL TO PLAINTIFFS
STONINGTON PARTNERS, INC.,
STONINGTON CAPITAL
APPRECIATION 1994 FUND L.P. AND
STONINGTON HOLDINGS L.L.C.**


GREGORY P. JOSEPH LAW OFFICES LLC


        /s/ Susan M. Davies
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
805 Third Avenue, 31st Floor
New York, NY  10022
Telephone:  (212) 407-1200

KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone:  (617) 227-7031

**COUNSEL TO PLAINTIFFS GARY B.
FILLER and LAWRENCE PERLMAN,
Trustees of the TRA Rights Trust**

PARTRIDGE, ANKNER & HORSTMAN LLP


　　　　　/s/ Terence K. Ankner
Terence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone:  (617) 859-9999

BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida  32801
Telephone:  (407) 425-7118

REED SMITH LLP
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone:  (215) 851-8100

**COUNSEL TO PLAINTIFFS JANET
BAKER, JAMES BAKER, JKBAKER
LLC and JMBAKER LLC,**