# EXHIBIT A

# C L I F F O R D
# C H A N C E

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK NY 10019 6131

TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

Joel M. Cohen

DIRECT TEL 212-878-3215
DIRECT FAX 212-878-8375
joel.cohen@cliffordchance.com

December 9, 2005

VIA FACSIMILE

Patrick T. Egan, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

Re: *Quaak v. Dexia Bank Belgium*
*Stonington v. Dexia Bank Belgium*
*Filler v. Dexia Bank Belgium*
*Baker v. Dexia Bank Belgium*

Dear Patrick:

I write in response to your letter dated December 6, 2005. It is my understanding that the assets of Dexia Bank Belgium New York Branch have already been sold. All that remains in the liquidation process is for the New York Branch to surrender its license to the New York State Banking Department. The New York Branch does not control the timing of that event.

Sincerely,

Joel M. Cohen

cc: Patrick Rocco, Esq.
Steven Singer, Esq.
Susan Davies, Esq.
Karen C. Dyer, Esq.
Alan Cotler, Esq.
Peter M. Saparoff, Esq.

NYB 1517148.1