Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>Defendants. | No.: 04-CV-10477 (PBS) |

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10501 (PBS) |

## PLAINTIFFS' SECOND OMNIBUS NOTICE OF DEPOSITIONS OF DEFENDANT DEXIA BANK BELGIUM

TO:    Jeff E. Butler, Esq.
         (Jeff.Butler@CliffordChance.com)
         Clifford Chance US LLP
         31 West 52nd Street
         New York, New York 10019

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, and prior orders issued by the Court in the above-captioned actions, plaintiffs, by their undersigned counsel, will take the deposition upon oral examination of each of the following persons identified herein, before a notary public or other person authorized to administer oaths, at the location specified herein, and commencing at the date and time specified herein and continuing day to day thereafter until completion. The depositions will be recorded by stenographic and sound and visual (videotape) means. All parties are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure.

2

| Deponent | Location | Date and Time |
|---|---|---|
| **Catherine Decoutere** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | February 20-21, 2006<br>at 9:00 a.m. |
| **Ivan de Coen** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | February 22-23, 2006<br>at 9:00 a.m. |
| **Joris van Helleputte** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | February 24, 2006<br>at 9:00 a.m. |
| **Jan Van Broeckhoven** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | February 27, 2006<br>at 9:00 a.m. |
| **Claude Piret** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | March 20, 2006<br>at 9:00 a.m. |
| **Philippe Steverlynck** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | March 21-22, 2006<br>at 9:00 a.m. |
| **Jacques Janssens** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | March 23-24, 2006<br>at 9:00 a.m. |
| **Alain Probst** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | March 27-28, 2006<br>at 9:00 a.m. |
| **François Saverys** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | March 29-30, 2006<br>at 9:00 a.m. |

Dated: December 5, 2005

        BERMAN DEVALERIO PEASE
          TABACCO BURT & PUCILLO

           /s/ Glen DeValerio
        Glen DeValerio, BBO # 122010
        (gdevalerio@bermanesq.com)
        Jeffrey C. Block, BBO #600747
        Patrick T. Egan, BBO # 637477
        Nicole R. Starr, BBO #654848
        One Liberty Square
        Boston, MA 02109
        Telephone: (617) 542-8300

        SHALOV STONE & BONNER LLP
        Lee S. Shalov
        James P. Bonner
        Patrick L. Rocco
        485 Seventh Avenue, Suite 10000
        New York, New York 10018
        Telephone: (212) 239-4340

        CAULEY BOWMAN CARNEY & WILLIAMS PLLC
        Allen Carney
        11001 Executive Center Drive, Suite 200
        P.O. Box 25438
        Little Rock, Arkansas 722125438
        Telephone: (501) 312-8500

        **CO-LEAD COUNSEL TO LEAD CLASS**
        **PLAINTIFFS HANS A. QUAAK, ATTILIO PO**
        **and KARL LEIBINGER**

        LOONEY & GROSSMAN LLP

           /s/ Richard J. Grahn
        Richard J. Grahn, BBO #206620
        (rgrahn@lgllp.com)
        Charles P. Kindregan, BBO #554947
        101 Arch Street
        Boston, MA 02110
        Telephone: (617) 951-2800

BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP
Max W. Berger
Steven B. Singer
Avi Josefson
Victoria Wilheim
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400

**COUNSEL TO PLAINTIFFS STONINGTON PARTNERS, INC., STONINGTON CAPITAL APPRECIATION 1994 FUND L.P. AND STONINGTON HOLDINGS L.L.C.**

PARTRIDGE, ANKNER & HORSTMAN LLP

/s/ Terrence K. Ankner
Terrence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone: (617) 859-9999

BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida 32801
Telephone: (407) 425-7118

REED SMITH LLP
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone: (215) 851-8100

**COUNSEL TO PLAINTIFFS JANET BAKER, JAMES BAKER, JKBAKER LLC and JMBAKER LLC,**

GREGORY P. JOSEPH LAW OFFICES LLC

/s/ Susan M. Davies
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200

KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031

**COUNSEL TO PLAINTIFFS GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust**

6

## Certificate of Service

I hereby certify that on December 5, 2005, I caused a true copy of the foregoing *Plaintiffs' Second Omnibus Notice of Depositions of Defendant Dexia Bank Belgium* dated December 5, 2005 to be served by electronic mail and First Class Mail, postage prepaid, upon the following Counsel of Record at the electronic and postal addresses indicated below:

Jeff E. Butler, Esq. (Jeff.Butler@CliffordChance.com)
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019

**Counsel for Dexia Bank Belgium in *Filler v. Dexia, S.A.*, C.A. No. 04-10477-PBS; *Quaak v. Dexia, S.A.*, C.A. No. 03-11566-PBS; *Baker v. Dexia, S.A.*, C.A. No. 04-10501-PBS, *Stonington Partners, Inc v. Dexia, S.A.*, C.A. No. 04-10111-PBS**

Jeffrey C. Block, Esq. (jblock@bermanesq.com)
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

**Co-Lead Counsel for Class Plaintiffs
in *Quaak v. Dexia, S.A.*, C.A. No. 03-11566-PBS**

Karen C. Dyer, Esq. (kdyer@bsfllp.com)
Boies Schiller & Flexner
255 South Orange Avenue, Suite 905
Orlando, Florida 32801

**Counsel for Plaintiffs Janet Baker, James Baker, JKBaker LLC, and JMBaker LLC
in *Baker v. Dexia, S.A.*, C.A. No. 04-10501-PBS**

Steven B. Singer, Esq. (steven@blbglaw.com)
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, New York 10019

**Counsel for Plaintiffs Stonington Partners, Inc., Stonington Capital Appreciation
1994 Fund L.P., and Stonington Holdings, L.L.C. in *Stonington Partners, Inc v. Dexia, S.A.*, C.A. No. 04-10111-PBS**

_____
Susan M. Davies