**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>Defendants. | No. 04-CV-10477-PBS |

CERTIFICATE OF SERVICE

I, Susan M. Davies, hereby certify that the following documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 24th day of February, 2006.

- Plaintiffs' Emergency Motion to Compel Depositions;
- Memorandum in Support of Plaintiffs' Emergency Motion to Compel Depositions;
- Declaration of Patrick T. Egan in Support of Plaintiffs' Emergency Motion to Compel Depositions.

    /s/ **Susan M. Davies**
**Susan M. Davies**

# United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Davies, Susan M. entered on 2/24/2006 at 3:29 PM EST and filed on 2/24/2006

**Case Name:**     Filler et al v. Dexia, S.A. et al
**Case Number:**   1:04-cv-10477
**Filer:**         Gary B. Filler
                   Lawrence Perlman
**Document Number:** 65

**Docket Text:**
Emergency MOTION to Compel *Depositions* by Gary B. Filler, Lawrence Perlman.(Davies, Susan)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/24/2006] [FileNumber=1326257-0
] [2e5dd1ec6e98665e137a7fadc0d4ba7479e53ee7b3ed382e828639380ec5bd4c9f6
ba757768dc3210024afca1719c27914fa92791cf1c2e9ddcc7412db9a51ea]]

**1:04-cv-10477 Notice will be electronically mailed to:**

Jeff E. Butler     jeff.butler@cliffordchance.com

Susan M. Davies    sdavies@josephnyc.com

Gregory P. Joseph  gjoseph@josephnyc.com

Nicholas M. Kelley   nkelley@kcslegal.com, jtrapp@kcslegal.com

Breton T. Leone-Quick    bleone-quick@mintz.com

Amy C. Mainelli    amainelli@kcslegal.com

Peter M. Saparoff    psaparoff@mintz.com

**1:04-cv-10477 Notice will not be electronically mailed to:**

James B. Weidner
Clifford Chance US LLP
51 West 52nd Street
New York, NY 10019-6131

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Davies, Susan entered on 2/24/2006 at 3:31 PM EST and filed on 2/24/2006

**Case Name:** Filler et al v. Dexia, S.A. et al
**Case Number:** 1:04-cv-10477
**Filer:** Gary B. Filler
Lawrence Perlman
**Document Number:** 66

**Docket Text:**
MEMORANDUM in Support re [65] Emergency MOTION to Compel *Depositions* filed by Gary B. Filler, Lawrence Perlman. (Davies, Susan)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/24/2006] [FileNumber=1326265-0
] [2c4afa658999595755f51e2143edf80a0f2dceca46cc4ad4ca357f4613de2f19535
30c4f4d4484d87cd24e4190829867a0e7f464be55f33acd93dafa264b84bf]]

**1:04-cv-10477 Notice will be electronically mailed to:**

Jeff E. Butler     jeff.butler@cliffordchance.com

Susan M. Davies     sdavies@josephnyc.com

Gregory P. Joseph     gjoseph@josephnyc.com

Nicholas M. Kelley     nkelley@kcslegal.com, jtrapp@kcslegal.com

Breton T. Leone-Quick     bleone-quick@mintz.com

Amy C. Mainelli     amainelli@kcslegal.com

Peter M. Saparoff     psaparoff@mintz.com

**1:04-cv-10477 Notice will not be electronically mailed to:**

James B. Weidner
Clifford Chance US LLP
51 West 52nd Street
New York, NY 10019-6131

Other Documents
Case 1:04-cv-10477-PBS    Document 68    Filed 02/24/2006    Page 4 of 5
1:04-cv-10477-PBS Filler et al v. Dexia, S.A. et al

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Davies, Susan entered on 2/24/2006 at 3:35 PM EST and filed on 2/24/2006

**Case Name:** Filler et al v. Dexia, S.A. et al
**Case Number:** 1:04-cv-10477
**Filer:** Gary B. Filler
Lawrence Perlman
**Document Number:** 67

**Docket Text:**
DECLARATION *of Patrick T. Egan in Support of Plaintiffs' Emergency Motion to Compel Depositions* by Gary B. Filler, Lawrence Perlman. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D# (5) Exhibit E# (6) Exhibit F# (7) Exhibit G)(Davies, Susan)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/24/2006] [FileNumber=1326284-0
] [0aa01559519411a8ed521ff91da356e8a8ab3fbbb15ba89e925ad5d8295df7d68e9
1a730904f13bffe6374ca44046220c2368e4ef31fac4dcf7982cf8dca74c2]]
**Document description:** Exhibit A
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/24/2006] [FileNumber=1326284-1
] [decebf6978864f3cb4e0d2b4bb7ce3175ed9da3d88c63e9f84cd0c6899a48df726e
5f5d9737279e7af97d9495a9e31f5c88ae8b8190ad42d844dc3af78863c56]]
**Document description:** Exhibit B
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/24/2006] [FileNumber=1326284-2
] [0cc6573d28322e813ce52a12160185e5898f21debb8165e731607a99408af34eb90
5c9515513c8a3e862aa6f4870f51340c4cb1fd9402e5310a9743edbbc621c]]
**Document description:** Exhibit C
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/24/2006] [FileNumber=1326284-3
] [776cdb377b4bc0af47912c8f054b3d10e5a0ab89c7d1d9a7319a2c3b1d550a52b6f
a64487efec5b84f2b1125783857493331059eda4b4d7dd548d8d0988c386e]]
**Document description:** Exhibit D
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/24/2006] [FileNumber=1326284-4
] [746469388429986002b5703796f03829763a7041c5a225bf4d9705a06b02df716d5
1c054e1c08e724ccebd9dcf938a4b731e354da61203463a240f2e1eb1a3af]]
**Document description:** Exhibit E

**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/24/2006] [FileNumber=1326284-5
] [252aed3bce9f6b13de11643a4a4a3881e4a962ceffcbf26bd08ac94ed254b5441c3
becaa8e3318709e799e794c6739aefe9ac23e6a276bf7c796af06c36b2aa9]]
**Document description:**Exhibit F
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/24/2006] [FileNumber=1326284-6
] [94168ee7c8316700c50a4855258ed9754b8eaed06562b2f19d33bab755e0294f0e7
c1077b8372fac424cb46183e4d483e17dea88dd554d9370a359f2972fe94f]]
**Document description:**Exhibit G
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/24/2006] [FileNumber=1326284-7
] [23a0af077ba56457d8d88fa613727336b01aa7851b9467edd253cf4020ec34dadb7
7644b73a182e4a950e3760414c58be9f3142bcf0f338827bc147491c06916]]

**1:04-cv-10477 Notice will be electronically mailed to:**

Jeff E. Butler     jeff.butler@cliffordchance.com

Susan M. Davies     sdavies@josephnyc.com

Gregory P. Joseph     gjoseph@josephnyc.com

Nicholas M. Kelley     nkelley@kcslegal.com, jtrapp@kcslegal.com

Breton T. Leone-Quick     bleone-quick@mintz.com

Amy C. Mainelli     amainelli@kcslegal.com

Peter M. Saparoff     psaparoff@mintz.com

**1:04-cv-10477 Notice will not be electronically mailed to:**

James B. Weidner
Clifford Chance US LLP
51 West 52nd Street
New York, NY 10019-6131