# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

GARY B. FILLER and LAWRENCE
PERLMAN, Trustees of the TRA Rights
Trust,

                     Plaintiffs,

v.

DEXIA S.A. and DEXIA BANK
BELGIUM (formerly known as
ARTESIA BANKING CORP., S.A.)

                     Defendants.

No. 04-CV-10477-PBS

## CERTIFICATE OF SERVICE

I, Susan M. Davies, hereby certify that the following documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 27th day of February, 2006.

- Plaintiffs' Memorandum in Opposition to Dexia's Emergency Motion for a Protective Order.

          /s/ **Susan M. Davies**
          **Susan M. Davies**

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Davies, Susan entered on 2/27/2006 at 2:04 PM EST and filed on 2/27/2006

**Case Name:**         Filler et al v. Dexia, S.A. et al
**Case Number:**       1:04-cv-10477
**Filer:**             Gary B. Filler
                       Lawrence Perlman

**Document Number:** 73

**Docket Text:**
MEMORANDUM in Opposition re [69] Emergency MOTION for Protective Order filed by Gary B. Filler, Lawrence Perlman. (Davies, Susan)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/27/2006] [FileNumber=1327755-0
] [866fce99b1ad2dbfc4111bdd9ed7b78502e766454ea8a836f2f68f375d6617a77b4
c23df19a34c5c64db5de38ae662666d6a329e71119b01146a09f8c869a71f]]

**1:04-cv-10477 Notice will be electronically mailed to:**

Jeff E. Butler      jeff.butler@cliffordchance.com

Susan M. Davies      sdavies@josephnyc.com

Gregory P. Joseph      gjoseph@josephnyc.com

Nicholas M. Kelley      nkelley@kcslegal.com, jtrapp@kcslegal.com

Breton T. Leone-Quick      bleone-quick@mintz.com

Amy C. Mainelli      amainelli@kcslegal.com

Peter M. Saparoff      psaparoff@mintz.com

**1:04-cv-10477 Notice will not be electronically mailed to:**

James B. Weidner
Clifford Chance US LLP
51 West 52nd Street
New York, NY 10019-6131