UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>Defendants. | No. 04-CV-10477-PBS |

CERTIFICATE OF SERVICE

I, Susan M. Davies, hereby certify that the following documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 3rd day of March, 2006.

- Notice of Withdrawal of Motion.

    /s/ **Susan M. Davies**
**Susan M. Davies**

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Davies, Susan entered on 3/3/2006 at 11:31 AM EST and filed on 3/3/2006
**Case Name:**      Filler et al v. Dexia, S.A. et al
**Case Number:**    1:04-cv-10477
**Filer:**
**Document Number:** 76

**Docket Text:**
Withdrawal of motion: [65] Emergency MOTION to Compel *Depositions* filed by Gary B. Filler,, Lawrence Perlman,.. (Davies, Susan)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=3/3/2006] [FileNumber=1335699-0]
[23dd6efb2ad6ef790da1fcbe5d3285cb6f9aa2d568566aa287a7d87741e23b87eeda
2e25f2d337bbd868d0d7f722e6b3ada6e46c964bb3d9f1437f813306ee23]]

**1:04-cv-10477 Notice will be electronically mailed to:**

Jeff E. Butler     jeff.butler@cliffordchance.com

Susan M. Davies     sdavies@josephnyc.com

Gregory P. Joseph     gjoseph@josephnyc.com

Nicholas M. Kelley     nkelley@kcslegal.com, jtrapp@kcslegal.com

Breton T. Leone-Quick     bleone-quick@mintz.com

Amy C. Mainelli     amainelli@kcslegal.com

Peter M. Saparoff     psaparoff@mintz.com

**1:04-cv-10477 Notice will not be electronically mailed to:**

James B. Weidner
Clifford Chance US LLP
51 West 52nd Street
New York, NY 10019-6131