## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust, <br><br> Plaintiffs, <br><br> v. <br><br> DEXIA S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.) <br><br> Defendants. | No. 04-CV-10477-PBS |

### CERTIFICATE OF SERVICE

     I, Susan M. Davies, hereby certify that the following documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 8th day of March, 2006.

- Plaintiffs' Motion to Compel the Return of Inadvertently Produced Opinion Work Product Documents;
- Memorandum of Law in Support of Plaintiffs' Motion to Compel the Return of Inadvertently Produced Opinion Work Product Documents;
- Declaration of Patrick T. Egan in Support of Plaintiffs' Motion to Compel the Return of Inadvertently Produced Opinion Work Product Documents, with Exhibits A through I;
- Declaration of Avi Josefson in Support of Plaintiffs' Motion to Compel the Return of Inadvertently Produced Opinion Work Product Documents.

                                                                /s/ **Susan M. Davies**
                                                                **Susan M. Davies**