UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>　　　　　Defendants. | Civil Action No.: 04-10477-PBS |

## MOTION TO ADMIT JOEL M. COHEN, *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Breton Leone-Quick, Esq., a member of the bar of this Court who has previously filed a notice of appearance in this matter on behalf of defendant Dexia Bank Belgium, respectfully requests that this Court admit Joel M. Cohen, *pro hac vice*, to practice before this Court in the above-captioned case as co-counsel for Dexia Bank Belgium.

Mr. Cohen is a member of the bar in good standing in every jurisdiction where he is admitted, there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and he is familiar with the Local Rules of this District. See Certificate, filed herewith as Attachment A.

Payment of the $50 admission fee has been sent to the Clerk of the Court.

Dated: April 3, 2006

　　　　　　　　　　　　　　　　　　　/s/ Breton Leone-Quick
　　　　　　　　　　　　　　　　　　Breton Leone-Quick (BBO#655571)
　　　　　　　　　　　　　　　　　　MINTZ LEVIN COHN
　　　　　　　　　　　　　　　　　　FERRIS GLOVSKY & POPEO
　　　　　　　　　　　　　　　　　　One Financial Center
　　　　　　　　　　　　　　　　　　Boston, MA 02111
　　　　　　　　　　　　　　　　　　Tel: (617) 542-6000
　　　　　　　　　　　　　　　　　　Fax: (617) 542-2241

　　　　　　　　　　　　　　　　　　*Counsel for Dexia Bank Belgium*