UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>Defendants. | Civil Action No.: 04-10477-PBS |

### CERTIFICATE OF THOMAS TEIGE CARROLL

In accordance with Local Rule 83.5.3(b), I, Thomas Teige Carroll, certify as follows:

1. I am admitted to practice in the State of New York, and in the Southern and Eastern Districts of New York.

2. I am a member of the bar in good standing in all of the jurisdictions listed in paragraph 1, above.

3. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
Thomas Teige Carroll
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Tel:   (212) 878-8000
Fax:  (212) 878-8375

Date: March 20, 2006

*Counsel for Dexia Bank Belgium*

LIT 1512174v.2