UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>Defendants. | Civil Action No.: 04-10477-PBS |

## CERTIFICATE OF MARYANA A. KODNER

In accordance with Local Rule 83.5.3(b), I, Maryana A. Kodner, certify as follows:

1. I am admitted to practice in the State of New York and in the Southern and Eastern Districts.

2. I am a member of the bar in good standing in all of the jurisdictions listed in paragraph 1, above.

3. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
Maryana A. Kodner
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Tel:   (212) 878-8000
Fax:   (212) 878-8375

Date: March 29, 2006

*Counsel for Dexia Bank Belgium*

NYA 776623.1