E<span style="font-variant: small-caps;">XHIBIT</span> E

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

2          UNITED STATES DISTRICT COURT

3          DISTRICT OF MASSACHUSETTS

4    - - - - - - - - - - - - - -x

5    ROBERT ROTH, et al.,          :

6              Plaintiffs, :

7         v.              : Civil Action No.

8    KPMG, LLP, et al.,        : 02-10304-PBS

9              Defendants. : Consolidated with

10   _____ : CA 02-10305-PBS

11   JANET BAKER, et al.,          :

12             Plaintiffs,  :

13        v.              :

14   KPMG, LLP, et al.,        :

15             Defendants.  :

16   - - - - - - - - - - - - -x

17        Videotape Deposition of STEPHEN LUCZO

18          C O N F I D E N T I A L

19          Washington, D.C.

20         Thursday, July 29, 2004

21            10:34 a.m.

22

23   Pages 1-159

24   Job No. 22-39227

25   Reported By:  Tamara Gelbart Jaffe, CMR



**LEGALINK**®
A **WORDWAVE** COMPANY

**LegaLink Manhattan**
420 Lexington Avenue, Suite 2108
New York, NY 10170

tel (212) 557-7400
tel (800) 325-3376
fax (212) 692-9171

www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

2          Deposition of STEPHEN LUCZO, held at

3     the offices of:

4               Skadden, Arps, Slate,

5                Meagher & Flom, LLP

6             1440 New York Avenue, N.W.

7             Washington, D.C.  20005

8               (202) 371-7000

9

10          Pursuant to notice before Tamara Gelbart

11     Jaffe, Certified Merit Reporter and Notary Public of

12     the District of Columbia.

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

Page 3

```
 2              A P P E A R A N C E S

 3    ON BEHALF OF THE FILLER PLAINTIFFS

 4    AND THE WITNESS:

 5          GREGORY P. JOSEPH, ESQUIRE

 6          Gregory P. Joseph Law Offices, LLC

 7          805 Third Avenue, 31st Floor

 8          New York, New York   10022

 9          (212) 407-1210

10          gjoseph@josephnyc.com

11

12    ON BEHALF OF THE PLAINTIFFS JANET

13    AND JIM BAKER:

14          GEORGE R. COE, ESQUIRE

15          Boies, Schiller & Flexner, LLP

16          255 South Orange Avenue, Suite 905

17          Orlando, Florida   32801-3456

18          (407) 425-7047

19          gcoe@bsfllp.com

20

21

22

23

24

25
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

Page 4

```
 2    (Appearances continued)

 3        ON BEHALF OF THE DEFENDANT, S.G. COWEN

 4        SECURITIES CORPORATION:

 5             DANIEL J. MACALUSO, ESQUIRE

 6             JONATHAN FRANK, ESQUIRE

 7             Skadden, Arps, Slate, Meagher & Flom, LLP

 8             Four Times Square

 9             New York, New York  10036-6522

10             (212) 735-3000

11             dmacalus@skadden.com

12

13        ON BEHALF OF DEFENDANTS, KPMG, LLP:

14             SEAN KNOWLES, ESQUIRE

15             Davis Polk & Wardwell

16             450 Lexington Avenue

17             New York, New York  10017

18             (212) 450-4000

19             sean.knowles@dpw.com

20

21

22

23

24

25
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

Page 5

```
 2    (Appearances continued)

 3        ON BEHALF OF THE DEFENDANT, GASTON BASTIAENS:

 4            KELLY McCORMICK, ESQUIRE

 5            Crowell & Moring

 6            1001 Pennsylvania Avenue, N.W.

 7            Washington, D.C.  20004

 8            (202) 624-2500

 9

10        Also Present: Brian Mackey, Videographer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

Page 6

2                    C O N T E N T S

3

4    EXAMINATION OF STEPHEN LUCZO              PAGE

5    By Mr. Macaluso                             8

6    By Mr. Knowles                            142

7

8                    E X H I B I T S

9          (Attached to the Transcript)

10   LUCZO EXHIBIT                              PAGE

11   1.   Interoffice Memo, 12/8/98             17

12   2.   Dragon Systems Telephonic Meeting     19

13   3.   Dragon Systems, Board Meeting, 4/7/99 21

14   4.   SG Cowen Securities Screening Memo    24

15   5.   Board Minutes, Dragon, 6/21/99        28

16   6.   Steve Luczo Calendar, 1/99-11/00      39

17   7.   Board Minutes, Dragon, 6/21/99        44

18   8.   Interviews, 8/29-9/5/99               46

19   9.   Core Issues at Dragon                 53

20   10.  Board Minutes, Dragon, 10/5/99        58

21   11.  Board Minutes, Dragon, 11/19/99       77

22   12.  Board Minutes, Dragon, 12/17/99       81

23   13.  Fax to Baker From Berzofsky, 12/17/99 84

24   14.  Board Minutes, Dragon, 12/20/99       92

25   15.  Board Minutes, Dragon, 1/31/00        93

Case 1:04-cv-10477-PBS    Document 93-10    Filed 04/14/2006    Page 8 of 55
CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

Page 7

2    (Exhibit index continued)

3    LUCZO EXHIBIT NUMBER                          PAGE

4    16. Board Minutes, Dragon, 3/27/00             97

5    17. Fax to Cohen from Otey Smith, 2/29/00    109

6    18. Goldman Sachs Project Dictator Eval.     118

7    19. Exhibit C to Resolutions of Board        119

8    20. Dragon Sys. Written Board Action         119

9    21. Dragon Notice of Stockholders Meeting    125

10   22. Hale & Dorr letter to Distribution List  134

11   23. Consent of Stockholders, Dragon          137

12   24. E-mail, SGC 46553                         145

13   25. E-mail, Mark Khalil, SCA 00475            148

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04        8 |
| 10:21:15 | 2 | P R O C E E D I N G S |
| 10:40:18 | 3 | THE VIDEOGRAPHER:  Here begins Tape Number |
| 10:40:27 | 4 | 1 in the Deposition of Stephen Luczo, in the matter |
| 10:40:32 | 5 | of Robert Roth, et al. versus KPMG, LLP, et al. and |
| 10:40:37 | 6 | Janet Baker, et al. versus KPMG, LLP, et al. in the |
| 10:40:43 | 7 | United States District Court for the District of |
| 10:40:46 | 8 | Massachusetts, Case Number CA02-10304-PBS, |
| 10:40:54 | 9 | consolidated with CA02-10305-PBS. |
| 10:41:02 | 10 | Today's date is July 29th, 2004.  The time |
| 10:41:05 | 11 | is 10:34 a.m.  The video operator today is Brian |
| 10:41:10 | 12 | Mackey of Legalink, New York.  This deposition is |
| 10:41:14 | 13 | taking place at the office of Skadden, Arps, Slate, |
| 10:41:18 | 14 | 1440 New York Avenue, Northwest, Washington, D.C., |
| 10:41:21 | 15 | and was noticed by Jonathan Frank, counsel for the |
| 10:41:25 | 16 | defendant.  Would the counsel please identify |
| 10:41:27 | 17 | themselves and state whom they represent? |
| 10:41:31 | 18 | MR. JOSEPH:  Gregory Joseph for the Filler |
| 10:41:32 | 19 | plaintiffs and other affiliated actions that weren't |
| 10:41:35 | 20 | mentioned, and for the witness. |
| 10:41:38 | 21 | MR. COE:  George Coe, Boies, Schiller on |
| 10:41:39 | 22 | behalf of Baker plaintiffs in this action. |
| 10:41:43 | 23 | MS. McCORMICK:  Kelly McCormick from Kroll |
| 10:41:45 | 24 | and Moring on behalf of Gaston Bastiaens, a |
| 10:41:48 | 25 | defendant. |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04 | 9• |

10:41:49   2        MR. KNOWLES:  Good morning, Sean Knowles

10:41:50   3   from Davis, Polk and Wardwell on behalf of KPMG,

10:41:52   4   LLP.

10:41:55   5        MR. MACALUSO:  Danny Macaluso from

10:41:57   6   Skadden, Arps on behalf of S.G. Cowen Securities

10:41:59   7   Corporation.

10:42:01   8        MR. FRANK:  Jonathan Frank, Skadden, Arps

10:42:05   9   on behalf of S.G. Cowen.

10:42:08  10        THE VIDEOGRAPHER:  The court reporter

10:42:10  11   today is Tamara Jaffe of Legalink, New York.

10:42:25  12             STEPHEN LUCZO,

10:42:25  13    having been duly sworn, testified as follows:

10:42:25  14   EXAMINATION BY COUNSEL FOR THE DEFENDANT, SG COWEN

10:42:26  15   BY MR. FRANK:

10:42:28  16        Q    All set?  Just a couple of ground rules

10:42:30  17   before we start.  Have you ever been deposed before,

10:42:32  18   sir?

10:42:33  19        A    Yes.

10:42:34  20        Q    So I'm going to ask you questions.  Answer

10:42:37  21   them as best you can.  If something I say doesn't

10:42:39  22   make sense to you, or you don't understand it, just

10:42:41  23   ask me to clarify, and I'll try and do so, otherwise

10:42:44  24   I'll assume you understood my question.

10:43:03  25        An objection by one counsel constitutes an

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    10 |
|---|---|---|
| 10:43:06 | 2 | objection by all, and I'd ask that this be marked |
| 10:43:09 | 3 | "Confidential," and Motions to Strike are reserved, |
| 10:43:16 | 4 | as well as all other motions except objections to |
| 10:43:20 | 5 | form.  Okay? |
| 10:43:24 | 6 | Where do you presently work, sir? |
| 10:43:27 | 7 | A    Seagate Technology. |
| 10:43:29 | 8 | Q    And your position with Seagate? |
| 10:43:31 | 9 | A    Chairman. |
| 10:43:33 | 10 | Q    How long have you been there? |
| 10:43:35 | 11 | A    At Seagate? |
| 10:43:36 | 12 | Q    Yes. |
| 10:43:38 | 13 | A    Since 1993. |
| 10:43:39 | 14 | Q    Could you just briefly tell me, you know, |
| 10:43:42 | 15 | a sketch of your positions at Seagate? |
| 10:43:45 | 16 | A    At Seagate, I started in 1993, was hired |
| 10:43:49 | 17 | in as Senior Vice President of Corporate |
| 10:43:51 | 18 | Development, and was in that role until 19 -- at |
| 10:43:58 | 19 | some point it was changed to Executive Vice |
| 10:44:00 | 20 | President, Corporate Involvement, um, then I was CEO |
| 10:44:04 | 21 | of Seagate Software sometime in the '95 to '97 time |
| 10:44:10 | 22 | frame.  '97 I was made president and COO of Seagate |
| 10:44:13 | 23 | Technology. |
| 10:44:15 | 24 | 1998 I was made CEO, and in I think 2002 I |
| 10:44:22 | 25 | was made Chairman and CEO, I dropped the President |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    11 |
| 10:44:25 | 2 | and Chief Operating Officer titles and was made CEO, |
| 10:44:29 | 3 | by the way, and then Chairman and CEO from 2002 |
| 10:44:33 | 4 | until July of this year, at which point I have just |
| 10:44:35 | 5 | the chairman title. |
| 10:44:37 | 6 | Q    Prior to beginning at Seagate, what was |
| 10:44:41 | 7 | your professional experience, just briefly? |
| 10:44:43 | 8 | A    Starting -- I finished business school in |
| 10:44:45 | 9 | 1984, so, um, from Stanford, and so from '84 to '86, |
| 10:44:52 | 10 | I was in the Municipal Finance Department at Solomon |
| 10:44:58 | 11 | Brothers.  From '86 until '92 I was in the Corporate |
| 10:45:01 | 12 | Finance Group at Solomon Brothers.  I was vice |
| 10:45:03 | 13 | president when I left.  Joined Bear Stearns in 1992 |
| 10:45:06 | 14 | as Senior Managing Director of the Technology Group, |
| 10:45:08 | 15 | and left there in 1993. |
| 10:45:12 | 16 | Q    Did you, in your banking experience at |
| 10:45:15 | 17 | Solomon and at Bear Stearns, did you ever work in |
| 10:45:17 | 18 | the M and A Departments? |
| 10:45:19 | 19 | A    No. |
| 10:45:21 | 20 | Q    Can you describe for me Seagate's -- what |
| 10:45:32 | 21 | you might consider Seagate's core operations, its |
| 10:45:35 | 22 | core business? |
| 10:45:36 | 23 | A    Our core business is the design, |
| 10:45:38 | 24 | development and sale of disk drives, hard disk |
| 10:45:42 | 25 | drives. |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    12 |
| 10:45:43 | 2 | Q    Now you had mentioned that when you first, |
| 10:45:45 | 3 | or at some point, I don't know if it was when you |
| 10:45:46 | 4 | first, or at some point you worked at Seagate |
| 10:45:49 | 5 | Software.  Is that a division of Seagate Technology? |
| 10:45:54 | 6 | A    It was a, yeah, it was a -- It was a |
| 10:45:56 | 7 | wholly owned subsidiary of Seagate, so when I joined |
| 10:45:59 | 8 | in 1993 as a Senior Vice President, Corporate |
| 10:46:03 | 9 | Development, a purpose, if not a primary purpose, |
| 10:46:07 | 10 | was to do strategy for the company, as well as we |
| 10:46:11 | 11 | were going to try and build a software business |
| 10:46:14 | 12 | through acquisition, and I believe the first |
| 10:46:17 | 13 | acquisition was in 1994, and over the next couple of |
| 10:46:22 | 14 | years we bought 10 companies and integrated them at |
| 10:46:25 | 15 | some point.  That was called Seagate Software.  I |
| 10:46:28 | 16 | was -- I had the title, I believe, of CEO or |
| 10:46:30 | 17 | President, I can't remember, maybe it was President. |
| 10:46:34 | 18 | Q    Now, did there come a time when Seagate |
| 10:46:38 | 19 | invested in Dragon Systems, Inc.? |
| 10:46:40 | 20 | A    Yes. |
| 10:46:40 | 21 | Q    Do you recall when that was? |
| 10:46:42 | 22 | A    I don't recall specifically when it was. |
| 10:46:44 | 23 | Q    Were you the CEO of Seagate at the time of |
| 10:46:47 | 24 | that initial investment, if you recall? |
| 10:46:49 | 25 | A    Ah, I believe it was -- it was before I |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    13 |
| 10:46:51 | 2 | was CEO.  It was, I think, even before I was |
| 10:46:54 | 3 | president and COO, but I don't remember exactly. |
| 10:46:56 | 4 | Q    Do you remember who was the CEO at or |
| 10:46:58 | 5 | around that time? |
| 10:46:59 | 6 | A    Al Shugart would have been the CEO. |
| 10:47:02 | 7 | Q    Did you have any involvement in the |
| 10:47:05 | 8 | decision to invest in Dragon Systems? |
| 10:47:08 | 9 | A    Yes. |
| 10:47:09 | 10 | Q    And do you recall what Seagate's initial |
| 10:47:13 | 11 | investment in Dragon System was? |
| 10:47:15 | 12 | A    In terms of the dollar amount? |
| 10:47:17 | 13 | Q    Yes, correct. |
| 10:47:18 | 14 | A    I do not remember the exact amount, no. |
| 10:47:20 | 15 | Q    Do you recall it being, if I said it was |
| 10:47:23 | 16 | for roughly a 25 percent interest in the company at |
| 10:47:26 | 17 | a cost of about 18 and-a-half million dollars, would |
| 10:47:28 | 18 | that sound about right to you? |
| 10:47:30 | 19 | A    Yes, it would. |
| 10:47:34 | 20 | Q    What was your involvement in the |
| 10:47:36 | 21 | decision-making process to invest in Dragon?  What |
| 10:47:39 | 22 | do you recall? |
| 10:47:40 | 23 | A    Um, I was -- So I was at that time again |
| 10:47:43 | 24 | either EVP of Corporate Development or SVP, so as |
| 10:47:48 | 25 | part of those responsibilities, we did look at |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04 | 14 |

10:47:51    2  strategic investment opportunities or just

10:47:53    3  technology investment opportunities.  And so my

10:47:57    4  involvement was, um, basically meeting with the

10:48:02    5  management team, getting a basic understanding of

10:48:06    6  their technology and competitive position, and

10:48:10    7  determining whether or not in fact they would be

10:48:13    8  willing to have an outside investor; due diligence

10:48:18    9  associated with any type of investment, and then,

10:48:22   10  you know, any type of input to our senior management

10:48:25   11  and our board on that investment.

10:48:27   12      Q    You said it -- You were looking at it, and

10:48:30   13  correct me if I'm mistaken, it's some type of

10:48:33   14  strategic investment?

10:48:35   15      A    For Seagate, um, it wasn't -- It wasn't

10:48:38   16  part of the Seagate software investments.  It was

10:48:40   17  from Seagate Technology, so it was from the disk

10:48:43   18  drive side.  And, um -- so there were a couple of

10:48:47   19  strategic threads to have, one, related to the

10:48:49   20  speech technology driving storage, which is, you

10:48:52   21  know, one of the investment parameters that we tried

10:48:56   22  to achieve with our -- our investments, and the

10:48:59   23  other was, um, there was some very -- some very

10:49:04   24  fundamental and core technology owned by Dragon in

10:49:07   25  the algorithm area that ultimately actually could be

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  | Deposition of Stephen Luczo - Conducted on 7/29/04 | 15 |
| --- | --- | --- | --- |

```
                1    Deposition of Stephen Luczo - Conducted on 7/29/04     15
10:49:10        2    something of interest to disk drive technology.
10:49:18        3        Q    Would you describe what Dragon Systems
10:49:22        4    offered as being outside what you earlier described
10:49:24        5    as the core business or operations of Seagate?
10:49:28        6        A    Um, not sure I understand the question.
10:49:29        7        Q    Okay.  You had -- I'll withdraw it.
10:49:33        8             Did Seagate increase its investment in
10:49:40        9    or around 1997 in Dragon Systems?
10:49:40       10        A    I don't recall, but we certainly may well
10:49:43       11    have.
10:49:43       12        Q    Okay.  Um, do you recall at or around the
10:49:46       13    time of the transaction involving L&H and Dragon
10:49:52       14    Systems, Seagate holding roughly 35 to 38 percent of
10:49:57       15    the shares of Dragon?
10:49:59       16        A    That -- Yeah, that sounds about right.
10:50:01       17        Q    Okay.  And pursuant to the agreements
10:50:07       18    through which Seagate invested in Dragon, did
10:50:10       19    Seagate obtain any veto, or blocking power, to your
10:50:15       20    recollection, concerning transactions that Dragon
10:50:20       21    might engage in?
10:50:21       22        A    I don't remember.
10:50:24       23        Q    Do you recall if -- Do you recall being
10:50:28       24    appointed to the Dragon board?
10:50:30       25        A    I know I was on the Dragon board.  I don't
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |
|---|---|
| | 1 |
| 10:50:32 | 2 |
| 10:50:36 | 3 |
| 10:50:38 | 4 |
| 10:50:42 | 5 |
| 10:50:44 | 6 |
| 10:50:47 | 7 |
| 10:50:50 | 8 |
| 10:50:55 | 9 |
| 10:50:56 | 10 |
| 10:51:02 | 11 |
| 10:51:03 | 12 |
| 10:51:07 | 13 |
| 10:51:10 | 14 |
| 10:51:13 | 15 |
| 10:51:17 | 16 |
| 10:51:20 | 17 |
| 10:51:24 | 18 |
| 10:51:27 | 19 |
| 10:51:29 | 20 |
| 10:51:31 | 21 |
| 10:51:33 | 22 |
| 10:51:35 | 23 |
| 10:51:41 | 24 |
| 10:51:46 | 25 |

Deposition of Stephen Luczo - Conducted on 7/29/04          16

remember when it happened.

    Q     And had anybody from Seagate been on the

Dragon board prior to you, to your recollection?

    A     Not to my recollection.

    Q     Did you have any particular role or

expertise that you were bringing to the board when

you joined it that you've -- that you saw?

    MR. JOSEPH:  I'm going to object to the

form.  You can answer the question as best you can.

    THE WITNESS:  You know, not -- I mean not

real -- I mean particular expertise that I was

bringing to Dragon?  I mean it was more since

Seagate was a large shareholder, um, you know, for

Dragon, Seagate, you know, certainly wanted to -- to

have oversight on its -- on its equity position, you

know, clearly my background was in finance and in --

and, you know, strategic technology work, so to the

extent that that would be beneficial to Dragon, then

I certainly would have made that available to them.

BY MR. FRANK:

    Q     Ah, I want to direct your attention to

sometime in '97, 1997/1998, did there come a time

when Dragon engaged Morgan Stanley to assist it in

possible strategic development?

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | Deposition of Stephen Luczo - Conducted on 7/29/04 | 17 |
|---|---|---|---|
| 10:51:48 | 2 | A    I don't recall that. | |
| 10:51:52 | 3 | Q    I have -- I'm going to ask that this be | |
| 10:52:22 | 4 | asked as Mr. Luczo's Exhibit 1. | |
| 10:52:36 | 5 | (Whereupon, Exhibit Number 1 was marked | |
| 10:52:36 | 6 | for identification and attached to the transcript.) | |
| 10:52:45 | 7 | MR. JOSEPH:  It's a thick document, | |
| 10:52:46 | 8 | counsel, is there a particular page you want to call | |
| 10:52:48 | 9 | his attention to? | |

Designated Confidential
by SG Cowen Pursuant to
Confidentiality Order

BY MR. FRANK:

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    18 |
| 10:53:43 | 2 | Q    Did there come a time in the winter of |
| 10:53:47 | 3 | 1998 when Dragon Systems considered an IPO? |
| 10:53:54 | 4 | A    I remember they considered an IPO.  I |
| 10:53:56 | 5 | can't testify that I remember it was in December of |
| 10:53:58 | 6 | 1998, but I certainly remember them considering an |
| 10:54:01 | 7 | IPO. |
| 10:54:01 | 8 | Q    What was your involvement in that |
| 10:54:04 | 9 | consideration, or discussions of that? |
| 10:54:06 | 10 | A    All I remember is, you know, as a board |
| 10:54:08 | 11 | member being involved in, you know, the discussions |
| 10:54:11 | 12 | surrounding that possibility. |
| 10:54:13 | 13 | Q    Do you remember whether there were other |
| 10:54:16 | 14 | strategic possibilities considered, in addition to |
| 10:54:19 | 15 | the IPO, in and around that time? |
| 10:54:22 | 16 | A    At that time, I don't remember one way or |
| 10:54:24 | 17 | the other. |
| 10:54:25 | 18 | Q    Did you have a view, as best you recall, |
| 10:54:27 | 19 | as to whether it was a good time for Dragon to |
| 10:54:30 | 20 | engage in an IPO? |
| 10:54:34 | 21 | MR. COE:  Object to form. |
| 10:54:35 | 22 | MR. JOSEPH:  We're talking about at the |
| 10:54:36 | 23 | time it was initially considered? |
| 10:54:38 | 24 | MR. FRANK:  Correct. |
| 10:54:40 | 25 | THE WITNESS:  You know, again, I don't |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    19 |
| 10:54:40 | 2 | remember the specific discussions, other than that |
| 10:54:44 | 3 | they had considered going public, but I can't recall |
| 10:54:47 | 4 | any specific thoughts or feelings I had about |
| 10:54:49 | 5 | whether or not that was a, you know, good or bad |
| 10:54:51 | 6 | thing for Dragon. |
| 10:54:53 | 7 | BY MR. FRANK: |
| 10:54:54 | 8 | Q    Okay.  When Dragon was considering its |
| 10:55:32 | 9 | IPO, was there anyone else at Seagate, in addition |
| 10:55:38 | 10 | to yourself, who was acting as a board member, who |
| 10:55:40 | 11 | was examining, or overseeing, or reviewing in any |
| 10:55:50 | 12 | way Dragon's operations? |
| 10:55:50 | 13 | A    Again, I don't remember -- |
| 10:55:51 | 14 | MR. COE:  Objection. |
| 10:55:51 | 15 | THE WITNESS:  -- the timing of that whole |
| 10:55:52 | 16 | IPO discussion, so it would be hard for me to say. |
| 10:55:57 | 17 | MR. FRANK:  Maybe this will help.  I'll |
| 10:55:59 | 18 | ask it be marked as Exhibit 2.  It is the Dragon |
| 10:56:03 | 19 | Board Minutes Telephonic Meeting of the Board of |
| 10:56:05 | 20 | Directors, dated December 17th, 1998. |
| 10:56:09 | 21 | (Whereupon, Exhibit Number 2 was marked |
| 10:56:09 | 22 | for identification and attached to the transcript.) |
| 10:56:19 | 23 | MR. JOSEPH:  Once again, okay, if you can |
| 10:56:21 | 24 | point us to the right part, that would be terrific. |
| 10:56:23 | 25 | BY MR. FRANK: |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | Deposition of Stephen Luczo - Conducted on 7/29/04 | 20 |
|---|---|---|---|

10:56:24    2      Q      Go to the -- I would note on the first

10:56:26    3    page it indicates that you were present for this

10:56:29    4    meeting, and if you go to the second page, the first

10:56:32    5    full paragraph --

10:56:33    6      A      But it was a telephonic meeting, is that

10:56:35    7    correct?

10:56:35    8      Q      Yes.  It does say "Telephonic" at the top.

10:56:38    9      A      Okay.

10:56:39   10      Q      At the second page, it says, "Dr. Baker

10:56:42   11    then provided the Board of Directors with a status

10:56:44   12    update relating to the IPO, and discussed the

10:56:47   13    various matters to be addressed, including their --

10:56:50   14    the receipt by Morgan Stanley, Incorporated

10:56:52   15    Hambrecht and Quist and SG Cowen of proposed lock-up

10:56:57   16    agreements."  Does this serve to refresh your

10:57:04   17    recollection that an IPO was being considered by

10:57:08   18    Dragon at or around the time of December 1998?

10:57:11   19      A      No.  I mean I have no reason to believe

10:57:13   20    these minutes aren't accurate, and that it occurred

10:57:15   21    around this time.  I just can't sit here and say,

10:57:17   22    yeah, I remember it was December of 1998.  I do

10:57:19   23    remember there was discussions about IPOs.  If it

10:57:23   24    was December of '98, I will certainly accept that.

10:57:25   25      Q      At or around the time, whatever the date

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    21 |
|---|---|---|
| 10:57:27 | 2 | was, and I just want to go to what you recall, um, |
| 10:57:32 | 3 | had Dragon experienced gains in -- positive gains in |
| 10:57:40 | 4 | revenue and operating profits prior to the |
| 10:57:44 | 5 | consideration of the IPO?  And by that I mean in the |
| 10:57:48 | 6 | quarters preceding the decision to try and go |
| 10:57:51 | 7 | forward? |
| 10:57:52 | 8 | MR. COE:  Objection. |
| 10:57:53 | 9 | THE WITNESS:  I don't recall specifically |
| 10:57:53 | 10 | what the revenue and profitability position had |
| 10:57:55 | 11 | been.  I know their technology had continued to |
| 10:57:59 | 12 | evolve, but I don't really remember the revenue and |
| 10:58:02 | 13 | profitability situation. |
| 10:58:03 | 14 | BY MR. FRANK: |
| 10:58:04 | 15 | Q    Did there come a time when Dragon decided |
| 10:58:06 | 16 | not to go forward with the IPO? |
| 10:58:12 | 17 | A    Apparently, because they didn't go public, |
| 10:58:14 | 18 | but I don't remember when that was. |
| 10:58:16 | 19 | Q    Okay.  I'll ask that this be marked as |
| 10:58:48 | 20 | Luczo Exhibit 3. |
| 10:58:49 | 21 | (Whereupon, Exhibit Number 3 was marked |
| 10:58:49 | 22 | for identification and attached to the transcript.) |
| 10:58:50 | 23 | MR. JOSEPH:  These are the April 7th, '99 |
| 10:58:53 | 24 | board minutes? |
| 10:58:54 | 25 | MR. FRANK:  Correct. |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04     22 |
| 10:58:54 | 2 | If you look at the first page, it |
| 10:58:56 | 3 | indicates that you were present via telephone |
| 10:59:01 | 4 | conference call, I believe.  If you go to the first |
| 10:59:03 | 5 | full -- second full paragraph, it says. |
| 10:59:06 | 6 | MR. JOSEPH:  It does say that. |
| 10:59:07 | 7 | THE WITNESS:  Okay. |
| 10:59:15 | 8 | BY MR. FRANK: |
| 10:59:16 | 9 | Q   If you go to the third page, the one that |
| 10:59:21 | 10 | begins, "Next, Mr. Shagoury reviewed the expected |
| 10:59:25 | 11 | second quarter 1999 results and discussed the |
| 10:59:28 | 12 | corporation's expectations for the third and fourth |
| 10:59:30 | 13 | quarter of 1999."  Do you see that? |
| 10:59:33 | 14 | A   Uh-huh, yes. |
| 10:59:34 | 15 | Q   And then the second full paragraph, um, |
| 10:59:38 | 16 | reads the "Directors then discussed valuation issues |
| 10:59:42 | 17 | for the proposed IPO, and the impact of the first |
| 10:59:44 | 18 | quarter results on the IPO.  After further |
| 10:59:47 | 19 | discussion, the directors authorized the chairman to |
| 10:59:50 | 20 | withdraw the public offering, if, after discussion |
| 10:59:52 | 21 | with the lead underwriter, Morgan Stanley, she |
| 10:59:55 | 22 | determined that postponement or withdrawal of the |
| 10:59:58 | 23 | offering was advisable."  Do you see that? |
| 11:00:00 | 24 | A   Yes. |
| 11:00:01 | 25 | Q   Do you have any recollection of those |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

Deposition of Stephen Luczo - Conducted on 7/29/04          23

1

11:00:03   2   discussions?

11:00:04   3        A    No.  I mean again, I don't have any reason

11:00:06   4   to believe these minutes aren't accurate.  I vaguely

11:00:09   5   remember, you know, that discussion of -- of

11:00:11   6   delaying, or postponing the IPO, but nothing

11:00:14   7   specific.

11:00:15   8        Q    Do you have any recollection of, um, the

11:00:20   9   changes in the business plan for '99 based on the

11:00:23  10   first quarter operating results?

11:00:25  11        A    No, not specifically.  I don't recall

11:00:28  12   those.

11:00:28  13        Q    Do you recall whether Dragon was having at

11:00:31  14   or around this time of this discussion, whether

11:00:33  15   Dragon was having time -- having a difficult time

11:00:37  16   meeting its projections, its financial projections?

11:00:40  17        A    Again, I can't -- As to time, I couldn't

11:00:43  18   really testify accurately, I mean the -- I do recall

11:00:46  19   that they had on occasion difficulties meeting their

11:00:52  20   projections.  Whether or not it was on this time, I

11:00:58  21   can't specifically recall.  They may have.

11:00:58  22        Q    Would, in your view, would that affect

11:00:59  23   their -- the valuation that they could have obtained

11:01:01  24   at an IPO, if they were failing to meet their

11:01:05  25   projections?

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | |
|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    24 |

11:01:06  2      A    Potentially, yes.

11:01:12  3      Q    Do you recall -- whether or not you recall

11:01:14  4  specifics, do you recall having discussions about

11:01:17  5  that, the possible effect of their financial

11:01:23  6  operations on whether to go forward with the IPO?

11:01:26  7      A    No.

11:01:47  8      MR. FRANK:  I'm going to ask that this

11:01:48  9  document be marked as Exhibit 4, and yes, I know it

11:01:54  10  is another big document, but I will point to just a

11:01:57  11  specific page for reference.

11:02:06  12      (Whereupon, Exhibit Number 4 was marked

11:02:06  13  for identification and attached to the transcript.)

11:02:06  14  BY MR. FRANK:

11:02:12  15      Q    The document is entitled, excuse me, SG

11:02:15  16  Cowen Securities Corporation Screening -- Screening

11:02:18  17  Committee Memorandum, um, beginning with Bates stamp

11:02:22  18  SGC33951.

11:02:27  19      Have you ever seen this document before,

11:02:28  20  to your knowledge?

11:02:29  21      A    Not to my knowledge.

11:02:30  22      Q    Okay.  I just would like to direct your

11:02:32  23  attention to the page that has the Bates stamp

11:02:36  24  33959, if I might.

11:02:47  25      A    Okay.



Deposition of Stephen Luczo - Conducted on 7/29/04          25

1

11:02:47  2

11:02:50  3

11:02:52  4

11:02:53  5

11:02:54  6

11:02:57  7

11:03:00  8

11:03:03  9

11:03:07  10

11:03:09  11

11:03:10  12

Designated Confidential
by SG Cowen Pursuant to
Confidentiality Order

11:03:13  13

11:03:15  14

11:03:20  15

11:03:23  16

11:03:27  17

11:03:29  18

11:03:30  19

11:03:33  20

11:03:35  21

11:03:37  22

11:03:39  23

11:03:39  24

11:03:43  25

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004



Deposition of Stephen Luczo - Conducted on 7/29/04        26

Designated Confidential
by SG Cowen Pursuant to
Confidentiality Order

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

Deposition of Stephen Luczo - Conducted on 7/29/04          27

| | |
|---|---|
| 1 | |
| 11:04:38  2 | |
| 11:04:38  3 | |
| 11:04:39  4 | |
| 11:04:41  5 | |
| 11:04:43  6 | |
| 11:04:43  7 | |
| 11:04:45  8 | |
| 11:04:47  9 | |
| 11:04:47  10 | |
| 11:04:49  11 | |
| 11:04:52  12 | |
| 11:04:54  13 | |
| 11:04:57  14 | |
| 11:05:02  15 | |
| 11:05:03  16 | |
| 11:05:05  17 | |
| 11:05:07  18 | |
| 11:05:08  19 | |
| 11:05:08  20 | |
| 11:05:11  21 | |
| 11:05:12  22 | |
| 11:05:14  23 | |
| 11:05:16  24 | |
| 11:05:26  25 | |



Designated Confidential
by SG Cowen Pursuant to
Confidentiality Order

Q     Can we have the Board of Directors tabs?

Deposition of Stephen Luczo - Conducted on 7/29/04          28

11:05:36  2        MR. JOSEPH:  For those of us that are

11:05:37  3   carrying things back to New York, thinner exhibits

11:05:39  4   would be appreciated.

11:05:42  5        MR. FRANK:  If you want, we can arrange to

11:05:43  6   send them, so we don't break your back.

11:05:51  7        I'd ask this be marked as Exhibit 5 for

11:06:00  8   Mr. Luczo.

11:06:02  9        (Whereupon, Exhibit Number 5 was marked

11:06:02  10  for identification and attached to the transcript.)

11:06:10  11  BY MR. FRANK:

11:06:11  12    Q    This document appears to be the minutes of

11:06:13  13  the meeting of the Board of Directors of Dragon

11:06:15  14  Systems, Inc., June 21, 1999.  And at the top it

11:06:23  15  indicates your presence at that meeting.  If you

11:06:31  16  would take, because I will have some questions about

11:06:31  17  this, if you would just take a minute or two to read

11:06:32  18  through the pages that comprise this exhibit.  I

11:06:40  19  will tell you my questions will not have anything to

11:06:43  20  do with the section entitled "Reservation of Option

11:06:46  21  Pool and Shortening of Expected Grant Period."

11:06:49  22    A    I'm laughing because I think it snowed

11:06:52  23  this year in June of 1999 in Boston, so the thought

11:06:55  24  came into my head.

11:06:56  25        MR. JOSEPH:  This is why you ought to move

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

```
 1    Deposition of Stephen Luczo - Conducted on 7/29/04      29

 2    to the northeast.

 3         MR. COE:  Counsel, is this one document,

 4    or two documents?

 5         MR. FRANK:  I have it as one, um, and if

 6    you see both parts pertain to the minutes of the

 7    June 21, 1999 board meeting.

 8         MR. JOSEPH:  Just so the record is clear,

 9    the column Bates numbers go from 13085 to 13091.

10         So really on the first page, it is just

11    the second paragraph, and then he can skip to the

12    third page?

13         MR. FRANK:  That's correct.

14         THE WITNESS:  And on the third page, is

15    there anything specific you want me to look at, or

16    just review the whole --

17         MR. FRANK:  Just review the third, and I

18    will point you to some specific sections on the

19    third and fourth pages, but it might be easiest if

20    you just went through it.

21         THE WITNESS:  Scan it first?

22         MR. FRANK:  Yes.

23         MR. JOSEPH:  The record should reflect

24    that there appear to be people quoted in the second

25    of the two documents that are not reflected as
```

11:06:57
11:06:59
11:07:00
11:07:01
11:07:03
11:07:06
11:07:09
11:07:11
11:07:39
11:07:40
11:07:43
11:07:44
11:07:51
11:07:52
11:07:54
11:07:56
11:07:57
11:08:00
11:08:03
11:08:05
11:08:06
11:09:10
11:09:10
11:09:14

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

Deposition of Stephen Luczo - Conducted on 7/29/04                30

11:09:18    2    having been present at the meeting in the minutes on

11:09:21    3    the first page.

11:09:31    4            THE WITNESS:  I've scanned it, so --

11:09:34    5    BY MR. FRANK:

11:09:35    6        Q    If you look at the first page, first just

11:09:38    7    to clarify, can you just point out the specific

11:09:41    8    references you are referring to?

11:09:43    9            MR. JOSEPH:  Me?

11:09:44    10           MR. FRANK:  Yes.

11:09:45    11           MR. JOSEPH:  Don Waite is quoted starting

11:09:46    12   in the third and fourth pages, but he is not

11:09:49    13   identified as being present in the first page, or

11:09:51    14   for that matter, at the top of the third page.

11:10:01    15           MR. FRANK:  Anybody else?

11:10:02    16           MR. JOSEPH:  I haven't reviewed it that

11:10:03    17   carefully.

11:10:04    18           MR. FRANK:  Okay.  If you go to the second

11:10:16    19   paragraph of the front page that begins "The board

11:10:22    20   first discussed the corporation's financial

11:10:24    21   condition -- " you see that?

11:10:26    22           THE WITNESS:  Yes.

11:10:26    23   BY MR. FRANK:

11:10:27    24       Q    And the discussion included "updates as to

11:10:28    25   the status of possible strategic investments in the

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    31 |
| 11:10:31 | 2 | corporation by various corporate investors, |
| 11:10:33 | 3 | including a possible investment by Seagate |
| 11:10:35 | 4 | Technology Corp. in a convertible subordinated note |
| 11:10:39 | 5 | of the corporation."  Do you see that? |
| 11:10:41 | 6 | A    Yes. |
| 11:10:42 | 7 | Q    Do you have any recollection of those |
| 11:10:43 | 8 | discussions? |
| 11:10:45 | 9 | A    Not specifically.  You know, generally as |
| 11:10:48 | 10 | reflected by these minutes, but -- |
| 11:10:50 | 11 | Q    And then it continues "The board then |
| 11:10:52 | 12 | discussed possible spin-off transactions and joint |
| 11:10:55 | 13 | venture candidates."  Um, same question with respect |
| 11:10:58 | 14 | to that.  Do you have any specific recollection of |
| 11:11:01 | 15 | those discussions? |
| 11:11:01 | 16 | A    Not specifically. |
| 11:11:03 | 17 | Q    Um, "The board also discussed alternative |
| 11:11:06 | 18 | financing strategies.  If the equity participation |
| 11:11:09 | 19 | options are not consummated, the board also |
| 11:11:13 | 20 | considered and discussed a possible sale of the |
| 11:11:15 | 21 | corporation to various strategic investors."  Do you |
| 11:11:18 | 22 | have any specific recollection of those |
| 11:11:21 | 23 | conversations? |
| 11:11:21 | 24 | A    No. |
| 11:11:22 | 25 | Q    If you would turn to the third page, um -- |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  | Deposition of Stephen Luczo - Conducted on 7/29/04 | 32 |
|---|---|---|---|

|  |  |
|---|---|
| 11:11:29 | 2 |
| 11:11:32 | 3 |
| 11:11:33 | 4 |
| 11:11:33 | 5 |
| 11:11:35 | 6 |
| 11:11:39 | 7 |
| 11:11:45 | 8 |
| 11:11:46 | 9 |
| 11:11:48 | 10 |
| 11:11:51 | 11 |
| 11:11:53 | 12 |
| 11:11:58 | 13 |
| 11:12:02 | 14 |
| 11:12:03 | 15 |
| 11:12:04 | 16 |
| 11:12:06 | 17 |
| 11:12:09 | 18 |
| 11:12:10 | 19 |
| 11:12:10 | 20 |
| 11:12:11 | 21 |
| 11:12:13 | 22 |
| 11:12:14 | 23 |
| 11:12:19 | 24 |
| 11:12:24 | 25 |

2    THE WITNESS:  013087?

3    MR. FRANK:  That is correct.

4  BY MR. FRANK:

5    Q    At the top, the first written paragraph

6  says, "Janet opened with discussing severity of

7  financial situation-Semenzato deals."  Do you recall

8  what that involved?

9    A    I do not.

10    Q    Do you recall -- Do you recall anything

11  with respect to an issue coming to your attention

12  concerning channel stuffing?

13    MR. COE:  Object to form.

14  BY MR. FRANK:

15    Q    You can answer.

16    A    I don't know what happens when someone

17  objects to form.  I wasn't going to say anything.

18    MR. JOSEPH:  You answer, unless I tell

19  you.

20    THE WITNESS:  I vaguely remember a

21  discussion about it, but nothing specific.

22  BY MR. FRANK:

23    Q    If you go down through the first page,

24  there appear to be several, ah, discussions of

25  potential strategic investments, one with Apple, um,

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    33 |
| 11:12:27 | 2 | I'm just going to go down the list.  Do you recall |
| 11:12:30 | 3 | anything about a potential strategic investment |
| 11:12:37 | 4 | involving Apple in Dragon? |
| 11:12:39 | 5 |     A    Not that I remember. |
| 11:12:40 | 6 |     Q    To your knowledge, did Apple ever -- ever |
| 11:12:47 | 7 | complete a strategic investment in Dragon? |
| 11:12:50 | 8 |     A    No.  Not that -- Not that I recall. |
| 11:12:56 | 9 |     Q    Okay.  What, if anything, do you recall |
| 11:12:56 | 10 | about discussions with AOL that Dragon had? |
| 11:12:59 | 11 |     A    I didn't recall any discussions with AOL. |
| 11:13:02 | 12 | But again, I don't have any reason to believe they |
| 11:13:04 | 13 | didn't exist.  I mean vaguely, reading these notes, |
| 11:13:07 | 14 | it, you know, kind of vaguely triggers a discussion |
| 11:13:10 | 15 | point, but I don't remember it specifically. |
| 11:13:11 | 16 |     Q    Okay.  Um, to your recollection, did AOL |
| 11:13:17 | 17 | ever invest in Dragon? |
| 11:13:19 | 18 |     A    No, not to my recollection. |
| 11:13:21 | 19 |     Q    Um, if you go further down, there is a |
| 11:13:23 | 20 | discussion of under -- under sub-D, it says "Current |
| 11:13:27 | 21 | Intel status."  Do you remember anything about |
| 11:13:31 | 22 | discussions concerning a potential investment by |
| 11:13:34 | 23 | Intel in Dragon Systems? |
| 11:13:36 | 24 |     A    I do remember, you know, again, just, you |
| 11:13:38 | 25 | know, vaguely, the fact that Intel was interested in |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    34 |
| 11:13:41 | 2 | investing in the technology. |
| 11:13:44 | 3 | Q    Do you remember whether Intel in fact ever |
| 11:13:46 | 4 | did invest in Dragon? |
| 11:13:48 | 5 | A    I don't think they did. |
| 11:13:53 | 6 | Q    The next line (e), subparagraph (e), it |
| 11:13:56 | 7 | says "Sony."  Do you remember anything about |
| 11:14:01 | 8 | discussions with Sony concerning a possible |
| 11:14:05 | 9 | strategic investment by Sony in Dragon Systems? |
| 11:14:08 | 10 | A    Very -- You know, triggers a very vague |
| 11:14:10 | 11 | recollection that Sony had indicated some interest. |
| 11:14:13 | 12 | Q    Okay, to your recollection, did Sony ever |
| 11:14:16 | 13 | complete a strategic investment in Dragon Systems? |
| 11:14:19 | 14 | A    No. |
| 11:14:21 | 15 | Q    If you go under sub-F, if you go to the |
| 11:14:27 | 16 | third paragraph that starts "Edwards comments," do |
| 11:14:30 | 17 | you see that?  "When they see Q2 1999 results, they |
| 11:14:35 | 18 | will have a new negotiating tool, regardless of |
| 11:14:38 | 19 | longer-term perspective.  Edwards concerned over |
| 11:14:40 | 20 | valuation - could be a lot lower.  Luczo agrees." |
| 11:14:44 | 21 | Do you see that? |
| 11:14:45 | 22 | A    Yes, I do. |
| 11:14:47 | 23 | Q    Do you have any recollection of those |
| 11:14:48 | 24 | discussions? |
| 11:14:48 | 25 | A    No.  I do have recollection of the fact |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    35 |
| 11:14:51 | 2 | that the company was -- was, um, talking with |
| 11:14:55 | 3 | Visteon, but I don't remember that specific |
| 11:14:58 | 4 | conversation. |
| 11:14:58 | 5 | Q    And you don't remember anything about |
| 11:15:01 | 6 | specific discussions concerning the company's Q2 |
| 11:15:03 | 7 | 1999 results? |
| 11:15:06 | 8 | A    I do not. |
| 11:15:07 | 9 | Q    Okay.  The next paragraph says "Luczo and |
| 11:15:12 | 10 | Waite discussed possible valuation - says Dragon |
| 11:15:15 | 11 | System needs to be open-minded about valuation and |
| 11:15:18 | 12 | focus on strategic importance of investment."  Do |
| 11:15:21 | 13 | you see that? |
| 11:15:22 | 14 | A    Yes. |
| 11:15:23 | 15 | Q    Do you have any recollection of that |
| 11:15:27 | 16 | discussion? |
| 11:15:27 | 17 | A    No. |
| 11:15:31 | 18 | Q    Do you recall anything discussion at or |
| 11:15:33 | 19 | around this time concerning valuation, or the |
| 11:15:39 | 20 | valuation of Dragon Systems? |
| 11:15:42 | 21 | A    No, I don't. |
| 11:15:44 | 22 | MR. JOSEPH:  In fairness to the witness, |
| 11:15:45 | 23 | you might point him to the next page. |
| 11:15:47 | 24 | MR. FRANK:  I'm going to get there.  I'm |
| 11:15:49 | 25 | not looking to make it a trick. |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|   |   |
|---|---|
| | 1 |
| 11:15:52 | 2 |
| 11:15:53 | 3 |
| 11:15:54 | 4 |
| 11:15:55 | 5 |
| 11:16:00 | 6 |
| 11:16:10 | 7 |
| 11:16:15 | 8 |
| 11:16:18 | 9 |
| 11:16:22 | 10 |
| 11:16:23 | 11 |
| 11:16:24 | 12 |
| 11:16:28 | 13 |
| 11:16:31 | 14 |
| 11:16:33 | 15 |
| 11:16:36 | 16 |
| 11:16:38 | 17 |
| 11:16:40 | 18 |
| 11:16:44 | 19 |
| 11:16:46 | 20 |
| 11:16:48 | 21 |
| 11:16:50 | 22 |
| 11:16:52 | 23 |
| 11:16:54 | 24 |
| 11:16:59 | 25 |

Deposition of Stephen Luczo - Conducted on 7/29/04     36

    MR. JOSEPH:  Yeah.

    MR. FRANK:  It is not a memory test.

BY MR. FRANK:

    Q    If you go to the next page, if you go to, um, the middle of the second block of the quotes or paraphrases, it says "Waite calculates we will need 9 million to 10 million in cash through 9/30/99. The best case, 6M -- " I imagine million " -- burn." Do you see that?

    A    Yes, I do.

    Q    Do you recall discussions of Dragon's cash needs at or around this time?

    A    I don't -- Not specifically at or around this time.  I mean I remember speaking of Dragon's cash needs, and again, I have no reason to dispute that they occurred around this time.

    Q    Okay.  What do you recall of -- just in general, whether it is with respect to this specifically, or without respect to a specific block of time, what do you recall about the discussions concerning Dragon's cash needs?

    A    You know, again, just as indicated in this second paragraph of the -- the first page of the Exhibit 5, I guess.

Deposition of Stephen Luczo - Conducted on 7/29/04          37

11:17:01    Q    Uh-huh.

11:17:01    A    You know, that there was a discussion

11:17:04  about the company's cash flow requirements, and the

11:17:09  board was considering a variety of alternatives

11:17:12  to -- to make sure that the company had cash to

11:17:15  continue its operations.

11:17:17    Q    Do you recall that being a concern,

11:17:19  whether the company would have sufficient cash, as

11:17:22  generated by its operations, to continue?

11:17:24    A    Um, I think it was not a big concern

11:17:28  because of the fact that, you know, Seagate had

11:17:31  indicated an interest of providing some foreign

11:17:34  financing, if other alternatives weren't available.

11:17:39    Q    If you go a little further down, it says

11:17:46  below where we were just reading, it says, "Kim and

11:17:47  Steve expect valuation to be half of what it was."

11:17:50  Do you see that?

11:17:52    A    Not yet.

11:17:53    Q    If you go -- It's like --

11:17:55    A    Yes, I see it.

11:17:57    Q    Do you recall that in the wake of Dragon

11:18:01  Systems' performance in the second quarter of 1999,

11:18:03  that the valuation of Dragon, you expected to be

11:18:11  decreased significantly?

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | |
|---|---|
| | Deposition of Stephen Luczo - Conducted on 7/29/04    38 |
| 11:18:13 | A    No, I don't recall that. |
| 11:18:16 | Q    If you go to -- |
| 11:18:17 | A    But if their financial performance had |
| 11:18:20 | deteriorated, I would have expected the valuation |
| 11:18:22 | would deteriorate, but I don't remember the |
| 11:18:24 | conversation. |
| 11:18:25 | Q    Okay.  Um, if you go down through the |
| 11:18:29 | third paragraph, the third -- |
| 11:18:33 | A    Point three. |
| 11:18:33 | Q    -- point three, rather, I should say, it |
| 11:18:36 | talks about -- It says "Luczo - Private placement to |
| 11:18:39 | small institutions or high net worth individuals if |
| 11:18:41 | recovery by September.  Valuation 350 to 500 |
| 11:18:46 | million."  Do you see that? |
| 11:18:47 | A    I do. |
| 11:18:48 | Q    Do you recall believing that, or |
| 11:18:54 | suggesting that if the company could get back on its |
| 11:18:57 | financial targets, it could achieve a valuation of |
| 11:19:00 | roughly 350 to 500 million by September? |
| 11:19:03 | A    No, I do not. |
| 11:19:04 | MR. COE:  Object to form. |
| 11:19:16 | MR. FRANK:  I'd ask that this be marked as |
| 11:19:45 | Exhibit Number 6. |
| 11:19:56 | (Whereupon, Exhibit Number 6 was marked |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04        39 |
| 11:19:56 | 2 | for identification and attached to the transcript.) |
| 11:20:05 | 3 | BY MR. FRANK: |
| 11:20:12 | 4 | Q    Do you recognize what has been -- what |
| 11:20:16 | 5 | comprises Exhibit 6? |
| 11:20:18 | 6 | A    They appear to be copies of my calendar. |
| 11:20:23 | 7 | Q    Okay. |
| 11:20:23 | 8 | A    With information redacted. |
| 11:20:25 | 9 | Q    I would just initially like to direct your |
| 11:20:28 | 10 | attention to the pages marked SL04 to start with, |
| 11:20:38 | 11 | which is the April calendar.  Do you see that? |
| 11:20:41 | 12 | A    Yes. |
| 11:20:43 | 13 | Q    If you look at the April 5th notation, it |
| 11:20:47 | 14 | says "12 p.m. Ellen." |
| 11:20:51 | 15 | A    I see that. |
| 11:20:52 | 16 | Q    Okay.  Who is Ellen? |
| 11:20:55 | 17 | A    I don't know. |
| 11:20:56 | 18 | Q    You don't know?  And you don't know what |
| 11:20:58 | 19 | that refers to? |
| 11:20:59 | 20 | A    I do not. |
| 11:21:02 | 21 | Q    If you'd go to page SL -- would that -- |
| 11:21:08 | 22 | Would that be Ellen Chamberlain. |
| 11:21:10 | 23 | A    It may be, I don't know. |
| 11:21:11 | 24 | Q    If you go to SL -- I'm sorry. |
| 11:21:14 | 25 | A    The meeting may or may not have occurred. |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    40 |
| 11:21:16 | 2 | The fact it is on my calendar -- |
| 11:21:18 | 3 |     Q    Understood.  It does -- It is consistent |
| 11:21:20 | 4 | with the meeting minutes that we distributed |
| 11:21:23 | 5 | earlier. |
| 11:21:24 | 6 |     A    Fine. |
| 11:21:24 | 7 |     Q    If you go to the June '99 calendar, June 1 |
| 11:21:31 | 8 | and 2 -- |
| 11:21:34 | 9 |     A    Yes, I see that. |
| 11:21:35 | 10 |     Q    You see both of them indicate an |
| 11:21:38 | 11 | appointment of some type with "Waite."  Do you see |
| 11:21:43 | 12 | that? |
| 11:21:43 | 13 |     A    Yes. |
| 11:21:43 | 14 |     Q    Would that be Don Waite? |
| 11:21:46 | 15 |     A    Most likely. |
| 11:21:47 | 16 |     Q    Do you know any other Waites? |
| 11:21:49 | 17 |     A    Yes. |
| 11:21:49 | 18 |     Q    You do? |
| 11:21:51 | 19 |     A    Yes. |
| 11:21:51 | 20 |     Q    At Seagate? |
| 11:21:52 | 21 |     A    Yes.  I'm not sure at that time frame, but |
| 11:21:54 | 22 | yes. |
| 11:21:55 | 23 |     Q    Were any of the other Waites whom you know |
| 11:21:57 | 24 | at Seagate involved in any way with Dragon Systems? |
| 11:22:02 | 25 |     A    No. |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|--|--|--|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04      41 |
| 11:22:08 | 2 | Q    Do you have any recollection of meeting |
| 11:22:10 | 3 | with Don Waite with respect to Dragon Systems in |
| 11:22:15 | 4 | June of 1999, at or around then? |
| 11:22:18 | 5 | A    No, no. |
| 11:22:19 | 6 | Q    If you go to the 21st, there is a notation |
| 11:22:24 | 7 | "Waite, 9 a.m.- Dragon," which seems to precede the |
| 11:22:29 | 8 | board meeting that we have been discussing. |
| 11:22:32 | 9 | A    I see that. |
| 11:22:33 | 10 | Q    Do you have any recollection of meeting |
| 11:22:37 | 11 | with Don Waite in advance of that meeting? |
| 11:22:39 | 12 | A    I do not. |
| 11:22:41 | 13 | Q    I'd asked you earlier whether there came a |
| 11:22:44 | 14 | time when other people from Seagate were involved |
| 11:22:47 | 15 | in -- in some type of either review or oversight of |
| 11:22:51 | 16 | Dragon's operations or business.  Do you recall |
| 11:22:53 | 17 | that? |
| 11:22:54 | 18 | MR. JOSEPH:  I don't think that was the |
| 11:22:55 | 19 | question, but that is an okay question, if you want |
| 11:22:57 | 20 | to ask that now. |
| 11:22:58 | 21 | BY MR. FRANK: |
| 11:22:59 | 22 | Q    Okay.  Well, to the extent it may differ |
| 11:23:02 | 23 | or not, do you recall other people from Dragon |
| 11:23:07 | 24 | becoming -- other people, excuse me, from Seagate |
| 11:23:10 | 25 | becoming involved in either review or oversight of |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    42 |
| 11:23:12 | 2 | Dragon's operations? |
| 11:23:13 | 3 | A    Yes.  I just don't remember the dates that |
| 11:23:16 | 4 | that occurred. |
| 11:23:17 | 5 | Q    Who do you recall from Seagate being |
| 11:23:19 | 6 | involved in that? |
| 11:23:22 | 7 | A    In terms of -- In what role? |
| 11:23:25 | 8 | Q    Ah, in any role.  In terms of oversight or |
| 11:23:27 | 9 | review of the operations. |
| 11:23:29 | 10 | A    And just for clarification, what are you |
| 11:23:31 | 11 | calling "oversight"? |
| 11:23:33 | 12 | Q    Um, monitoring, any type of monitoring, |
| 11:23:39 | 13 | review, communications with management. |
| 11:23:44 | 14 | A    Okay.  The -- The three people, I guess, |
| 11:23:51 | 15 | that come to mind, then, would be Al Shugart |
| 11:23:51 | 16 | certainly had discussions with management at Dragon. |
| 11:23:52 | 17 | Um, Don Waite, Ellen Chamberlain, and myself.  There |
| 11:23:59 | 18 | may be others, but those are the ones that come to |
| 11:24:01 | 19 | mind right now. |
| 11:24:02 | 20 | Q    And at or around this time in 1999, were |
| 11:24:06 | 21 | you the CEO at Seagate? |
| 11:24:10 | 22 | A    Yes. |
| 11:24:11 | 23 | Q    Okay.  So all those people would have been |
| 11:24:14 | 24 | your subordinates at that time? |
| 11:24:15 | 25 | A    No, not Al Shugart. |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |  |
|---|---|---|---|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04 | 43 |
| 11:24:19 | 2 | Q    Not Al Shugart.  What was his position? |  |
| 11:24:21 | 3 | A    Al left the company in 1998. |  |
| 11:24:22 | 4 | Q    Okay, so by this time he was not involved |  |
| 11:24:24 | 5 | with Dragon, just to clarify, by this time. |  |
| 11:24:26 | 6 | A    At this time, that is correct. |  |
| 11:24:28 | 7 | Q    So the other people who were involved, |  |
| 11:24:29 | 8 | just to tie it up, were Ellen Chamberlain, Don |  |
| 11:24:35 | 9 | Waite, and they reported to you, is that correct? |  |
| 11:24:37 | 10 | A    I guess everybody reported to me. |  |
| 11:24:39 | 11 | Q    Ultimately. |  |
| 11:24:39 | 12 | A    Yeah, I was CEO. |  |
| 11:24:42 | 13 | Q    Um, do you recall what their |  |
| 11:24:47 | 14 | responsibilities were with respect to Dragon at or |  |
| 11:24:50 | 15 | around this time? |  |
| 11:24:51 | 16 | A    Not specifically at around this time. |  |
| 11:24:55 | 17 | Q    Did they provide any specific reports to |  |
| 11:25:00 | 18 | the Seagate board concerning Dragon? |  |
| 11:25:07 | 19 | A    I don't recall specifically, but it is -- |  |
| 11:25:09 | 20 | it is possible that Don would have provided an |  |
| 11:25:12 | 21 | update at the Seagate board.  I don't recall that |  |
| 11:25:14 | 22 | specifically. |  |
| 11:25:31 | 23 | MR. FRANK:  I'd ask that this be marked |  |
| 11:25:35 | 24 | Number 7. |  |
| 11:25:36 | 25 | (Whereupon, Exhibit Number 7 was marked |  |

```
         1    Deposition of Stephen Luczo - Conducted on 7/29/04        44

11:25:36  2    for identification and attached to the transcript.)

11:25:36  3          THE WITNESS:  I'm sorry, on the prior

11:25:37  4    question I didn't hear if you said the answer was

11:25:39  5    yes, is that what you said, or --

11:25:40  6    BY MR. FRANK:

11:25:46  7          Q    Did I say yes?

11:25:47  8          A    I thought I heard you say something.

11:25:49  9          Q    I'm sorry, I think I was talking to Dan,

11:25:51 10    not you.

11:25:52 11          A    Okay.  All right.

11:26:05 12          Q    Exhibit Number 7 indicates at the top

11:26:07 13    front page Dragon Systems Inc. board of directors

11:26:09 14    meeting 21 June 1999, and it is -- comprises Bates

11:26:17 15    numbers TRA 10035 through 10041.

11:26:25 16          Do you recognize any portions, or all of

11:26:29 17    this document?

11:26:33 18          A    I don't recall this document.

11:26:35 19          Q    Was it common, as a member of the board of

11:26:38 20    Dragon Systems, to receive financial updates

11:26:41 21    concerning Dragon Systems?

11:26:46 22          A    We would receive financial updates, yes,

11:26:48 23    and I have no reason to believe we didn't receive

11:26:54 24    this at the board meeting.  I just don't recall it.

11:26:59 25          Q    If you go to, um, the page Bates stamped
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

```
            1   Deposition of Stephen Luczo - Conducted on 7/29/04      45
11:27:08    2   TRA 10037 entitled "Dragon Systems, Inc. 1999 Profit
11:27:22    3   and Loss Forecast," do you see that?
11:27:24    4       A   I do see it.
11:27:25    5       Q   If you look to the bottom line entitled
11:27:27    6   "Operating Profit." Do you see that?
11:27:32    7       A   Yes.
11:27:33    8       Q   Um, do you see under the column marked "Q2
11:27:37    9   Worst Case, a Negative 16, I guess, million -- 471
11:27:47   10   thousand." Do you see that number?
11:27:49   11       A   I do.
11:27:50   12       Q   Does that refresh your recollection in any
11:27:52   13   way as to Dragon Systems' failure to meet its
11:27:57   14   financial performance projections?
11:28:00   15       A   Nothing more than I already testified.
11:28:08   16       Q   Did there come a time during the -- the
11:28:11   17   summer of '99, and you may not remember the specific
11:28:14   18   year, but did there come a time when you became
11:28:19   19   concerned about, ah, Dragon's inability to meet its
11:28:23   20   performance projections?
11:28:27   21       A   I mean I do -- Again, I do recall that the
11:28:30   22   board, ah, wanted to address the, you know, the --
11:28:34   23   the company's performance, both with respect to
11:28:36   24   expectations, as well as any, you know, cash
11:28:39   25   requirements.
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

Deposition of Stephen Luczo - Conducted on 7/29/04          46

11:28:40   2      Q      Okay.  Do you recall, ah, a time in the

11:28:43   3   summer of '99, or do you recall a time when -- when

11:28:48   4   Don Waite and Ellen Chamberlain were tasked to

11:28:52   5   interview managers at Dragon Systems?

11:28:54   6      A      I vaguely recall that.

11:28:56   7      Q      What do you recall, just generally, and

11:28:58   8   I'll have some documents that may serve to refresh

11:29:02   9   your recollections, but just as you sit here, what

11:29:04  10   is your general recollection of that?

11:29:07  11      A      Not other than they were, um, in Boston

11:29:11  12   and did interview some members of management to get

11:29:15  13   an assessment of the financial and leadership issues

11:29:20  14   at the company.

11:29:21  15      Q      Do you recall, ah -- Were questions

11:29:25  16   concerning those issues discussed by Seagate's board

11:29:29  17   at or around that time?

11:29:30  18      A      I don't recall.

11:29:47  19             MR. FRANK:  This would be marked as 8.

11:29:48  20             (Whereupon, Exhibit Number 8 was marked

11:29:48  21   for identification and attached to the transcript.)

11:30:07  22             MR. JOSEPH:  Do you want him to scan this,

11:30:15  23   counsel, or do you want to direct him?

11:30:15  24             MR. FRANK:  If he would scan it quickly,

11:30:15  25   and then I'll point to a couple of specifics.

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    47 |
| 11:31:00 | 2 | THE WITNESS:  Okay. |
| 11:31:01 | 3 | BY MR. FRANK: |
| 11:31:04 | 4 | Q    Having just glanced through this document, |
| 11:31:06 | 5 | does this refresh your recollection as to anything |
| 11:31:09 | 6 | else concerning interviews conducted by Don Waite |
| 11:31:13 | 7 | and Ellen Chamberlain? |
| 11:31:14 | 8 | A    No.  Again, I'm not sure what this |
| 11:31:16 | 9 | document is, but it doesn't add anything more to it. |
| 11:31:20 | 10 | Q    Okay.  Um, if you would turn to, um, the |
| 11:31:25 | 11 | page marked -- the document states on its face |
| 11:31:28 | 12 | "Interviews During Weeks of 8/29 and 9/5/99."  If |
| 11:31:33 | 13 | you would turn to the second page, the one that has |
| 11:31:38 | 14 | Tamah Rosker" at the top.  Do you see that? |
| 11:31:41 | 15 | A    Yes. |
| 11:31:42 | 16 | Q    Did you know Tamah Rosker, or did you meet |
| 11:31:46 | 17 | her? |
| 11:31:47 | 18 | A    Not that I remember, but I may have. |
| 11:31:50 | 19 | Q    If you look at the very top that is under, |
| 11:31:52 | 20 | "What do you think the issues are?"  The first |
| 11:31:55 | 21 | bullet point says, "Janet - Whether she is qualified |
| 11:31:57 | 22 | to run the company or not.  There is a perception |
| 11:32:00 | 23 | that she cannot."  Do you see that? |
| 11:32:02 | 24 | A    I do. |
| 11:32:03 | 25 | Q    Do you recall that sentiment, or |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |
|---|---|
|  | Deposition of Stephen Luczo - Conducted on 7/29/04    48 |
| 11:32:06 | perception, being brought to your attention at or |
| 11:32:08 | around this time? |
| 11:32:12 | A    By this individual? |
| 11:32:13 | Q    No, just generally.  Do you recall being |
| 11:32:15 | made aware of that perception at Dragon? |
| 11:32:21 | A    I don't know that I can -- can testify to |
| 11:32:23 | that specific perception.  I think there were |
| 11:32:25 | concerns, as I indicated earlier in my testimony, |
| 11:32:27 | about the leadership of the company. |
| 11:32:29 | Q    What do you recall about -- |
| 11:32:31 | A    Just again, generally, that there was a |
| 11:32:33 | concern about the leadership of the company from a |
| 11:32:35 | morale perspective. |
| 11:32:37 | Q    And when you say "leadership," were any |
| 11:32:41 | particular people mentioned, or were there any |
| 11:32:45 | specific proposals brought to your attention?  What |
| 11:32:47 | do you recall? |
| 11:32:49 | A    I don't recall.  But certainly some of the |
| 11:32:50 | issues had to do with Janet as CEO, and I believe |
| 11:32:53 | there were some issues related to other senior |
| 11:32:56 | managers, but I don't really recall specifically |
| 11:32:59 | which individuals, but in general there was, you |
| 11:33:01 | know, a concern, or a -- yeah, a concern by the |
| 11:33:06 | board to address that issue. |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04      49 |
| 11:33:08 | 2 | Q    Do you recall any discussions that you may |
| 11:33:10 | 3 | have had with either Don Waite or Ellen Chamberlain |
| 11:33:14 | 4 | concerning these issues? |
| 11:33:16 | 5 | A    I don't remember any specific |
| 11:33:17 | 6 | conversations. |
| 11:33:18 | 7 | Q    Do you recall generally any conversations |
| 11:33:20 | 8 | you may have had? |
| 11:33:21 | 9 | A    I generally, again, since Don and Ellen |
| 11:33:23 | 10 | were asked to go out there to make an assessment, I |
| 11:33:25 | 11 | generally remember talking to them, but other than a |
| 11:33:29 | 12 | conclusion of that they felt that they did find some |
| 11:33:32 | 13 | issues with respect to Janet's leadership, there is |
| 11:33:35 | 14 | nothing specifically that I recall. |
| 11:33:42 | 15 | Q    If you go to the page marked 11134, it is |
| 11:33:50 | 16 | a topic that is "Andreas Widmer, VP of Asian Pac |
| 11:33:54 | 17 | Sales."  Do you see that? |
| 11:33:56 | 18 | A    Yes. |
| 11:33:57 | 19 | Q    Um, did you know Mr. Widmer? |
| 11:34:01 | 20 | A    I am sure I met him, but I wouldn't say |
| 11:34:03 | 21 | that I know him. |
| 11:34:05 | 22 | Q    Under the top, it says, "What do you think |
| 11:34:07 | 23 | the issues are?"  And the first bullet point says, |
| 11:34:08 | 24 | "Janet has no business sense."  Did that perception, |
| 11:34:15 | 25 | was that perception brought to your attention? |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | Deposition of Stephen Luczo - Conducted on 7/29/04     50 |
|---|---|---|
| 11:34:17 | 2 | A    Again, I don't remember any, you know, |
| 11:34:18 | 3 | that specific perception. |
| 11:34:21 | 4 | Q    Um, was -- withdrawn. |
| 11:34:24 | 5 | A    It may well have been at the time.  I |
| 11:34:26 | 6 | don't know, again, what this document is. |
| 11:34:28 | 7 | Q    Understood. |
| 11:34:29 | 8 | A    So I just don't recall at this time. |
| 11:34:31 | 9 | Q    Okay.  And the second bullet "Janet feels |
| 11:34:34 | 10 | everyone is out to cheat her.  They are thieves, |
| 11:34:36 | 11 | even Sony."  Do you recall that point of view or |
| 11:34:42 | 12 | perception of Janet being brought to your attention? |
| 11:34:46 | 13 | A    I do not. |
| 11:34:57 | 14 | Q    If you go to, um, TRA 11137, it references |
| 11:35:05 | 15 | at the top "Joel Gould - long-time key employee, |
| 11:35:10 | 16 | developer/architect of Naturally Speaking."  Do you |
| 11:35:13 | 17 | see that? |
| 11:35:14 | 18 | A    Yes, I do. |
| 11:35:15 | 19 | Q    Do you know, or did you know Mr. Gould? |
| 11:35:17 | 20 | A    Ah, I think there is a couple of Joels, |
| 11:35:20 | 21 | but I think, yeah, I think I vaguely remember Joel. |
| 11:35:30 | 22 | Q    Have -- If you go to the next page, on the |
| 11:35:33 | 23 | top it lists "Continued interview - Joel Gould." |
| 11:35:37 | 24 | A    Yes. |
| 11:35:38 | 25 | Q    You go up to the second main bullet point, |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  | Deposition of Stephen Luczo - Conducted on 7/29/04 | 51 |
|--|--|--|--|
| 11:35:41 | 2 | it says, "Won't make job offers to needed positions | |
| 11:35:43 | 3 | 'cuz he feels it isn't right to bring someone into | |
| 11:35:48 | 4 | this turmoil."  Do you see that? | |
| 11:35:53 | 5 | A    I do. | |
| 11:35:53 | 6 | Q    Was that sentiment brought to your | |
| 11:35:53 | 7 | attention, if you recall? | |
| 11:35:54 | 8 | A    Again, I don't recall that. | |
| 11:36:14 | 9 | MR. JOSEPH:  We have been going about an | |
| 11:36:16 | 10 | hour.  Should we take two minutes just to stand up? | |
| 11:36:18 | 11 | MR. FRANK:  Sure.  No problem.  Stretch. | |
| 11:36:21 | 12 | THE VIDEOGRAPHER:  We are going off the | |
| 11:36:22 | 13 | record.  The time is 11:29 a.m. | |
| 11:45:14 | 14 | (Brief recess.) | |
| 11:45:18 | 15 | THE VIDEOGRAPHER:  We are back on the | |
| 11:45:26 | 16 | record.  The time is 11:38 a.m. | |
| 11:45:33 | 17 | MR. FRANK:  If you could refer back to the | |
| 11:45:36 | 18 | calendar, I think that is Exhibit 6. | |
| 11:45:39 | 19 | MR. JOSEPH:  Six, yeah. | |
| 11:45:40 | 20 | BY MR. FRANK: | |
| 11:45:41 | 21 | Q    If you could go through to -- If you could | |
| 11:45:46 | 22 | just glance at the pages 08 and 09, the August and | |
| 11:45:50 | 23 | September '99 -- 1999 calendar for a second.  If you | |
| 11:46:05 | 24 | go first to the August 25th date, um, it says "3 | |
| 11:46:11 | 25 | p.m. Re: Mulvaney/Dragon."  Do you see that? | |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

1      Deposition of Stephen Luczo - Conducted on 7/29/04      52

11:46:17   2      A    Yes.

11:46:17   3      Q    Ah, do you know who the Mulvaney referred

11:46:22   4   to in that is?

11:46:23   5      A    Tom Mulvaney.

11:46:24   6      Q    And what was his position?

11:46:25   7      A    He was general counsel.

11:46:27   8      Q    For Seagate?

11:46:28   9      A    For Seagate.

11:46:29   10      Q    And was -- Did he become involved at or

11:46:33   11   around this time, um, in discussions concerning

11:46:37   12   Dragon and some of the issues we talked about

11:46:41   13   earlier?

11:46:42   14      A    I don't recall that he did.

11:46:45   15      Q    Okay.  Ah, if you looked at the -- excuse

11:46:51   16   me, the last -- the last document, um, the Exhibit 7

11:46:55   17   that was dated -- Just look at the front page, that

11:46:57   18   is all, yeah, exactly.  It says "8/25 interviews

11:47:01   19   during the week of 8/29 and 9/5/99."

11:47:06   20          MR. JOSEPH:  Exhibit 8?

11:47:07   21   BY MR. FRANK:

11:47:08   22      Q    Exhibit 8.

11:47:10   23      A    Yes.

11:47:10   24      Q    And you look at your calendar for August,

11:47:12   25   there is an entry, "3 p.m. Waite" and "Re:

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04     53 |
| 11:47:18 | 2 | Mulvaney," and then a backslash "Dragon."  Do you |
| 11:47:22 | 3 | recall having a discussion, or any discussion with |
| 11:47:25 | 4 | Don Waite in advance of him going to conduct |
| 11:47:31 | 5 | interviews at or around this time at Dragon? |
| 11:47:33 | 6 | A    No.  I don't. |
| 11:47:43 | 7 | Q    Do you recall what, um, Don Waite's |
| 11:47:48 | 8 | responsibilities at this time were toward Dragon and |
| 11:47:52 | 9 | Seagate's investment at Dragon? |
| 11:47:54 | 10 | A    No. |
| 11:48:13 | 11 | MR. FRANK:  Okay, I'd ask that this be |
| 11:48:17 | 12 | marked as Exhibit 9. |
| 11:48:23 | 13 | (Whereupon, Exhibit Number 9 was marked |
| 11:48:23 | 14 | for identification and attached to the transcript.) |
| 11:48:23 | 15 | BY MR. FRANK: |
| 11:48:24 | 16 | Q    The front page is entitled "Core Issues at |
| 11:48:27 | 17 | Dragon."  I will note that this may be three |
| 11:48:30 | 18 | separate documents that are sequenced together, so |
| 11:48:33 | 19 | I'm just going to ask you to look at this, and tell |
| 11:48:37 | 20 | me if you recognize just generally any part, or all |
| 11:48:40 | 21 | of it? |
| 11:48:44 | 22 | MR. JOSEPH:  Can we do it one at a time? |
| 11:48:45 | 23 | Can we do the first two pages? |
| 11:48:48 | 24 | MR. FRANK:  Sure, the first two pages.  No |
| 11:48:50 | 25 | problem. |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    54 |
| 11:49:22 | 2 | MR. JOSEPH:  The first question is on the |
| 11:49:23 | 3 | first two pages, TRA 11120 and 21, do you recall |
| 11:49:27 | 4 | those? |
| 11:49:27 | 5 | BY MR. FRANK: |
| 11:49:28 | 6 | Q    Do you recognize those? |
| 11:49:29 | 7 | A    No, I don't recall seeing this. |
| 11:49:32 | 8 | Q    Um, TRA 20, ending in 22, just says |
| 11:49:35 | 9 | "Recommendations," following which there appears to |
| 11:49:38 | 10 | be a two-page e-mail of Ellen Chamberlain dated |
| 11:49:44 | 11 | 9/10/99 to Don Waite and to yourself. |
| 11:50:49 | 12 | A    Okay. |
| 11:50:50 | 13 | Q    Do you recognize that e-mail? |
| 11:50:51 | 14 | A    No, I don't. |
| 11:50:54 | 15 | Q    But I take it you have no reason to |
| 11:50:56 | 16 | believe you did not receive it at or around that |
| 11:50:58 | 17 | time? |
| 11:50:58 | 18 | A    I do not have any reason to believe I did |
| 11:51:00 | 19 | not receive it. |
| 11:51:02 | 20 | Q    Let's just go to the last -- the last two |
| 11:51:04 | 21 | pages, TRA 11125 and 26, um, and then I'll come back |
| 11:51:10 | 22 | to the questions I have with respect to each |
| 11:51:12 | 23 | section. |
| 11:52:26 | 24 | A    Okay. |
| 11:52:27 | 25 | Q    Okay.  Do you recognize that, the last two |