CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | |
|---|---|
| 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    55 |
| 11:52:29    2 | pages? |
| 11:52:30    3 | A    The last one, I kind of vaguely remember, |
| 11:52:32    4 | this memo.  That is it.  I mean I vaguely remember. |
| 11:52:39    5 | I have no reason to believe I didn't see it at the |
| 11:52:41    6 | time. |
| 11:52:42    7 | Q    Did you have any role in preparing this |
| 11:52:44    8 | memo? |
| 11:52:45    9 | A    Not that I recall, no. |
| 11:52:46   10 | Q    If you could go back to the first two |
| 11:52:50   11 | pages, the one -- the first page, "Core Issues at |
| 11:52:53   12 | Dragon." |
| 11:52:54   13 | A    (Witness complies).  Yep. |
| 11:52:55   14 | Q    If you look at the bottom, it says -- |
| 11:52:57   15 | There is a bullet that says "People," and then a |
| 11:53:02   16 | sub-bullet that says "High turnover, 20 percent, |
| 11:53:06   17 | plus or minus in the last seven months."  Do you |
| 11:53:09   18 | recall, ah, an issue being brought to your attention |
| 11:53:12   19 | as a board member concerning a high rate of turnover |
| 11:53:15   20 | at Dragon? |
| 11:53:16   21 | A    I don't recall, but I have no reason to |
| 11:53:18   22 | believe it wasn't brought to my attention. |
| 11:53:23   23 | Q    And if you go to the very last point, |
| 11:53:23   24 | "Lack of board involvement," do you recall that |
| 11:53:28   25 | being an issue that was brought to your attention? |

Deposition of Stephen Luczo - Conducted on 7/29/04          56

11:53:34    2      A    Vaguely recall that there was a sentiment

11:53:36    3    by some employees that the board wasn't aware of the

11:53:39    4    morale issues.

11:53:42    5      Q    And do you have any -- any further

11:53:44    6    specific recollection of --

11:53:46    7      A    No.

11:53:46    8      Q    -- and the morale issues you are referring

11:53:49    9    to concern what?

11:53:50    10     A    Again, I think some of the -- As I

11:53:53    11   testified earlier, concerns about leadership.

11:53:57    12     Q    If you go to 11123, the e-mail from Ellen

11:54:03    13   Chamberlain to Don Waite and yourself?

11:54:08    14     A    (Witness complies).  Okay.

11:54:12    15     Q    If you see under, ah, "Recommendations,"

11:54:17    16   the title "Burning," and the first one listed

11:54:20    17   "Remove Janet from day-to-day operations."  Do you

11:54:24    18   recall Ellen making that recommendation to you?

11:54:26    19     A    I don't specifically recall that, but

11:54:28    20   again, I have -- I have no reason to doubt that this

11:54:31    21   memo was sent to me and that was the recommendation

11:54:33    22   that was made.

11:54:34    23     Q    Do you have any recollection of

11:54:35    24   discussions with Ellen Chamberlain and/or Don Waite

11:54:39    25   concerning removal of Janet Baker as CEO?

| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04        57 |
|---|---|---|
| 11:54:43 | 2 | A    No, not specifically.  I remember -- I do |
| 11:54:47 | 3 | remember a discussion with either Don and/or Ellen |
| 11:54:51 | 4 | where they made a, you know, a recommendation that |
| 11:54:54 | 5 | Janet needed to be replaced, but I don't remember |
| 11:54:56 | 6 | the specific conversation. |
| 11:54:58 | 7 | Q    What do you -- What do you -- Without |
| 11:55:01 | 8 | respect to a specific conversation, what do you |
| 11:55:03 | 9 | recall generally of those discussions? |
| 11:55:05 | 10 | A    Just that -- Just that point, that they |
| 11:55:07 | 11 | believed Janet needed to be replaced. |
| 11:55:09 | 12 | Q    And what was your reaction? |
| 11:55:14 | 13 | A    I don't know that I had a reaction, other |
| 11:55:16 | 14 | than to accept, you know, to listen to the |
| 11:55:19 | 15 | recommendation. |
| 11:55:19 | 16 | Q    Did you discuss that recommendation with |
| 11:55:21 | 17 | other board members? |
| 11:55:22 | 18 | A    I don't recall.  I may have. |
| 11:55:26 | 19 | Q    Did there come a time when you came to |
| 11:55:30 | 20 | believe that Janet Baker ought to be removed as CEO |
| 11:55:35 | 21 | of Dragon Systems? |
| 11:55:37 | 22 | A    Yes. |
| 11:55:38 | 23 | Q    Um, if we could turn to TRA 11125. |
| 11:55:46 | 24 | A    (Witness complies.) |
| 11:55:47 | 25 | Q    If you look about two-thirds of the way |

```
 1    Deposition of Stephen Luczo - Conducted on 7/29/04      58

 2    down, there is, ah, a heading "Second - What's the

 3    story?  Can we make payroll?"  Do you see that?

 4        A    I do.

 5        Q    And then there is a discussion about

 6    rumors and conversation about quote, unquote ability

 7    to meet payroll.  Do you remember any discussions at

 8    the board level, or amongst yourself and

 9    Ms. Chamberlain and Mr. Waite concerning Dragon's

10    ability to meet its payroll obligations?

11        A    I don't remember any of those discussions,

12    no.

13            MR. FRANK:  Ask that this packet be marked

14    as Exhibit 10.

15            (Whereupon, Exhibit Number 10 was marked

16    for identification and attached to the transcript.)

17    BY MR. FRANK:

18        Q    I'm going to ask you to take a minute to

19    read through, or glance through, whatever you'd

20    like, but specifically what I will point you to are

21    the pages beginning with 122 that discuss financial

22    status of the company, and then 124 that discusses

23    investment opportunities, among other things.

24            MR. JOSEPH:  I'm assuming this is

25    intentional, but the pages here are not
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    59 |
| 11:58:07 | 2 | consecutively Bates numbered. |
| 11:58:08 | 3 | MR. FRANK:  Are you referring to the last |
| 11:58:09 | 4 | "Board Resolutions" at the end? |
| 11:58:12 | 5 | MR. JOSEPH:  Correct.  And to the letter |
| 11:58:13 | 6 | at the end.  I'm not objecting to the exhibit, |
| 11:58:18 | 7 | because that is not -- |
| 11:58:21 | 8 | MR. FRANK:  No.  They comprise at least a |
| 11:58:23 | 9 | unified packet -- |
| 11:58:27 | 10 | MR. JOSEPH:  For purposes of today, I |
| 11:58:28 | 11 | accept your representation.  I simply observe it for |
| 11:58:32 | 12 | the record when we look at these later. |
| 11:58:37 | 13 | MR. FRANK:  Yeah. |
| 12:00:26 | 14 | THE WITNESS:  Okay.  I kind of glanced at |
| 12:00:28 | 15 | it, at least. |
| 12:00:28 | 16 | BY MR. FRANK: |
| 12:00:30 | 17 | Q    Do you remember attending a board meeting |
| 12:00:33 | 18 | by telephone at or around October 5th, 1999, at |
| 12:00:39 | 19 | which the contents of these minutes were discussed? |
| 12:00:43 | 20 | A    No, I don't. |
| 12:00:45 | 21 | Q    I'd like to direct your attention, if I |
| 12:00:50 | 22 | might, to the page marked "122, Financial Status." |
| 12:01:00 | 23 | MR. JOSEPH:  Right. |
| 12:01:01 | 24 | MR. FRANK:  There is a heading in it |
| 12:01:03 | 25 | entitled "Financial Status." |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | |
|---|---|
| 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    60 |
| 12:01:04   2 | THE WITNESS:  Caption Ellen Chamberlain. |
| 12:01:06   3 | BY MR. FRANK: |
| 12:01:07   4 | Q    Correct, that one.  And it indicates under |
| 12:01:09   5 | it a poin 1, "Revenue for Q3, shot in the dark. |
| 12:01:13   6 | Forecast is 17.7 million.  My estimate is 11 to 12 |
| 12:01:18   7 | million.  Shortfall of approximately 5 million. |
| 12:01:22   8 | Lots of variables."  Do you see that? |
| 12:01:25   9 | A    I do. |
| 12:01:31  10 | Q    Do you recall, ah, a discussion concerning |
| 12:01:32  11 | anticipated revenue shortfall for the third quarter |
| 12:01:35  12 | of '99? |
| 12:01:36  13 | A    No.  I don't recall being on the phone |
| 12:01:37  14 | call, so I certainly don't recall any specific |
| 12:01:40  15 | conversations. |
| 12:01:41  16 | Q    Okay.  Um, if you go down to the bottom, |
| 12:01:46  17 | there is an italicized segment that says "The cash |
| 12:01:50  18 | flow situation." |
| 12:01:51  19 | A    I see it. |
| 12:01:52  20 | Q    "As of today borrowing no bar," which I |
| 12:01:55  21 | assume means no borrowing "from Seagate negative 2 |
| 12:01:59  22 | million deficit at the end of the year.  Need to |
| 12:02:01  23 | borrow money the first week in November."  Um, |
| 12:02:05  24 | whether or not at this meeting, do you recall |
| 12:02:08  25 | discussions concerning the cash flow situation at |

LEGALINK - MANHATTAN
(212) 557-7400

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    61 |
| 12:02:11 | 2 | Dragon in the fall of '99 and, ah, the potential |
| 12:02:18 | 3 | that they would run out of cash? |
| 12:02:21 | 4 | A    No. |
| 12:02:21 | 5 | MR. COE:  Object to form. |
| 12:02:22 | 6 | THE WITNESS:  Again, I recall |
| 12:02:23 | 7 | conversations about the company's cash flow.  As to |
| 12:02:25 | 8 | the timing, no, I don't recall the exact dates, or |
| 12:02:28 | 9 | even the general dates. |
| 12:02:30 | 10 | BY MR. FRANK: |
| 12:02:31 | 11 | Q    Do you recall discussions concerning the |
| 12:02:32 | 12 | need to borrow additional moneys from Seagate in |
| 12:02:36 | 13 | order to meet the company's cash obligations? |
| 12:02:39 | 14 | A    I don't remember any specific |
| 12:02:41 | 15 | conversations relating to that. |
| 12:02:44 | 16 | Q    Do you have any general recollections? |
| 12:02:46 | 17 | A    No, I don't.  I mean again, in general, I |
| 12:02:49 | 18 | think the company did extend a loan to the company, |
| 12:02:54 | 19 | but I don't remember the timing of that, and the |
| 12:02:56 | 20 | specifics of that transaction, I don't remember. |
| 12:02:59 | 21 | Q    Would it help if I mentioned that at or |
| 12:03:03 | 22 | around this time, Seagate, ah, agreed to an |
| 12:03:08 | 23 | investment in a convertible debt offering of Dragon? |
| 12:03:12 | 24 | A    It did -- I mean I wouldn't dispute that. |
| 12:03:14 | 25 | It doesn't help me re -- you know, recall any |

|            | 1  | Deposition of Stephen Luczo - Conducted on 7/29/04    62 |
| 12:03:17   | 2  | specific conversations, though. |
| 12:03:18   | 3  | Q     If you go to the next page 012123, do you |
| 12:03:22   | 4  | see that? |
| 12:03:22   | 5  | A     Yes. |
| 12:03:23   | 6  | Q     If you look at the top, it says, "Status |
| 12:03:24   | 7  | of the bridge loan," ah, "The language is still |
| 12:03:28   | 8  | holding up Fleet and subordination language."  Do |
| 12:03:30   | 9  | you see that? |
| 12:03:31   | 10 | A     I do. |
| 12:03:32   | 11 | Q     Do you recall Dragon Systems requiring a |
| 12:03:36   | 12 | bridge loan, ah, to assist it with its cash needs? |
| 12:03:40   | 13 | A     Again, vaguely, but nothing specific. |
| 12:03:42   | 14 | Q     Do you recall the company -- Do you recall |
| 12:03:46   | 15 | Fleet Bank requiring Seagate to guarantee the loan |
| 12:03:51   | 16 | before it would provide it to Dragon? |
| 12:03:53   | 17 | A     Vaguely. |
| 12:04:09   | 18 | Q     Anything other than what -- than what I |
| 12:04:12   | 19 | asked you that you recall about that? |
| 12:04:14   | 20 | A     No. |
| 12:04:16   | 21 | Q     Um, if you go to the page ending in 124? |
| 12:04:26   | 22 | A     (Witness complies.) |
| 12:04:26   | 23 | Q     If you look at the top, it says there is |
| 12:04:28   | 24 | a -- a paragraph that starts with "Government |
| 12:04:33   | 25 | Contracts-significant decline."  Do you see that? |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

```
  1     Deposition of Stephen Luczo - Conducted on 7/29/04      63
12:04:37  2        A    I do.
12:04:41  3        Q    Was -- What do you recall with respect to
12:04:43  4     Dragon's revenues and its government contracts?
12:04:51  5        A    Ah --
12:04:52  6            MR. COE:  Object to form.
12:04:53  7            THE WITNESS:  Again, nothing specifically,
12:04:54  8     other than I do recall that Dragon did sell some of
12:04:59  9     their software products to the U.S. Federal
12:05:02 10     Government agencies relating to the U.S. Federal
12:05:05 11     Government.
12:05:05 12     BY MR. FRANK:
12:05:06 13        Q    Do you recall a time, ah, when there was a
12:05:09 14     significant decline of the revenues generated by
12:05:11 15     those contracts?
12:05:12 16        A    I do not.
12:05:20 17        Q    If you go to the next segment entitled
12:05:21 18     "Investment Opportunities," do you see that?
12:05:24 19        A    I do see it.
12:05:25 20        Q    Um, if you see -- Do you see the segment
12:05:40 21     Intel?  Other than what you've testified to earlier
12:05:42 22     with respect to potential Intel strategic
12:05:47 23     investments in Dragon Systems, does this refresh
12:05:51 24     your recollection as to anything further?
12:05:53 25        A    No.
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04          64 |
| 12:05:54 | 2 | Q     Do you see Psion? |
| 12:05:56 | 3 | A     Yes. |
| 12:05:57 | 4 | Q     Who was, if you recall, or what is your |
| 12:05:59 | 5 | recollection of who Psion was? |
| 12:06:02 | 6 | A     I don't -- This note, you know, I guess |
| 12:06:04 | 7 | refreshes my memory that it was a European-based |
| 12:06:08 | 8 | company.  Um, I don't really remember exactly what |
| 12:06:11 | 9 | they did.  I have no reason to believe it isn't as |
| 12:06:13 | 10 | somewhat represented by this, in terms of a PDA |
| 12:06:16 | 11 | manufacturer.  And I do remember that the company |
| 12:06:19 | 12 | had some discussions with them. |
| 12:06:22 | 13 | Q     Do you recall that -- Do you recall |
| 12:06:28 | 14 | whether Psion ever went forward with any strategic |
| 12:06:32 | 15 | investment in Dragon? |
| 12:06:33 | 16 | A     Not to my knowledge. |
| 12:06:37 | 17 | Q     With respect to Sony, other than what we |
| 12:06:45 | 18 | discussed earlier, do you have any recollection of |
| 12:06:52 | 19 | negotiations with Dragon Systems with Sony |
| 12:06:53 | 20 | concerning a strategic investment? |
| 12:06:55 | 21 | A     No. |
| 12:07:02 | 22 | Q     Last on the page is Visteon.  Do you |
| 12:07:04 | 23 | recall Dragon having any discussions with Visteon |
| 12:07:06 | 24 | concerning a possible strategic investment? |
| 12:07:10 | 25 | A     Again, nothing more than I testified |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

Deposition of Stephen Luczo - Conducted on 7/29/04                65

1

12:07:11    2    earlier.

12:07:18    3        Q    Do you recall generally at the board level

12:07:20    4    having discussions concerning pursuit of either an

12:07:25    5    acquisition, or strategic investors on behalf of

12:07:27    6    Dragon?

12:07:29    7        A    I'm not sure I understand the question.

12:07:31    8        Q    Okay, do you recall at the board having

12:07:34    9    discussions generally concerning the desire of the

12:07:38   10    board to either gain a strategic investor, or

12:07:41   11    investment, or be acquired?

12:07:43   12        A    Yeah.  As I testified earlier in, um,

12:07:46   13    exhibit -- this is Exhibit 5, in that second

12:08:01   14    paragraph of the minutes, or these are the minutes,

12:08:03   15    yeah, the minutes reflect that the board also

12:08:05   16    considered a possible sale of the corporation to

12:08:09   17    various strategic investors, so that dialogue had

12:08:11   18    been identified as a possibility.

12:08:13   19        Q    Was it a continuing topic of discussion at

12:08:16   20    the board level, to your recollection?

12:08:17   21        A    To my recollection, yes.

12:08:32   22        Q    If you go to -- And this is still in

12:08:33   23    the -- under the heading of the "Investment

12:08:36   24    Opportunities."  If you go to the page ending in

12:08:38   25    126 --

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

Deposition of Stephen Luczo - Conducted on 7/29/04          66

12:08:43    2        A    Okay.

12:08:44    3        Q    Um, there are -- There are several, but

12:08:48    4    there is two sections that identify you, and one

12:08:52    5    says, "Let's get expert opinion," and the second

12:08:56    6    toward the bottom says, "Don't sign the agreement

12:09:01    7    and ends with, "We need expert advice."  Do you

12:09:05    8    recall what you were referring to, or what you meant

12:09:09    9    by "getting expert advice"?  Would that have been an

12:09:11   10    investment banker to assist the company?

12:09:14   11        A    I don't recall the context of it, no.

12:09:18   12        Q    Go to the next page.

12:09:25   13        A    (Witness complies.)

12:09:26   14        Q    There is a segment attributed to you, and

12:09:29   15    it says, "If we decide to go down the path of

12:09:32   16    selling the company, we need a banker engaged, and

12:09:35   17    L&H is part of the people and part of the process."

12:09:38   18    Do you see that?

12:09:39   19        A    I do.

12:09:42   20        Q    Was it your belief that, ah, the company,

12:09:45   21    Dragon, should engage an investment banker to assist

12:09:50   22    it in any potential sale of it?

12:09:53   23        A    Again, I don't remember that specifically,

12:09:54   24    but I have no reason to dispute that representation.

12:09:56   25        Q    Would that be your belief, that that is

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    67 |
| 12:09:59 | 2 | what the company looking to sell, or be acquired by |
| 12:10:03 | 3 | another company, should do? |
| 12:10:04 | 4 | MR. JOSEPH:  Objection.  Overly broad. |
| 12:10:05 | 5 | You may answer. |
| 12:10:07 | 6 | MR. COE:  Objection. |
| 12:10:08 | 7 | THE WITNESS:  Did you say I may answer? |
| 12:10:10 | 8 | MR. JOSEPH:  You may answer. |
| 12:10:11 | 9 | THE WITNESS:  I think it depends on the |
| 12:10:13 | 10 | situation. |
| 12:10:13 | 11 | BY MR. FRANK: |
| 12:10:35 | 12 | Q    If you would go to page 129. |
| 12:10:38 | 13 | A    (Witness complies). |
| 12:10:40 | 14 | Q    Under the heading "Employee Issues." |
| 12:10:46 | 15 | A    Okay, I'm there. |
| 12:10:50 | 16 | Q    I just want to go back to your last answer |
| 12:10:53 | 17 | where you said "It depends on the situation."  I |
| 12:10:57 | 18 | take it with respect to Dragon and its potential -- |
| 12:11:00 | 19 | potentially being acquired, it was your view that it |
| 12:11:04 | 20 | should obtain an investment banker to provide |
| 12:11:07 | 21 | advice? |
| 12:11:07 | 22 | A    As I said, I have no reason to dispute |
| 12:11:09 | 23 | that, you know, these words generally reflected my |
| 12:11:12 | 24 | feelings at the time. |
| 12:11:18 | 25 | Q    If you go to "Employee Issues." |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  | Deposition of Stephen Luczo - Conducted on 7/29/04 | 68 |
|---|---|---|---|
| 12:11:20 | 2 | A    (Witness complies). | |
| 12:11:21 | 3 | Q    You see the top segment that says Luczo? | |
| 12:11:25 | 4 | A    I do. | |
| 12:11:26 | 5 | Q    And then it -- If you go through, ah, it | |
| 12:11:29 | 6 | says, "I contacted Janet about two weeks ago, and | |
| 12:11:31 | 7 | asked if I could have an audience with her to review | |
| 12:11:34 | 8 | a variety of concerns regarding the company."  And | |
| 12:11:37 | 9 | then it continues "Concerns are multiple | |
| 12:11:39 | 10 | dimensions - financial performance, employee morale, | |
| 12:11:42 | 11 | definition of strategic direction, ability to close | |
| 12:11:46 | 12 | on transactions, and ability to execute on tactical | |
| 12:11:49 | 13 | product strategy, actual revenue-generating success | |
| 12:11:53 | 14 | from products."  Um, if you go to that second | |
| 12:11:59 | 15 | sentence, and I just want to break down each of | |
| 12:12:01 | 16 | those parameters that -- that are attributed to you, | |
| 12:12:04 | 17 | and ask you what you recall about them.  With | |
| 12:12:09 | 18 | respect to concerns about financial performance, do | |
| 12:12:14 | 19 | you recall what your thoughts were at that time? | |
| 12:12:17 | 20 | A    No. | |
| 12:12:18 | 21 | Q    Do you have any specific -- with respect | |
| 12:12:21 | 22 | to all of these, just more broadly, do you have any | |
| 12:12:24 | 23 | specific recollection of what your concerns were, | |
| 12:12:30 | 24 | other than as reflected in this paragraph? | |
| 12:12:30 | 25 | MR. JOSEPH:  And other than he made | |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    69 |
| 12:12:30 | 2 | reference to generally? |
| 12:12:33 | 3 | MR. FRANK:  Yes. |
| 12:12:33 | 4 | THE WITNESS:  No, I mean I think this is |
| 12:12:35 | 5 | pretty complete of the concerns at the time. |
| 12:12:36 | 6 | BY MR. FRANK: |
| 12:12:41 | 7 | Q    I'd asked you before whether there came a |
| 12:12:43 | 8 | time when you believed that Janet Baker ought to be |
| 12:12:46 | 9 | removed as CEO of Dragon Systems.  Um, do you recall |
| 12:12:54 | 10 | making that recommendation at the -- to the board? |
| 12:12:57 | 11 | A    Again, I don't know that I made the |
| 12:12:59 | 12 | recommendation, but I do remember coming to the |
| 12:13:01 | 13 | conclusion that Janet needed to be replaced as CEO. |
| 12:13:04 | 14 | I don't know what time, you know, the timing of that |
| 12:13:06 | 15 | either. |
| 12:13:07 | 16 | Q    Okay.  Let's continue through to the next |
| 12:13:17 | 17 | page, 130. |
| 12:13:26 | 18 | A    (Witness complies). |
| 12:13:27 | 19 | Q    If you go to the middle section, it |
| 12:13:29 | 20 | says -- attributed to you, "If we don't make the |
| 12:13:32 | 21 | change of CEO now, it will have a morale impact. |
| 12:13:34 | 22 | Company is very fragile."  Do you see that? |
| 12:13:38 | 23 | A    I do. |
| 12:13:38 | 24 | Q    Um, do you recall the basis, or what the |
| 12:13:45 | 25 | basis of that statement? |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  | Deposition of Stephen Luczo - Conducted on 7/29/04 | 70 |
|---|---|---|---|
| 12:13:46 | 2 | A Again, not more than I've testified to you |  |
| 12:13:48 | 3 | about, like I said, the people were concerned about |  |
| 12:13:50 | 4 | the leadership impacting morale. |  |
| 12:13:56 | 5 | Q If you go to the next two paragraphs, um, |  |
| 12:14:03 | 6 | one is attributed to Janet. If you go to the middle |  |
| 12:14:06 | 7 | of that, it says, "But as I look down this list, my |  |
| 12:14:09 | 8 | name is next to almost every business opportunity, |  |
| 12:14:10 | 9 | and I think there is a significant risk that if we |  |
| 12:14:13 | 10 | change the CEO now, it will throw the Sony deal out |  |
| 12:14:16 | 11 | the window. The relationships with L&H, Psion. . . |  |
| 12:14:19 | 12 | are all ones I've had virtually an exclusive |  |
| 12:14:23 | 13 | relationship with." Do you see that? |  |
| 12:14:24 | 14 | A I do. |  |
| 12:14:25 | 15 | Q Um, do you recall Ms. Baker disagreeing at |  |
| 12:14:33 | 16 | this meeting with the recommendation that she be |  |
| 12:14:35 | 17 | removed as CEO? |  |
| 12:14:37 | 18 | MR. COE: Object to form. |  |
| 12:14:38 | 19 | MR. JOSEPH: At this meeting, or |  |
| 12:14:39 | 20 | generally? I mean I don't know that his |  |
| 12:14:41 | 21 | recollection is tied to this meeting, but I don't |  |
| 12:14:43 | 22 | want to prevent him from answering. |  |
| 12:14:45 | 23 | MR. FRANK: No, fair point. Generally. |  |
| 12:14:48 | 24 | THE WITNESS: Again, I don't remember any |  |
| 12:14:49 | 25 | specific objections. Um, I vaguely remember Janet |  |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  | Deposition of Stephen Luczo - Conducted on 7/29/04 | 71 |
|---|---|---|---|
| 12:14:54 | 2 | being concerned about the strategic dialogues that | |
| 12:14:56 | 3 | the company was in, if there was a change of the | |
| 12:14:59 | 4 | CEO, but that is about it. | |
| 12:15:00 | 5 | BY MR. FRANK: | |
| 12:15:02 | 6 | Q    If you go down to the next paragraph, it | |
| 12:15:07 | 7 | says, "I disagree that changing the role of CEO | |
| 12:15:11 | 8 | changes your success with the parties."  Um, and | |
| 12:15:15 | 9 | then if you go to the second, "We haven't had wild | |
| 12:15:19 | 10 | success to-date.  When we strike strategic | |
| 12:15:22 | 11 | relationships, the follow-up has been well below the | |
| 12:15:25 | 12 | expectations set for the board."  Do you see that? | |
| 12:15:26 | 13 | A    I do. | |
| 12:15:28 | 14 | Q    And then if you go to the last paragraph, | |
| 12:15:31 | 15 | the last sentence of that paragraph, it says, "I'm | |
| 12:15:34 | 16 | lost as -- " excuse me, the next-to-last sentence, | |
| 12:15:36 | 17 | "I'm lost as to why you need the CEO title."  Um, do | |
| 12:15:40 | 18 | you see that? | |
| 12:15:41 | 19 | A    I do. | |
| 12:15:42 | 20 | Q    Ah, do you recall it being your view that, | |
| 12:15:46 | 21 | um, notwithstanding Janet Baker's concerns, that she | |
| 12:15:51 | 22 | should still nonetheless be removed as CEO? | |
| 12:15:54 | 23 | A    I don't recall -- | |
| 12:15:56 | 24 | MR. COE:  Object to form. | |
| 12:15:57 | 25 | THE WITNESS:  I don't recall, but I don't | |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04     72 |
| 12:15:58 | 2 | have any basis to dispute that.  I believe she could |
| 12:16:02 | 3 | continue in those discussions and not be CEO. |
| 12:16:06 | 4 | BY MR. FRANK: |
| 12:16:12 | 5 | Q    Have you had a chance to read through, I |
| 12:16:14 | 6 | guess what would be the next two pages, 131 and 132? |
| 12:16:21 | 7 | A    No. |
| 12:16:22 | 8 | Q    Okay, rather than going through the whole |
| 12:16:26 | 9 | process with each segment, I'm just going to ask you |
| 12:16:29 | 10 | to review that. |
| 12:17:33 | 11 | A    Okay. |
| 12:17:34 | 12 | Q    Um, my first question is, is there |
| 12:17:37 | 13 | anything that you've read through that -- that you |
| 12:17:40 | 14 | have an independent recollection of, other than what |
| 12:17:42 | 15 | is referenced in these minutes? |
| 12:17:44 | 16 | A    No. |
| 12:17:55 | 17 | Q    I want to focus your attention on page |
| 12:18:05 | 18 | 132. |
| 12:18:07 | 19 | A    (Witness complies.) |
| 12:18:08 | 20 | Q    If you would go down, I guess it is a |
| 12:18:10 | 21 | little more than halfway, there is a segment |
| 12:18:12 | 22 | attributed to you that says "I propose we replace |
| 12:18:15 | 23 | Janet as CEO, or ask for her resignation.  She may |
| 12:18:18 | 24 | remain chairman and will vote for an interim CEO |
| 12:18:21 | 25 | until we find out about the acquisition.  The new |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    73 |
| 12:18:24 | 2 | CEO will have full authority for operational and |
| 12:18:28 | 3 | acquisition issues." Do you see that? |
| 12:18:30 | 4 | A    I do. |
| 12:18:31 | 5 | Q    Is it your recollection that the |
| 12:18:36 | 6 | board's -- the board was voting to -- the board, |
| 12:18:42 | 7 | excuse me, had approved the interim CEO to have full |
| 12:18:45 | 8 | authority for operational and acquisition issues? |
| 12:18:47 | 9 | A    Yes. |
| 12:18:50 | 10 | Q    And do you recall who that interim CEO was |
| 12:18:54 | 11 | who was appointed? |
| 12:18:55 | 12 | A    I believe it was Don Waite. |
| 12:18:57 | 13 | Q    Okay.  And what was your understanding |
| 12:19:08 | 14 | that Janet Baker's role would be with respect to |
| 12:19:12 | 15 | acquisition discussions? |
| 12:19:14 | 16 | A    I don't recall specifically.  It would be |
| 12:19:15 | 17 | at the direction of Don. |
| 12:19:29 | 18 | Q    And do you recall at or around this time |
| 12:19:30 | 19 | Ellen Chamberlain being appointed interim CFO? |
| 12:19:34 | 20 | A    I don't. |
| 12:19:37 | 21 | Q    Okay. |
| 12:19:41 | 22 | A    But I wouldn't dispute that, if she was. |
| 12:19:52 | 23 | Q    Do you recall a time shortly, or sometime |
| 12:19:55 | 24 | after the replacement of Janet Baker, when the |
| 12:20:01 | 25 | potential strategic investors, um, at which Dragon |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | Deposition of Stephen Luczo - Conducted on 7/29/04 | 74 |
|---|---|---|---|
| 12:20:08 | 2 | was looking at narrowed down to two potential | |
| 12:20:12 | 3 | acquisition, or acquiring candidates, one being | |
| 12:20:16 | 4 | Visteon and one being L&H? | |
| 12:20:18 | 5 | A    I remember it -- narrowing it down, that | |
| 12:20:21 | 6 | it narrowed down, and it could very well have been | |
| 12:20:23 | 7 | after the change in management. | |
| 12:20:25 | 8 | Q    Okay.  Do you recall anything of the | |
| 12:20:30 | 9 | discussions that the board had concerning the | |
| 12:20:34 | 10 | potential Visteon or L&H transactions?  Again, this | |
| 12:20:37 | 11 | would be in the fall of '99? | |
| 12:20:39 | 12 | A    Nothing more than what I've already | |
| 12:20:41 | 13 | testified. | |
| 12:20:42 | 14 | Q    Okay.  I want to go back to one last thing | |
| 12:20:53 | 15 | that was in those board minutes.  Um -- | |
| 12:20:57 | 16 | MR. JOSEPH:  The October 5 board minutes? | |
| 12:20:59 | 17 | MR. FRANK:  Yes, that is correct. | |
| 12:21:00 | 18 | MR. JOSEPH:  That would be Exhibit 10. | |
| 12:21:02 | 19 | MR. FRANK:  Correct.  If you go to the | |
| 12:21:03 | 20 | page that is marked 127 at the bottom. | |
| 12:21:07 | 21 | THE WITNESS:  (Witness complies). | |
| 12:21:10 | 22 | MR. FRANK:  And you go to the bottom, | |
| 12:21:11 | 23 | and -- | |
| 12:21:12 | 24 | MR. JOSEPH:  The good part. | |
| 12:21:14 | 25 | MR. FRANK:  Yes. | |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    75 |
| 12:21:18 | 2 | BY MR. FRANK: |
| 12:21:19 | 3 | Q    It begins "Luczo:  A function of |
| 12:21:21 | 4 | valuation.  Given financial performance over the |
| 12:21:24 | 5 | last 12 most," I assume that is months, "and this |
| 12:21:28 | 6 | quarter:  This is a company has technology that will |
| 12:21:30 | 7 | be worth a lot of money over the next five years." |
| 12:21:33 | 8 | And I guess my question is with respect to that |
| 12:21:37 | 9 | sentence, "This is a company that has technology |
| 12:21:39 | 10 | that will be worth a lot of money over the next five |
| 12:21:42 | 11 | years," what technology are you referring to? |
| 12:21:47 | 12 | A    Their speech recognition technology. |
| 12:21:48 | 13 | Q    So was that technology that was in |
| 12:21:50 | 14 | existence at that time? |
| 12:21:56 | 15 | A    It's technology that was in existence at |
| 12:21:57 | 16 | that time. |
| 12:21:59 | 17 | Q    Okay.  If you'd go back to your calendar, |
| 12:22:27 | 18 | I think it is Exhibit 6. |
| 12:22:30 | 19 | MR. JOSEPH:  It is. |
| 12:22:31 | 20 | MR. FRANK:  Is it? |
| 12:22:32 | 21 | MR. JOSEPH:  Yes, it is.  It is. |
| 12:22:35 | 22 | MR. FRANK:  Oh, I thought you were |
| 12:22:36 | 23 | questioning -- |
| 12:22:37 | 24 | BY MR. FRANK: |
| 12:22:37 | 25 | Q    If you go through the Bates stamp pages |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04      76 |
| 12:22:44 | 2 | ending at 9, 10 and 11 for September, October, and |
| 12:22:50 | 3 | November of '99. |
| 12:22:52 | 4 | A    (Witness complies). |
| 12:22:54 | 5 | Q    If we start -- |
| 12:22:55 | 6 | A    I'm there. |
| 12:22:55 | 7 | Q    If we start with September, um, in the |
| 12:22:59 | 8 | fourth week there appears to be some notation |
| 12:23:03 | 9 | pertaining to a potential meeting with Jim and Janet |
| 12:23:09 | 10 | in Boston on the 21st and 22nd of September.  Do you |
| 12:23:13 | 11 | see that? |
| 12:23:13 | 12 | A    I see it, yeah, I see it. |
| 12:23:16 | 13 | Q    Do you have any recollection of having |
| 12:23:18 | 14 | such a meeting? |
| 12:23:19 | 15 | A    No. |
| 12:23:24 | 16 | Q    Do you have any recollection of -- of any |
| 12:23:26 | 17 | of the potential meetings that are itemized on this |
| 12:23:30 | 18 | calendar? |
| 12:23:31 | 19 | A    I don't. |
| 12:23:33 | 20 | MR. JOSEPH:  Just so you know, counsel, |
| 12:23:34 | 21 | when it was redacted, we only redacted the things |
| 12:23:36 | 22 | that clearly had nothing to do with anything, so the |
| 12:23:38 | 23 | fact they're here doesn't mean they necessarily did. |
| 12:23:42 | 24 | MR. FRANK:  I understand that.  I got it |
| 12:23:44 | 25 | when I saw Mulvaney/Dragon, and his response. |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    77 |
| 12:23:47 | 2 | BY MR. FRANK: |
| 12:23:47 | 3 | Q    If you go to October, ah, the same |
| 12:23:52 | 4 | question, other than what you've testified to with |
| 12:23:55 | 5 | respect to the board meeting, which is noted here on |
| 12:23:59 | 6 | your calendar of October 5th, do you have any |
| 12:24:02 | 7 | independent recollection of discussions concerning |
| 12:24:04 | 8 | Dragon, or meetings with individuals concerning |
| 12:24:07 | 9 | Dragon? |
| 12:24:08 | 10 | A    No, I don't. |
| 12:24:12 | 11 | Q    If you go to the November 1999 calendar, |
| 12:24:16 | 12 | um, there appears to be a potential meeting for |
| 12:24:24 | 13 | November 11th at 10:15, a call with Ellen and Waite. |
| 12:24:29 | 14 | Do you see that? |
| 12:24:30 | 15 | A    I do. |
| 12:24:31 | 16 | MR. COE:  Object to form. |
| 12:24:32 | 17 | BY MR. FRANK: |
| 12:24:33 | 18 | Q    Do you have any recollection of having |
| 12:24:35 | 19 | such a call? |
| 12:24:35 | 20 | A    I do not. |
| 12:24:36 | 21 | (Whereupon, Exhibit Number 11 was marked |
| 12:24:36 | 22 | for identification and attached to the transcript.) |
| 12:25:29 | 23 | MR. JOSEPH:  Exhibit 11 is the Dragon |
| 12:25:54 | 24 | Systems, Inc. Minutes of Meeting, Board of |
| 12:25:56 | 25 | Directors, November 19th, 1999. |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

Deposition of Stephen Luczo - Conducted on 7/29/04          78

BY MR. FRANK:

Q    The two pages, the first focus I would ask you is on the front page it says "Fleet Bank Loan Arrangements."

A    Okay.

Q    Um, it says "The board discussed the status of the company's line of credit with Fleet Bank and the company's defaults under the financial covenants thereunder, and discussed Seagate Technology, Inc.'s willingness to guarantee the company's obligations under such line of credit." Do you see that?

A    I do.

Q    Do you remember anything about Dragon defaulting under its financial covenants pursuant to the line of credit it obtained from Fleet Bank?

A    No, I don't.

Q    Do you recall Seagate Technology having to guarantee the company's obligations before they could continue drawing on that credit?

A    You know, I don't specifically recall it, but I don't deny that we did do that.

Q    If you go to the third page of these minutes, it is Bates stamped ending in 540, there is

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    79 |
| 12:27:29 | 2 | a segment that says "Potential Acquisition and |
| 12:27:33 | 3 | Investment Transactions." |
| 12:27:34 | 4 | A    I see it. |
| 12:27:35 | 5 | Q    Ah, and it indicates "Dr. Janet Baker then |
| 12:27:41 | 6 | reported to the board the status of the discussions |
| 12:27:42 | 7 | with various companies which have expressed an |
| 12:27:45 | 8 | interest in acquiring the company, or a controlling |
| 12:27:48 | 9 | interest in the company, including preliminary |
| 12:27:49 | 10 | letters of intent provided by two companies |
| 12:27:51 | 11 | identified as Alabama and Light."  Do you recall the |
| 12:27:59 | 12 | actual names of each of those companies? |
| 12:28:01 | 13 | A    No, I don't. |
| 12:28:02 | 14 | Q    Would it refresh your recollection if I |
| 12:28:06 | 15 | suggested that Alabama referred to Visteon and Light |
| 12:28:09 | 16 | to L&H? |
| 12:28:11 | 17 | A    No, but I'll accept that. |
| 12:28:13 | 18 | Q    Okay.  And then below that, there is a |
| 12:28:18 | 19 | segment entitled "Arrangements with Investment |
| 12:28:21 | 20 | Bankers." |
| 12:28:22 | 21 | A    I see it. |
| 12:28:23 | 22 | Q    And if you go to the second sentence, it |
| 12:28:25 | 23 | says, "In particular, the board discussed three |
| 12:28:28 | 24 | potential candidates and authorized and directed |
| 12:28:30 | 25 | Dr. Janet Baker and Ms. Chamberlain to pursue |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    80 |
| 12:28:34 | 2 | additional discussions with two of the three |
| 12:28:35 | 3 | candidates, and then to cause the company to engage |
| 12:28:38 | 4 | either of two such candidates."  And if you go to |
| 12:28:41 | 5 | the resolved segment below, it says Goldman Sachs or |
| 12:28:45 | 6 | Salomon Smith Barney.  Do you see that? |
| 12:28:47 | 7 | A    I do. |
| 12:28:47 | 8 | Q    Do you recall participating in any |
| 12:28:50 | 9 | discussions concerning the selection of an |
| 12:28:53 | 10 | investment banker by Dragon to assist it in these |
| 12:28:56 | 11 | potential acquisition transactions? |
| 12:28:58 | 12 | A    Ah, you know, again, I remember I think |
| 12:29:00 | 13 | the topic coming up, but nothing specific about the |
| 12:29:02 | 14 | conversations. |
| 12:29:03 | 15 | Q    Ah, do you recall having any input with |
| 12:29:06 | 16 | respect to the ultimate decision as to which |
| 12:29:09 | 17 | investment banks should be selected? |
| 12:29:11 | 18 | A    No. |
| 12:29:12 | 19 | MR. JOSEPH:  Other than as a board member? |
| 12:29:13 | 20 | BY MR. FRANK: |
| 12:29:14 | 21 | Q    Correct, correct. |
| 12:29:14 | 22 | A    You asked if I recall the input. |
| 12:29:16 | 23 | Q    Yes. |
| 12:29:17 | 24 | A    No.  I don't recall the input. |
| 12:29:20 | 25 | Q    Had you had any prior interaction with |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    81 |
| 12:29:25 | 2 | either of those banks Salomon or Goldman at or |
| 12:29:29 | 3 | around that time? |
| 12:29:32 | 4 | A    Um, what was the date of this? |
| 12:29:34 | 5 | Q    This is November '99. |
| 12:29:44 | 6 | A    November '99, I may have.  Nothing |
| 12:29:46 | 7 | specific that I recall. |
| 12:29:58 | 8 | Q    Do you recall, ah, that Arthur Andersen |
| 12:30:01 | 9 | acted as Dragon's outside accounting firm? |
| 12:30:05 | 10 | A    No. |
| 12:30:07 | 11 | Q    Do you recall whether Dragon, um, |
| 12:30:10 | 12 | engaged -- withdrawn. |
| 12:30:16 | 13 | Do you recall that Goldman was actually |
| 12:30:18 | 14 | hired by, ah, Dragon Systems to be the investment |
| 12:30:22 | 15 | banker in connection with the potential Visteon |
| 12:30:25 | 16 | and/or L&H deals? |
| 12:30:30 | 17 | A    Not really, but I wouldn't dispute it. |
| 12:31:25 | 18 | MR. JOSEPH:  This way we'll know which are |
| 12:31:27 | 19 | the originals. |
| 12:31:42 | 20 | (Whereupon, Exhibit Number 12 was marked |
| 12:31:42 | 21 | for identification and attached to the transcript.) |
| 12:31:41 | 22 | BY MR. FRANK: |
| 12:32:29 | 23 | Q    Exhibit 12 is the minutes from the Board |
| 12:32:30 | 24 | of Directors meeting December 17th, 1999 of Dragon |
| 12:32:33 | 25 | Systems.  I'd like to be fairly brief, and the topic |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04        82 |
| 12:32:42 | 2 | "Potential Acquisition and Investment Transactions" |
| 12:32:45 | 3 | is what I have a couple of questions concerning. |
| 12:33:08 | 4 | A    Okay. |
| 12:33:12 | 5 | Q    Other than what is drafted in these |
| 12:33:14 | 6 | minutes, do you have any recollection of the |
| 12:33:17 | 7 | discussion, or discussions, pertaining to the |
| 12:33:21 | 8 | potential letters of intent, ah, with respect to a |
| 12:33:27 | 9 | acquisition by L&H, and a second with respect to an |
| 12:33:31 | 10 | acquisition by Visteon? |
| 12:33:33 | 11 | A    Sorry, could you repeat it? |
| 12:33:34 | 12 | Q    Yes.  Um, do you see in the -- in -- Under |
| 12:33:39 | 13 | the block "Potential Acquisition and Investment |
| 12:33:42 | 14 | Transactions," it says "Dr. Baker then reported to |
| 12:33:45 | 15 | the board the status of the discussions with two |
| 12:33:50 | 16 | companies referred to by the code names Alabama and |
| 12:33:50 | 17 | Light, which have provided letters of intent with |
| 12:33:52 | 18 | respect to acquiring the company, or a controlling |
| 12:33:55 | 19 | interest in the company.  Ms. Rothermel outlined the |
| 12:33:58 | 20 | proposals made by each of Alabama and Light. |
| 12:34:01 | 21 | Mr. Fine presented certain historical information |
| 12:34:03 | 22 | regarding Alabama and Light, and certain pro forma |
| 12:34:06 | 23 | financial information assuming that the transactions |
| 12:34:09 | 24 | contemplated by each of the two letters of intent |
| 12:34:12 | 25 | were consummated," do you see that? |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|          |    | Deposition of Stephen Luczo - Conducted on 7/29/04          83 |
|----------|----|------|
| 12:34:14 | 2  | A    I do. |
| 12:34:14 | 3  | Q    Do you recall anything about those |
| 12:34:16 | 4  | discussions, other than as written in the minutes? |
| 12:34:20 | 5  | A    No. |
| 12:34:21 | 6  | Q    If you go toward the bottom, it says, |
| 12:34:22 | 7  | "Most of the board members expressed a strong |
| 12:34:27 | 8  | preference for the Alabama proposal."  Do you see |
| 12:34:29 | 9  | that? |
| 12:34:30 | 10 | A    I do. |
| 12:34:31 | 11 | Q    Do you recall anything about those |
| 12:34:33 | 12 | discussions? |
| 12:34:35 | 13 | A    Who is Alabama again? |
| 12:34:37 | 14 | Q    Visteon. |
| 12:34:41 | 15 | A    No, I don't. |
| 12:34:42 | 16 | Q    Do you recall why it was that most of the |
| 12:34:44 | 17 | board members preferred Visteon? |
| 12:34:46 | 18 | A    No, I don't. |
| 12:34:48 | 19 | Q    Do you recall -- You go to the next page. |
| 12:34:53 | 20 | At the top there is a resolution, "The management of |
| 12:34:57 | 21 | the company be and hereby is authorized and directed |
| 12:35:00 | 22 | to aggressively pursue discussions with Alabama with |
| 12:35:03 | 23 | a view presenting to the board for its consideration |
| 12:35:07 | 24 | during the week of December 20th a letter of |
| 12:35:10 | 25 | intent."  Do you see that? |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

```
          1    Deposition of Stephen Luczo - Conducted on 7/29/04      84

12:35:12  2        A    I do.

12:35:13  3        Q    Do you recall the board in fact

12:35:16  4    authorizing the company to continue discussions with

12:35:20  5    Visteon concerning a potential acquisition of --

12:35:24  6        A    I do.

12:35:25  7        Q    What do you recall?

12:35:26  8        A    Just that, that they were supposed to

12:35:29  9    continue discussions with them.

12:35:31  10       Q    Do you recall that at a point in time,

12:35:34  11   Dragon, ah, signed an exclusivity agreement with

12:35:40  12   Visteon pertaining to this potential acquisition?

12:35:43  13       A    I don't specifically recall that, but I

12:35:45  14   wouldn't dispute that they did.

12:35:47  15       Q    Ah, if you go to the next block that says

12:35:50  16   "Financial Information," it says "Mr. Waite advised

12:35:55  17   the board that the company's revenues for the

12:35:56  18   company's fourth fiscal quarter are expected to be

12:35:59  19   below projections for such quarter."  Do you see

12:36:02  20   that?

12:36:02  21       A    I do.

12:36:03  22       Q    Do you recall being advised of that?

12:36:05  23       A    I don't recall it.

12:36:42  24            (Whereupon, Exhibit Number 13 was marked

12:36:42  25   for identification and attached to the transcript.)
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
|          | 1  | Deposition of Stephen Luczo - Conducted on 7/29/04      85   |
| 12:36:41 | 2  | BY MR. FRANK:                                                 |
| 12:36:56 | 3  |     Q    I would ask you to just briefly peruse |
| 12:36:58 | 4  | through this.                                                 |
| 12:36:59 | 5  |     A    Okay.         |
| 12:37:02 | 6  |     Q    And then I'll point to just a couple of |
| 12:37:04 | 7  | things.  For the record, the document is a cover             |
| 12:37:13 | 8  | page of a fax transmission sheet dated December             |
| 12:37:16 | 9  | 17th, 1999, following which is a -- what appears to          |
| 12:37:21 | 10 | be a presentation, "Goldman Sachs Re:  Project               |
| 12:37:26 | 11 | Dictator."                                                   |
| 12:37:50 | 12 |     MR. JOSEPH:  Okay, lots of pages.  He's |
| 12:37:52 | 13 | scanned a number of them.                                     |
| 12:37:53 | 14 |     MR. FRANK:  He tells me --           |
| 12:37:54 | 15 |     THE WITNESS:  No, I'm scanning.  I'm  |
| 12:37:56 | 16 | scanned.                                                     |
| 12:37:56 | 17 | BY MR. FRANK:                                                 |
| 12:37:57 | 18 |     Q    You're scanned? |
| 12:37:58 | 19 |     A    I'm scanned.  |
| 12:37:59 | 20 |     Q    Okay.  Um, if you would go to the page |
| 12:38:05 | 21 | marked 8906, it is -- The top is entitled "Executive         |
| 12:38:16 | 22 | Summary - Project Dictator," and the Bates numbers           |
| 12:38:21 | 23 | are up on the --                                             |
| 12:38:22 | 24 |     A    I got it, yeah. |
| 12:38:26 | 25 |     Q    Okay.  There is a number -- First of all, |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    86 |
| 12:38:29 | 2 | do you recall as a board member receiving this |
| 12:38:31 | 3 | package, or some -- a package like this concerning a |
| 12:38:35 | 4 | presentation of Goldman Sachs? |
| 12:38:37 | 5 | A    No.  I do not recall. |
| 12:38:44 | 6 | Q    If you go to the segment entitled |
| 12:38:46 | 7 | "Background," you see there is a number of bullet |
| 12:38:48 | 8 | points. |
| 12:38:49 | 9 | A    Uh-huh, yes. |
| 12:38:53 | 10 | Q    And that appear to pertain to Dragon |
| 12:38:55 | 11 | Systems, do you see that? |
| 12:38:59 | 12 | A    Sorry, I missed that.  Sorry.  It is on |
| 12:39:02 | 13 | the left-hand side?  Sorry. |
| 12:39:03 | 14 | Q    Yes. |
| 12:39:04 | 15 | A    Yes, I do see it. |
| 12:39:06 | 16 | Q    If you go to the fourth bullet, it says, |
| 12:39:08 | 17 | "The IPO failed largely because Dictator was badly |
| 12:39:13 | 18 | missing its 1999 financial targets."  Do you see |
| 12:39:16 | 19 | that? |
| 12:39:16 | 20 | A    I do. |
| 12:39:17 | 21 | Q    Is that consistent with your impression of |
| 12:39:19 | 22 | why the IPO failed? |
| 12:39:22 | 23 | A    Again, I don't specifically remember why |
| 12:39:24 | 24 | the IPO failed, but I don't have any reason, you |
| 12:39:27 | 25 | know, to believe that this is inaccurate.  This |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|          |    |                                                                  |
|----------|----|------------------------------------------------------------------|
|          | 1  | Deposition of Stephen Luczo - Conducted on 7/29/04         87    |
| 12:39:33 | 2  | doesn't really refresh any specific discussion about             |
| 12:39:36 | 3  | it.                                                              |
| 12:39:37 | 4  | Q    Is that generally consistent with your                     |
| 12:39:39 | 5  | recollection?                                                    |
| 12:39:40 | 6  | MR. JOSEPH:  I think he's testified to his                      |
| 12:39:42 | 7  | recollection twice, but --                                       |
| 12:39:44 | 8  | THE WITNESS:  Again, I don't have any                           |
| 12:39:45 | 9  | specific recollection, other than obviously we                  |
| 12:39:48 | 10 | didn't proceed with an IPO.  I don't recall the                 |
| 12:39:55 | 11 | exact reason why.                                               |
| 12:39:55 | 12 | BY MR. FRANK:                                                    |
| 12:39:55 | 13 | Q    Um, with re -- If you go to the next page,                 |
| 12:39:58 | 14 | it says "Transaction issues (Open for Discussion.)"             |
| 12:40:01 | 15 | A    (Witness complies.)                                         |
| 12:40:04 | 16 | Q    Do you see that?                                            |
| 12:40:05 | 17 | A    Yes.                                                        |
| 12:40:05 | 18 | Q    On the right side, there is a column that                  |
| 12:40:07 | 19 | talks about Light or L&H.  Do you see that?                     |
| 12:40:12 | 20 | MR. JOSEPH:  It's hard to read, but it's                        |
| 12:40:13 | 21 | the right-hand column.                                           |
| 12:40:14 | 22 | THE WITNESS:  I see Light.                                       |
| 12:40:16 | 23 | BY MR. FRANK:                                                    |
| 12:40:17 | 24 | Q    Okay.                                                       |
| 12:40:22 | 25 | A    Sorry.  I said I see Light.  I laughed                     |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    88 |
| 12:40:24 | 2 | about it. |
| 12:40:26 | 3 | Q    As long as you don't say, "I see the |
| 12:40:28 | 4 | light." |
| 12:40:29 | 5 | A    I almost did. |
| 12:40:31 | 6 | Q    There is a segment entitled "General |
| 12:40:33 | 7 | Issues," and it lists value of stock currency, more |
| 12:40:39 | 8 | volatility, loss certainty, past accounting |
| 12:40:41 | 9 | practices Re: R&D write-offs, organic versus |
| 12:40:46 | 10 | acquisition growth (true health of business) and |
| 12:40:50 | 11 | other."  Do you see that? |
| 12:40:51 | 12 | A    I do. |
| 12:40:52 | 13 | Q    Do you recall those issues being discussed |
| 12:40:54 | 14 | with respect to potential acquisition of Dragon by |
| 12:40:58 | 15 | L&H? |
| 12:41:04 | 16 | A    I remember some of those issues being |
| 12:41:06 | 17 | discussed.  You know, whether or not it was at this |
| 12:41:07 | 18 | time, I can't really say for sure.  But some of |
| 12:41:10 | 19 | those issues, yes, I remember being discussed. |
| 12:41:13 | 20 | Q    Which ones? |
| 12:41:14 | 21 | A    Stock price volatility, accounting |
| 12:41:18 | 22 | practices, um, I think those are the two that kind |
| 12:41:27 | 23 | of pop out for me. |
| 12:41:29 | 24 | Q    What do you recall generally of those |
| 12:41:33 | 25 | discussions?  And you can separate them. |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    89 |
| 12:41:34 | 2 | A    Again, as to the timing I don't remember, |
| 12:41:35 | 3 | but generally, just nothing more really.  I think |
| 12:41:40 | 4 | add the stock price volatility, other than the stock |
| 12:41:43 | 5 | was pretty volatile.  So to the extent that would be |
| 12:41:45 | 6 | a form of consideration that had to be taken into |
| 12:41:48 | 7 | account about that volatility. |
| 12:41:50 | 8 | With respect to, um, accounting, um, I |
| 12:41:54 | 9 | just remember at some point the L&H financials |
| 12:42:01 | 10 | having a large amount of revenues from a Korean |
| 12:42:05 | 11 | operation, and there was a concern with respect to |
| 12:42:08 | 12 | that revenue stream, given the significance of it as |
| 12:42:12 | 13 | their overall revenue.  But those are the only kind |
| 12:42:14 | 14 | of specific topics I remember.  And I have no reason |
| 12:42:17 | 15 | to believe that, you know, all these issues weren't |
| 12:42:20 | 16 | addressed at the meeting. |
| 12:42:21 | 17 | Q    With respect to -- um, well, withdrawn. |
| 12:42:25 | 18 | Did Dragon engage in due diligence of L&H, to your |
| 12:42:30 | 19 | recollection? |
| 12:42:32 | 20 | A    Um, engage on it?  You mean have |
| 12:42:35 | 21 | discussions with L&H? |
| 12:42:38 | 22 | MR. JOSEPH:  Do due diligence. |
| 12:42:39 | 23 | BY MR. FRANK: |
| 12:42:40 | 24 | Q    Do due diligence. |
| 12:42:42 | 25 | A    Did they do due diligence on L&H?  To the |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    90 |
| 12:42:45 | 2 | best of my knowledge, yes. |
| 12:42:46 | 3 | Q    Were you involved directly in the due |
| 12:42:48 | 4 | diligence? |
| 12:42:48 | 5 | A    No, I was not. |
| 12:42:49 | 6 | Q    Do you recall who was? |
| 12:42:50 | 7 | A    I do not.  I believe Janet was.  I do |
| 12:42:59 | 8 | recall conversations where Janet, ah, had |
| 12:43:04 | 9 | conversations with the L&H management, and, um, |
| 12:43:08 | 10 | other than that, I don't recall specifically who was |
| 12:43:10 | 11 | involved. |
| 12:43:11 | 12 | Q    What do you -- What do you recall of your |
| 12:43:13 | 13 | conversations with Janet Baker?  And I'll put this |
| 12:43:15 | 14 | at any time prior to the, ah, signing of the |
| 12:43:22 | 15 | agreement. |
| 12:43:24 | 16 | MR. JOSEPH:  Just for your knowledge, that |
| 12:43:25 | 17 | is March 27th of 2000. |
| 12:43:28 | 18 | THE WITNESS:  Right.  Um, I think the |
| 12:43:32 | 19 | only, you know, thought at this time kind of sticks |
| 12:43:35 | 20 | out is that I remember Janet being, um, positive |
| 12:43:42 | 21 | with respect to the potential strategic fit with |
| 12:43:46 | 22 | L&H, in terms of product line, and the fact that |
| 12:43:52 | 23 | Dragon would retain a fair amount of independence in |
| 12:43:55 | 24 | terms of its strategic direction, if it were to be |
| 12:43:58 | 25 | acquired by L&H. |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    91 |
| 12:44:00 | 2 | Q    Anything else? |
| 12:44:12 | 3 | A    That is all that comes to my mind right |
| 12:44:15 | 4 | now. |
| 12:44:19 | 5 | MR. JOSEPH:  We're getting close to two |
| 12:44:20 | 6 | hours.  I'd like to take a break at two hours.  I |
| 12:44:23 | 7 | assume we are going to run out of tape in two hours. |
| 12:44:27 | 8 | MR. FRANK:  We are going to run out in |
| 12:44:27 | 9 | five minutes.  Let me see if there is something I |
| 12:44:29 | 10 | can do in a minute or two, and then we'll take a |
| 12:44:31 | 11 | break. |
| 12:44:32 | 12 | MR. JOSEPH:  That is fine. |
| 12:44:32 | 13 | BY MR. FRANK: |
| 12:44:43 | 14 | Q    Do you recall there being a time at the |
| 12:44:45 | 15 | end of 1999 when Dragon informed L&H that it was |
| 12:44:52 | 16 | suspending discussions with L&H concerning L&H's |
| 12:44:57 | 17 | potential acquisition of Dragon? |
| 12:44:59 | 18 | A    Um, vaguely.  Just what you said, that I |
| 12:45:05 | 19 | kind of have a vague recollection that that |
| 12:45:07 | 20 | happened. |
| 12:45:08 | 21 | Q    And do you recall at that time Dragon |
| 12:45:10 | 22 | pursuing exclusively the potential Visteon deal? |
| 12:45:17 | 23 | A    Perhaps.  I wouldn't -- Yeah, I |
| 12:45:17 | 24 | wouldn't -- I wouldn't dispute that, if that |
| 12:45:18 | 25 | happened in that time. |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    92 |
| 12:45:19 | 2 | MR. FRANK:  Why don't we take a break now. |
| 12:45:24 | 3 | THE VIDEOGRAPHER:  This marks the end of |
| 12:45:25 | 4 | Tape Number 1 in deposition of Steve Luczo.  We are |
| 12:45:28 | 5 | going off the record.  The time is 12:38 p.m. |
| 13:06:14 | 6 | (Lunch recess.) |
| 13:06:32 | 7 | THE VIDEOGRAPHER:  This marks the |
| 13:06:33 | 8 | beginning of Tape Number 2 in the deposition of |
| 13:06:36 | 9 | Stephen Luczo.  We are back on the record.  The time |
| 13:06:39 | 10 | is 12:59 p.m. |
| 13:06:54 | 11 | MR. FRANK:  What Exhibit Number are we up |
| 13:06:55 | 12 | to? |
| 13:06:56 | 13 | THE COURT REPORTER:  Fourteen. |
| 13:07:08 | 14 | MR. FRANK:  I'd ask this be marked as |
| 13:07:11 | 15 | Exhibit 14. |
| 13:07:15 | 16 | (Whereupon, Exhibit Number 14 was marked |
| 13:07:15 | 17 | for identification and attached to the transcript.) |
| 13:07:29 | 18 | BY MR. FRANK: |
| 13:07:31 | 19 | Q    Exhibit 14 is the Dragon Systems Board of |
| 13:07:32 | 20 | Directors Minutes of Meeting dated December 20th, |
| 13:07:36 | 21 | '99. |
| 13:09:10 | 22 | A    Okay. |
| 13:09:11 | 23 | Q    Other than what you've testified to |
| 13:09:12 | 24 | earlier with respect to discussions concerning |
| 13:09:16 | 25 | potential acquisition of Dragon by either Light or |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    93 |
| 13:09:19 | 2 | Alabama, does this -- do these minutes refresh your |
| 13:09:23 | 3 | recollection as to anything further? |
| 13:09:26 | 4 | A    No. |
| 13:09:27 | 5 | Q    I have a specific question.  If you go to |
| 13:09:28 | 6 | the second page on "Subsidiary Ventures," do you see |
| 13:09:31 | 7 | that? |
| 13:09:32 | 8 | A    Yes. |
| 13:09:33 | 9 | Q    It says "The board then discussed a |
| 13:09:34 | 10 | memorandum submitted by James Baker and Paul Bamberg |
| 13:09:38 | 11 | regarding the formation and capitalization by the |
| 13:09:40 | 12 | company of certain subsidiaries."  Do you see that? |
| 13:09:43 | 13 | A    I do. |
| 13:09:44 | 14 | Q    Do you have any recollection of what that |
| 13:09:46 | 15 | was, or what that involved, that proposal? |
| 13:09:49 | 16 | A    I do not. |
| 13:09:50 | 17 | (Whereupon, Exhibit Number 15 was marked |
| 13:09:50 | 18 | for identification and attached to the transcript.) |
| 13:10:27 | 19 | BY MR. FRANK: |
| 13:10:53 | 20 | Q    These are the board of directors minutes |
| 13:10:55 | 21 | from January 31st, 2000.  Glance through whichever |
| 13:11:01 | 22 | part you wish, but I'm going to focus primarily a |
| 13:11:06 | 23 | few questions pertaining to page 6 that is Bates |
| 13:11:09 | 24 | stamped L&H 01609. |
| 13:11:18 | 25 | A    (Witness complies).  Okay. |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    94 |
| 13:12:09 | 2 | Q    Turning your attention to page 6 of the |
| 13:12:12 | 3 | minutes, there is a caption "Financial Information," |
| 13:12:17 | 4 | it indicates "Ms. Chamberlain presented to the board |
| 13:12:20 | 5 | an overview of the company's 1999 financial |
| 13:12:23 | 6 | performance, and discussed briefly the company's |
| 13:12:26 | 7 | consolidated profit and loss statements, fourth |
| 13:12:29 | 8 | quarter revenue and expense variances, the 1999 |
| 13:12:33 | 9 | annual income statements, revenue and operating |
| 13:12:35 | 10 | results by quarter for the last eight quarters, |
| 13:12:38 | 11 | revenue growth by quarter and by year, revenues by |
| 13:12:41 | 12 | channel, by region, and by customer, the company's |
| 13:12:46 | 13 | balance sheet as of December 31st, 1999, and its |
| 13:12:49 | 14 | account receivable position." |
| 13:12:50 | 15 | And it indicates "The board discussed |
| 13:12:52 | 16 | the company's 1999 performance at length."  Do you |
| 13:12:56 | 17 | recall anything of those discussions? |
| 13:12:58 | 18 | A    No, nothing specific. |
| 13:13:00 | 19 | Q    Do you recall generally what was reflected |
| 13:13:03 | 20 | in the company's 1999 financial performance? |
| 13:13:07 | 21 | A    No. |
| 13:13:13 | 22 | Q    Do you recall generally whether through |
| 13:13:16 | 23 | 1999 the company had failed to meet its revenue |
| 13:13:20 | 24 | projections? |
| 13:13:21 | 25 | A    I don't recall specifically, but they may |

Deposition of Stephen Luczo - Conducted on 7/29/04          95

have.

Q     Do you recall whether the company was

operating -- had generated an operating profit or

loss during 1999?

A     I believe a loss.

Q     If you go down under "Budget and Forecasts

(Initial Discussion)," do you see that?

A     I do.

Q     Um, the last sentence says, "In addition,

Ms. Chamberlain discussed the company's projected

cash needs."  Do you have any recollection of the

company's -- Dragon's cash needs at or around that

time?

A     I don't.

Q     Um, below that is a bullet "Potential

Acquisition and Investment Transactions."  And, ah,

if you get to the -- I think it is the second full

sentence, "Dr. Baker reported that Alabama had

indicated that Alabama's board had directed the

principals at Alabama to seek to obtain one or more

strategic partners to participate with Alabama."

Um, there is a parenthetical, "either as equity

partners, or pursuant to contractual relationships

with the acquirer.  The board discussed the fact

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    96 |
| 13:14:43 | 2 | that the exclusivity provision of the Alabama letter |
| 13:14:46 | 3 | of intent expires on February 4th, 2000.  The board |
| 13:14:50 | 4 | indicated that on February 4th, 2000, management |
| 13:14:54 | 5 | should, absent unusual circumstances, indicate to |
| 13:14:57 | 6 | Alabama that the company would pursue other |
| 13:15:00 | 7 | strategic alternatives." |
| 13:15:04 | 8 | Do you recall anything concerning that |
| 13:15:05 | 9 | discussion? |
| 13:15:06 | 10 | A    I vaguely recall the discussion as |
| 13:15:08 | 11 | described here, but nothing specific, and I don't, |
| 13:15:16 | 12 | you know, I don't dispute the general description |
| 13:15:16 | 13 | here. |
| 13:15:16 | 14 | Q    Do you recall that in fact the exclusivity |
| 13:15:22 | 15 | arrangement with Alabama was permitted to lapse as |
| 13:15:28 | 16 | of February 4th? |
| 13:15:30 | 17 | A    Um, to the best of my recollection, it |
| 13:15:32 | 18 | was, but I couldn't be a hundred percent sure. |
| 13:15:36 | 19 | Q    Do you recall shortly thereafter that |
| 13:15:40 | 20 | Visteon sent to Dragon a letter of termination |
| 13:15:45 | 21 | concerning its prior letter of intent? |
| 13:15:48 | 22 | A    I don't recall that. |
| 13:15:51 | 23 | Q    Do you recall being informed that that had |
| 13:15:53 | 24 | occurred? |
| 13:15:54 | 25 | A    I don't recall it. |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    97 |
| 13:16:00 | 2 | Q    Following the -- Do you recall a time at |
| 13:16:03 | 3 | which discussions with Visteon concerning a |
| 13:16:06 | 4 | potential Visteon acquisition of Dragon ended? |
| 13:16:10 | 5 | A    No. |
| 13:16:18 | 6 | Q    Do you recall a time when discussions with |
| 13:16:20 | 7 | L&H concerning L&H's potential acquisition of Dragon |
| 13:16:27 | 8 | began again in or around February of 2000? |
| 13:16:30 | 9 | A    I don't specifically recall, no. |
| 13:16:31 | 10 | Q    Were you involved in any of those |
| 13:16:33 | 11 | discussions, other than as a member of the board? |
| 13:16:36 | 12 | A    No, not that I recall. |
| 13:16:37 | 13 | (Whereupon, Exhibit Number 16 was marked |
| 13:16:37 | 14 | for identification and attached to the transcript.) |
| 13:16:37 | 15 | BY MR. FRANK: |
| 13:17:02 | 16 | Q    Exhibit 16 are the minutes of the meeting |
| 13:17:40 | 17 | of the board of directors of Dragon Systems dated |
| 13:17:43 | 18 | March 27th, 2000. |
| 13:18:41 | 19 | A    Okay.  I reviewed it, scanned it. |
| 13:18:47 | 20 | Q    Okay.  Do you have any independent |
| 13:18:52 | 21 | recollection of the meeting at which the Dragon |
| 13:18:56 | 22 | Systems board of directors voted to recommend the |
| 13:19:01 | 23 | merger between Dragon and L&H? |
| 13:19:03 | 24 | A    I don't. |
| 13:19:17 | 25 | Q    I want to direct your attention to -- |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    98 |
|---|---|---|
| 13:19:23 | 2 | withdrawn.  Other than as recorded in these minutes, |
| 13:19:27 | 3 | ah, do you have any recollection of the discussions |
| 13:19:31 | 4 | referenced in the minutes pertaining to the |
| 13:19:34 | 5 | potential acquisition, or merger, rather, between |
| 13:19:37 | 6 | L&H and Dragon? |
| 13:19:39 | 7 | A    You know, I haven't read through the |
| 13:19:40 | 8 | entire minutes, but there is, from what I've seen, |
| 13:19:43 | 9 | nothing, you know, brings up any additional |
| 13:19:46 | 10 | recollection of the discussions with the merger -- |
| 13:19:48 | 11 | or the merger. |
| 13:19:51 | 12 | Q    If we go through, could you read through |
| 13:19:53 | 13 | specifically, because otherwise I am going to go |
| 13:19:56 | 14 | through these line item by line item, so if you |
| 13:19:59 | 15 | would go through the minutes specifically on the |
| 13:20:03 | 16 | first two and-a-half pages. |
| 13:20:08 | 17 | A    I did read the first two and-a-half pages, |
| 13:20:10 | 18 | and there is nothing there that brings to light any |
| 13:20:13 | 19 | additional recollection. |
| 13:20:14 | 20 | Q    Do you recall generally any of the |
| 13:20:18 | 21 | presentations made at the board meeting at which the |
| 13:20:20 | 22 | merger was recommended by the board? |
| 13:20:22 | 23 | A    No, I don't. |
| 13:20:24 | 24 | Q    Do you recall whether Goldman Sachs made a |
| 13:20:28 | 25 | presentation concerning its findings respecting due |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    99 |
| 13:20:33 | 2 | diligence and the potential L&H transaction? |
| 13:20:39 | 3 | A    General -- I generally recall Goldman. |
| 13:20:41 | 4 | MR. COE:  Objection. |
| 13:20:42 | 5 | THE WITNESS:  Someone from Goldman |
| 13:20:43 | 6 | speaking.  I believe I was on by phone, but I do |
| 13:20:46 | 7 | generally recall Goldman speaking.  Whether or not |
| 13:20:47 | 8 | it was at this board meeting, I can't really testify |
| 13:20:50 | 9 | to accurately.  It may have been. |
| 13:20:51 | 10 | BY MR. FRANK: |
| 13:20:52 | 11 | Q    What do you recall of that? |
| 13:20:53 | 12 | A    I just remember at some point Goldman |
| 13:20:56 | 13 | reporting to the board on -- on the potential |
| 13:21:00 | 14 | merger, but that is all I remember. |
| 13:21:03 | 15 | Q    If you go to the second page here, um, if |
| 13:21:09 | 16 | you go to the second full paragraph, it starts, |
| 13:21:11 | 17 | "Ms. Baker asked the representatives of Goldman |
| 13:21:14 | 18 | Sachs to comment on the transaction.  Mr. Wayner |
| 13:21:18 | 19 | described the Corporation's previous efforts to |
| 13:21:21 | 20 | engage in a merger or other business combination |
| 13:21:24 | 21 | with another company (code named 'Alabama') with |
| 13:21:28 | 22 | which it had engaged in preliminary acquisition |
| 13:21:28 | 23 | discussions.  Mr. Wayner also discussed the |
| 13:21:31 | 24 | transaction with Lernout.  While the Goldman Sachs |
| 13:21:34 | 25 | representatives emphasized that they were not |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    100 |
| 13:21:36 | 2 | expressing the opinion of Goldman Sachs, they noted |
| 13:21:39 | 3 | that the combination of the Corporation and Lernout |
| 13:21:42 | 4 | would create a significant critical mass of |
| 13:21:45 | 5 | technology leadership.  They noted that the currency |
| 13:21:47 | 6 | for the merger, the Lernout shares, was rather |
| 13:21:50 | 7 | volatile, but noted that market conditions in Europe |
| 13:21:53 | 8 | for Lernout were quite favorable."  Do you recall |
| 13:21:58 | 9 | that presentation by Goldman? |
| 13:22:00 | 10 |     A    Again, I think that is the presentation I |
| 13:22:02 | 11 | am referring to, and in general I think those are |
| 13:22:04 | 12 | the elements that were covered.  I have no reason to |
| 13:22:07 | 13 | believe these minutes aren't accurate with respect |
| 13:22:09 | 14 | to that. |
| 13:22:10 | 15 |     Q    Do you recall whether Goldman Sachs issued |
| 13:22:12 | 16 | a fairness opinion in connection with this |
| 13:22:14 | 17 | transaction? |
| 13:22:15 | 18 |     A    I do not recall. |
| 13:22:16 | 19 |     Q    Ah, can you think of any reason why, um -- |
| 13:22:19 | 20 | or do you -- withdrawn. |
| 13:22:21 | 21 |         Do you recall any reason -- withdrawn. |
| 13:22:26 | 22 |         Do you recall any discussion at Dragon as |
| 13:22:34 | 23 | to whether Goldman would be providing a fairness |
| 13:22:34 | 24 | opinion in connection with this transaction? |
| 13:22:43 | 25 |     A    Not specifically. |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|---|---|---|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04       101 |
| 13:22:44 | 2 | Q     Generally? |
| 13:22:45 | 3 | A     Maybe a vague recollection of a discussion |
| 13:22:47 | 4 | about it, but I really don't remember it |
| 13:22:49 | 5 | specifically. |
| 13:22:50 | 6 | Q     What do you -- Any vague recollections of |
| 13:22:53 | 7 | what -- |
| 13:22:54 | 8 | A     Just I think I remember some discussion |
| 13:22:55 | 9 | about fairness opinions, but that is all I remember. |
| 13:22:58 | 10 | I don't even remember what the conclusion was. |
| 13:23:03 | 11 | Q     Do you recall whether you expected to |
| 13:23:05 | 12 | receive a fairness opinion from Goldman in |
| 13:23:08 | 13 | connection with this transaction? |
| 13:23:10 | 14 | A     I don't recall. |
| 13:23:11 | 15 | Q     Is there a reason you would not have |
| 13:23:12 | 16 | expected to receive a fairness opinion from Goldman |
| 13:23:16 | 17 | in connection with this transaction? |
| 13:23:22 | 18 | A     Well, as seller of the property, I would |
| 13:23:24 | 19 | say that the fairness opinions are more typically |
| 13:23:26 | 20 | associated with the buyers of the property.  And |
| 13:23:28 | 21 | since we were receiving publicly traded stock, at |
| 13:23:31 | 22 | least the fairness of the -- the consideration |
| 13:23:33 | 23 | received would at least -- there would have been at |
| 13:23:35 | 24 | least a market price for it, so -- |
| 13:23:38 | 25 | Q     Do you recall whether there was a |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |  |
|--|--|--|--|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04 | 102 |
| 13:23:39 | 2 | discussion or, a question from representatives of | |
| 13:23:45 | 3 | Dragon Systems at this meeting why it was that | |
| 13:23:49 | 4 | Goldman was not providing a fairness opinion? | |
| 13:23:51 | 5 | A    Again, I don't recall that they weren't, | |
| 13:23:53 | 6 | so no, I don't. | |
| 13:23:54 | 7 | Q    Okay.  You had talked before about stock | |
| 13:23:58 | 8 | volatility as being a factor connected with this | |
| 13:24:00 | 9 | transaction that you had recalled some discussion or | |
| 13:24:03 | 10 | awareness of.  Do you recall -- | |
| 13:24:07 | 11 | A    Yeah. | |
| 13:24:07 | 12 | Q    Do you recall that request? | |
| 13:24:09 | 13 | A    Yeah, I recall saying that. | |
| 13:24:13 | 14 | Q    With reference to stock volatility, what | |
| 13:24:16 | 15 | were your concerns? | |
| 13:24:18 | 16 | MR. JOSEPH:  Objection to the | |
| 13:24:19 | 17 | characterization as "concern," but you may respond | |
| 13:24:21 | 18 | to the question. | |
| 13:24:22 | 19 | THE WITNESS:  Yeah, I was going to say I | |
| 13:24:23 | 20 | didn't say it was concern, as much as a recognition | |
| 13:24:26 | 21 | that the stock had been quite volatile.  As a | |
| 13:24:28 | 22 | result, if you were going to take stock as all or | |
| 13:24:30 | 23 | part of the form of consideration, that would have | |
| 13:24:32 | 24 | to be considered. | |
| 13:24:32 | 25 | BY MR. FRANK: | |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |
|--|--|--|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04    103 |
| 13:24:33 | 2 | Q    In what way? |
| 13:24:34 | 3 | A    In terms of how much value were you |
| 13:24:36 | 4 | receiving.  What is the average price of the stock, |
| 13:24:39 | 5 | why is it going up and down, things like that. |
| 13:24:42 | 6 | Q    Had to your recollection, had L&H's stock |
| 13:24:45 | 7 | price increased, ah, by a large measure in the two |
| 13:24:52 | 8 | quarters preceding the merger? |
| 13:24:55 | 9 | A    I don't recall specifically.  It may have. |
| 13:25:00 | 10 | Q    Ah, do you recall that there came a time |
| 13:25:03 | 11 | at which -- withdrawn. |
| 13:25:05 | 12 | Do you recall that initially the |
| 13:25:07 | 13 | consideration for the merger was to have been part |
| 13:25:10 | 14 | cash and part stock?  And the merger, when I say |
| 13:25:13 | 15 | "the merger," I refer to the L&H merger. |
| 13:25:17 | 16 | A    I recall at some point in the discussions |
| 13:25:21 | 17 | with L&H there was discussions of stock and cash.  I |
| 13:25:25 | 18 | don't know that there was ever any merger agreement, |
| 13:25:27 | 19 | per se. |
| 13:25:28 | 20 | Q    Do you recall a time at which shortly |
| 13:25:32 | 21 | preceding this board meeting, or the board meeting |
| 13:25:36 | 22 | at which the board approved the transaction, that |
| 13:25:40 | 23 | the consideration became all stock? |
| 13:25:45 | 24 | A    I don't recall that, but no, I don't |
| 13:25:48 | 25 | dispute that that is what happened. |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

| | | |
|---|---|---|
| | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04 |
| 13:25:52 | 2 | Q    Do you -- You don't recall any discussions |
| 13:25:54 | 3 | concerning that change from cash to stock? |
| 13:25:56 | 4 | A    Not specifically. |
| 13:25:59 | 5 | Q    Now, at or around the time -- withdrawn. |
| 13:26:09 | 6 | As a board member, you cast your vote in |
| 13:26:11 | 7 | favor of the merger between L&H and Dragon, is |
| 13:26:13 | 8 | that correct? |
| 13:26:14 | 9 | A    Yes. |
| 13:26:16 | 10 | Q    And did you have any discussions prior to |
| 13:26:25 | 11 | that vote with anyone from SG Cowen? |
| 13:26:30 | 12 | A    Not that I recall. |
| 13:26:31 | 13 | Q    Were you present for any presentations of |
| 13:26:34 | 14 | SG Cowen? |
| 13:26:35 | 15 | A    I don't recall.  I don't believe so. |
| 13:26:38 | 16 | Q    Did SG Cowen make any presentations, to |
| 13:26:40 | 17 | your recollection, to the Dragon board? |
| 13:26:43 | 18 | A    Not that I recall. |
| 13:26:44 | 19 | Q    Was SG Cowen engaged as Dragon's |
| 13:26:49 | 20 | investment bank? |
| 13:26:50 | 21 | A    Not to my knowledge. |
| 13:26:53 | 22 | Q    Do you recall, ah, prior to the time of |
| 13:26:59 | 23 | the closing of this transaction, which occurred in |
| 13:27:02 | 24 | June, June 7th, I believe, of 2000, any board member |
| 13:27:09 | 25 | indicating to you that they had obtained comfort, or |

104

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

|  |  |  |  |
|--|--|--|--|
|  | 1 | Deposition of Stephen Luczo - Conducted on 7/29/04 | 105 |
| 13:27:14 | 2 | were relying on any representation made by SG Cowen? | |
| 13:27:19 | 3 | A    Not to my recollection. | |
| 13:27:21 | 4 | MR. COE:  Object to form. | |
| 13:27:22 | 5 | THE WITNESS:  Not to my knowledge. | |
| 13:27:24 | 6 | BY MR. FRANK: | |
| 13:27:25 | 7 | Q    Okay.  And do you recall any stockholder | |
| 13:27:27 | 8 | informing you, or being informed that any | |
| 13:27:31 | 9 | stockholder was relying on either a representation | |
| 13:27:35 | 10 | or communication from SG Cowen in connection with | |
| 13:27:39 | 11 | their decision to vote for the merger? | |
| 13:27:44 | 12 | MR. COE:  Object to form. | |
| 13:27:45 | 13 | THE WITNESS:  Not to my knowledge. | |
| 13:27:46 | 14 | BY MR. FRANK: | |
| 13:27:46 | 15 | Q    Did you so rely on any communication, | |
| 13:27:49 | 16 | either as board member, or as -- well, let's start | |
| 13:27:54 | 17 | did you so rely as a board member on any | |
| 13:27:56 | 18 | representation or communication from Cowen in | |
| 13:27:58 | 19 | reaching your decision to vote to approve the | |
| 13:28:02 | 20 | merger? | |
| 13:28:03 | 21 | MR. JOSEPH:  I think he's answered that, | |
| 13:28:04 | 22 | but you may answer it again. | |
| 13:28:06 | 23 | THE WITNESS:  Yeah, not to my knowledge. | |
| 13:28:07 | 24 | Not directly, no. | |
| 13:28:09 | 25 | BY MR. FRANK: | |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEPHEN LUCZO
CONDUCTED ON THURSDAY, JULY 29, 2004

Deposition of Stephen Luczo - Conducted on 7/29/04          106

13:28:11    2    Q    When you say "not to my knowledge, not

13:28:12    3    directly, no."  To your knowledge, did you rely

13:28:15    4    indirectly?

13:28:17    5    A    I -- I relied on certainly some of the due

13:28:22    6    diligence work that was done by Don Waite and Ellen

13:28:28    7    Chamberlain, and their advisors, and so to the

13:28:30    8    extent that they relied on anything of SG Cowen, I

13:28:34    9    can't testify to, so if that is indirectly, yes, but

13:28:38    10    to me, in terms of direct interface with me and SG

13:28:41    11    Cowen, no, not to my knowledge.

13:28:43    12    Q    I'm sorry, I --

13:28:44    13    A    Not to my knowledge.

13:28:45    14    Q    Did any of those -- Did any of those

13:28:48    15    persons inform you that they in fact were relying on

13:28:51    16    a representation or communication of SG Cowen's?

13:28:53    17    A    Not that I recall.

13:29:04    18    Q    Now you had spoken -- To your knowledge,

13:29:25    19    did Seagate, as shareholder, rely on any

13:29:28    20    representation or communication of SG Cowen's in

13:29:33    21    determining to vote its shares in favor of the

13:29:36    22    merger?

13:29:37    23    A    No.

13:29:48    24    Q    Did you ever have -- withdrawn.

13:29:54    25    I believe you indicated -- I believe you