**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10477 (PBS) |

JANET BAKER and JAMES BAKER, JKBAKER
LLC and JMBAKER LLC,

      Plaintiffs,

      v.

DEXIA, S.A. and DEXIA BANK BELGIUM
(formerly known as ARTESIA BANKING
CORP., SA),

      Defendants.

No.:  04-CV-10501 (PBS)

## DECLARATION OF PATRICK T. EGAN
## IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION
## FOR LEAVE TO FILE MOTION PAPERS UNDER SEAL

PATRICK T. EGAN, declares pursuant to 28 U.S.C. § 1746 that:

1.      I am a member of the law firm of Berman DeValerio Pease Tabacco Burt & Pucillio, co-lead counsel to Lead Class Plaintiffs Hans A. Quaak, Attilio Po, and Karl Leibinger in the above-captioned action *Quaak v. Dexia, S.A.*, No.:  03-CV-11566 (PBS). Unless otherwise indicated, I have personal knowledge of the matters addressed in this declaration.  I am over the age of 18 and am fully competent to testify.

2.      I submit this declaration in support of the motion by plaintiffs in the above-captioned actions ("Plaintiffs") for leave to file under seal the Declaration of Susan M. Davies in Support of Plaintiffs' Motion to Compel Depositions of Dexia Bank Belgium Through Jean-Paul Cloes, Catherine Decoutere, Ivan de Coen, Joris van Helleputte, and Nadia van Hove executed on May 3, 2006, together with the exhibits thereto ("Davies Declaration").

3.      On May 3, 2006, after conferring with counsel for Dexia Bank Belgium pursuant to D. Mass. Local Rule 7.1(a)(2), Plaintiffs filed a Motion to Compel the Deposition of Dexia Bank Belgium Through Jean-Paul Cloes, Catherine Decoutere, Ivan de Coen, Joris van Helleputte, and Nadia van Hove, a true and correct copy of which is annexed hereto as **Exhibit A**.

4.      Prior to filing the motion to compel, Plaintiffs served a copy of the Davies Declaration on counsel for Dexia Bank Belgium, Jeff E. Butler, Esq., Clifford Chance US LLP, by hand delivery.

5.      The Davies Declaration has not been filed with the Court at this time because it contains evidence, and annexes documents, that Dexia Bank Belgium has produced in discovery as "Confidential Information" subject to the terms of the Stipulation and Order Governing the Treatment of Confidential Information entered in each of the above-captioned actions on May 31, 2005 (the "Confidentiality Order").  A true and correct copy of the Confidentiality Order is annexed hereto as **Exhibit B**.  Under the terms of the Confidentiality Order, memoranda and declarations containing or disclosing discovery materials that the producing party has designated as "Confidential Information" must be filed with the Court under seal.  *See* **Exhibit B** at ¶10.

6.      Without waiving their right to challenge Dexia Bank Belgium's designation of particular information as "Confidential Information," Plaintiffs hereby seek leave to file the Davies Declaration under seal.

Dated:  May 3, 2006

                                         _____/s/ Patrick T. Egan_____
                                         PATRICK T. EGAN BBO #637477

CERTIFICATE OF SERVICE

I hereby certify that this document will be filed through the ECF system, which filing will constitute service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF).  A paper copy of this document has been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

    /s/ **Susan M. Davies**
**Susan M. Davies**