EXHIBIT B

**C L I F F O R D**

**C H A N C E**

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK NY 10019 6131

TEL  +1 212 878 8000
FAX  +1 212 878 8375
www.cliffordchance.com

**Jeff E. Butler**

DIRECT TEL  212-878-8205
DIRECT FAX  212-878-8375
jeff.butler@cliffordchance.com

April 5, 2006

VIA FACSIMILE

To:     Counsel on attached list

Re:     *Quaak v. Dexia Bank Belgium*
        *Stonington v. Dexia Bank Belgium*
        *Filler v. Dexia Bank Belgium*
        *Baker v. Dexia Bank Belgium*

Dear Counsel:

        We intend to seek deposition testimony from several of the lawyers and other individuals listed in Plaintiffs' interrogatory responses as having been involved in an alleged investigation of Artesia or Dexia, including one or more individuals from each of the following firms:

        Berman DeValerio Pease Tabacco Burt & Pucillo
        Shalov Stone & Bonner LLP
        Cauley Bowman Carney & Williams, PLLC
        James Mintz Group
        Bernstein Litowitz Berger & Grossmann LLP
        Gregory P. Joseph Law Offices LLC
        Boies, Schiller & Flexner LLP

Without prejudice to your right to seek a protective order from the Court, please let me know by April 10, 2006, whether compulsory process will be needed to obtain testimony from individuals in these firms.

Sincerely,

Jeff E. Butler

NYB 1526235.1

**C L I F F O R D**
**C H A N C E**

Page 2

April 5, 2006

To:    Patrick T. Egan, Esq.
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

Patrick Rocco, Esq.
Shalov Stone & Bonner
485 Seventh Avenue, Suite 1000
New York, NY 10018

Alan Carney, Esq.
Cauley Bowman Carney & Williams PLLC
11001 Executive Center Drive, Suite 200
P.O. Box 25438
Little Rock, AR 72212

Steven B. Singer, Esq.
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY 10019

Susan Davies, Esq.
Gregory P. Joseph Law Offices LLC
805 Third Avenue, 31st Floor
New York, NY 10022

Karen Dyer, Esq.
Boies, Schiller & Flexner LLP
255 South Orange Avenue, Suite 905
Orlando, FL 32801

Alan Cotler, Esq.
Reed Smith
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Peter M. Saparoff, Esq.
Mintz Levin Cohn Ferris Glovsky & Popeo
One Financial Center
Boston, MA 02111