# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>　　Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>　　Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>　　Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC, | |

|  | No.: 04-CV-10501 (PBS) |
|---|---|
| Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>Defendants. |  |

**PLAINTIFFS' NOTICE OF DEPOSITION
OF DEFENDANT DEXIA BANK BELGIUM PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURE 30(a) AND 30(b)(6)**

**TO:**   Jeff E. Butler, Esq.                          Peter M. Saparoff, Esq.
             (Jeff.Butler@CliffordChance.com)    (PSaparoff@mintz.com)
             Clifford Chance US LLP                  Mintz, Levin, Cohn, Ferris, Glovsky and Popeo P.C.
             31 West 52nd Street                       One Financial Center
             New York, New York  10019           Boston, Massachusetts 02111

PLEASE TAKE NOTICE that, pursuant to Rules 30(a) and 30(b)(6) of the Federal Rules of Civil Procedure, plaintiffs in the above-captioned actions, by their undersigned counsel, will take the deposition upon oral examination at the date, time and place indicated below before a notary public or other person authorized to administer oaths. The deposition will be recorded by stenographic and sound and visual (videotape) means and will continue from day to day after the date of commencement until completion. All parties are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure.

| **Deponent** | **Location** | **Date and Time** |
|---|---|---|
| **Dexia Bank Belgium** | Dal & Veldekens<br>Dageraadstraat 18<br>1000 Brussels | October 4, 2005<br>at 10:00 a.m. |

2

In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, the deponent is advised of its duty to designate one or more of its officers, directors, managing agents or other persons to testify on its behalf with respect to the following categories as they relate to the period January 1996 through and including the present (the "Relevant Period"):

1. The search conducted for documents[1] responsive to Lead Plaintiffs' First Request for Production of Documents to Dexia Bank Belgium, dated April 6, 2005 including:

   a. How the search for documents was conducted, including whose files were searched and the procedure(s) used to conduct the search, including what search terms were used to locate responsive electronic documents;

   b. The locations which were searched, including but not limited to the physical location(s) where any hard-copy documents were housed or stored, the physical location(s) where any computers were housed or stored, the location of any electronic servers that were searched, and the computer routing/computer storage location of any electronic documents that were searched;

   c. The method utilized for contacting current and former Dexia[2] employees, officers and directors that may have possessed responsive documents;

---

[1] "Documents" includes electronically stored data and information, including e-mail and voice mail.

[2] As used herein, "Dexia" includes Dexia Bank Belgium and any of its present or former branches, divisions, subsidiaries, affliates, and predecessors (including, without limitation Artesia Banking Corp., S.A. and any of its branches, divisions, subsidiaries, affiliates and predecessors), and the current and former officers, directors, employees, servants, and agents of any of the foregoing entities.

3

    d. Any and all communications with the Belgian prosecutor, the Belgian prosecutors' office, or the Investigating Magistrate in Belgium regarding Dexia Bank Belgium, or any former officer, director, or employee thereof, requesting and/or obtaining copies of any documents, whether originals or copies, in the possession of the prosecutor as a result of or arising out of the prosecution's investigation of L&H[3] and/or Dexia's activities with regard to L&H, and any efforts to obtain any such documents from the Belgian prosecutor, the Belgian prosecutors' office, or the Investigating Magistrate in Belgium;

    e. The method utilized for searching any computer systems used by or at Dexia during the Relevant Period, including all e-mail and voicemail systems and all fault tolerance and disaster recovery systems; and

    f. Any efforts made to determine if responsive documents have been destroyed, the timing and circumstances surrounding their destruction, and any efforts to recover such documents.

---

[3] "L&H" means Lernout & Hauspie Speech Products, N.V. a Belgian corporation that had its European principal executive offices in Ieper, Belgium and its United States principal executive offices in Burlington, Massachusetts, and includes any of its predecessors, successors, parents, subsidiaries, divisions or affiliates (including, without limitation, L&H Holdings, USA, Inc., Kurzweil, L&H Korea, Dictation Corporation and L&H Asia Pte), and their officers, directors, agents, attorneys, accountants, employees, partners, or other persons occupying similar positions or performing similar functions(including, without limitation, Jozef Lernout, Pol Hauspie, Carl Dammekens, Nico Willaert, and Gaston Bastiaens).

4

2. Dexia's document organization, preservation, and retention policies and practices with respect to all services provided to L&H and all related persons and entities,[4] L&H's officers and directors, including but not limited to Pol Hauspie, Jo Lernout, Nico Willaert, and Gaston Bastiens, and subsidiaries, etc., including, without limitation:

   a. Organizational structure of credit files, credit report files, credit committee files, correspondence files, client files, internal control/internal audit files, general files, due diligence files, and other files maintained by Dexia.

   b. Identification and description of media of stored or retained documents, whether electronic, hard-copy, or other and whether original or duplicate copies of such materials are retained as a matter of practice and/or policy;

   c. Document retention and destruction policies, both internal and any required by statute, regulation or convention.

---

[4] As used herein, "related person and entities" includes all Language Development Companies, Cross-Language Development Companies and Intelligent Agent Companies that purported to do business with L&H such as Lupeni Pte Ltd., Jelgava Pte Ltd., Harrisca Pte Ltd., Salfas Pte Ltd., Senegal Pte Ltd., Baleston Pie Ltd., Duranzo Pie Ltd., the Bahassa Development Company, the Slavic Development Company, the Farsi Development Company, the Greek Development Company, the Hungarian Development Company, the Polish Development Company, the Czech Development Company, the Thai Development Company, the Tamil Development Company, the Hindi Development Company, the Turkish Development Company, Shangra Pte Ltd. (Vietnamese), Vanesto Pte Ltd. (Urdu), Vaciena Pte Ltd. (Malay), Rodeon Pte Ltd. (Taiwanese), Capital Union (Arabic and Arabic Dialects), Lavenia (Armenian), I-MERGE, I-MAIL (Potosi), I-NEWS (Nuwara), I-OFFICE (Hamchat), I-MEDICAL (Shinelis), or I-TRAVEL (Sherily) and their predecessors, successors, parents, subsidiaries, divisions or affiliates, and their officers, directors, agents, attorneys, accountants, employees, partners, or other persons occupying similar positions or performing similar functions, as well as Flanders Language Valley Fund, c.v.a., FLV Fund Management, FLV Management USA, Lernout & Hauspie Investment Company, FLV Foundation a/k/a SAIL Trust, Dictation Consortium N.V., Brussels Translation Group N.V., Radial Belgium N.V., Language Investment Co., Language Development Fund and Mercator and Noordstar NV (also known as Mercator Assurances, S.A.).

5

Dated: September 14th, 2005

        BERMAN DEVALERIO PEASE
          TABACCO BURT & PUCILLO

        /s/ Glen DeValerio
        Glen DeValerio, BBO # 122010 (gdevalerio@bermanesq.com)
        Jeffrey C. Block, BBO #600747
        Patrick T. Egan, BBO # 637477
        Nicole R. Starr, BBO #654848
        One Liberty Square
        Boston, MA 02109
        Telephone: (617) 542-8300

        SHALOV STONE & BONNER
        Lee S. Shalov
        James P. Bonner
        Patrick L. Rocco
        485 Seventh Avenue, Suite 10000
        New York, New York 10018
        Telephone: (212) 239-4340

        CAULEY BOWMAN CARNEY & WILLIAMS
        Curtis L. Bowman,
        Allen Carney
        11001 Executive Center Drive, Suite 200
        P.O. Box 25438
        Little Rock, Arkansas 722125438
        Telephone: (501) 312-8500

        **CO-LEAD COUNSEL TO LEAD CLASS**
        **PLAINTIFFS HANS A. QUAAK, ATTILIO PO**
        **and KARL LEIBINGER**

        LOONEY & GROSSMAN LLP

        /s/ Richard J. Grahn
        Richard J. Grahn, BBO #206620 (rgrahn@lgllp.com)
        Charles P. Kindregan, BBO #554947
        101 Arch Street
        Boston, MA 02110
        Telephone: (617) 951-2800

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
Max W. Berger
Steven B. Singer
Erik Sandstedt
Javier Bleichmar
Avi Josefson
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400

**COUNSEL TO PLAINTIFFS STONINGTON PARTNERS, INC., STONINGTON CAPITAL APPRECIATION 1994 FUND L.P. AND STONINGTON HOLDINGS L.L.C.**


PARTRIDGE, ANKNER & HORSTMAN LLP

　　/s/ Terrence K. Ankner
Terrence K. Ankner, BBO #552469 (tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone: (617) 859-9999

BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida 32801
Telephone: (407) 425-7118

REED SMITH LLP
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone: (215) 851-8100

**COUNSEL TO PLAINTIFFS JANET BAKER, JAMES BAKER, JKBAKER LLC and JMBAKER LLC,**

7

GREGORY P. JOSEPH LAW OFFICES LLC

     /s/ Gregory P. Joseph
Gregory P. Joseph, N.Y. Atty Reg. #1645852
(gjoseph@josephnyc.com)
Third Avenue, 31st Floor
New York, NY  10022
Telephone:  (212) 407-1200

KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone:  (617) 227-7031

**COUNSEL TO PLAINTIFFS GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust**

## Certificate of Service

I hereby certify that on September 14, 2005, I caused a true copy of the foregoing *Plaintiffs' Notice of Depositions of Defendant Dexia Bank Belgium Pursuant to Federal Rules of Civil Procedure 30(a) and 30(b)(6)* dated September 14, 2005 to be served by electronic mail and First Class Mail, postage prepaid, upon the following Counsel of Record at the electronic and postal addresses indicated below:

Jeff E. Butler, Esq. (Jeff.Butler@CliffordChance.com)
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019

Peter M. Saparoff, Esq. (PSaparoff@mintz.com)
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo P.C.
One Financial Center
Boston, Massachusetts 02111

**Counsel for Dexia Bank Belgium in** *Filler v. Dexia, S.A.*, **C.A. No. 04-10477-PBS;** *Quaak v. Dexia, S.A.*, **C.A. No. 03-11566-PBS;** *Baker v. Dexia, S.A.*, **C.A. No. 04-10501-PBS,** *Stonington Partners, Inc v. Dexia, S.A.*, **C.A. No. 04-10111-PBS**

Jeffrey C. Block, Esq. (jblock@bermanesq.com)
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109
**Co-Lead Counsel for Class Plaintiffs
in** *Quaak v. Dexia, S.A.*, **C.A. No. 03-11566-PBS**

Karen C. Dyer, Esq. (kdyer@bsfllp.com)
Boies Schiller & Flexner
255 South Orange Avenue, Suite 905
Orlando, Florida 32801
**Counsel for Plaintiffs Janet Baker, James Baker, JKBaker LLC, and JMBaker LLC
in** *Baker v. Dexia, S.A.*, **C.A. No. 04-10501-PBS**

Steven B. Singer, Esq. (steven@blbglaw.com)
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, New York 10019

**Counsel for Plaintiffs Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund L.P., and Stonington Holdings, L.L.C. in** *Stonington Partners, Inc v. Dexia, S.A.*, **C.A. No. 04-10111-PBS**

*/s/ Karen C. Dyer*
Karen C. Dyer