# EXHIBIT I

# Excerpt From The April 21, 2006 Deposition of Jacques Janssens

                                                                159

15                    Q.  To your knowledge the Radial
16     loan was the first time that your credit risk
17     department had been involved with a credit default
18     swap, correct?
19                    A.  Yes.  The part of my department
20     that was dealing with company loans was faced with
21     a credit default swap for the first time.