UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10501 (PBS) |

## STIPULATION PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 15

WHEREAS, on March 14, 2006, the United States District Court for the District of Massachusetts (the "Court") granted plaintiffs' motion for leave to file a Third Amended Complaint in the related action of *Quaak, et al. v. Dexia, S.A., et al.*, No. 03-CV-11566 (the "Class Action"); and

WHEREAS, the Third Amended Complaint in the Class Action includes allegations that Artesia Bank Belgium is liable as a "controlling person" under Section 20(a) of the Exchange Act for violations of Section 10(b) of the Exchange Act committed by Artesia Securities ("Count II"); and

WHEREAS, Dexia Bank Belgium has indicated that it intends to move to dismiss the Third Amended Complaint in the Class Action; and

WHEREAS, Plaintiffs in the above-captioned actions have informed Dexia Bank Belgium that, in the event Dexia Bank Belgium's motion to dismiss Count II of the Third Amended Complaint in the Class Action is denied, Plaintiffs intend to amend their respective complaints to include allegations substantially equivalent to Count II; and

WHEREAS, the parties to this stipulation agree that, in the interests of judicial economy, the Plaintiffs to the above-captioned actions should not amend their complaints at this time.

THEREFORE, the parties to the above-captioned actions, through their undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 15(a), that:

1. In the event that the Court denies Dexia Bank Belgium's motion to dismiss Count II, Plaintiffs in each of the above-captioned actions may amend their respective complaints to include allegations substantially equivalent to Count II, and Dexia Bank Belgium consents to such amendment pursuant to Rule 15.

2. Dexia Bank Belgium reserves the right to move to dismiss any or all of the amended complaints filed pursuant to this stipulation but agrees, for purposes of any defense based on the passage of time (including, without limitation, the applicable statute of limitations), the amended complaints shall be deemed to have been filed and served on the date of this stipulation.

STIPULATED and AGREED March 29, 2006

CLIFFORD CHANCE US LLP

*/s/ James B. Weidner*

James B. Weidner
Jeff E. Butler
31 West 52nd Street
New York, NY 10019-6131

**COUNSEL TO DEFENDANT DEXIA BANK BELGIUM**

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

*/s/ Max W. Berger*

Max W. Berger
Steven B. Singer
Avi Josefson
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400

LOONEY & GROSSMAN LLP
Richard J. Grahn, BBO #206620
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2800

**COUNSEL TO PLAINTIFFS STONINGTON PARTNERS, INC., STONINGTON CAPITAL APPRECIATION 1994 FUND L.P. AND STONINGTON HOLDINGS L.L.C.**

2

GREGORY P. JOSEPH LAW OFFICES LLC

/s/ Gregory P. Joseph

Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
805 Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200

KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031

**COUNSEL TO PLAINTIFFS GARY B. FILLER
and LAWRENCE PERLMAN,
Trustees of the TRA Rights Trust**


PARTRIDGE, ANKNER & HORSTMAN LLP

/s/ Terence K. Ankner

Terence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone: (617) 859-9999

BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida 32801
Telephone: (407) 425-7118

REED SMITH LLP
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone: (215) 851-8100

**COUNSEL TO PLAINTIFFS JANET BAKER, JAMES
BAKER, JKBAKER LLC and JMBAKER LLC,**

3