UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 04-10477-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF DAVID M. LINDSEY

In accordance with Local Rule 83.5.3(b), I, David M. Lindsey, certify as follows:

1. I am a partner at Clifford Chance US LLP, counsel for Dexia Bank Belgium. I submit this certificate in support of a motion to be admitted *pro hac vice* in the above matter.

2. I am admitted to practice in the State of New York and State of Florida.

3. I am a member of the bar in good standing in all of the jurisdictions listed in paragraph 2, above.

4. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Date: May 25, 2006

Respectfully submitted,

_____
David M. Lindsey
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Tel:   (212) 878-8000
Fax:   (212) 878-8375