# United States District Court
# District of Massachusetts

HANS A. QUAAK,
ATTILIO PO
KARL LEIBINGER,
    on behalf of themselves
    and those similarly situated,
       Plaintiffs,

v.                                                                  Civil Action No.: 03-11566 (PBS)

DEXIA, S.A. and DEXIA BANK BELGIUM
    (formerly known as ARTESIA BANKING
    CORP., SA),
       Defendants.

_____

STONINGTON PARTNERS, INC.,
    a Delaware Corporation,
STONINGTON CAPITAL
    APPRECIATION 1994 FUND L.P., a Delaware
    Partnership,
STONINGTON HOLDINGS, L.L.C.,
    a Delaware limited liability company,
       Plaintiffs,

v.                                                                  Civil Action No.: 04-10411 (PBS)

DEXIA, S.A. and DEXIA BANK BELGIUM
    (formerly known as ARTESIA BANKING
    CORP., SA),
       Defendants.

_____

GARY B. FILLER,
LAWRENCE PERLMAN,
    Trustees of the TRA Rights Trust,
        Plaintiffs,

v.                                                          Civil Action No.: 04-10477 (PBS)

DEXIA, S.A. and DEXIA BANK BELGIUM
    (formerly known as ARTESIA BANKING
    CORP., SA),
        Defendants.

_____

JANET BAKER,
JAMES BAKER,
JKBAKER LLC,
JMBAKER LLC,
    Plaintiffs,

v.                                                          Civil Action No.: 04-10501 (PBS)

DEXIA, S.A. and DEXIA BANK BELGIUM
    (formerly known as ARTESIA BANKING
    CORP., SA),
        Defendants.

# *FURTHER AMENDED SCHEDULING ORDER*

COLLINGS, U.S.M.J.

    1. **Merits Discovery**

Merits discovery shall be completed by June 16, 2006. Discovery taken

in one of the coordinated actions will be treated as having been taken in all of the coordinated actions. The only exception to the June 16th deadline is that any discovery which the Court allows to be taken as a result of rulings on motions may be completed after June 16, 2006 within time limits which the Court shall set as it rules on the motions.

2. **Expert Discovery**

On or before the close of business on May 15, 2006, each party shall identify the experts on whom it intends to rely concerning any matter for which that party bears the burden of proof, and shall produce each such expert's *curriculum vitae* and a short statement of the subject matter of the proposed expert testimony.

On or before May 29, 2006, each party shall identify the rebuttal experts on whom it intends to rely and shall produce each such expert's *curriculum vitae* and a short statement of the subject matter of the proposed expert testimony.

Pursuant to Fed. R. Civ. P. 26(a)(2), the parties shall serve expert reports concerning any matters for which they bear the burden of proof on or before August 31, 2006. The parties shall serve rebuttal expert reports on or before October 15, 2006. All expert depositions shall be completed on or before

November 22, 2006.

### 3. Dispositive Motions/Class Certification

A motion for class certification shall be filed on or before July 31, 2006.

Any motion for summary judgment shall be filed by December 22, 2006.

### 4. Final Pretrial Conference

A final pretrial conference shall take place in early 2007.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

June 5, 2006.