## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO<br>and KARL LEIBINGER, on behalf of themselves<br>and those similarly situated,<br>    Plaintiffs,<br>      v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM<br>(formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware<br>Corporation, STONINGTON CAPITAL<br>APPRECIATION 1994 FUND L.P., a Delaware<br>Partnership and STONINGTON HOLDINGS, L.L.C., a<br>Delaware limited liability company,<br>    Plaintiffs,<br>      v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM<br>(formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN,<br>Trustees of the TRA Rights Trust,<br>    Plaintiffs,<br>      v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM<br>(formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC<br>and JMBAKER LLC,<br>    Plaintiffs,<br>      v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM<br>(formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10501 (PBS) |

## CERTIFICATE OF SERVICE OF
## OPPOSITION TO DEXIA BANK BELGIUM'S MOTION FOR A PROTECTIVE ORDER
## PREVENTING DEPOSITIONS OF AXEL MILLER AND STEFAAN DECRAENE

CHARLES VOS, certifies pursuant to 28 U.S.C. § 1746, as follows:

On June 15, 2006, I caused true and correct copies of the (1) Plaintiffs'
Memorandum of Law in Opposition to Dexia Bank Belgium's Motion for a Protective
Order Preventing Depositions of Axel Miller and Stefaan Decraene dated June 15, 2006;
and (2) Declaration of Susan M. Davies in Support of Plaintiffs' Opposition to Dexia
Bank Belgium's Motion for a Protective Order Preventing Depositions of Axel Miller
and Stefaan Decraene executed on June 15, 2006, together with the exhibits thereto,
to be served by hand delivery upon the following counsel of record for Dexia Bank
Belgium at the addresses indicated below:

> Jeff E. Butler, Esq.
> Clifford Chance US LLP
> 31 West 52nd Street
> New York, NY 10019

I declare under penalty of perjury that the foregoing is true and correct. Executed
in New York, New York this 15th day of June 2006.

CHARLES VOS