# EXHIBIT B

## COMMUNICATIONS OF NON-ATTORNEY EMPLOYEES

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000205 | DEXPRIV000205 | Dutch | Email | 12/19/2000 | I. Janssens | H. Lasat | D. Sioen | Email transmitting draft letter and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 9 |
| DEXPRIV000238 | DEXPRIV000239 | Dutch | Email | 11/10/2000 | H. Lasat | D. Sioen, B. Mommens | K. Maes, H. Colle, E. Marthijs, P. Mahieu | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 13 |
| DEXPRIV000238 | DEXPRIV000239 | Dutch | Email | 11/10/2000 | B. Mommens | D. Sion | H. Lasat, K. Maes, H. Colle | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 13 |
| DEXPRIV000238 | DEXPRIV000239 | Dutch | Email | 11/10/2000 | D. Sion | K. Maes | H. Lasat, H. Colle, B. Mommens | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 13 |
| DEXPRIV000248 | DEXPRIV000248 | Dutch | Email | 1/24/2001 | I. Janssens | T. Claes | E. Messely, D. Sioen | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium | AC, WP | 14 |
| DEXPRIV000250 | DEXPRIV000252 | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Biesemans, B. Mommens, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 14 |
| DEXPRIV000250 | DEXPRIV000252 | French | Email | 12/8/2000 | P. Vanwing | J. Davignon | B. Biesemans, B. Mommens, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 14 |
| DEXPRIV000250 | DEXPRIV000252 | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Biesemans, B. Mommens, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 14 |
| DEXPRIV000250 | DEXPRIV00022 | French | Email | 12/8/2000 | P. Vanwing | J. Davignon | B. Biesemans, B. Mommens, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 14 |
| DEXPRIV000250 | DEXPRIV000252 | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Biesemans, B. Mommens, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 14 |
| DEXPRIV000250 | DEXPRIV000252 | Dutch | Email | 12/7/2000 | B. Biesemans | B. Mommens | J. Davignon, D. Leys, P. Vanwing | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 14 |
| DEXPRIV000250 | DEXPRIV000252 | Dutch | Email | 12/7/2000 | B. Mommens | B. Biesemans | J. Davignon | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 14 |
| DEXPRIV000253 | DEXPRIV000255 | Dutch | Email | 12/8/2000 | B. Vanwing | E. Messely, D. Sioen | B. Biesemans, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 14 |
| DEXPRIV000253 | DEXPRIV000255 | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Biesemans, B. Mommens, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 14 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000253 | DEXPRIV000255 | French | Email | 12/8/2000 | P. Vanwing | J. Davignon | B. Biesemans, B. Mommens, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 14 |
| DEXPRIV000253 | DEXPRIV000255 | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Biesemans, B. Mommens, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 14 |
| DEXPRIV000253 | DEXPRIV000255 | French | Email | 12/8/2000 | P. Vanwing | J. Davignon | B. Biesemans, B. Mommens, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 15 |
| DEXPRIV000253 | DEXPRIV000255 | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Biesemans, B. Mommens, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 15 |
| DEXPRIV000253 | DEXPRIV000255 | Dutch | Email | 12/7/2000 | B. Biesemans | B. Mommens | J. Davignon, D. Leys, P. Vanwing | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 15 |
| DEXPRIV000258 | DEXPRIV000260 | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Biesemans, B. Mommens, D. Leys | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 15 |
| DEXPRIV000258 | DEXPRIV000260 | French | Email | 12/8/2000 | P. Vanwing | J. Davignon | B. Biesemans, B. Mommens, D. Leys | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 15 |
| DEXPRIV000258 | DEXPRIV000260 | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Biesemans, B. Mommens, D. Leys | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 15 |
| DEXPRIV000258 | DEXPRIV000260 | French | Email | 12/8/2000 | P. Vanwing | J. Davignon | B. Biesemans, B. Mommens, D. Leys | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 15 |
| DEXPRIV000258 | DEXPRIV000260 | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Biesemans, B. Mommens, D. Leys | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 16 |
| DEXPRIV000258 | DEXPRIV000260 | Dutch | Email | 12/7/2000 | B. Biesemans | B. Mommens | J. Davignon, D. Leys, P. Vanwing | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 16 |
| DEXPRIV000258 | DEXPRIV000260 | Dutch | Email | 12/7/2000 | B. Mommens | B. Biesemans | J. Davignon | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 16 |
| DEXPRIV000267 | DEXPRIV000267 | Dutch | Fax | 4/17/2001 | | I. Janssens | | Fax requesting legal advice with marginalia and transmitting information for the purpose of obtaining legal advice re L&H shareholders' meeting. | AC, WP | 16 |
| DEXPRIV000605 | DEXPRIV000605 | Dutch | Email | 3/12/2001 | F. Saverys | K. van Riet, C. Piret | B. Lamiroy | Email providing legal advice with marginalia reflecting the mental impressions of an attorney re L&H litigation strategy. | AC, WP | 40 |
| DEXPRIV000726 | DEXPRIV000726 | Dutch | Email | 1/24/2001 | I. Janssens | T. Claes | E. Messely, D. Sioen | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 42 |
| DEXPRIV000732 | DEXPRIV000734 | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Mommens, B. Biesemans, J. Leys | Email transmitting information upon which legal advice is to be based re shareholders' litigation. | AC, WP | 42 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000732 | DEXPRIV000734 | French | Email | 12/8/2000 | P. Vanwing | J. Davignon | B. Mommens, B. Biesemans, J. Leys | Email transmitting information upon which legal advice is to be based re shareholders' litigation. | AC, WP | 43 |
| DEXPRIV000732 | DEXPRIV000734 | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Mommens, B. Biesemans, J. Leys | Email transmitting information upon which legal advice is to be based re shareholders' litigation. | AC, WP | 43 |
| DEXPRIV000732 | DEXPRIV000734 | French | Email | 12/8/2000 | P. Vanwing | J. Davignon | B. Mommens, B. Biesemans, J. Leys | Email providing legal advice re L&H shareholders' litigation. | AC, WP | 43 |
| DEXPRIV000732 | DEXPRIV000734 | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Mommens, B. Biesemans, J. Leys | Email providing legal advice re L&H shareholders' litigation. | AC, WP | 43 |
| DEXPRIV000732 | DEXPRIV000734 | Dutch | Email | 12/7/2000 | B. Biesemans | B. Mommens | J. Davignon, J. Leys, P. Vanwing | Email providing legal advice re L&H shareholders' litigation. | AC, WP | 43 |
| DEXPRIV000732 | DEXPRIV000734 | Dutch | Email | 12/7/2000 | B. Mommens | B. Biesemans | J. Davignon, J. Leys, P. Vanwing | Email providing legal advice re L&H shareholders' litigation. | AC, WP | 43 |
| DEXPRIV000732 | DEXPRIV000734 | Dutch | Email | 12/1/2000 | I. Janssens | P. Vanwing | D. Sioen, E. Messely | Email providing legal advice re L&H shareholders' litigation. | AC, WP | 44 |
| DEXPRIV000746 | DEXPRIV000747 | Dutch | Email | | I. Janssens | D. Sioen, P. Peeters | | Email with handwritten marginalia reflecting the mental impression of an attorney and providing legal advice re L&H shareholders' litigation | AC, WP | 44 |
| DEXPRIV000749 | DEXPRIV000749 | French | Email | 12/20/2000 | V. Scoriels | D. Raskin | D. Sioen, L. Gryp | Email providing legal advice re L&H shareholders' litigation | AC, WP | 45 |
| DEXPRIV000750 | DEXPRIV000750 | French | Email | 12/20/2000 | V. Scoriels | D. Raskin | D. Sioen, L. Gryp | Email providing legal advice re L&H shareholders' litigation | AC, WP | 45 |
| DEXPRIV001039 | DEXPRIV001042 | Dutch | Email | 11/20/2000 | "Joris" | P. Cordonnier | I. Bastin | Email providing legal advice re loan settlement, contains handwritten marginalia reflecting the mental impression of an attorney re same | AC, WP | 55 |
| DEXPRIV001043 | DEXPRIV001046 | Dutch | Email | 11/20/2000 | "Joris" | P. Cordonier | I. Bastin | Email transmitting legal advice re loan settlement. | AC, WP | 55 |
| DEXPRIV001105 | DEXPRIV001105 | Dutch | Email | 10/26/2000 | F. Saverys | A. Louwrier | P. Cordonnier, H. Fledderus, P. van Tiggel, K. Herbots, K. van Riet, M. Holtrop | Email providing legal advice re loan settlement. | AC, WP | 58 |
| | | | Email | 10/23/2000 | F. Saverys | C. Piret | | Email transmitting legal advice re loan settlement. | AC, WP | 58 |
| DEXPRIV001292 | DEXPRIV001292 | Dutch | Email | 11/4/2000 | C. Piret | F. Saverys | | Email providing legal advice re restructuring of L&H financing and re loan settlement. | AC, WP | 66 |
| DEXPRIV001810 | DEXPRIV001810 | Dutch | Email | 12/15/2000 | C. Piret | P. van Tiggel, J. Rome, L. Govaert, X. Michel, K. van Riet, K. Herbots, P. Cordonnier, S. Decraene, S. Frei | | Email providing and requesting legal advice re loan settlement | AC, WP | 74 |

- 3 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001957 | DEXPRIV001957 | Dutch | Fax | 5/10/2001 | "Johan" | K. van Riet | | Fax transmitting transcript of court deposition, with marginalia reflecting the mental impressions of an attorney, requesting legal advice re loan settlement | AC, WP | 79 |
| DEXPRIV003725 | DEXPRIV003725 | Dutch | Email | 7/26/2001 | P. Rabaey | B. Lamiroy | | Email, with attachment, providing legal advice and transmitting request thereof re loan security | AC, WP | 190 |
| DEXPRIV003742 | DEXPRIV003742 | French | Email | 7/14/2001 | P. Rabaey, B. Ferrand | C. Piret | | Email with attachment, transmitting information re loan security | AC, WP | 191 |
| DEXPRIV004116 | DEXPRIV004116 | Dutch | Email | 10/2/2000 | G. Dauwe | F. Saverys | P. Cordonnier, J. van Helleputte, P. van Tiggel, C. van Copenolle | Email providing legal advice credit insurance | AC, WP | 213 |
| DEXPRIV004116 | DEXPRIV004116 | Dutch | Email | 9/29/2000 | F. Saverys | P. Vermeiren | P. Cordonnier, G. Dauwe, J. van Helleputte, J. van Tiggel. | Email providing legal advice credit insurance. | AC, WP | 213 |
| DEXPRIV004128 | DEXPRIV004128 | Dutch | Email | 11/22/2000 | F. Saverys | C. van Coppenolle | V. Sneyers, P. Vermeiren, J. van Helleputte, P. Cordonnier, P. van Tiggel, K. Herbots | Email providing legal advice credit insurance. | AC, WP | 214 |
| DEXPRIV004769 | DEXPRIV004769 | French | Email | 7/14/2000 | B. Ferrand, P. Rabaey | C. Piret | | Email providing information for the purpose of legal advice re loan settlement | AC, WP | 237 |
| DEXPRIV004852 | DEXPRIV004853 | French | Email | 11/24/2000 | B. Mommens | R. Greindl | | Email providing legal advice re security. | AC, WP | 241 |
| DEXPRIV004852 | DEXPRIV004853 | French | Email | 11/24/2000 | B. Mommens | R. Greindl | | Email providing legal advice re security. | AC, WP | 241 |
| DEXPRIV004852 | DEXPRIV004853 | Dutch | Email | 11/24/2000 | B. Mommens | S. Decraene F. Delplace | J. Franc M. Debaveye | Email requesting information for the purpose of legal advice re security | AC, WP | 241 |
| DEXPRIV005015 | DEXPRIV005017 | Dutch | Fax | 11/11/2001 | D. Bruneel | R. Vermeiren | | Fax providing legal advice re restructuring of L&H financing re bankruptcy; contains handwritten marginalia | AC, WP | 251 |
| DEXPRIV005460 | DEXPRIV005460 | Dutch | Email | 8/29/2000 | B. Ferrand | A. Probst | P. Cordonnier, H. Fleddenus | Email, with attachment, providing legal advice and transmitting request thereof re loan settlement | AC, WP | 278 |
| DEXPRIV005460 | DEXPRIV005460 | Dutch | Email | 08/28/2000 | P. Cordonnier | B. Ferrand | | Email requesting legal advice re loan settlement | AC, WP | 278 |
| DEXPRIV005554 | DEXPRIV005555 | French | Email | 6/12/2002 | A. Bidoul | J. Lametz | | Email providing information at the request of an attorney for the purpose of basing legal advice upon, re account activity | AC, WP | 282 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005554 | DEXPRIV005555 | French | Email | 6/10/2002 | J. Lametz | W. Derijck | | Email requesting information on behalf of an attorney for the purpose of basing legal advice upon, re account activity | AC, WP | 282 |
| DEXPRIV005554 | DEXPRIV005555 | French | Email | 6/10/2002 | W. Derijck | J. Lametz | | Email providing information at the request of an attorney for the purpose of basing legal advice upon, re account activity | AC, WP | 282 |
| DEXPRIV005554 | DEXPRIV005555 | French | Email | 6/10/2002 | J. Lametz | W. Derijck | | Email requesting information on behalf of an attorney for the purpose of basing legal advice upon, re account activity | AC, WP | 282 |
| DEXPRIV005557 | DEXPRIV005557 | French | Email | | W. Derijck | A. Bidoul | | Undated email transmitting request for information on behalf of an attorney to provide legal advice upon re account activity | AC, WP | 283 |
| DEXPRIV005557 | DEXPRIV005557 | French | Email | 6/10/2002 | W. Derijck | J. Lametz | | Email providing information at the request of an attorney for the purpose of basing legal advice upon, re account activity | AC, WP | 283 |
| DEXPRIV005557 | DEXPRIV005557 | French | Email | 6/10/2002 | J. Lametz | W. Derijck | | Email requesting information on behalf of an attorney for the purpose of basing legal advice upon, re account activity | AC, WP | 283 |
| DEXPRIV005724 | DEXPRIV005724 | French | Email | 7/14/2000 | P. Rabaey | C. Piret | | Email, with attachment, containing information requested by an attorney to base legal advice upon re loan settlement | AC, WP | 290 |
| DEXPRIV006385 | DEXPRIV006385 | Dutch | Email | 2/25/2001 | D. Bruneel | E. de Gyns | | Email transmitting request for information to base legal advice upon re criminal investigation | AC, WP | 304 |
| DEXPRIV006385 | DEXPRIV006385 | Dutch | Email | 2/23/2001 | C. Piret | Management Committee | | Email transmitting request for information to base legal advice upon re criminal investigation | AC, WP | 304 |
| DEXPRIV006450 | DEXPRIV006450 | Dutch | Email | 11/22/2000 | C. Piret | G. Dauwe, V. Sneyers | P. Van Tiggel, K. Van Riet | Email providing legal advice re loan security and re loan settlement | AC, WP | 307 |
| DEXPRIV006452 | DEXPRIV006452 | Dutch | Email | 12/11/2000 | P. Steverlynck | J. Rome, L. Govaert | S. Decraene | Email requesting information for the purpose of legal advice re security agreement | AC, WP | 307 |
| DEXPRIV006452 | DEXPRIV006452 | Dutch | Email | 12/11/2000 | S. Decraene | P. Steverlynck | | Email transmitting information for the purpose of legal advice re security agreement | AC, WP | 307 |
| DEXPRIV006476 | DEXPRIV006476 | Dutch | Note | | J. Van Helleputte, P. Vermeiren | | | Note reflecting the mental impression of an attorney and providing legal advice re restructuring of L&H financing | AC, WP | 308 |
| DEXPRIV006494 | DEXPRIV006495 | Dutch | Court submission | 11/20/2001 | C. Piret, D. Bruneel | Belgian Bankruptcy court | | Draft brief | AC, WP | 310 |
| DEXPRIV006496 | DEXPRIV006497 | Dutch | Court submission | 11/20/2001 | C. Piret, D. Bruneel | Belgian Bankruptcy court | | Draft brief | AC, WP | 310 |
| DEXPRIV007441 | DEXPRIV007441 | Dutch | Letter | 6/15/2001 | Artesia Bank | BTW | W. Hardeman | Draft letter | WP | 344 |

- 5 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | NV | Administrative | | | | |
| DEXPRIV008270 | DEXPRIV008270 | Dutch | Memorandum | 5/15/2001 | B. Mommens | D. Bruneel, C. Piret | E. de Gyns, F. Saverys, K. van Riet | Memorandum transmitting information at the request of an attorney re compliance | AC, WP | 403 |
| DEXPRIV008271 | DEXPRIV008275 | Dutch | Letter | 5/15/2001 | D. Bruneel | | | Draft letter, to be sent to Banking Commission, reflecting the mental impressions of an attorney re compliance | AC, WP | 403 |