| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003599 | DEXPRIV003619 | English | Agreement | 12/xx/2001 | | Dictaphone Corporation, KBC Bank NV, Fortis Bank NV, Artesia Banking Corporation NV, LHBSP NV | | Draft shareholders' agreement reflecting the mental impressions of an attorney re L&H restructuring | AC, WP | 179 |
| DEXPRIV003624 | DEXPRIV003626 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1.2.2001 with marginalia reflecting the mental impressions of an attorney, re L&H litigation strategy and restructuring of L&H financing | AC, WP | 180 |
| DEXPRIV003637 | DEXPRIV003638 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/25/2000 with marginalia reflecting the mental impressions of an attorney, re loan security, sale of assets, Korea and restructuring of L&H financing | AC, WP | 181 |
| DEXPRIV003690 | DEXPRIV003704 | English | Agreement | | | KBC Bank NV, Artesia Banking Corporation, L&H SP NV | | Draft shareholders' agreement dated "December 2001", with marginalia reflecting the mental impressions of an attorney re shareholders' agreement | AC, WP | 185 |
| DEXPRIV003722 | DEXPRIV003724 | English | Minutes | | | | | Draft minutes of conference call of L&H banking consortium dated 7/25/2001, with marginalia reflecting the mental impression of an attorney, providing legal advice re L&H restructuring, L&H litigation issues | AC, WP | 190 |
| DEXPRIV003726 | DEXPRIV003727 | Dutch | Notes | | | | | Undated notes, with marginalia reflecting the mental impressions of an attorney, re L&H financial evolution and loan security | AC, WP | 190 |
| DEXPRIV003728 | DEXPRIV003728 | Dutch | Handwritten notes | 7/20/2001 | | | | Handwritten notes reflecting the mental impressions of an attorney re loan security | AC, WP | 190 |
| DEXPRIV003745 | DEXPRIV003745 | Dutch | Handwritten notes | | | | | Handwritten notes reflecing the mental impressions of an attorney re loan security | AC, WP | 191 |
| DEXPRIV003746 | DEXPRIV003747 | Dutch | Handwritten notes | | | | | Handwritten notes dated "7/30" reflecting the mental impressions of an attorney re sale of assets | AC, WP | 192 |
| DEXPRIV003816 | DEXPRIV003817 | Dutch | Handwritten notes | | | K. van Riet | | Undated telephone note reflecting request for legal advice re transfer of warrants into shares | AC, WP | 202 |
| DEXPRIV003825 | DEXPRIV003828 | Dutch | Handwritten notes | | | | | Handwritten notes dated 12/13 reflecting the mental impressions of an attorney re bankruptcy, valuation of assets | AC, WP | 202 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003829 | DEXPRIV003830 | Dutch | Chart | | | | | Undated spreadsheet with marginalia reflecting the mental impressions of an attorney re L&H relationship | AC, WP | 202 |
| DEXPRIV003833 | DEXPRIV003851 | Dutch, French | Chart | 6/26/2003 | | | | Chart requested by an attorney for the purpose of basing legal advice upon re L&H relationship | AC, WP | 202 |
| DEXPRIV003853 | DEXPRIV003855 | Dutch | Chart | | | | | Chart requested by an attorney for the purpose of basing legal advice upon re L&H relationship | AC, WP | 203 |
| DEXPRIV003858 | DEXPRIV003869 | Dutch | Chart | | | | | Undated chart reflecting the mental impressions of an attorney re L&H relationship | AC, WP | 202 |
| DEXPRIV003878 | DEXPRIV003878 | Dutch, English | Chart | | | | | Undated chart transmitting information upon which legal advice is to be based re stock market listing | AC, WP | 205 |
| DEXPRIV003880 | DEXPRIV003880 | Dutch, English | Chart | | | | | Undated chart transmitting information upon which legal advice is to be based re stock market listing | AC, WP | 205 |
| DEXPRIV003919 | DEXPRIV003920 | French | Note | 3/13/2001 | | | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 206 |
| DEXPRIV003927 | DEXPRIV003928 | French | Note | 3/13/2001 | | | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 206 |
| DEXPRIV003930 | DEXPRIV003931 | French | Note | 3/13/2001 | | | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 206 |
| DEXPRIV003937 | DEXPRIV003939 | French | Note | 3/13/2001 | | | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003941 | DEXPRIV003942 | French | Note | 1/11/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003944 | DEXPRIV003945 | French | Note | 3/13/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003951 | DEXPRIV003952 | French | Note | 1/11/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003953 | DEXPRIV003954 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003955 | DEXPRIV003956 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003958 | DEXPRIV003960 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003961 | DEXPRIV003963 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003964 | DEXPRIV003966 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV003967 | DEXPRIV003969 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003970 | DEXPRIV003972 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003973 | DEXPRIV003975 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003976 | DEXPRIV003978 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003979 | DEXPRIV003981 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003982 | DEXPRIV003984 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003985 | DEXPRIV003987 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003988 | DEXPRIV003990 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003991 | DEXPRIV003993 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003994 | DEXPRIV003996 | French | Note | 11/30/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV003997 | DEXPRIV003999 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV004000 | DEXPRIV004002 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV004003 | DEXPRIV004005 | French | Note | 11/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV004006 | DEXPRIV004010 | French | Note | 12/15/2000 2/14/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 208 |
| DEXPRIV004011 | DEXPRIV004012 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan settlement | AC, WP | 208 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004013 | DEXPRIV004014 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan settlement | AC, WP | 209 |
| DEXPRIV004015 | DEXPRIV004016 | French | Note | 2/14/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan settlement | AC, WP | 209 |
| DEXPRIV004017 | DEXPRIV004018 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP | 209 |
| DEXPRIV004019 | DEXPRIV004020 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan settlement | AC, WP | 209 |
| DEXPRIV004021 | DEXPRIV004022 | French | Note | 2/14/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan settlement | AC, WP | 209 |
| DEXPRIV004079 | DEXPRIV004079 | Dutch | Note | | | | | Handwritten note reflecting the mental impression of an attorney re credit insurance | WP | 212 |
| DEXPRIV004158 | DEXPRIV004160 | English | Minutes | 12/21/2000 | | Bank Group | | Draft minutes of meeting where attorneys are present, transmitting information for the purpose of legal advice re restructuring of L&H financing | WP | 216 |
| DEXPRIV004163 | DEXPRIV004163 | English | Minutes | 12/15/2000 | | | | Draft minutes of meeting reflecting the mental impression of an attorney LHSP litigation | AC, WP | 216 |
| DEXPRIV004164 | DEXPRIV004164 | English | Minutes | 12/15/2000 | | | | Draft minutes of meeting reflecting the mental impression of an attorney LHSP litigation | AC, WP | 216 |
| DEXPRIV004212 | DEXPRIV004213 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impression of an attorney re sale of assets | AC, WP | 219 |
| DEXPRIV004299 | DEXPRIV004300 | English | Memo | | | U. Pommee | | Undated draft press release reflecting the mental impression of an attorney re criminal investigation | AC, WP | 223 |
| DEXPRIV004301 | DEXPRIV004302 | French | Memo | | | U. Pommee | | Undated draft press release reflecting the mental impressions of an attorney re criminal investigation | AC, WP | 223 |
| DEXPRIV004304 | DEXPRIV004304 | English | Memo | | | U. Pommee | | Undated draft press release reflecting the mental impressions of an attorney re criminal investigation | AC, WP | 223 |
| DEXPRIV004318 | DEXPRIV004318 | Dutch | Memo | 10/6/2003 | | | | Note to file, with marginalia reflecting legal advice re litigation proceedings, financial flows | AC, WP | 224 |
| DEXPRIV004370 | DEXPRIV004370 | English | Wire | 12/30/1999 | DSB Bank | | | Wire transfer form requested by an attorney to base legal advice upon re loan repayment | AC, WP | 227 |
| DEXPRIV004372 | DEXPRIV004373 | Dutch | Memo | | Audit & Control Department | A. Miller | | Draft memo transmitted to attorney for the purpose of obtaining legal advice re criminal litigation and re litigation strategy | AC, WP | 227 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004396 | DEXPRIV004396 | English | Wire | 12/30/1999 | DSB Bank | | | Wire transfer form requested by an attorney to base legal advice upon re loan repayment | AC, WP | 229 |
| DEXPRIV004404 | DEXPRIV004404 | French | Fax | 7/7/2003 | | B. Lamiroy | | Transmission report with image of first page of fax with marginalia providing information for the purpose of obtaining legal advice re loan repayment | AC, WP | 229 |
| DEXPRIV004404 | DEXPRIV004404 | French | Fax | 7/7/2003 | | B. Lamiroy | | Transmission report with image of first page of fax with marginalia providing information for the purpose of obtaining legal advice re loan security | AC, WP | 229 |
| DEXPRIV004519 | DEXPRIV004520 | French | Note | | | | | Undated note reflecting the mental impression of an attorney and providing legal advice re loan settlement, re loan security and re litigation | WP | 235 |
| DEXPRIV004521 | DEXPRIV004521 | Dutch | Note | | | | | Undated note reflecting the mental impression of an attorney re loan repayment | WP | 235 |
| DEXPRIV004774 | DEXPRIV004774 | Dutch | Note | | | | | Note reflecting the mental impressions of an attorney re collateral | WP | 237 |
| DEXPRIV004775 | DEXPRIV004775 | Dutch | Note | | | | | Note reflecting the mental impressions of an attorney re collateral | WP | 237 |
| DEXPRIV004846 | DEXPRIV004848 | English, Dutch | Note | | | | | Undated handwritten notes reflecting the mental impression of an attorney re litigation strategy. Dictaphone, restructuring of L&H financing, | WP | 241 |
| DEXPRIV004849 | DEXPRIV004851 | English | Note | | | | | Undated handwritten note reflecting the mental impression of an attorney re restructuring of L&H financing, | WP | 241 |
| DEXPRIV004861 | DEXPRIV004861 | Dutch | Note | | | | | Handwritten note reflecting the mental impression of an attorney re litigation and re security agreement and re loan settlement and re collateral | AC, WP | 241 |
| DEXPRIV004931 | DEXPRIV004931 | Dutch | Note | 11/23/2000 | | | | Handwritten note reflecting the mental impression of an attorney re security | AC, WP | 245 |
| DEXPRIV004932 | DEXPRIV004932 | English | Note | 12/4/2000 | | | | Handwritten note reflecting the mental impression of an attorney re litigation and re Creditors' Committee | AC, WP | 245 |
| DEXPRIV004952 | DEXPRIV004953 | Dutch | Note | 11/27/2000 | | | | Draft press release and note reflecting the mental impression of an attorney re litigation and re security | WP | 246 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004964 | DEXPRIV004965 | English | Minutes | 11/24/2000 | | | | Minutes reflecting the mental impression of an attorney re loan security | AC, WP | 246 |
| DEXPRIV005022 | DEXPRIV005034 | English | Draft Agreement | Dec-00 | Ableco Finance LLC; LHSP | J. Skrzypezak LHSP | A. Brilhant | Draft agreement reflecting the mental impression of an attorney re restructuring of L&H financing. | AC, WP | 252 |
| DEXPRIV005048 | DEXPRIV005049 | English | Meeting minutes | 11/26/2000 | | | | Minutes reflecting the mental impression of an attorney re loan security; contains handwritten marginalia. | AC, WP | 253 |
| DEXPRIV005234 | DEXPRIV005235 | Dutch | Memo | 12/11/2000 | Global credit risk Contentieux & Legal Corporate | L&H Devaluation Committee | | Fax transmitting memorandum, with marginalia reflecting the mental impressions of an attorney, providing legal advice re L&H debt, loan settlement, value of assets. Marginalia also indicate that memorandum was forwarded to C. Decouere | AC, WP | 258 |
| DEXPRIV005362 | DEXPRIV005362 | English | Minutes | | | | | Draft Minutes of bankers' meeting dated 8/22/2001 re L&H litigation strategy. | AC, WP | 266 |
| DEXPRIV005364 | DEXPRIV005364 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 7/13/2001 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 267 |
| DEXPRIV005365 | DEXPRIV005365 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 7/13/2001 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 267 |
| DEXPRIV005369 | DEXPRIV005369 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 9/25/2001 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 269 |
| DEXPRIV005372 | DEXPRIV005373 | English | Minutes | | | C. Decouere | | Minutes of meeting of L&H banking consortium dated 1/24/2001 providing legal advice re restructuring of L&H financing, interest payment and litigation issues | AC, WP | 270 |
| DEXPRIV005376 | DEXPRIV005376 | English | Minutes | | | | | Draft Minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re restructuring of L&H financing | AC, WP | 271 |
| DEXPRIV005388 | DEXPRIV005388 | Dutch | Email | | | Banque Artesia | | Undated email providing legal advice and transmitting request thereof re restructuring of L&H financing and loan settlement. | AC, WP | 273 |
| DEXPRIV005498 | DEXPRIV005499 | Dutch | Bank | 7/23/2002 | Dexia Bank | | | Draft bank guarantee sent to | AC, WP | 280 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | | French | guarantee | | Belgie NV | Nederland NV | | attorney for the purpose of obtaining legal advice re loan settlement | | |
| DEXPRIV005556 | DEXPRIV005556 | | Statement | 6/10/2002 | Dexia | | | Account statement historic overview with marginalia reflecting the mental impressions of an attorney. | AC, WP | 282 |
| DEXPRIV005563 | DEXPRIV005563 | Dutch | Wire | | | | | Wire order, with marginalia reflecting the mental impressions of an attorney, re loan settlement. | AC, WP | 283 |
| DEXPRIV005579 | DEXPRIV005579 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re transfers and loan settlement. | AC, WP | 284 |
| DEXPRIV005581 | DEXPRIV005581 | Dutch | Chart | | | | | Undated chart transmitted to attorney for the purpose of obtaining legal advice re L&H relationship. | AC, WP | 284 |
| DEXPRIV005583 | DEXPRIV005584 | Dutch | Chart | | | | | Spreadsheet transmitting information requested by an attorney to base legal advice upon re L&H relationship. | AC, WP | 284 |
| DEXPRIV005585 | DEXPRIV005585 | Dutch | Chart | | | | | Spreadsheet transmitting information requested by an attorney to base legal advice upon re L&H relationship. | AC, WP | 284 |
| DEXPRIV005586 | DEXPRIV005587 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re transfers and loan settlement. | AC, WP | 284 |
| DEXPRIV005590 | DEXPRIV005608 | Dutch, French | Chart | 6/26/2003 | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | 284 |
| DEXPRIV005609 | DEXPRIV005611 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005612 | DEXPRIV005612 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005613 | DEXPRIV005614 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005623 | DEXPRIV005630 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005632 | DEXPRIV005635 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | 285 |
| DEXPRIV005636 | DEXPRIV005639 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | 285 |
| DEXPRIV005640 | DEXPRIV005643 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | 285 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005644 | DEXPRIV005647 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005648 | DEXPRIV005651 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005652 | DEXPRIV005654 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005656 | DEXPRIV005659 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | 286 |
| DEXPRIV005661 | DEXPRIV005662 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | 286 |
| DEXPRIV005725 | DEXPRIV005726 | Dutch | Memo | | | | | Memorandum requested by an attorney to base legal advice upon re loan settlement. | AC, WP | 290 |
| DEXPRIV005765 | DEXPRIV005766 | Dutch | Minutes | 7/16/2003 | | Vandeveeren, S. Ryelandt, Y. Herinckx, A. de Roeck | | Minutes of meeting providing legal advice re litigation strategy, criminal investigation, share transactions | AC, WP | 291 |
| DEXPRIV005968 | DEXPRIV005969 | Dutch | Handwritten notes | 10/24/2002 | | | | Handwritten notes reflecting the mental impressions of an attorney re loan repayment | AC, WP | 293 |
| DEXPRIV005982 | DEXPRIV005982 | Dutch | Handwritten notes | | | | | Handwritten telephone notes dated "26/9", reflecting the mental impressions of an attorney re collateral and loan repayment and seizures. | AC, WP | 293 |
| DEXPRIV006003 | DEXPRIV006009 | Dutch | Agreement | 12/28/1999 | NV Artesia Bank, SAII, Trust VZW, Flanders Language Valley Campus NV, Flanders Language Valley Education NV | | | Executed agreement with marginalia reflecting the mental impressions of an attorney re loan security. | AC, WP | 295 |
| DEXPRIV006031 | DEXPRIV006031 | French | Press release | 6/25/2003 | Dexia Banque | | | Draft press release with marginalia reflecting the mental impression of an attorney re loan security | AC, WP | 296 |
| DEXPRIV006307 | DEXPRIV006307 | Dutch | Resolution | 12/5/2002 | A. de Roeck, illegible, D. Claes | | | Committee resolution reflecting legal advice re loan repayment. Partially illegible. | AC, WP | 301 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006332 | DEXPRIV006337 | English | Agreement | 12/22/2000 | Artesia Bank NV, L&H Investment Company | | | Draft agreement reflecting the mental impressions of an attorney, re LHIC investment portfolio. | AC, WP | 302 |
| DEXPRIV006338 | DEXPRIV006343 | English | Agreement | 12/22/2000 | Artesia Bank NV, L&H Investment Company | | | Draft agreement reflecting the mental impressions of an attorney, re LHIC investment portfolio. | AC, WP | 302 |
| DEXPRIV006344 | DEXPRIV006345 | English | Agreement | 12/22/2000 | Artesia Bank NV, L&H Investment Company | | | Draft agreement reflecting the mental impressions of an attorney, re LHIC investment portfolio. | AC, WP | 302 |
| DEXPRIV006351 | DEXPRIV006352 | English | Agreement | 12/22/2000 | Artesia Bank NV, L&H Investment Company | | | Draft agreement, with marginalia reflecting the mental impressions of an attorney, re LHIC investment portfolio. | AC, WP | 302 |
| DEXPRIV006353 | DEXPRIV006358 | English | Agreement | 12/22/2000 | Artesia Bank NV, L&H Investment Company | | | Draft agreement, with marginalia reflecting the mental impressions of an attorney, re LHIC investment portfolio. | AC, WP | 302 |
| DEXPRIV006359 | DEXPRIV006361 | Dutch | Email | | | | | Incomplete email, likely sent by van Riet, transmitting legal advice re LHIC investment portfolio | AC, WP | 302 |
| DEXPRIV006362 | DEXPRIV006362 | Dutch | Email | 7/25/2000 | A. Louwrier | P. Rabaey, J. van Broeckhoven, S. Prins | H. Fledderus, P. Holla | Email providing legal advice re loan settlement and loan agreement, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 303 |
| DEXPRIV006363 | DEXPRIV006364 | Dutch | Fax | 7/25/2000 | P. Rabaey | J. van Broeckhoven, S. Prins, H. Fledderus, A. Louwrier | | Fax providing legal advice and transmitting information to base legal advice upon re loan settlement and loan agreement. | AC, WP | 303 |
| DEXPRIV006365 | DEXPRIV006365 | Dutch | Email | 7/27/2000 | A. Louwrier | S. Prins, J. van Broeckhoven | | Email providing legal advice re pledged shares and loan settlement | AC, WP | 303 |
| DEXPRIV006366 | DEXPRIV006366 | Dutch | Email | 7/27/2000 | A. Louwrier | S. Prins | J. vanBroeck- hoven | Email providing legal advice re pledged shares and loan settlement | AC, WP | 303 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006367 | DEXPRIV006367 | Dutch | Email | 7/27/2000 | A. Louwrier | S. Prins, J. van Broeckhoven | | Email providing legal advice re pledged shares and loan settlement | AC, WP | 303 |
| DEXPRIV006368 | DEXPRIV006368 | Dutch | Email | 7/27/2000 | A. Louwrier | S. Prins | J. vanBroeck-hoven | Email providing legal advice re pledged shares and loan settlement | AC, WP | 303 |
| DEXPRIV006369 | DEXPRIV006369 | Dutch | Email | 7/27/2000 | A. Louwrier | S. Prins | J. vanBroeck-hoven | Email providing legal advice re pledged shares and loan settlement | AC, WP | 303 |
| DEXPRIV006370 | DEXPRIV006371 | Dutch | Email | 9/4/2000 | A. Louwrier | J. vanBroeck-hoven, H. Fledderus, M. Holtrop | | Email providing legal advice re loan settlement, pledged shares and transfer formalities, with marginalia reflecting the mental impressions of an attorney re transfer | AC, WP | 303 |
| DEXPRIV006394 | DEXPRIV006394 | Dutch | Chart | | | | | Undated chart providing information upon which legal advice is based re devaluations | AC, WP | 304 |
| DEXPRIV006397 | DEXPRIV006397 | Dutch | Chart | | | | | **Undated chart, with marginalia reflecting the mental impressions of an attorney, providing information upon which legal advice is based re devaluations.** | AC, WP | 305 |
| DEXPRIV006410 | DEXPRIV006411 | Dutch | Minutes | 5/8/2001 | B. Lamiroy | | | **Minutes of telephone conference providing legal advice re restructuring of L&H financing.** | AC, WP | 305 |
| DEXPRIV006413 | DEXPRIV006414 | Dutch | Minutes | 5/8/2001 | B. Lamiroy | | | Minutes of telephone conference providing legal advice re restructuring of L&H financing. | AC, WP | 305 |
| DEXPRIV006452 | DEXPRIV006452 | Dutch | Email | 11/11/2000 | P. Van Tiggel | K. Van Riet, S. Decraene, P. Cormier, K. Herbots | F. Saverys, C. Piret, 16719 Secretariaat Global Credit Risk | Email providing legal advice re security agreement | AC, WP | 307 |
| DEXPRIV006460 | DEXPRIV006465 | English | **Draft agreement** | 12/22/2000 | | | | **Draft agreement reflecting the mental impression of an attorney re security agreement** | AC, WP | 308 |
| DEXPRIV006466 | DEXPRIV006471 | English | **Draft agreement** | 12/22/2000 | | | | **Draft agreement reflecting the mental impression of an attorney re security agreement** | AC, WP | 308 |
| DEXPRIV006473 | DEXPRIV006473 | Dutch | Minutes | | | | | **Minutes of bankers meeting dated 10/31/2000 reflecting the mental impression of an attorney re loan security and restructuring of L&H financing.** | AC, WP | 308 |
| DEXPRIV006484 | DEXPRIV006485 | English | **Chart** | | | | | **Chart providing information for the purpose of legal advice re restructuring of L&H financing.** | WP | 309 |

- 27 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006505 | DEXPRIV006505 | English | Letter | | KBC Bank | | | Letter providing information at the request of an attorney re Creditors' Committee. | WP | 311 |
| DEXPRIV006534 | DEXPRIV006534 | English | Letter | | | | | Draft letter, without date, with marginalia reflecting the mental impressions of an attorney re L&H financing. | AC, WP | 313 |
| DEXPRIV006610 | DEXPRIV006610 | English | Minutes | | | | | Draft Minutes of meeting of L&H banking consortium dated 12/21/2000 re bankruptcy and Dictaphone. | AC, WP | 318 |
| DEXPRIV006622 | DEXPRIV006625 | English | Minutes | | | | | Draft Minutes of meeting of L&H banking consortium re restructuring of L&H financing. | AC, WP | 318 |
| DEXPRIV006626 | DEXPRIV006627 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium re restructuring of L&H financing | AC, WP | 319 |
| DEXPRIV006630 | DEXPRIV006630 | English | Minutes | | | | | First page of minutes of meeting of L&H banking consortium re restructuring of L&H financing | AC, WP | 319 |
| DEXPRIV006665 | DEXPRIV006665 | French | Handwritten notes | | | | | Handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | AC, WP | 321 |
| DEXPRIV006668 | DEXPRIV006668 | Dutch | Handwritten notes | 5/18/2003 | | | | Handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | AC, WP | 321 |
| DEXPRIV006714 | DEXPRIV006715 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP | 325 |
| DEXPRIV006721 | DEXPRIV006740 | French | Agreement | 2/2/1998 | Banque Paribus Belgique SA, Paribus Brussels Branch | | | Draft services agreement requested by an attorney to base legal advice upon re delivery of shares | AC, WP | 325 |
| DEXPRIV006741 | DEXPRIV006743 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP | 326 |
| DEXPRIV006744 | DEXPRIV006745 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP | 326 |
| DEXPRIV006746 | DEXPRIV006746 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP | 326 |
| DEXPRIV006755 | DEXPRIV006757 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP | 328 |
| DEXPRIV006758 | DEXPRIV006759 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP | 328 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006760 | DEXPRIV006760 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP | 328 |
| DEXPRIV006762 | DEXPRIV006763 | French | Letter | | | BNP Paribas | | Undated draft letter re delivery of shares, transmitted for the purpose of legal advice re same and with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 328 |
| DEXPRIV006943 | DEXPRIV006945 | Dutch | Handwritten Notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re: L&H debt and Belgian L&H bankruptcy | AC, WP | 332 |
| DEXPRIV007243 | DEXPRIV007244 | Dutch | Chart | | | | | Chart, with marginalia reflecting the mental impressions of an attorney re LDC and L&H bankruptcy | AC, WP | 334 |
| DEXPRIV007435 | DEXPRIV007435 | Dutch | Letter | 1/21/2003 | B. Lamiroy | W. Hardeman | | Draft letter | WP | 344 |
| DEXPRIV007441 | DEXPRIV007441 | Dutch | Letter | 6/15/2001 | Artesia Bank NV | BTW Administrative | W. Hardeman | Draft letter | WP | 344 |
| DEXPRIV007453 | DEXPRIV007461 | Dutch | Chart | 2/01/2001 | BACOB Bank NV | | | Credit analysis prepared at the request of an attorney re ELCS seizure | AC, WP | 345 |
| DEXPRIV007520 | DEXPRIV007538 | English | Fax | 7/18/2001 | Houlihan Lokey Howard & Zukin Capital | M. Curran, E. Matthews | | Financial analysis with handwritten marginalia dated "15/07/2001" signed "K. van Riet" reflecting legal advice re Dictaphone financing, and with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 348 |
| DEXPRIV007539 | DEXPRIV007557 | English | Fax | 7/18/2001 | Houlihan Lokey Howard & Zukin Capital | M. Curran, E. Matthews | | Financial analysis with handwritten marginalia dated "15/07/2001" signed "K. van Riet" reflecting legal advice re Dictaphone financing, and with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 348 |
| DEXPRIV007559 | DEXPRIV007563 | English | Memo | 6/25/2001 | H. Seife, T. Zink | The Bank Group | | Memorandum providing legal advice re Dictaphone financing | AC, WP | 348 |
| DEXPRIV007565 | DEXPRIV007566 | English | Memo | 7/17/2001 | T. Zink | The Bank Group | | Memorandum providing legal advice re Dictaphone financing | AC, WP | 350 |
| DEXPRIV007570 | DEXPRIV007592 | English | Agreement | | Dictaphone Corporation | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 351 |
| DEXPRIV007593 | DEXPRIV007614 | English | Agreement | | Dictaphone Corporation | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 351 |
| DEXPRIV007615 | DEXPRIV007636 | English | Agreement | | Dictaphone Corporation | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 351 |
| DEXPRIV007637 | DEXPRIV007659 | English | Agreement | | Dictaphone Corporation | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 351 |
| DEXPRIV007663 | DEXPRIV007665 | English | Agreement | 7/12/2001 | | | | Draft term sheet re restructuring of L&H financing | AC, WP | 352 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007717 | DEXPRIV007724 | English | Corporate Documents | 2/20/2002 | | | | Draft bylaws with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 356 |
| DEXPRIV007726 | DEXPRIV007731 | English | Corporate Documents | 2/20/2002 | | | | Draft Certificate of Incorporation, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 357 |
| DEXPRIV007733 | DEXPRIV007736 | English | Agreement | 2/20/2002 | | | | Draft Members' Agreement, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 358 |
| DEXPRIV007738 | DEXPRIV007744 | English | Corporate Documents | 2/18/2002 | | | | Draft bylaws with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 358 |
| DEXPRIV007748 | DEXPRIV007752 | English | Agreement | 2/18/2002 | Dictaphone Corporation | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 359 |
| DEXPRIV007819 | DEXPRIV007841 | English | Agreement | | | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 361 |
| DEXPRIV007842 | DEXPRIV007863 | English | Agreement | | | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 361 |
| DEXPRIV007868 | DEXPRIV007889 | English | Agreement | | | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 361 |
| DEXPRIV007890 | DEXPRIV007913 | English | Agreement | | | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 361 |
| DEXPRIV007936 | DEXPRIV007936 | English | Chart | | | | | Chart, prepared at the request of an attorney, re Dictaphone debt | AC, WP | 371 |
| DEXPRIV007941 | DEXPRIV007941 | English | Chart | | | | | Chart, prepared at the request of an attorney, re Dictaphone financing | AC, WP | 372 |
| DEXPRIV007951 | DEXPRIV007953 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/12/2000 re L&H litigation strategy | AC, WP | 372 |
| DEXPRIV007954 | DEXPRIV007954 | English | Minutes | | | | | First page of minutes meeting of L&H banking consortium dated 11/29/2000 providing legal advice re restructuring of L&H financing, L&H bankruptcy strategy and L&H litigation strategy | AC, WP | 372 |
| DEXPRIV007955 | DEXPRIV007955 | English | Minutes | | | | | First page of minutes of conference call of L&H banking consortium dated 11/29/2000 providing legal advice re sale of assets and restructuring of L&H financing | AC, WP | 372 |
| DEXPRIV007956 | DEXPRIV007957 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/26/2000 providing legal advice re restructuring of L&H financing | AC, WP | 373 |
| DEXPRIV007993 | DEXPRIV007996 | English | Letter | | | | | Undated draft letter to LHSP reflecting the mental impressions of | AC, WP | 377 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | an attorney re restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re same | | |
| DEXPRIV008023 | DEXPRIV008023 | | Fax | 12/7/2000 | Legal Department | J. Vankeerberghen, D. de Bleser, V. Vercaigne, E. Huyghe, M. Tanghe, K. Macours, K. van Riet, P. Cordoonier, K. Diederich | | Fax transmission report with image of first page of fax transmitting legal advice re **restructuring of L&H financing** | AC, WP | 380 |
| DEXPRIV008032 | DEXPRIV008032 | | Fax | 11/29/2000 | Artesia | P. van Tiggel | | Fax transmission report with image of first page of fax, with attachment, transmitting legal advice re **restructuring of L&H financing** | AC, WP | 380 |
| DEXPRIV008033 | DEXPRIV008033 | English | Letter | 11/29/2000 | | | | Draft letter to be sent to LHSP, reflecting the mental impressions of an attorney re restructuring of **L&H financing** | AC, WP | 380 |
| DEXPRIV008036 | DEXPRIV008039 | English | Letter | | | | | Undated letter to LHSP reflecting the mental impressions of an attorney re restructuring of **L&H financing**, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 381 |
| DEXPRIV008040 | DEXPRIV008041 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 1/24/2001 providing legal advice re **L&H litigation strategy and restructuring of L&H financing** | AC, WP | 381 |
| DEXPRIV008042 | DEXPRIV008043 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re **restructuring of L&H financing** | AC, WP | 381 |
| DEXPRIV008044 | DEXPRIV008047 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re sale of assets, L&H litigation strategy and **restructuring of L&H financing** | AC, WP | 381 |
| DEXPRIV008048 | DEXPRIV008050 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/8/2001 providing legal advice re valuation of assets, L&H bankruptcy, L&H litigation strategy and **restructuring of L&H financing** | AC, WP | 381 |
| DEXPRIV008051 | DEXPRIV008053 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/2/2001 providing legal advice re L&H litigation strategy and **restructuring of L&H financing** | AC, WP | 381 |

- 31 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008054 | DEXPRIV008055 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/28/2000 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 381 |
| DEXPRIV008056 | DEXPRIV008057 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/28/2000 providing legal advice re L&H litigation strategy and restructuring of L&H financing | AC, WP | 381 |
| DEXPRIV008058 | DEXPRIV008061 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/21/2000, with attachment, providing legal advice re L&H bankruptcy and Dictaphone | AC, WP | 382 |
| DEXPRIV008062 | DEXPRIV008062 | English | Fax | | KBC Bank | | | Page 2 of fax reflecting legal advice and request for legal advice re composition agreement and restructuring of L&H financing | AC, WP | 382 |
| DEXPRIV008063 | DEXPRIV008066 | English | Minutes | | | | | Draft Minutes of meeting of L&H banking consortium dated 12/18/2000 providing legal advice re restructuring of L&H financing, sales of assets, audit, and litigation proceedings | AC, WP | 382 |
| DEXPRIV008067 | DEXPRIV008068 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/15/2000 providing legal advice re restructuring of L&H financing | AC, WP | 382 |
| DEXPRIV008069 | DEXPRIV008070 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/12/2000, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 382 |
| DEXPRIV008071 | DEXPRIV008072 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/4/2000 (8pm) providing legal advice re Belgian and US litigation proceedings, Creditors' Committee, restructuring of L&H financing and Belgian litigation, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 382 |
| DEXPRIV008073 | DEXPRIV008075 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/4/2000 (3pm) providing legal advice re Creditors' Committee, loan security, restructuring of L&H financing and Belgian litigation, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 382 |
| DEXPRIV008076 | DEXPRIV008079 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 12/5/2000 | AC, WP | 382 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | providing legal advice re L&H litigation strategy, L&H bankruptcy L&H Korea, LDCs, and restructuring of L&H financing | | |
| DEXPRIV008101 | DEXPRIV008102 | English | Email | 4/29/2003 | J. Verbist | T. Zink, M. Curran, F. de Potter, D. de Bleser, K. Delenne, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, B. Morison, L. Powell, C. Schneider, M. Tanghe, K. Troch, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne | C. Rivera, F. Vazquez | Incomplete email, with attachments providing legal advice re repayment of loan | AC, WP | 386 |
| DEXPRIV008115 | DEXPRIV008115 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan repayment | AC, WP | 388 |
| DEXPRIV008140 | DEXPRIV008140 | Dutch | Email | 12/28/2000 | | P. van Tiggel, G. Vekeman, P. Collignon | | **Email, with marginalia reflecting the mental impressions of an attorney re same** | AC, WP | 390 |
| DEXPRIV008141 | DEXPRIV008142 | Dutch | Email | 12/28/2000 | | P. van Tiggel, G. Vekeman, P. Collignon | | **Email, with marginalia reflecting the mental impressions of an attorney re same** | AC, WP | 390 |
| DEXPRIV008257 | DEXPRIV008257 | Dutch | Letter | | B. Lamiroy, K. van Riet | | | Last page of a letter providing legal advice re restructuring of L&H financing | AC, WP | 398 |
| DEXPRIV008319 | DEXPRIV008322 | English | Fax | 2/8/2001 | T. Zink | The Bank Group | | Fax providing legal advice re sale of assets | AC, WP | 413 |
| DEXPRIV008325 | DEXPRIV008326 | English | Fax | 1/27/2001 | T. Zink | The Bank Group | | Fax providing legal advice re L&H bankruptcy and repayment of loan | AC, WP | 413 |
| DEXPRIV008368 | DEXPRIV008368 | English | Email | 11/30/2000 | J. Verbist | V. Vercaigne, amd@skynet.be, E. Huyghe, K. Macours, P. Cordonnier, I. Bastin, K. van Riet, | J. Neüssen Grade, C. Sunt, J. Verlinden, S. Loosveld | Email providing legal advice re composition agreement | AC, WP | 419 |
| DEXPRIV008393 | DEXPRIV008394 | English | Email | 11/30/2000 | J. Verbist | J. Vankeerberghen, V. Vercaigne, amd@skynet.be, | J. Neüssen Grade, C. Sunt, | Email providing legal advice re composition agreement | AC, WP | 421 |

- 33 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008393 | DEXPRIV008394 | Dutch | Email | 11/30/2000 | S. Loosveld | E. Huyghe, K. Macours, P. Cordonnier I. Bastin, K. van Riet | J. Verlinden, S. Loosveld | Email requesting information for the purpose of providing legal advice re composition agreement | AC, WP | 421 |
| DEXPRIV008395 | DEXPRIV008395 | English | Email | 12/1/2000 | K. Macours, K. Troch | J. Vankeerberghen, V. Vercaigne, amd@skynet.be, E. Huyghe, K. Macours, P. Cordonnier I. Bastin, K. van Riet | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld | Email providing information requested by an attorney re composition agreement | AC, WP | 421 |
| DEXPRIV008395 | DEXPRIV008395 | English | Email | 12/1/2000 | J. Verbist | J. Vankeerberghen, V. Vercaigne, amd@skynet.be, E. Huyghe, K. Macours, P. Cordonnier I. Bastin, K. van Riet, J. Verbist | J. Nelissen Grade, C. Sunt, J. Verlinden, K. Troch, F. de Potter | Email, with attachment, providing legal advice re composition agreement and requesting information for the purpose of providing legal advice re same | AC, WP | 422 |
| DEXPRIV008396 | DEXPRIV008397 | English | Email | 12/1/2000 | J. Verbist | J. Vankeerberghen, V. Vercaigne, amd@skynet.be, E. Huyghe, K. Macours, P. Cordonnier I. Bastin, K. van Riet | J. Nelissen Grade, C. Sunt, J. Verlinden, | Email, with attachment, providing legal advice re composition agreement and requesting information for the purpose of providing legal advice re same | AC, WP | 422 |
| DEXPRIV008398 | DEXPRIV008400 | English | Email | 12/6/2000 | S. Loosveld | J. Vankeerberghen, V. Vercaigne, amd@skynet.be, E. Huyghe, K. Macours, P. Cordonnier I. Bastin, K. van Riet | J. Nelissen Grade, C. Sunt, J. Verlinden, C. Geys | Email, with attachment, providing legal advice re audit report | AC, WP | 422 |
| DEXPRIV008445 | DEXPRIV008446 | English | Memorandum | 11/17/2000 | K. Macours | Lenders of LHSP Credit Facility | | Fax providing legal advice re restructuring of L&H financing, pledge and Korea | AC, WP | 425 |
| DEXPRIV008447 | DEXPRIV008448 | English | Memorandum | 11/17/2000 | K. Macours | Lenders of LHSP Credit Facility | | Fax providing legal advice re restructuring of L&H financing, pledge, and Korea, with marginalia | AC, WP | 425 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | reflecting the mental impressions of an attorney re same | | 430 |
| DEXPRIV008546 | DEXPRIV008546 | English | Fax | 12/7/2000 | D. de Bleser | H. Siefe | KBC Bank, Fortis Bank, Deutsche Bank, Dresdner Bank Luxembourg, DeBandt Vanhecke Lagae & Loesch | Fax requesting legal advice re restructuring of L&H financing | AC, WP | |
| DEXPRIV008662 | DEXPRIV008662 | English | Email | 3/28/2003 | | | | Chart drafted at the request of an attorney re loan settlement, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 434 |
| DEXPRIV008664 | DEXPRIV008664 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan settlement and valuation of L&H | AC, WP | 434 |
| DEXPRIV008709 | DEXPRIV008709 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan settlement | AC, WP | 435 |
| DEXPRIV008721 | DEXPRIV008722 | Dutch | Memorandum | | | | | Undated memorandum providing legal advice re loan settlement | AC, WP | 436 |
| DEXPRIV009033 | DEXPRIV009033 | Dutch | Notes | | | | | Undated file notes reflecting the mental impressions of an attorney re LDC | WP | 442 |
| DEXPRIV009034 | DEXPRIV009034 | Dutch | Handwritten notes | | | | | Handwritten notes dated "1/7/05" reflecting the mental impressions of an attorney re restructuring of L&H financing | WP | 442 |
| DEXPRIV009120 | DEXPRIV009128 | English | Memorandum | 9/28/2001 | H. Siefe, T. Zink | The Lemout & Hauspie Bank Group | | Memorandum providing legal advice re restructuring of Dictaphone and bank's rights therein | AC, WP | 443 |
| DEXPRIV009186 | DEXPRIV009196 | English | Memorandum | 4/13/1999 | H. Siefe | | | Memorandum providing legal advice re U.S. Bankruptcy law | AC, WP | 443 |
| DEXPRIV009341 | DEXPRIV009347 | Dutch | Fax | 7/3/2001 | Laga & Phillippe | B. Lamiroy, P. Doms, J. Tibaux, J. Vankeerberghen, J. van Heertum, S. vande Capelle, T. van Jean, J. Gosset, G. Wilmet | | Fax providing legal advice re ELCS and ELCS financing, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 444 |
| DEXPRIV009384 | DEXPRIV009385 | English | Minutes | 12/15/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing | AC, WP | 445 |
| DEXPRIV009386 | DEXPRIV009389 | English | Minutes | 12/8/2000 | | | | Minutes of meeting of L&H banking | AC, WP | 445 |

- 35 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | consortium providing legal advice re restructuring of L&H financing | | 446 |
| DEXPRIV009390 | DEXPRIV009390 | English | Letter | | KBC Bank | | | Last page of fax from KBC reflecting legal advice re bankruptcy and restructuring of L&H financing | AC, WP | 446 |
| DEXPRIV009391 | DEXPRIV009394 | English | Minutes | 12/18/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing | AC, WP | 446 |
| DEXPRIV009395 | DEXPRIV009396 | English | Minutes | 12/15/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing | AC, WP | 446 |
| DEXPRIV009397 | DEXPRIV009399 | English | Minutes | 12/21/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re bankruptcy and restructuring of L&H financing | AC, WP | 446 |
| DEXPRIV009403 | DEXPRIV009404 | English | Minutes | 12/15/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing | AC, WP | 446 |
| DEXPRIV009405 | DEXPRIV009406 | English | Minutes | 12/12/2000 | | | | Minutes of conference call of L&H banking consortium providing legal advice re pledge | AC, WP | 446 |
| DEXPRIV009409 | DEXPRIV009410 | English | Conference call | 12/12/2000 | | | | Draft minutes of telephone conference of L&H banking consortium providing legal advice re loan security and restructuring of L&H financing | AC, WP | 447 |
| DEXPRIV009413 | DEXPRIV009415 | English | Minutes | 4/12/2000 | | | | Draft Minutes of meeting of L&H banking consortium providing legal advice re Creditors' Committee, loan security, restructuring of L&H financing and Belgian litigation, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 448 |
| DEXPRIV009416 | DEXPRIV009417 | English | Minutes | 4/12/2000 | | | | Draft minutes of meeting of L&H banking consortium providing legal advice re bankruptcy and Belgian litigation, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 448 |
| DEXPRIV009420 | DEXPRIV009422 | English | Minutes | 8/12/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re bankruptcy, shareholders' litigation and L&H litigation strategy | AC, WP | 448 |
| DEXPRIV009425 | DEXPRIV009428 | English | Minutes | 3/12/2000 | | | | Minutes of conference call of L&H banking consortium providing legal advice re L&H litigation strategy, bankruptcy and restructuring of L&H financing, with marginalia reflecting the mental impression of an attorney re alleged fraud | AC, WP | 449 |
| DEXPRIV009429 | DEXPRIV009432 | English | Minutes | 3/12/2000 | | | | Minutes of conference call of L&H | AC, WP | 449 |

- 36 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | banking consortium providing legal advice re L&H litigation strategy, bankruptcy and restructuring of L&H financing | | |
| DEXPRIV009433 | DEXPRIV009435 | English | Minutes | 4/12/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re bankruptcy and Belgian litigation, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 449 |
| DEXPRIV009436 | DEXPRIV009438 | English | Minutes | 1/12/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re L&H litigation strategy | AC, WP | 449 |
| DEXPRIV009439 | DEXPRIV009439 | English | Minutes | 11/29/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re L&H litigation strategy | AC, WP | 449 |
| DEXPRIV009440 | DEXPRIV009440 | English | Minutes | 11/29/2000 | | | | Minutes of conference call of L&H banking consortium providing legal advice re restructuring of L&H financing, bankruptcy strategy and L&H litigation strategy | AC, WP | 449 |
| DEXPRIV009441 | DEXPRIV009442 | English | Minutes | 11/26/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re L&H financing | AC, WP | 450 |
| DEXPRIV009443 | DEXPRIV009444 | English | Minutes | 11/26/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re L&H financing | AC, WP | 450 |
| DEXPRIV009445 | DEXPRIV009446 | English | Minutes | 11/26/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re L&H financing | AC, WP | 450 |
| DEXPRIV009447 | DEXPRIV009448 | English | Minutes | 11/24/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re litigation strategy | AC, WP | 450 |
| DEXPRIV009449 | DEXPRIV009451 | English | Minutes | 11/22/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re litigation strategy | AC, WP | 450 |
| DEXPRIV009452 | DEXPRIV009454 | English | Minutes | 11/17/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re loan security, sale of assets, Korea and restructuring of L&H financing | AC, WP | 450 |
| DEXPRIV009455 | DEXPRIV009455 | English | Minutes | 11/17/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re Korea | AC, WP | 450 |
| DEXPRIV009456 | DEXPRIV009457 | Dutch | Minutes | 11/15/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re loan security, sale of assets, Korea and restructuring of L&H financing | AC, WP | 450 |
| DEXPRIV009459 | DEXPRIV009459 | English | Letter | 11/15/2000 | KBC Bank NV, Fortis Bank NV, | C. Schneider, P. van Raemdonck | Dresdner Bank Luxembourg SA | Letter reflecting legal advice re restructuring of L&H financing and collateral | AC, WP | 450 |

- 37 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Artesia Banking Corporation NV | | | | | |
| DEXPRIV009461 | DEXPRIV009462 | Dutch | Minutes | 11/15/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re loan security, sale of assets, Korea and restructuring of L&H financing | AC, WP | 451 |
| DEXPRIV009463 | DEXPRIV009465 | English | Minutes | 10/31/2000 | | | | Minutes of meeting of L&H banking consortium, with attachment, re loan security, sale of assets, Korea representation and restructuring of L&H financing | AC, WP | 451 |
| DEXPRIV009466 | DEXPRIV009467 | Dutch | Minutes | 10/31/2000 | | | | Minutes of meeting of L&H banking consortium, with attachment, re loan security, sale of assets, Korea representation and restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 451 |
| DEXPRIV009468 | DEXPRIV009469 | Dutch | Memo | | J. Van Hellepute, P. Vermeiren | | | Minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 451 |