# EXHIBIT I

## NO RECIPIENT IDENTIFIED

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000131 | DEXPRIV000132 | Dutch | Memo | | KBC | | | Draft memorandum dated 2001, with marginalia reflecting the mental impressions of an attorney, re restructuring of L&H Financing | AC, WP | 6 |
| DEXPRIV000228 | DEXPRIV000228 | Dutch | Statement | | | | | Undated document prepared at the request of counsel re L&H shareholders' litigation in Belgium | AP | 12 |
| DEXPRIV000230 | DEXPRIV000231 | Dutch | Email | 12/11/2000 | | | | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium | AC, WP | 12 |
| DEXPRIV000264 | DEXPRIV000265 | Dutch | Email | | D. Sioen | | | Email dated "11/2000" requesting and providing legal advice re L&H shareholders' litigation in Belgium | AC, WP | 16 |
| DEXPRIV000268 | DEXPRIV000269 | Dutch | Draft certificate | 4/17/2001 | | | | Draft documents sent to an attorney for the purpose of obtaining legal advice re L&H shareholders' meeting. | AC, WP | 17 |
| DEXPRIV000488 | DEXPRIV000499 | English | Court submission | 4/7/2001 | J. Verbist | | | Draft Declaration | WP | 33 |
| DEXPRIV000634 | DEXPRIV000634 | French | Fax | 1/20/2003 | Fortis | | | Draft letter reflecting the mental impressions of an attorney re restructuring of L&H financing | AC, WP | 42 |
| DEXPRIV000720 | DEXPRIV000722 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting request for legal advice re L&H shareholders' litigation in Belgium. | AC, WP | 42 |
| DEXPRIV000784 | DEXPRIV000792 | English | Draft agreement | 2/12/2001 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 47 |
| DEXPRIV000806 | DEXPRIV000814 | English | Draft agreement | 5/5/2001 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 47 |
| DEXPRIV000826 | DEXPRIV000831 | Dutch | Draft agreement | | | | | Draft agreement dated "2001" reflecting the mental impression of an attorney re security agreement | AC, WP | 48 |
| DEXPRIV000866 | DEXPRIV000868 | English | Draft agreement | | | | | Draft Share Transfer Agreement dated 1996 reflecting the mental impression of an attorney re security agreement | AC | 49 |
| DEXPRIV000910 | DEXPRIV000931 | English | Agreement | 11/8/2000 | Allen & Gledhill, Singapore | | | Draft agreement reflecting the mental impression of an attorney re security agreement | WP | 51 |
| DEXPRIV000932 | DEXPRIV000953 | English | Agreement | 11/10/2000 | Allen & Gledhill, Singapore | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 51 |
| DEXPRIV000957 | DEXPRIV000962 | English | Draft agreement | 11/10/2000 | Artesia | | | Draft agreement reflecting the mental | AC, WP | 52 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Banking Corporation N.V. | | | impression of an attorney re security agreement | | |
| DEXPRIV000963 | DEXPRIV000968 | English | Draft agreement | 11/10/2000 | Artesia Banking Corporation N.V. | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 52 |
| DEXPRIV000969 | DEXPRIV000978 | English | Draft agreement | 11/10/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 52 |
| DEXPRIV000979 | DEXPRIV000988 | English | Draft agreement | 11/9/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 52 |
| DEXPRIV000989 | DEXPRIV000998 | English | Draft agreement | 11/9/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 52 |
| DEXPRIV001029 | DEXPRIV001029 | Dutch, English | Email | | S. Loosveld | | | Email providing legal advice re pledging agreement | AC | 53 |
| DEXPRIV001017 | DEXPRIV001027 | English | Agreement | | | | | Draft agreement dated "November 2000" reflecting the mental impression of an attorney re security agreement | WP | 53 |
| DEXPRIV001177 | DEXPRIV001177 | English | Chart | | | | | Undated chart containing security details, attached to email requesting information for the purpose of legal advice re exercise of collateral rights | AC, WP | 62 |
| DEXPRIV001181 | DEXPRIV001182 | English | Chart | | | | | Undated chart containing security details, attached to email requesting information for the purpose of legal advice re exercise of collateral rights | AC, WP | 62 |
| DEXPRIV001185 | DEXPRIV001185 | English | Chart | | | | | Undated chart containing security details, attached to email requesting information for the purpose of legal advice re exercise of collateral rights | AC, WP | 62 |
| DEXPRIV001248 | DEXPRIV001257 | English | Draft agreement | 11/9/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement LHIC | AC, WP | 65 |
| DEXPRIV001263 | DEXPRIV001271 | English | Draft agreement | 11/9/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement LHIC | AC, WP | 65 |
| DEXPRIV001272 | DEXPRIV001277 | English | Draft agreement | | | | | Draft agreement dated "November 2000" reflecting the mental impression of an attorney re security agreement LHIC | AC, WP | 65 |
| DEXPRIV001278 | DEXPRIV001283 | English | Draft agreement | | | | | Draft agreement dated "November 2000" reflecting the mental impression of an attorney re security agreement LHIC | AC, WP | 65 |
| DEXPRIV001311 | DEXPRIV001311 | English | Fax | 11/13/2000 | De Bandt, van Hecke, Lagae & Loes | | | Draft agreement reflecting the mental impression of an attorney re shareholders' meeting | AC, WP | 66 |
| | | Dutch | Email | 2/23/2001 | S. Loosveld | | | Email providing legal advice re loan settlement | AC, WP | 68 |

- 2 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV01384 | DEXPRIV001384 | Dutch | Handwritten notes | | Legal Department | | | Handwritten notes reflecting the mental impressions of an attorney re loan security, LHSP pledge and LHIC investment portfolio | AC, WP | 69 |
| DEXPRIV001386 | DEXPRIV001387 | English | Agreement | 12/22/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 69 |
| DEXPRIV001418 | DEXPRIV001420 | English | Agreement | 11/17/2000 | | | | Draft agreement reflecting the mental impression of an attorney re pledging agreement procedure | AC, WP | 71 |
| DEXPRIV001421 | DEXPRIV001423 | English | Agreement | 11/17/2000 | | | | Draft agreement reflecting the mental impression of an attorney re pledging agreement procedure | AC, WP | 71 |
| DEXPRIV001735 | DEXPRIV001743 | English | Agreement | 5/5/2001 | | | | Draft agreement with marginalia reflecting the mental impressions of an attorney re loan security | AC, WP | 72 |
| DEXPRIV001745 | DEXPRIV001753 | English | Agreement | 3/29/2001 | | | | Draft agreement reflecting the mental impressions of an attorney re loan security | AC, WP | 72 |
| DEXPRIV001755 | DEXPRIV001762 | English | Agreement | 2/8/2001 | | | | Draft agreement reflecting the mental impressions of an attorney re loan security | AC, WP | 72 |
| DEXPRIV001763 | DEXPRIV001769 | English | Agreement | 12/29/2000 | | | | Draft agreement reflecting the mental impression of an attorney re loan security | AC, WP | 72 |
| DEXPRIV001772 | DEXPRIV001777 | English | Agreement | 12/22/2000 | | | | Draft agreement reflecting the mental impressions of an attorney re loan security | AC, WP | 72 |
| DEXPRIV001787 | DEXPRIV001789 | English | Chart | 2/16/2001 | Chadbourne & Park | | | Chart reflecting legal advice re L&H bankruptcy | AC, WP | 74 |
| DEXPRIV001791 | DEXPRIV001798 | English | Agreement | 2/12/2001 | | | | Draft agreement reflecting the mental impressions of an attorney re loan settlement | AC, WP | 74 |
| DEXPRIV001799 | DEXPRIV001806 | English | Agreement | 2/12/2001 | | | | Draft agreement reflecting the mental impression of an attorney re loan settlement | AC, WP | 74 |
| DEXPRIV001813 | DEXPRIV001815 | Dutch | Email | | P. Cordonnier | | | Undated email providing legal advice re loan settlement and restructuring of L&H, and re loan settlement | AC, WP | 75 |
| DEXPRIV001817 | DEXPRIV001818 | Dutch | Chart | 6/12/2001 | | | | Undated chart of LHIC investment portfolio drafted at the request of counsel with marginalia reflecting the mental impressions of an attorney | AC, WP | 75 |
| DEXPRIV001833 | DEXPRIV001834 | English | Minutes | 4/10/1997 | | | | Minutes of conference call requesting and providing legal advice re stock market listing. | AC, WP | 76 |
| DEXPRIV001841 | DEXPRIV001844 | English | Chart | 3/17/1997 | | | | Undated chart reflecting legal advice re stock market listing. | AC, WP | 76 |
| DEXPRIV001861 | DEXPRIV001872 | French | Report | | Belgian Banking Commission | | | Report dated "March 1997" by authorities re stock market listing. | AC, WP | 76 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001949 | DEXPRIV001951 | English | Chart | | | | | Undated chart reflecting legal advice re stock market listing | AC | 78 |
| DEXPRIV001952 | DEXPRIV001953 | English | Chart | 7/30/1997 | De Bandt, van Hecke & Lagae | | | Chart with marginalia reflecting legal advice re stock market listing | AC | 78 |
| DEXPRIV002012 | DEXPRIV002013 | Dutch | Fax | 12/21/2000 | G. de Pestel, P. Colle | | | Fax providing legal advice re participation of LHSP in LHCS and loan settlement | AC, WP | 81 |
| DEXPRIV002111 | DEXPRIV002112 | English | Chart | 10/18/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re L&H bankruptcy | AC, WP | 95 |
| DEXPRIV002118 | DEXPRIV002119 | English | Email | | J. Verbist | | | Email transmitting legal advice and requesting information to base further legal advice upon re Creditors' Committee representation. | AC, WP | 96 |
| DEXPRIV002143 | DEXPRIV002146 | English | Chart | 2/22/2002 | Chadbourne & Park | | | Chart providing legal advice re bankruptcy litigation | AC, WP | 102 |
| DEXPRIV002149 | DEXPRIV002151 | English | Chart | 2/15/2002 | Chadbourne & Park | | | Chart providing legal advice re bankruptcy litigation | AC, WP | 102 |
| DEXPRIV002152 | DEXPRIV002161 | English, Dutch | Chart | 7/19/2001 | Chadbourne & Park | | | Chart transmitting information upon which legal advice is to be based re bankruptcy litigation | AC, WP | 102 |
| DEXPRIV002207 | DEXPRIV002221 | English | Presentation | 10/2/2001 | R. Schwager, T. Ledwick | | | Presentation sheets providing legal advice re bankruptcy | AC, WP | 105 |
| DEXPRIV002251 | DEXPRIV002251 | Dutch | Report | 8/27/2003 | | | | Report providing legal advice re loan settlement | AC, WP | 107 |
| DEXPRIV002310 | DEXPRIV002313 | English | Chart | 1/9/2001 | Chadbourne & Parke | | | Draft chart reflecting legal advice re bankruptcy litigation proceedings | AC, WP | 113 |
| DEXPRIV002365 | DEXPRIV002367 | English | Chart | 1/27/2001 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings | AC, WP | 121 |
| DEXPRIV002397 | DEXPRIV002398 | English | Chart | 12/13/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings, with marginalia | AC, WP | 126 |
| DEXPRIV002402 | DEXPRIV002403 | English | Chart | 8/26/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings | AC, WP | 126 |
| DEXPRIV002408 | DEXPRIV002408 | English | Chart | 10/25/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings | AC, WP | 126 |
| DEXPRIV002412 | DEXPRIV002413 | English | Chart | 9/19/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings | AC, WP | 126 |
| DEXPRIV002422 | DEXPRIV002423 | English | Chart | 7/12/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings | AC, WP | 126 |
| DEXPRIV002437 | DEXPRIV002438 | English | Chart | 8/2/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings | AC, WP | 127 |
| DEXPRIV002465 | DEXPRIV002467 | English | Chart | 5/31/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings | AC, WP | 131 |
| DEXPRIV002470 | DEXPRIV002471 | English | Chart | 4/5/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings | AC, WP | 131 |
| DEXPRIV002492 | DEXPRIV002493 | English | Chart | 4/26/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings | AC, WP | 134 |
| DEXPRIV002500 | DEXPRIV002502 | English | Chart | 5/13/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy and litigation proceedings | AC, WP | 134 |
| DEXPRIV002503 | DEXPRIV002503 | English | Chart | 7/6/2001 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings | AC, WP | 134 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002505 | DEXPRIV002505 | English | Chart | | | | | Undated chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP | 134 |
| DEXPRIV002507 | DEXPRIV002507 | English | Chart | | | | | Undated chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP | 134 |
| DEXPRIV002509 | DEXPRIV002509 | English | Chart | | | | | Undated chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP | 134 |
| DEXPRIV002513 | DEXPRIV002513 | English | Email | | | | | Continuation of email providing legal advice re Dictaphone Board of Directors and transmitting email requesting legal advice re Dictaphone notes. | AC, WP | 135 |
| DEXPRIV002521 | DEXPRIV002522 | English | Email | 2/26/2002 | M. Mithoff | | | Email from opposing counsel with marginalia reflecting the mental impressions of an attorney re Dictaphone reorganization. | AC, WP | 136 |
| DEXPRIV002527 | DEXPRIV002528 | English | Certificate | 2/18/2002 | Akin Gump Strauss Hauer & Feld | | | Draft Certificate of Incorporation with marginalia reflecting the mental impression of an attorney re Dictaphone | AC, WP | 137 |
| DEXPRIV002530 | DEXPRIV002541 | English | Agreement | 2/18/2002 | Akin Gump Strauss Hauer & Feld | | | Draft Members' Agreement with marginalia reflecting the mental impression of an attorney re Dictaphone | AC, WP | 138 |
| DEXPRIV002542 | DEXPRIV002542 | English | Appendix | | Akin Gump Strauss Hauer & Feld | | | Draft appendix to Members' Agreement with marginalia reflecting the mental impression of an attorney re Dictaphone | AC, WP | 138 |
| DEXPRIV002546 | DEXPRIV002552 | English | Bylaws | 2/18/2002 | Akin Gump Strauss Hauer & Feld | | | Draft by-laws with marginalia reflecting the mental impression of an attorney re Dictaphone | AC, WP | 138 |
| DEXPRIV002556 | DEXPRIV002560 | English | Agreement | 2/18/2002 | Akin Gump Strauss Hauer & Feld | | | Draft agreement with marginalia reflecting the mental impression of an attorney re Dictaphone | AC, WP | 139 |
| DEXPRIV002571 | DEXPRIV002575 | Dutch | Memo | | DeBandt van Hecke Lagae & Loesch | | | Memorandum without date providing legal advice re compliance. | AC, WP | 145 |
| DEXPRIV002576 | DEXPRIV002580 | Dutch | Memo | | DeBandt van Hecke Lagae & Loesch | | | Memorandum without date providing legal advice re compliance. | AC, WP | 145 |
| DEXPRIV002665 | DEXPRIV002665 | Dutch | Statement | 4/10/2003 | Ex-Artesia (Groupe Dexia) | | | Statement transmitting information upon which legal advice is to be based re loan settlement | AC, WP | 147 |
| DEXPRIV002734 | DEXPRIV002735 | Dutch | Note | | | | | Note providing legal advice re loan settlement. | AC, WP | 150 |
| DEXPRIV002741 | DEXPRIV002742 | Dutch | Note | | | | | Undated note providing legal advice re loan settlement. | AC, WP | 150 |

- 5 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002807 | DEXPRIV002808 | Dutch | Excerpt | | Land Register | | | Undated handwritten excerpt of Land Register providing information requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP | 152 |
| DEXPRIV002812 | DEXPRIV002812 | Dutch | Excerpt | 1/25/2001 | Land Register | | | Handwritten excerpt of Land Register providing information requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP | 153 |
| DEXPRIV002813 | DEXPRIV002813 | Dutch | Excerpt | 1/30/2001 | Land Register | | | Overview of land register providing legal advice re loan settlement. | AC, WP | 153 |
| DEXPRIV002814 | DEXPRIV002815 | Dutch | Excerpt | 2/5/2001 | Mortgage Registry | | | Excerpt of Mortgage Register requested by an attorney for th epurpose of basin legal advice upon, re advice re loan settlement | AC, WP | 153 |
| DEXPRIV002825 | DEXPRIV002825 | Dutch | Excerpt | 11/24/2000 | Land Register | | | Handwritten excerpt of Land Register providing information requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP | 153 |
| DEXPRIV002833 | DEXPRIV002833 | Dutch | Excerpt | 1/25/2001 | Land Register | | | Handwritten excerpt of Land Register providing information requested by an attorney for the purpose of basing legal advice upon, re loan settlement | AC, WP | 154 |
| DEXPRIV002838 | DEXPRIV002839 | Dutch | Excerpt | | | | | Excerpt of Mortgage Register, without date | AC, WP | 154 |
| DEXPRIV002844 | DEXPRIV002845 | French | Memo | | D. Bennaroch | | | Memorandum providing legal advice re loan settlement. | WP | 154 |
| DEXPRIV002867 | DEXPRIV002869 | French | Form | | ARCA | | | Undated instructions explaining form, providing legal advice. | AC, WP | 156 |
| DEXPRIV002870 | DEXPRIV002871 | French | Form | | ARCA | | | Undated form providing legal advice re loan settlement. | AC, WP | 156 |
| DEXPRIV002872 | DEXPRIV002872 | French | Letter | | | | | Memorandum, without date, providing legal advice re loan settlement. | AC, WP | 156 |
| DEXPRIV002886 | DEXPRIV002886 | French | Fax | | Land Register | | | Undated fax providing information re loan settlement. | AC, WP | 156 |
| DEXPRIV002957 | DEXPRIV002957 | Dutch | File | | B. van Kerckhoven, bailiff | | | Undated file index card with information to base legal advice upon re loan settlement | WP | 157 |
| DEXPRIV003031 | DEXPRIV003032 | Dutch | Chart | | | | | Spreadsheet, without date, with information requested by an attorney to base legal advice upon re L&H relationship. | AC, WP | 159 |
| DEXPRIV003035 | DEXPRIV003053 | Dutch, French | Chart | 6/26/2003 | | | | Undated chart, requested by an attorney for the purpose of basing legal advice upon re L&H relationship | AC, WP | 160 |
| DEXPRIV003127 | DEXPRIV003128 | Dutch | Email | | P. Cordonnier | | | Email providing legal advice re loan settlement | AC, WP | 163 |
| DEXPRIV003203 | DEXPRIV003205 | Dutch | Email | | | | | Email without header information transmitting request for legal advice re security interest. | AC, WP | 166 |

- 6 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003228 | DEXPRIV003243 | English | Agreement | 11/10/2000 | Artesia Banking Corporation N.V. | | | Draft agreement reflecting the mental impression of an attorney re security agreement | AC, WP | 168 |
| DEXPRIV003324 | DEXPRIV003325 | Dutch | Email | 11/07/2000 | P. Cordonnier | | | Email providing legal advice re security agreement and re pledging agreement. | AC, WP | 168 |
| DEXPRIV003371 | DEXPRIV003371 | Dutch | Email | | S. Loosveld | | | Undated email providing legal advice re pledging agreement | AC, WP | 170 |
| DEXPRIV003372 | DEXPRIV003375 | Dutch | Email | | P. Cordonnier | | | Undated email providing legal advice re security agreement and re loan settlement. | AC, WP | 170 |
| DEXPRIV003451 | DEXPRIV003455 | English | Memo | 9/21/2001 | K. van Riet | | | Memorandum providing legal advice re L&H credit facilities, bankruptcy, SEC investigation, L&H restructuring | AC, WP | 171 |
| DEXPRIV003470 | DEXPRIV003470 | English | Memo | 9/13/2001 | K. van Riet | | | Memorandum providing legal advice re L&H credit facilities, bankruptcy, SEC investigation, L&H restructuring | AC, WP | 171 |
| DEXPRIV003498 | DEXPRIV003499 | Dutch | Memo | | K. Herbots, K. van Riet | | | Memorandum providing legal advice re bankruptcy and litigation strategy. | AC, WP | 172 |
| DEXPRIV003760 | DEXPRIV003764 | English | Memo | | Houlihan Lokey Howard & Zukin Capital | | | Undated memorandum prepared at the request of counsel to base legal advice upon re litigation strategy | AC, WP | 196 |
| DEXPRIV003789 | DEXPRIV003792 | English | Memo | 8/8/2001 | Houlihan Lokey Howard & Zukin Capital | | | Memorandum prepared at the request of counsel to base legal advice upon, with marginalia reflecting the mental impressions of an attorney, re Dictaphone restructuring | AC, WP | 199 |
| DEXPRIV003794 | DEXPRIV003795 | English | Memo | | Houlihan Lokey Howard & Zukin Capital | | | Memorandum prepared at the request of counsel to base legal advice upon, with marginalia reflecting the mental impressions of an attorney, re Dictaphone litigation issues. | AC, WP | 200 |
| DEXPRIV003809 | DEXPRIV003810 | French | Memo | | K. van Riet | | | Undated memorandum providing legal advice re loan security | AC, WP | 201 |
| DEXPRIV003811 | DEXPRIV003811 | Dutch | Memo | | | | | Undated memorandum providing legal advice re L&H litigation | WP | 201 |
| DEXPRIV003819 | DEXPRIV003820 | Dutch | Memo | | L. de Foer | | | Undated memorandum, with attachments, providing legal advice re criminal investigation | AC, WP | 202 |
| DEXPRIV003829 | DEXPRIV003830 | Dutch | Chart | | | | | Undated spreadsheet with marginalia reflecting the mental impressions of an attorney re L&H relationship | AC, WP | 202 |
| DEXPRIV003833 | DEXPRIV003851 | Dutch, French | Chart | 6/26/2003 | | | | Chart requested by an attorney for the purpose of basing legal advice upon re L&H relationship | AC, WP | 202 |
| DEXPRIV003880 | DEXPRIV003880 | Dutch, English | Chart | | | | | Undated chart transmitting information upon which legal advice is to be based re stock market listing | AC, WP | 205 |
| DEXPRIV003893 | DEXPRIV003898 | English | Note | | | | | Undated note providing legal advice re L&H litigation | AC, WP | 205 |
| DEXPRIV003901 | DEXPRIV003906 | English | Note | | | | | Undated note providing legal advice re | AC, WP | 205 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | L&H litigation | | |
| DEXPRIV003924 | DEXPRIV003926 | French | Certificate and letter | 1/4/2001 | Direction Generale des Impots | | | Certificate transmitting information upon which legal advice is to be based re loan security | AC, WP | 206 |
| DEXPRIV003935 | DEXPRIV003936 | French | Certificate and letter | 1/4/2001 | Direction Generale des Impots | | | Certificate transmitting information upon which legal advice is to be based re loan security | AC, WP | 207 |
| DEXPRIV004219 | DEXPRIV004224 | Dutch | Memo | 3/26/2001 | K. van Riet | | | Memorandum providing legal advice re bankruptcy, collateral pledge, value of assets, depreciations and loan security | AC, WP | 219 |
| DEXPRIV004225 | DEXPRIV004229 | Dutch | Memo | 3/26/2001 | K. van Riet | | | Memorandum providing legal advice re bankruptcy, collateral pledge, value of assets, depreciations and loan security | AC, WP | 219 |
| DEXPRIV004236 | DEXPRIV004237 | Dutch | Memo | 12/21/2001 | B. Lamiroy, K. van Riet | | | Memorandum providing legal advice re bankruptcy, L&H restructuring, Dictaphone restructuring, credit insurance, loan collateral transfer of funds from the US to Belgium, deprecations [sic], loan security | AC, WP | 219 |
| DEXPRIV004238 | DEXPRIV004239 | Dutch | Memo | 12/21/2001 | B. Lamiroy, K. van Riet | | | Memorandum providing legal advice re bankruptcy, L&H restructuring, Dictaphone restructuring, credit insurance, loan collateral transfer of funds from the US to Belgium, deprecations [sic], loan security | AC, WP | 220 |
| DEXPRIV004240 | DEXPRIV004241 | Dutch | Memo | 12/21/2001 | B. Lamiroy, K. van Riet | | | Memorandum providing legal advice re bankruptcy, L&H restructuring, Dictaphone restructuring, credit insurance, loan collateral transfer of funds from the US to Belgium, deprecations [sic], loan security | AC, WP | 220 |
| DEXPRIV004242 | DEXPRIV004243 | Dutch | Memo | 12/21/2001 | B. Lamiroy, K. van Riet | | | Memorandum providing legal advice re bankruptcy, L&H restructuring, Dictaphone restructuring, credit insurance, loan collateral transfer of funds from the US to Belgium, deprecations [sic], loan security | AC, WP | 220 |
| DEXPRIV004248 | DEXPRIV004252 | Dutch | Memo | | De Bandt, van Hecke, Lagae & Loesch | | | Memorandum, without date, providing legal advice re compliance | AC, WP | 220 |
| DEXPRIV004270 | DEXPRIV004271 | Dutch | Memo | 10/31/2000 | K. van Riet | | | Memorandum, with marginalia reflecting the mental impressions of an attorney, re loan collateral | AC, WP | 221 |
| DEXPRIV004272 | DEXPRIV004272 | Dutch | Memo | 10/31/2000 | K. van Riet | | | Memorandum, with marginalia reflecting the mental impressions of an attorney, re loan collateral | AC, WP | 221 |
| DEXPRIV004283 | DEXPRIV004283 | Dutch | Email | 7/22/2003 | S. Heyvaert, V. Sneyers | | | Emails, with attachment, providing information at the request of counsel for the purpose of basing legal advice upon re L&H relationship | AC, WP | 222 |

- 8 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004370 | DEXPRIV004370 | English | Wire | 12/30/1999 | DSB Bank | | | Wire transfer form requested by an attorney to base legal advice upon re loan repayment | AC, WP | 227 |
| DEXPRIV004374 | DEXPRIV004374 | Dutch | Memo | | | | | Draft memo transmitted to attorney for the purpose of obtaining legal advice re criminal litigation and re litigation strategy | AC, WP | 227 |
| DEXPRIV004376 | DEXPRIV004376 | Dutch | Chart | | | | | Spreadsheet, with marginalia, with information requested by an attorney to base legal advice upon re L&H relationship | AC, WP | 227 |
| DEXPRIV004384 | DEXPRIV004389 | Dutch | Memo | 7/1/2003 | B. Lamiroy | | | Memorandum providing legal advice re bankruptcy, loan security and litigation strategy | AC, WP | 228 |
| DEXPRIV004390 | DEXPRIV004392 | Dutch | Memo | 7/1/2003 | B. Lamiroy | | | Memorandum providing legal advice re bankruptcy, loan security, and litigation strategy | AC, WP | 228 |
| DEXPRIV004396 | DEXPRIV004396 | English | Wire | 12/30/1999 | DSB Bank | | | Wire transfer form requested by an attorney to base legal advice upon re loan repayment | AC, WP | 229 |
| DEXPRIV004410 | DEXPRIV004410 | French | Memo | | | N1 | | Undated memorandum reflecting legal advice re criminal investigation and code of conduct | AC, WP | 230 |
| DEXPRIV004429 | DEXPRIV004430 | French | Memo | | | N1 | | Undated memorandum reflecting legal advice re litigation issues | AC, WP | 231 |
| DEXPRIV004432 | DEXPRIV004432 | French | Memo | 7/9/2003 | R. Boubiil | | | Memorandum requesting legal advice re criminal investigation | AC, WP | 231 |
| DEXPRIV004446 | DEXPRIV004448 | French | Memo | | | | | Undated draft memorandum providing legal advice re litigation issues | AC, WP | 232 |
| DEXPRIV004450 | DEXPRIV004454 | Dutch | Memo | 7/15/2003 | S. Ryelandt | | | Memorandum with annexes providing legal advice re litigation issues | AC, WP | 232 |
| DEXPRIV004468 | DEXPRIV004473 | Dutch | Memo | 7/15/2003 | S. Ryelandt | | | Memorandum with annexes, with marginalia reflecting the mental impressions of an attorney, providing legal advice re litigation issues | AC, WP | 233 |
| DEXPRIV004475 | DEXPRIV004476 | Dutch | Chart | | | | | Undated spreadsheets, with marginalia, with information requested by an attorney to base legal advice upon re L&H relationship | AC, WP | 233 |
| DEXPRIV004515 | DEXPRIV004516 | Dutch | Note | 2/4/2002 | K. van Riet | | | Note reflecting the mental impressions of an attorney and providing legal advice re LHSP litigation and Radial financing | WP | 235 |
| DEXPRIV004760 | DEXPRIV004760 | Dutch | Email | 9/26/2002 | L. van Herreweghe | IDBB LOG/Arch CZ PZ Kant | | Email transmitting information at the request of an attorney for the purpose of legal advice re L&H investigation | AC, WP | 236 |
| DEXPRIV004760 | DEXPRIV004760 | Dutch | Email | 9/26/2002 | L. van Herreweghe | IDBB LOG/Arch KrDos ArchBeh | B. Lamiroy | Email providing information for the purpose of legal advice re LH investigation | WP | 236 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004765 | DEXPRIV004765 | Dutch | Email | 9/24/2002 | C. Windey | !DBB LOG/Arch CZ PZ Kant | | Email transmitting information for the purpose of legal advice re criminal investigation. | AC, WP | 237 |
| DEXPRIV004765 | DEXPRIV004765 | Dutch | Email | 9/24/2002 | L. Van Herreweghe | !DBB LOG/Zele KrDos ArchBeh | B. Lamiroy | Email requesting information for the purpose of legal advice re criminal investigation. | AC, WP | 237 |
| DEXPRIV004771 | DEXPRIV004771 | Dutch | Note | | | | | Notes prepared at the request of an attorney re criminal investigation | WP | 237 |
| DEXPRIV004772 | DEXPRIV004772 | Dutch | Handwritten notes | | | | | Notes prepared at the request of an attorney re criminal investigation | WP | 237 |
| DEXPRIV004773 | DEXPRIV004773 | Dutch | Note | | | | | Notes, with marginalia, prepared at the request | WP | 237 |
| DEXPRIV004774 | DEXPRIV004774 | Dutch | Note | | | | | Note reflecting the mental impressions of an attorney re collateral | WP | 237 |
| DEXPRIV004782 | DEXPRIV004782 | Dutch | Chart | 2/23/2001 | G. Merckx | | | Chart providing information for the purpose of legal advice re criminal investigation | WP | 237 |
| DEXPRIV004877 | DEXPRIV004877 | Dutch | Memo | 12/19/2000 | G. de Pestel, P. Colle | | | Memo providing legal advice re loan security and re collateral | AC, WP | 243 |
| DEXPRIV005184 | DEXPRIV005188 | English | Memo | 9/21/2001 | K. van Riet | | | Memorandum providing legal advice re L&H credit facilities, bankruptcy, SEC investigation, L&H restructuring | AC, WP | 257 |
| DEXPRIV005190 | DEXPRIV005195 | English | Memo | 9/13/2001 | K. van Riet | | | Memorandum providing legal advice re L&H credit facilities, bankruptcy, SEC investigation, L&H restructuring | AC, WP | 257 |
| DEXPRIV005197 | DEXPRIV005203 | English | Memo | 9/13/2001 | K. van Riet | | | Memorandum providing legal advice re L&H credit facilities, bankruptcy, SEC investigation, L&H restructuring | AC, WP | 257 |
| DEXPRIV005204 | DEXPRIV005209 | English | Memo | 9/13/2001 | K. van Riet | | | Memorandum, with handwritten marginalia reflecting the mental impression of an attorney, providing legal advice re L&H credit facilities, bankruptcy, SEC investigation, L&H restructuring | AC, WP | 257 |
| DEXPRIV005323 | DEXPRIV005334 | English | Court submission | 4/7/2001 | J. Verbist | | | Draft Declaration | WP | 265 |
| DEXPRIV005340 | DEXPRIV005350 | English | Court submission | 4/5/2001 | J. Verbist | | | Draft Declaration | AC, WP | 266 |
| DEXPRIV005352 | DEXPRIV005360 | English | Court submission | 4/5/2001 | J. Verbist | | | Draft Declaration | AC, WP | 266 |
| DEXPRIV005399 | DEXPRIV005400 | Dutch | Memo | 2/4/2002 | K. van Riet | | | Memorandum providing legal advice re Radial financing | AC, WP | 274 |
| DEXPRIV005401 | DEXPRIV005402 | Dutch | Memo | 2/4/2002 | K. van Riet | | | Memorandum providing legal advice re LHIC financing. | AC, WP | 274 |
| DEXPRIV005455 | DEXPRIV005455 | Dutch | Letter | 10/20/2000 | Banque Artesia Nederland NV | | | Draft letter transmitted for the purpose of obtaining legal advice re loan settlement. | AC, WP | 278 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005474 | DEXPRIV005477 | Dutch | Email | | P. Cordonnier | | | Undated email providing and reflecting legal advice re restructuring of L&H financing, pledge, L&H financial situation, loan settlement. | AC, WP | 279 |
| DEXPRIV005507 | DEXPRIV005508 | Dutch | Memo | 2/4/2002 | K van Riet | | | Memorandum providing legal advice re LHIC financing. | AC, WP | 280 |
| DEXPRIV005509 | DEXPRIV005509 | Dutch | Email | 9/24/2002 | C. Windey | DBB LOG/Arch CZ PZ Kant | | Email transmitting request for information by an attorney to base legal advice upon re loan settlement. | AC, WP | 280 |
| DEXPRIV005509 | DEXPRIV005509 | Dutch | Email | 9/24/2002 | L. van Herreweghe | DBB LOG/Zele KrDos ArchBeh | | Email with marginalia, requesting information on behalf of an attorney to base legal advice upon re loan settlement | AC, WP | 280 |
| DEXPRIV005553 | DEXPRIV005553 | Dutch | Email | 10/26/2002 | L. van Herreweghe | DBB LOG/Zele KrDos ArchBeh | B. Lamiroy | Email requesting information at the request of an attorney re L&H litigation | AC, WP | 282 |
| DEXPRIV005562 | DEXPRIV005562 | Dutch | Chart | | | | | Undated chart, with marginalia reflecting the mental impressions of an attorney, transmitted to attorney for the purpose of obtaining legal advice re same. | AC, WP | 283 |
| DEXPRIV005563 | DEXPRIV005563 | Dutch | Wire | | | | | Wire order, with marginalia reflecting the mental impressions of an attorney, re loan settlement. | AC, WP | 283 |
| DEXPRIV005565 | DEXPRIV005565 | Dutch | Email | 10/26/2002 | L. van Herreweghe | DBB LOG/Arch CZ PZ Kant | | Email transmitting request for information at the request of an attorney re L&H litigation, with marginalia indicating action undertaken by archive. | AC, WP | 283 |
| DEXPRIV005565 | DEXPRIV005565 | Dutch | Email | 10/26/2002 | L. van Herreweghe | DBB LOG/Zele KrDos ArchBeh | B. Lamiroy | Email requesting information at the request of an attorney re L&H litigation. | AC, WP | 283 |
| DEXPRIV005581 | DEXPRIV005581 | Dutch | Chart | | | | | Undated chart transmitted to attorney for the purpose of obtaining legal advice re L&H relationship. | AC, WP | 284 |
| DEXPRIV005583 | DEXPRIV005584 | Dutch | Chart | | | | | Spreadsheet transmitting information requested by an attorney to base legal advice upon re L&H relationship. | AC, WP | 284 |
| DEXPRIV005590 | DEXPRIV005608 | Dutch, French | Chart | 6/26/2003 | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | 284 |
| DEXPRIV005609 | DEXPRIV005611 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005612 | DEXPRIV005612 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005613 | DEXPRIV005614 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia | AC, WP | 285 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005623 | DEXPRIV005630 | Dutch | Chart | | | | | reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005632 | DEXPRIV005635 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005636 | DEXPRIV005639 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | 285 |
| DEXPRIV005640 | DEXPRIV005643 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | 285 |
| DEXPRIV005644 | DEXPRIV005647 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005648 | DEXPRIV005651 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005652 | DEXPRIV005654 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005656 | DEXPRIV005659 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | 286 |
| DEXPRIV005661 | DEXPRIV005662 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | 286 |
| DEXPRIV005674 | DEXPRIV005674 | Dutch | Memo | | | | | Memorandum, with marginalia reflecting the mental impressions of an attorney, providing legal advice re criminal investigation. | AC, WP | 286 |
| DEXPRIV005675 | DEXPRIV005675 | Dutch | Memo | 2/4/2002 | K. van Riet | | | Memorandum providing legal advice re Radial financing. | AC, WP | 286 |
| DEXPRIV005677 | DEXPRIV005678 | Dutch | Memo | 2/4/2002 | K. van Riet | | | Memorandum providing legal advice re LHIC financing. | AC, WP | 286 |
| DEXPRIV005987 | DEXPRIV005987 | Dutch | Email | 9/26/2002 | L. van Herreweghe | DBB LOG/Zele KrDos ArchBeh | B. Lamiroy | Email requesting information at the request of an attorney re L&H litigation. | AC, WP | 294 |
| DEXPRIV006308 | DEXPRIV006312 | English | Court Submission | 11/7/2002 | E. Ellinger | | | Draft Expert witness report re loan repayment. | AC, WP | 301 |
| DEXPRIV006332 | DEXPRIV006337 | English | Agreement | 12/22/2000 | Artesia Bank NV, L&H Investment Company | | | Draft agreement reflecting the mental impressions of an attorney, re LHIC investment portfolio. | AC, WP | 302 |
| DEXPRIV006338 | DEXPRIV006343 | English | Agreement | 12/22/2000 | Artesia Bank NV, L&H Investment Company | | | Draft agreement reflecting the mental impressions of an attorney, re LHIC investment portfolio. | AC, WP | 302 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006344 | DEXPRIV006345 | English | Agreement | 12/22/2000 | Artesia Bank NV, L&H Investment Company | | | Draft agreement reflecting the mental impressions of an attorney, re LHIC investment portfolio. | AC, WP | 302 |
| DEXPRIV006351 | DEXPRIV006352 | English | Agreement | 12/22/2000 | Artesia Bank NV, L&H Investment Company | | | Draft agreement, with marginalia reflecting the mental impressions of an attorney, re LHIC investment portfolio. | AC, WP | 302 |
| DEXPRIV006353 | DEXPRIV006358 | English | Agreement | 12/22/2000 | Artesia Bank NV, L&H Investment Company | | | Draft agreement, with marginalia reflecting the mental impressions of an attorney, re LHIC investment portfolio. | AC, WP | 302 |
| DEXPRIV006359 | DEXPRIV006361 | Dutch | Email | | | | | Incomplete email, likely sent by van Riet, transmitting legal advice re LHIC investment portfolio | AC, WP | 302 |
| DEXPRIV006413 | DEXPRIV006414 | Dutch | Minutes | 5/8/2001 | B. Lamiroy | | | Minutes of telephone conference providing legal advice re restructuring of L&H financing. | AC, WP | 305 |
| DEXPRIV006454 | DEXPRIV006455 | Dutch | Report | 8/18/2003 | S. Ryelandt | | | Report of meeting reflecting the mental impression of an attorney re loan security. | WP | 307 |
| DEXPRIV006505 | DEXPRIV006505 | English | Letter | | KBC Bank | | | Letter providing information at the request of an attorney re Creditors' Committee. | WP | 311 |
| DEXPRIV006721 | DEXPRIV006740 | French | Agreement | 2/2/1998 | Banque Paribas Belgique SA, Paribas Brussels Branch | | | Draft services agreement requested by an attorney to base legal advice upon re delivery of shares | AC, WP | 325 |
| DEXPRIV006787 | DEXPRIV006828 | Dutch | Court Submission | 04/25/2002 | P. Colle | | | Draft answer. | WP | 328 |
| DEXPRIV007452 | DEXPRIV007452 | Dutch | Handwritten notes | | "Barbara" | "Bernard" | | Undated handwritten notes transmitting credit proposal requesting legal advice or at the request of an attorney, re ELCS seizure | AC, WP | 345 |
| DEXPRIV007453 | DEXPRIV007461 | Dutch | Chart | 2/01/2001 | BACOB Bank NV | | | Credit analysis prepared at the request of an attorney re ELCS seizure | AC, WP | 345 |
| DEXPRIV007474 | DEXPRIV007474 | Dutch | Chart | | Dexia Credit Risk Management | | | Chart attached to draft memorandum, submitted to an attorney for the purpose of obtaining legal advice re ELCS seizure | AC, WP | 346 |
| DEXPRIV007481 | DEXPRIV007484 | English | Memo | 4/05/2001 | T. Zink | The Bank Group | | Memorandum providing legal advice re U.S. L&H litigation | AC, WP | 346 |
| DEXPRIV007485 | DEXPRIV007506 | English | Memo | 9/19/2001 | T. Zink, S. Rivera | The Bank Group | | Memorandum providing legal advice re restructuring of L&H financing and U.S. litigation | AC, WP | 347 |
| DEXPRIV007559 | DEXPRIV007563 | English | Memo | 6/25/2001 | H. Seife, | The Bank | | Memorandum providing legal advice re | AC, WP | 348 |

- 13 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007565 | DEXPRIV007566 | English | Memo | 7/17/2001 | T. Zink | The Bank Group | | Memorandum providing legal advice re Dictaphone financing | AC, WP | 350 |
| DEXPRIV007666 | DEXPRIV007666 | English | Fax | 6/15/2001 | T. Zink | The Bank Group | | Fax, with attachment, providing legal advice re Dictaphone | AC, WP | 352 |
| DEXPRIV007667 | DEXPRIV007706 | English | Memo | 6/25/2001 | Chadbourne & Parke | The Bank Group | | Memorandum providing legal advice re Dictaphone | AC, WP | 352 |
| DEXPRIV007746 | DEXPRIV007746 | English | Memo | 2/20/2002 | S. Rivera | The Bank Group | | Memorandum providing legal advice re restructuring Dictaphone | AC, WP | 359 |
| DEXPRIV007916 | DEXPRIV007917 | English | Email | | J. Verbist | | | Email without header information, providing legal advice re Creditors' Committee | AC, WP | 361 |
| DEXPRIV007936 | DEXPRIV007936 | English | Chart | | | | | Chart, prepared at the request of an attorney, re Dictaphone debt | AC, WP | 371 |
| DEXPRIV007941 | DEXPRIV007941 | English | Chart | | | | | Chart, prepared at the request of an attorney, re Dictaphone financing | AC, WP | 372 |
| DEXPRIV007946 | DEXPRIV007948 | English | Chart | 12/06/2002 | Chadbourne & Parke | | | Chart prepared by an attorney and providing legal advice re L&H bankruptcy | AC, WP | 372 |
| DEXPRIV007943 | DEXPRIV007945 | English | Fax | 12/06/2002 | T. Zink, C. Rivera | The Bank Group | | Fax providing legal advice re L&H bankruptcy | AC, WP | 372 |
| DEXPRIV008020 | DEXPRIV008020 | | Fax | 12/7/2000 | Legal Department | | | Fax transmission report with image of first page of fax transmitting legal advice. Incomplete document | AC, WP | 379 |
| DEXPRIV008036 | DEXPRIV008039 | English | Letter | | | | | Undated letter to LHSP reflecting the mental impressions of an attorney re restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 381 |
| DEXPRIV008062 | DEXPRIV008062 | English | Fax | | KBC Bank | | | Page 2 of fax reflecting legal advice and request for legal advice re composition agreement and restructuring of L&H financing | AC, WP | 382 |
| DEXPRIV008085 | DEXPRIV008086 | English | Memorandum | 1/27/2001 | T. Zink | The Bank Group | | Memorandum providing legal advice re L&H bankruptcy and litigation strategy | AC, WP | 383 |
| DEXPRIV008107 | DEXPRIV008112 | English | Memorandum | 11/5/2002 | T. Zink | The Bank Group | | Memorandum providing legal advice re L&H bankruptcy and repayment of loan | AC, WP | 387 |
| DEXPRIV008254 | DEXPRIV008254 | English | Memorandum | 6/14/2001 | F. Vazquez | The Bank Group | | Memorandum providing legal advice re L&H bankruptcy | AC, WP | 398 |
| DEXPRIV008282 | DEXPRIV008285 | English | Fax | 4/5/2001 | T. Zink | The Bank Group | | Fax providing legal advice re L&H litigation proceedings | AC, WP | 404 |
| DEXPRIV008307 | DEXPRIV008307 | English | Fax | 3/06/2001 | T. Zink | The Bank Group | | Fax providing legal advice re L&H litigation proceedings | AC, WP | 410 |
| DEXPRIV008319 | DEXPRIV008322 | English | Fax | 2/8/2001 | T. Zink | The Bank Group | | Fax providing legal advice re sale of assets | AC, WP | 413 |
| DEXPRIV008325 | DEXPRIV008326 | English | Fax | 1/27/2001 | T. Zink | The Bank Group | | Fax providing legal advice re L&H bankruptcy and repayment of loan | AC, WP | 413 |
| DEXPRIV008405 | DEXPRIV008406 | English | Memorandum | 1/5/2001 | J. Verbist | The Banks | | Memorandum providing legal advice re restructuring of L&H financing and L&H bankruptcy | AC, WP | 423 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008361 | DEXPRIV008361 | English | Fax | 12/6/2000 | DeBandt, Vanhecke, Lagae & Loesch | | | Incomplete fax providing legal advice re L&H bankruptcy litigation proceedings | AC, WP | 419 |
| DEXPRIV008523 | DEXPRIV008525 | English | Memorandum | 5/17/2001 | Chadbourne & Parke | The Bank Group | | Memorandum providing legal advice re L&H bankruptcy proceedings | AC, WP | 430 |
| DEXPRIV008553 | DEXPRIV008558 | Dutch | Memorandum | | DeBandt Vanhecke Lagae & Loesch | | | Undated memorandum providing legal advice re insider trading | AC, WP | 430 |
| DEXPRIV008559 | DEXPRIV008562 | Dutch | Memorandum | | DeBandt Vanhecke Lagae & Loesch | | | Undated memorandum providing legal advice re insider trading | AC, WP | 430 |
| DEXPRIV008650 | DEXPRIV008653 | Dutch | Chart | 4/9/2003 | Dexia Bank NV | Legal Department | | Chart drafted at the request of an attorney re loan settlement | AC, WP | 432 |
| DEXPRIV008954 | DEXPRIV008954 | French | Fax | | Linklaters Alliance | | | Part of faxes of Linklaters Alliance of 3/1/2001, 3/2/2001 and illegible date, last sent "26 Mar", re loan settlement | AC, WP | 440 |
| DEXPRIV009137 | DEXPRIV009139 | French | Memorandum | 1/14/2003 | Linklaters de Bandt | | | Memorandum, with marginalia reflecting the mental impressions of an attorney, providing legal advice re Belgian bankruptcy law. Incomplete document | AC, WP | 443 |
| DEXPRIV009186 | DEXPRIV009196 | English | Memorandum | 4/13/1999 | H. Seife | | | Memorandum providing legal advice re U.S. Bankruptcy law | AC, WP | 443 |
| DEXPRIV009284 | DEXPRIV009300 | Dutch | Memorandum | 7/15/2003 | S. Ryelandt | | | Memorandum, with attachment, providing legal advice re litigation strategy | AC, WP | 443 |
| DEXPRIV009301 | DEXPRIV009314 | Dutch | Memorandum | 7/15/2003 | S. Ryelandt | | | Memorandum, with attachment, providing legal advice re litigation strategy, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 443 |
| DEXPRIV009348 | DEXPRIV009353 | Dutch | Memorandum | 1/5/2001 | K. Herbots, P. van Tiggel | | | Memorandum with marginalia reflecting the mental impressions of an attorney re ELCS. Incomplete document | AC, WP | 444 |

- 15 -