**Exhibit K**

## CHART OF INDIVIDUALS IN DEXIA'S PRIVILEGE LOGS WHO ARE NOT IDENTIFIED IN DEXIA'S DISCLOSURES AND RESPONSES TO INTERROGATORIES OR OTHERWISE RECOGNIZEABLE BY PLAINTIFFS' COUNSEL

| | Attorney | | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|---|
| | Yes / No | | |
| B. Asscherix | | | |
| F. Azoulay | | | |
| B. Baldwin | | | |
| S. Barfi | | | |
| L. Barrett | | | |
| I. Bastin | | | |
| B. Beau | | | |
| J. Bekaert | | | |
| D. Bennaroch | | | |
| R. Beyens | | | |
| A. Bidoul | | | |
| Biemond | | | |
| B. Biesemans | | | |
| E. Billen | | | |
| B. Bisson | | | |
| J. Blomkwist | | | |
| M. Blommaert | | | |

| | Attorney | | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|---|
| | | Yes / No | |
| J. Blumberg | | | |
| T. Bockelandt | | | |
| R. Boublil | | | |
| M. Boudewijns | | | |
| J. Bouquet | | | |
| M. Breesch | | | |
| R. Buehler | | | |
| J. Capiaux | | | |
| M. Cerliez | | | |
| D. Chan | | | |
| B. Cheo | | | |
| I. Chia | | | |
| T. Chuan | | | |
| J. Cieters | | | |
| S. Cimalore | | | |
| T. Claes | | | |
| P. Claude | | | |
| H. Colle | | | |
| B. Constant | | | |
| V. Coomaraswamy | | | |

| | Attorney | | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|---|
| | | Yes / No | |
| R. Coppens | | | |
| A. Coussee | | | |
| J. Croock | | | |
| M. Curran | | | |
| P. Daems | | | |
| D. Dams | | | |
| F. Daneels | | | |
| A. Darc | | | |
| J. Davignon | | | |
| M. Debaveye | | | |
| D. de Bleser | | | |
| M. Decamps | | | |
| L. de Foer | | | |
| A. de Leon | | | |
| K. Delerue | | | |
| F. Deleurere | | | |
| S. de Loecker | | | |
| F. Delplace | | | |
| C. Delvaux | | | |
| C. de Marnix | | | |

| | Attorney | | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|---|
| | | Yes / No | |
| N. de Mulder | | | |
| G. De Pestel | | | |
| F. de Potter | | | |
| J. de Ras | | | |
| J. Derijck | | | |
| A. de Roeck | | | |
| J. Deroo | | | |
| B. de Saedeleer | | | |
| K. de Schepper | | | |
| Despins | | | |
| I. de Temmerman | | | |
| J. de Vis | | | |
| F. de Vlieger | | | |
| S. Devos | | | |
| H. Deweirdt | | | |
| E. de Wever | | | |
| B. d'Hoore | | | |
| K. Diederich | | | |
| G. Dielissen | | | |
| C. Dillen | | | |

| | Attorney | | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|---|
| | | Yes / No | |
| P. D'Outreppe | | | |
| J. Duplat | | | |
| E. Ellinger | | | |
| Eulemine | | | |
| R. Eykens | | | |
| D. Eylenbosch | | | |
| T. Fiers | | | |
| H. Fledderus | | | |
| S. Formica | | | |
| B. Foster | | | |
| J. Frattini | | | |
| S. Frei | | | |
| M. Funck | | | |
| J. Gallagher | | | |
| G. Ganey | | | |
| B. Gavage | | | |
| J. Geeroms | | | |
| C. Gentinne | | | |
| C. Geys | | | |
| C. Goicoechea | | | |

| | Attorney<br><br><br>Yes / No | | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|---|
| D. Golden | | | |
| A. Goossens | | | |
| R. Haas | | | |
| W. Haeck | | | |
| A. Haelman | | | |
| S. Haliburton | | | |
| D. Hart | | | |
| K. Herbots | | | |
| Y. Herikx | | | |
| C. Heylen | | | |
| S. Heyvaert | | | |
| C. Ho | | | |
| J. W. Hoevers | | | |
| T. Hoffman | | | |
| P. Holla | | | |
| S. Hulpiau | | | |
| E. Huyghe | | | |
| H. Huylebroaeck | | | |
| M. Jacquemin | | | |
| S. Janaway | | | |

| | Attorney<br><br>Yes / No | | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|---|
| F. Jauneau | | | |
| C. Jennes | | | |
| H. Jespers | | | |
| P. Jeyaretnam | | | |
| L. Jones | | | |
| Joris | | | |
| M. Kaiser | | | |
| M. Kalff | | | |
| R. Keong | | | |
| I. Keuller | | | |
| C. Keutgen | | | |
| P. Kinsch | | | |
| F. Kremer | | | |
| M. Kunnen | | | |
| H. Laenens | | | |
| H. Lamb | | | |
| J. Lametz | | | |
| A. Landis | | | |
| L. Lanoye | | | |
| H. Lasat | | | |

| | Attorney<br><br>Yes / No | | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|---|
| D. Leclercq | | | |
| R. Leder | | | |
| C. Lefrancq | | | |
| B. Lejeune | | | |
| N. Le Masurier | | | |
| D. Leys | | | |
| H. Liemen | | | |
| W. Lievens | | | |
| M. Loesch | | | |
| S. Loosveld | | | |
| B. Louvigny | | | |
| A. Louwrier | | | |
| I. Luypaert | | | |
| K. Macours | | | |
| K. Maes | | | |
| K. Makowski | | | |
| P. Marnef | | | |
| E. Matthews | | | |
| M. Meert | | | |
| P. Mendez | | | |

| | Attorney | | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|---|
| | | Yes / No | |
| M. Menting | | | |
| G. Merckx | | | |
| E. Mertol | | | |
| L. Mesuere | | | |
| X. Michel | | | |
| D. Mintjens | | | |
| M. Mithoff | | | |
| B. Morison | | | |
| M. Moulan | | | |
| R. Nachtegaele | | | |
| L. Nees | | | |
| J. Nelissen Grade | | | |
| R. Olson | | | |
| E. Ooi | | | |
| M. Oostens | | | |
| J. Page | | | |
| J. Palstra | | | |
| P. Peeters | | | |
| U. Pommee | | | |
| E. Ponnet | | | |

| | Attorney | | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|---|
| | | Yes / No | |
| N. Poppe | | | |
| L. Powell | | | |
| C. Preaux | | | |
| S. Prins | | | |
| G. Quaghebeur | | | |
| Y. Queck | | | |
| M. Querton | | | |
| G. Ramaut | | | |
| A. Ramay | | | |
| D. Raskin | | | |
| C. Rivera | | | |
| M. Robberechts | | | |
| A. Roberts | | | |
| J. Rome | | | |
| A. Rosenblatt | | | |
| S. Ryelandt | | | |
| C. Schneider | | | |
| K. Schodts | | | |
| F. Segui | | | |
| C. Selleslagh | | | |

| | Attorney | | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|---|
| | | Yes / No | |
| F. Sercu | | | |
| C. Serfilippi | | | |
| H. Seife | | | |
| D. Sioen | | | |
| J. Sjocrona | | | |
| J. Skrzypczak | | | |
| E. Spirmont | | | |
| M. Starquit | | | |
| L. Stoop | | | |
| C. Sunt | | | |
| N. Syson | | | |
| M. Tanghe | | | |
| E. Teunkens | | | |
| T. Chuan Thye | | | |
| J. Tibaux | | | |
| R. Tinari | | | |
| E. Tong | | | |
| K. Trevethan | | | |
| K. Troch | | | |
| C. Ulenaers | | | |

| | Attorney<br><br>Yes / No | | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|---|
| M. van Acker | | | |
| A. van Belle | | | |
| K. van Daele | | | |
| S. Vandecapelle | | | |
| J. vanden Abeele | | | |
| S. Vandenbosch | | | |
| J. Vandensteen | | | |
| G. van der Eecken | | | |
| A. van der Vliet | | | |
| Y. Vandewynckel | | | |
| D. van Gerven | | | |
| J. van Hees | | | |
| L. van Herreweghe | | | |
| P. van Herwegen | | | |
| H. van Hille | | | |
| J. van Holsbeek | | | |
| M. van Huffelen | | | |
| D. van Huychem | | | |
| P. van Huyck | | | |
| V. van Isterdael | | | |

| | Attorney<br><br><br>Yes / No | | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|---|
| J. Vankeerberghen | | | |
| B. van Kerckhoven | | | |
| J. van Loock | | | |
| C. van Lysebeth | | | |
| H. van Mierlo | | | |
| J. van Niel Schuuren | | | |
| N. van Puyvelde | | | |
| P. van Raemdonck | | | |
| F. van Steenwinkel | | | |
| P. Vanwing | | | |
| F. Vazquez | | | |
| G. Vekeman | | | |
| J. Verbist | | | |
| V. Vercaigne | | | |
| M. Verfaellie | | | |
| L. Verlhust | | | |
| J. Verlinden | | | |
| P. Vermeiren | | | |
| C. Vincke | | | |
| I. Volders | | | |

|  | Attorney<br><br><br><br>Yes / No | | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|---|
| D. Waebens |  |  |  |
| C. Waerzeggers |  |  |  |
| M. Wagemakers |  |  |  |
| G. Wauters |  |  |  |
| L. Whiddon |  |  |  |
| V. Willems |  |  |  |
| G. Wilmet |  |  |  |
| R. Wood |  |  |  |
| J. Wuytack |  |  |  |
| T. Zink |  |  |  |