# EXHIBIT A

Case 1:04-cv-10477-PBS   Document 146-2   Filed 06/30/2006   Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>    Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>    Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>    Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10501 (PBS) |

**DECLARATION OF STEVEN B. SINGER IN SUPPORT OF RESPONSE TO DEXIA BANK BELGIUM'S MOTION TO COMPEL A COMPLETE RESPONSE TO ITS SECOND SET OF INTERROGATORIES TO BAKER, FILLER AND STONINGTON PLAINTIFFS**

STEVEN B. SINGER, declares pursuant to 28 U.S.C. § 1746 that:

1.    I am a member of the law firm Bernstein Litowitz Berger & Grossman LLP, which represents Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund L.P., and Stonington Holdings, L.L.C. (collectively, the "Stonington Plaintiffs") in the above-captioned action *Stonington v. Dexia, S.A.*, No.: 04-CV-10411-PBS. On May 16, 2005 the Court granted leave for me to appear *pro hac vice* in that action. Unless

otherwise indicated, I have personal knowledge of the matters addressed in this declaration. I am over the age of 18 and am fully competent to testify.

2. I submit this declaration in response to Defendant Dexia Bank Belgium's Motion to Compel a Complete Response to its Second Set of Interrogatories to Baker, Filler and Stonington Plaintiffs (the "Motion").

3. Stonington Plaintiffs have objected to providing, and have withheld, information responsive to Dexia Bank Belgium's Second Set of Interrogatories to the Stonington Plaintiffs only to the extent that they are contractually obligated to KPMG LLP to maintain certain information in confidence. Apart from complying with their contractual obligations, Stonington Plaintiffs do not oppose the Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of June 2006.

/s/Steven B. Singer
Steven B. Singer
N.Y. Atty Reg. # 2454684

2