# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.),<br><br>    Defendants. | Civil Action No.:  04-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.),<br><br>    Defendants. | Civil Action No.:  04-10477 (PBS) |

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.),<br><br>    Defendants. | Civil Action No.:  04-10501 (PBS) |

**CERTIFICATE OF SERVICE**

        I hereby certify under penalty of perjury that on July 14, 2006, I caused a true and correct copies of Dexia's Motion Seeking Leave to File a Reply Memorandum In Support of its Motion to Compel a Complete Response to its Second Set of Interrogatories dated July 14, 2006 and Reply Memorandum of Law In Support dated July 14, 2006 to be served upon the parties shown below:

*BY MAIL*

*Sheila Barrett, Esq.*
**Davis Polk & Wadwell**
450 Lexington Avenue
New York, NY 10017

Dated:  New York, New York
       July 14, 2006

                                                /s/ Damien A. Morris
                                                Damien A. Morris