**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,     Plaintiffs,        v. DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),     Defendants. | No.:  04-CV-10477 (PBS) |

**CERTIFICATE OF SERVICE**

SUSAN M. DAVIES, hereby certifies that:

1.      Plaintiffs' Motion to Compel Dexia Bank Belgium to Respond to Plaintiffs' First Request for Admissions and Supplemental Interrogatories or in the Alternative for Leave Pursuant to Local Rule 26.1(c);

2.      Memorandum of Law in Support of Plaintiffs' Motion to Compel Dexia Bank Belgium to Respond to Plaintiffs' First Request for Admissions and Supplemental Interrogatories or in the Alternative for Leave Pursuant to Local Rule 26.1(c); and

3.      Declaration of Patrick L. Rocco in Support of Plaintiffs' Motion to Compel Dexia Bank Belgium to Respond to Plaintiffs' First Request for Admissions and Supplemental Interrogatories or in the Alternative for Leave Pursuant to Local Rule 26.1(c), together with exhibits thereto,

have been filed in the above-captioned action today through the ECF system, which filing constitutes service of the documents upon all registered ECF users as identified on the Notice of Electronic Filing (NEF).  A paper copy of each of the documents has been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

_____/s/ Susan M. Davies_____
N.Y. Attorney Registration # 2413508