UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>    Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>    Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10501 (PBS) |

**DECLARATION OF SUSAN M. DAVIES IN OPPOSITION TO
DEXIA BANK BELGIUM'S MOTION FOR JUDGMENT ON THE PLEADINGS**

SUSAN M. DAVIES, declares pursuant to 28 U.S.C. § 1746 that:

1. I am a member of the Gregory P. Joseph Law Offices LLC, which represents Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust in the above-captioned action *Filler v. Dexia, S.A.*, No. 04-CV-10477-PBS. On June 13, 2005, the Court granted leave for me to appear *pro hac vice* in that action. Unless otherwise indicated, I have personal knowledge of the matters addressed in this declaration. I am over the age of 18 and am fully competent to testify.

2. I submit this declaration on behalf of the plaintiffs in the above-captioned actions ("Dragon Plaintiffs") in opposition to Defendant Dexia Bank Belgium's Motion for Judgment on the Pleadings.

3. Annexed hereto as **Exhibit A** is a true and correct copy of the final order of the United States District Court for the Southern District of New York dismissing *Filler v. Hanvit Bank*, 01 Civ. 9510 (MGC) with prejudice. This order, which is dated November 1, 2004, was entered on November 3, 2004.

4. Annexed hereto as **Exhibit B** is a true and correct copy of the final order of the United States District Court for the Southern District of New York dismissing *Baker v. Hanvit Bank*, 02 Civ. 8251 (MGC) (S.D.N.Y.) with prejudice. This order, which is dated November 1, 2004, was entered on November 3, 2004.

5. Annexed hereto as **Exhibit C** is a true and correct copy of the unpublished decision and summary order of the United States Court of Appeals for the Second Circuit in *Filler v. Hanvit Bank*, No. 04-6295-cv and *Baker v. Hanvit Bank*, No. 04-6719-cv.

6. Annexed hereto as **Exhibit D** is a true and correct copy of the answer of Defendant Dexia Bank Belgium served and filed in the above-captioned *Filler v. Dexia, S.A.*, No. 04-CV-10477 (PBS) on or about March 24, 2005.

7. Annexed hereto as **Exhibit E** is a true and correct copy of the answer of Defendant Dexia Bank Belgium served and filed in the above-captioned *Baker v. Dexia, S.A.*, No. 04-CV-10501 (PBS) on or about March 24, 2005.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of July 2006.

/s/ Susan M. Davies
Susan M. Davies
N.Y. Attorney Registration # 2413508