**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>    Plaintiffs,<br>        v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>    Plaintiffs,<br>        v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10501 (PBS) |

**CERTIFICATE OF SERVICE**

SUSAN M. DAVIES, hereby certifies that:

1.  Dragon Plaintiffs' Memorandum of Law in Opposition to Dexia Bank Belgium's Motion for Judgment on the Pleadings dated July 20, 2006; and

2.  Declaration of Susan M. Davies in Opposition to Dexia Bank Belgium's Motion for Judgment on the Pleadings executed on July 20, 2006, together with exhibits thereto,

have been filed in the above-captioned action today through the ECF system, which filing constitutes service of the documents upon all registered ECF users as identified on the Notice of Electronic Filing (NEF). A paper copy of each of the documents has been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

           /s/ Susan M. Davies
           N.Y. Attorney Registration # 2413508