# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO<br>and KARL LEIBINGER, on behalf of themselves<br>and those similarly situated,<br>      Plaintiffs,<br>      v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM<br>(formerly known as ARTESIA BANKING CORP., SA),<br>      Defendants. | No.:  03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware<br>Corporation, STONINGTON CAPITAL<br>APPRECIATION 1994 FUND L.P., a Delaware<br>Partnership and STONINGTON HOLDINGS, L.L.C., a<br>Delaware limited liability company,<br>      Plaintiffs,<br>      v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM<br>(formerly known as ARTESIA BANKING CORP., SA),<br>      Defendants. | No.:  04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN,<br>Trustees of the TRA Rights Trust,<br>      Plaintiffs,<br>      v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM<br>(formerly known as ARTESIA BANKING CORP., SA),<br>      Defendants. | No.:  04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC<br>and JMBAKER LLC,<br>      Plaintiffs,<br>      v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM<br>(formerly known as ARTESIA BANKING CORP., SA),<br>      Defendants. | No.:  04-CV-10501 (PBS) |

**PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE PORTION OF THE JULY 10, 2006 ORDER DENYING PLAINTIFFS' MOTION TO COMPEL DEXIA BANK BELGIUM TO PRODUCE PIET CORDONNIER FOR DEPOSITION**

Pursuant to Local Rule 7.1, Plaintiffs in the above-captioned actions seek reconsideration of a limited portion of the Memorandum And Order On Plaintiffs' Joint Motion To Compel Depositions Of Dexia Bank Belgium issued by Magistrate Judge Collings on July 10, 2006 (the "Order", attached hereto as **Exhibit A**).  Plaintiffs' solely seek reconsideration of that portion of the Order which denies Plaintiffs' request to take the deposition testimony of Piet Cordonnier.

As demonstrated in the accompanying Memorandum and Declaration, through documents translated and depositions taken since the filing of Plaintiffs' motion, Plaintiffs have developed additional facts which, Plaintiffs respectfully submit, will satisfy this Court's reservations about compelling Mr. Cordonnier's testimony via a Rule 30 notice as a managing agent of Dexia Bank Belgium.

In support of this motion, Plaintiffs file the accompanying Memorandum Of Law and Declaration of Allison K. Jones.

WHEREFORE, Plaintiffs respectfully request that this Court reconsider it July 10, 2006 Order and compel the deposition testimony of Mr. Cordonnier.

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), Plaintiffs' counsel certifies that on July 24, 2006, they conferred in good faith with opposing counsel regarding Plaintiffs' motion for reconsideration. The conference did not eliminate the need for this motion, nor did it narrow the issues raised.

Dated:  July 24, 2006                                          Respectfully submitted,


                                          BERMAN DEVALERIO PEASE
                                          TABACCO BURT & PUCILLO


                                          _____/s/ Allison K. Jones_____
                                          Glen DeValerio, BBO # 122010
                                          Patrick T. Egan, BBO # 637477
                                          (pegan@bermanesq.com)

Allison K. Jones, BBO # 654804
One Liberty Square
Boston, MA 02109
Telephone:  (617) 542-8300

**SHALOV STONE & BONNER LLP**
James P. Bonner
Patrick L. Rocco
485 Seventh Avenue, Suite 10000
New York, New York 10018
Telephone:  (212) 239-4340

**CAULEY BOWMAN CARNEY & WILLIAMS PLLC**
Allen Carney
11001 Executive Center Drive, Suite 200
Little Rock, Arkansas 72212
Telephone:  (501) 312-8500

*Co-lead Counsel to Class Plaintiffs*
*Hans A. Quaak, Karl Leibinger and Attilio Po*

**BERNSTEIN LITOWITZ BERGER &**
**GROSSMANN LLP**

<u>/s/ Avi Josefson</u>
Max W. Berger
Steven B. Singer
Avi Josefson
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 554-1400

**LOONEY & GROSSMAN LLP**
Richard J. Grahn, BBO #206620
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone:  (617) 951-2800

*Counsel to Plaintiffs Stonington Partners, Inc.,*
*Stonington Capital Appreciation 1994 Fund L.P.*
*and Stonington Holdings L.L.C.*

**GREGORY P. JOSEPH LAW OFFICES LLC**

_____/s/ Susan M. Davies_____
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
805 Third Avenue, 31st Floor
New York, NY  10022
Telephone:  (212) 407-1200

**KOTIN, CRABTREE & STRONG**
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone:  (617) 227-7031

*Counsel to Plaintiffs Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust*

**PARTRIDGE, ANKNER & HORSTMAN LLP**

_____/s/ Terence K. Ankner_____
Terence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone:  (617) 859-9999

**BOIES SCHILLER & FLEXNER**
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida  32801
Telephone:  (407) 425-7118

**REED SMITH LLP**
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone:  (215) 851-8100

*Counsel to Plaintiffs Janet Baker, James Baker, JKBaker LLC and JMBaker LLC.*