UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br>        Plaintiffs,<br>                v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>        Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>        Plaintiffs,<br>                v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>        Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>        Plaintiffs,<br>                v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>        Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>        Plaintiffs,<br>                v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>        Defendants. | No.: 04-CV-10501 (PBS) |

CERTIFICATE OF SERVICE

I, Susan M. Davies, hereby certify that the:

1.      Plaintiffs' Motion For Reconsideration of the Portion of the July 10, 2006 Order

Denying Plaintiffs' Motion to Compel Dexia Bank Belgium to Produce Piet Cordonnier; and

2.     Motion for Leave to File Documents In Support of Plaintiffs' Motion for Reconsideration of Portion of July 10, 2006 Order Under Seal

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 24, 2006.  Paper copies of the documents to be filed under seal, which were not electronically filed, but are subject to the above-referenced motion for leave to file under seal, have been sent via DHL for next day delivery to:

| | |
|---|---|
| James B. Weidner | Peter M. Saparoff |
| Jeff E. Butler | Mintz, Levin, Cohn, Ferris, Glovsky & Popeo |
| Clifford Chance US LLP | One Financial Center |
| 31 West 52nd Street | Boston, MA 02111 |
| New York, NY 10019-6131 | |

Dated:  July 24, 2006

/s/ Susan M. Davies
N.Y. Attorney Registration # 2413508