**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br>    Plaintiffs,<br>        v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>    Plaintiffs,<br>        v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>    Plaintiffs,<br>        v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>    Plaintiffs,<br>        v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10501 (PBS) |

**OMNIBUS NOTICE OF FILING WITH CLERK'S OFFICE**

**ATTN: CLERK TO HONORABLE JUDGE COLLINGS:**

**"CONFIDENTIAL INFORMATION"**

Pursuant to the Court's electronic order entered July 13, 2006 in the above-captioned *Filler v. Dexia, S.A.*, No. 04-CV-10477 (PBS) granting motions to seal Docket Nos. 107, 127, and 138, Plaintiffs Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust, hereby give notice that on July 21, 2006, the following documents were filed under seal in the above-captioned *Quaak v. Dexia, S.A.*, No. 03-CV-11566 (PBS):

- Declaration of Susan M. Davies in Support of Plaintiffs' Motion to Compel the Depositions of Defendant Dexia Bank Belgium Through Jean-Paul Cloes, Catherine DeCoutere, Ivan DeCoen, Joris Van Helleputte, and Nadia Van Hove (filed under seal as No. 03-CV-11566(PBS) Docket No. 313)

- Exhibits G—O to the Declaration of Patrick T. Egan in Support of Plaintiffs' Counsel's Motion for Protective Order (filed under seal as No. 03-CV-11566(PBS) Docket No. 314)

- Plaintiffs' Memorandum of Law in Opposition to Dexia Bank Belgium's Motion for a Protective Order Preventing Depositions of Axel Miller and Stefan Decraene (filed under seal as No. 03-CV-11566(PBS) Docket No. 315)

- Declaration of Susan M. Davies in Opposition to Dexia Bank Belgium's Motion for a Protective Order Preventing Depositions of Axel Miller and Stefan Decraene (filed under seal as No. 03-CV-11566(PBS) Docket No. 316)

- Exhibits B—G to Plaintiffs' Request for International Judicial Assistance (Letters Rogatory) (filed under seal as No. 03-CV-11566(PBS) Docket No. 317)

Dated:   August 4, 2006

                      Respectfully submitted,

                      GREGORY P. JOSEPH LAW OFFICES LLC
                          /s/ Susan M. Davies
                      Gregory P. Joseph, N.Y. Atty Reg. #1645852
                      Susan M. Davies, N.Y. Atty Reg. #2413508
                      (sdavies@josephnyc.com)
                      805 Third Avenue, 31st Floor
                      New York, NY  10022
                      Telephone:  (212) 407-1200

KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031

**COUNSEL TO PLAINTIFFS GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust**

### CERTIFICATE OF SERVICE

I hereby certify that this document will be filed through the ECF system, which filing will constitute service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF). A paper copy of this document has been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

/s/ Susan M. Davies
Susan M. Davies
N.Y. Attorney Registration # 2413508