UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>    Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>    Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>    Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10501 (PBS) |

**NOTICE OF SUPPLEMENTAL WRITTEN QUESTIONS
OF STONINGTON, FILLER, AND BAKER PLAINTIFFS
TO BE APPENDED TO LETTERS ROGATORY**

1.     Plaintiffs Stonington Partners, Inc., Stonington Capital Appreciation 1994

Fund L.P., Stonington Holdings, L.L.C., Gary B. Filler and Lawrence Perlman, Trustees

of the TRA Rights Trust, and Janet Baker, James Baker, JK Baker LLC and JM Baker

LLC ("Transactional Plaintiffs") hereby submit supplemental written questions for René

Avonts and Geert Dauwe concerning L&H's acquisition of Dictaphone Corporation and

Dragon Systems, Inc. to be appended to the letters rogatory prepared by Plaintiffs and Dexia Bank Belgium.

    2.    Transactional Plaintiffs shall move contemporaneously herewith to file such written questions, designated Exhibit B-3 (Avonts) and Exhibit C-3 (Dauwe), under seal.

Dated:   August 14, 2006

    Respectfully submitted,

    BERNSTEIN LITOWITZ BERGER &
      GROSSMANN LLP
    /s/ Avi Josefson
    Max W. Berger
    Steven B. Singer
    Avi Josefson (avi@blbglaw.com)
    1285 Avenue of the Americas
    New York, NY 10019
    Telephone:  (212) 554-1400

    LOONEY & GROSSMAN LLP
    Richard J. Grahn, BBO #206620
    Charles P. Kindregan, BBO #554947
    101 Arch Street
    Boston, MA 02110
    Telephone:  (617) 951-2800

**COUNSEL TO PLAINTIFFS STONINGTON PARTNERS, INC., STONINGTON CAPITAL APPRECIATION 1994 FUND L.P. AND STONINGTON HOLDINGS L.L.C.**

    GREGORY P. JOSEPH LAW OFFICES LLC
    /s/ Susan M. Davies
    Gregory P. Joseph, N.Y. Atty Reg. #1645852
    Susan M. Davies, N.Y. Atty Reg. #2413508
    (sdavies@josephnyc.com)
    805 Third Avenue, 31st Floor
    New York, NY  10022
    Telephone:  (212) 407-1200

KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031

**COUNSEL TO PLAINTIFFS GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust**


PARTRIDGE, ANKNER & HORSTMAN LLP
　　　/s/ Terrence K. Ankner
Terrence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone: (617) 859-9999
BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida 32801
Telephone: (407) 425-7118
REED SMITH LLP
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone: (215) 851-8100

**COUNSEL TO PLAINTIFFS JANET BAKER, JAMES BAKER, JKBAKER LLC and JMBAKER LLC,**

3

## CERTIFICATE OF SERVICE

      I hereby certify that this document will be filed through the ECF system, which filing will constitute service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF). A paper copy of this document has been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

                                                   /s/ Susan M. Davies
                                     Susan M. Davies, N.Y. Atty Reg. #2413508