EXHIBIT 2

## EXHIBIT 2 – RE-DIRECT EXAMINATION

### Redirect Examination of René Avonts – Exhibit B-2

415.    Referring back to Question 344, do you recall considering whether L&H would use the Dictation Consortium transaction to violate GAAP?  If you testified in response to Question 344 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

416.    Referring back to Question 345, do you recall considering whether L&H would use the Dictation Consortium transaction to recognize revenue improperly?  If you testified in response to Question 345 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

417.    Referring back to Question 346, do you recall considering whether L&H would use the Dictation Consortium transaction to mislead investors in L&H securities?  If you testified in response to Question 346 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

418.    Referring back to Question 364, do you recall considering whether L&H would use the BTG transaction to violate GAAP?  If you testified in response to Question 364 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

419.     Referring back to Question 365, do you recall considering whether L&H would use the BTG transaction to recognize revenue improperly?   If you testified in response to Question 365 that you had a belief, please state the basis for your belief at the time.  Has your belief changed? If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

420.     Referring back to Question 366, do you recall considering whether L&H would use the BTG transaction to mislead investors in L&H securities?  If you testified in response to Question 366 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

421.     Referring back to Question 368, do you recall considering whether L&H wanted to comply with US GAAP rules?  If you testified in response to Question 368 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

422.     Referring back to Questions 369-370 and your answers to those questions, please explain the basis for your answers.

423.     Referring back to Question 383, do you recall considering whether the LDCs funded by Radial were going to develop translation software?  If you testified in response to Question 383 that you had a belief, please state the basis for your belief at the time.  Has your belief changed? If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

424.    Referring back to Question 384, do you recall considering whether the LDCs funded by Radial needed a license from L&H before doing any development work?  If you testified in response to Question 384 that you had an understanding, please state the basis for your understanding at the time.  Has your understanding changed?  If so, please detail when and how your understanding changed, including all facts or circumstances that lead to your change in understanding.

425.    Referring back to Question 385, do you recall considering whether L&H would use the Radial transaction to violate GAAP?  If you testified in response to Question 385 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

426.    Referring back to Question 386, do you recall considering whether L&H would use the Radial transaction to recognize revenue improperly?  If you testified in response to Question 386 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

427.    Referring back to Question 387, do you recall considering whether L&H would use the Radial transaction to mislead investors in L&H securities? If you testified in response to Question 387 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

428.    Referring back to Question 392, do you recall considering whether the LDCs funded by LIC were going to develop translation software?  If you testified in response to Question 392 that

you had a belief, please state the basis for your belief at the time. Has your belief changed? If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

429.     Referring back to Question 393, do you recall considering whether the LDCs funded by LIC needed a license from L&H before doing any development work? If you testified in response to Question 393 that you had an understanding, please state the basis for your understanding at the time. Has your understanding changed? If so, please detail when and how your understanding changed, including all facts or circumstances that lead to your change in understanding.

430.     Referring back to Question 394, do you recall considering whether L&H would use the LIC transaction to violate GAAP? If you testified in response to Question 394 that you had a belief, please state the basis for your belief at the time. Has your belief changed? If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

431.     Referring back to Question 395, do you recall considering whether L&H would use the LIC transaction to recognize revenue improperly? If you testified in response to Question 395 that you had a belief, please state the basis for your belief at the time. Has your belief changed? If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

432.     Referring back to Question 396, do you recall considering whether L&H would use the LIC transaction to mislead investors in L&H securities? If you testified in response to Question 396 that you had a belief, please state the basis for your belief at the time. Has your belief

changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

433.    Referring back to Question 399, do you recall considering whether L&H would use the $20 Million Loan transaction to violate GAAP?  If you testified in response to Question 399 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

434.    Referring back to Question 400, do you recall considering whether L&H would use the $20 Million Loan transaction to recognize revenue improperly?  If you testified in response to Question 400 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

435.    Referring back to Question 401, do you recall considering whether L&H would use the $20 Million Loan transaction to mislead investors in L&H securities?  If you testified in response to Question 401 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

*Please turn your attention to Exhibit 21 and refer back to question 405 and your answer thereto:*

436.    If you answered yes to Question 405, please identify anyone from Artesia Securities involved in the draft of Exhibit 21.  Did Laurence Govaert work for Artesia Securities?  Did he report to you?  If no, to whom did he report? Did Marc Sauerman work for Artesia Securities? Did he report to you? If no, to whom did he report? Can you identify the handwriting on DBB 126053?

*Please turn your attention to Exhibit 26 and refer back to question 409 and your answer thereto:*

437.    Who is Michael Wand? Did he report to you?  If not, to whom did he report? Did Mr. Wand prepare analyst reports for all of Paribas as a whole entity (not just a branch office)?  Was it the custom or usual practice at Artesia Securities for an analyst of a branch office to prepare analyst reports for the firm as whole?  If not, why is this?  Was it Mr. Wand's duty and/or responsibility to prepare analyst reports for Paribas as a whole entity or just for the Paribas London office? Was Exhibit 26 disseminated to other Paribas offices for their use?  Was Exhibit 26 disseminated to the Paribas Belgium office for its use?

438.    Referring to back Question 367 and your answer to that question, please state the basis for you understanding, if any, of the purpose of the BTG project?

439.    Referring back to Question 373 and your answer to that question, do you recall considering whether Exhibit 8 indicated to you that L&H was seeking to violate US GAAP?   If you testified "no" to Question 373, please state the basis for your answer?

440.    Referring back to Question 374 and your answer to that question, do you recall considering whether Exhibit 8 indicated to you that L&H was seeking to violate US SEC regulations?   If you testified "no" to Question 374, please state the basis for your answer?

441.    Referring back to Question 375 and your answer to that question, do you recall considering whether Exhibit 9 indicated to you that L&H was seeking to violate US GAAP?   If you testified "no" to Question 375, please state the basis for your answer?

442.    Referring back to Question 376 and your answer to that question, do you recall considering whether Exhibit 9 indicated to you that L&H was seeking to violate US SEC regulations?   If you testified "no" to Question 376, please state the basis for your answer?

443.    Referring back to Question 377 and your answer to that question, do you recall considering whether Exhibit 10 indicated to you that L&H was seeking to violate US GAAP?   If you testified "no" to Question 377, please state the basis for your answer?

444.    Referring back to Question 378 and your answer to that question, do you recall considering whether Exhibit 10 indicated to you that L&H was seeking to violate US SEC regulations?   If you testified "no" to Question 378, please state the basis for your answer?

445.    Please provide the basis for your answers to Questions 379 to 382.

446.    Referring back to Question 403, please explain your own understanding of the word "control"?

447.    Referring back to Question 408 and your answer to that question, who, if anyone, at Artesia Bank or Artesia Securities was responsible for distributing Exhibit 23?

## Redirect Examination of Geert Dauwe – Exhibit C-2

608.    Referring back to Question 542, do you recall considering whether L&H would use the Dictation Consortium transaction to violate GAAP?  If you testified in response to Question 542 that you had a belief, please state the basis for your belief at the time.  Has your belief changed? If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

609.    Referring back to Question 543, do you recall considering whether L&H would use the Dictation Consortium transaction to recognize revenue improperly?  If you testified in response to Question 543 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

610.    Referring back to Question 544, do you recall considering whether L&H would use the Dictation Consortium transaction to mislead investors in L&H securities?  If you testified in response to Question 544 that you had a belief, please state the basis for your belief at the time. Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

611.    Referring back to Questions 549-550 and your answers to those questions, please explain the basis for your answers.

612.    Referring back to Questions 570-71 and your answers to those questions, please explain the basis for your answers.

613.    Referring back to Question 572, do you recall considering whether L&H would use the BTG transaction to violate US GAAP?  If you testified in response to Question 572 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please

detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

614.    Referring back to Question 573, do you recall considering whether L&H would use the BTG transaction to recognize revenue improperly?  If you testified in response to Question 573 that you had a belief, please state the basis for your belief at the time.  Has your belief changed? If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

615.    Referring back to Question 574, do you recall considering whether L&H would use the BTG transaction to mislead investors in L&H securities?  If you testified in response to Question 574 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

616.    Referring back to Question 576, do you recall considering whether L&H wanted to comply with US GAAP rules in connection with the BTG transaction?  If you testified in response to Question 576 that you had a belief, please state the basis for your belief at the time. Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

617.    Referring back to Questions 577-78 and your answers to those questions, please explain the basis for your answers.

618.    Referring back to Question 583, do you recall considering whether the LDCs funded by Radial were going to develop translation software?  If you testified in response to Question 583 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?

If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

619.     Referring back to Question 584, do you recall considering whether the LDCs funded by Radial needed a license from L&H before doing any development work?  If you testified in response to Question 584 that you had a belief, please state the basis for your belief at the time. Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

620.     Referring back to Question 585, do you recall considering whether L&H would use the Radial transaction to violate US GAAP?  If you testified in response to Question 585 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

621.     Referring back to Question 586, do you recall considering whether L&H would use the Radial transaction to recognize revenue improperly?  If you testified in response to Question 586 that you had a belief, please state the basis for your belief at the time.  Has your belief changed? If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

622.     Referring back to Question 587, do you recall considering whether L&H would use the Radial transaction to mislead investors in L&H securities? If you testified in response to Question 587 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

623.    If you testified in response to Question 598 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

624.    If you testified in response to Question 599 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

625.    Referring back to Question 600, do you recall considering whether L&H would use the transaction to violate US GAAP?  If you testified in response to Question 600 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

626.    Referring back to Question 601, do you recall considering whether L&H would use the transaction to recognize revenue improperly?  If you testified in response to Question 601 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

627.    Referring back to Question 602, do you recall considering whether L&H would use the transaction to mislead investors in L&H securities?  If you testified in response to Question 602 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

628.    Referring back to Question 605, do you recall considering whether L&H would use the transaction to violate US GAAP?  If you testified in response to Question 605 that you had a

belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

629.    Referring back to Question 606, do you recall considering whether L&H would use the transaction to recognize revenue improperly?  If you testified in response to Question 606 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

630.    Referring back to Question 607, do you recall considering whether L&H would use the transaction to mislead investors in L&H securities?  If you testified in response to Question 607 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

**Redirect of Patrick Faict – Exhibit E-2**

110.    Referring back to Question 72 and 73, do you recall considering whether L&H would use the transaction to violate US GAAP and to recognize revenue improperly?  If you testified in response to Question 72 and 73 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

111.    Referring back to Question 74, do you recall considering whether L&H would use the transaction to mislead investors in L&H securities?  If you testified in response to Question 74 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

112.    Referring back to Questions 77-78 and your answers to those questions, please explain the basis for your answers.

113.    Referring back to Question 89, do you recall considering whether L&H would use the transaction to violate US GAAP?  If you testified in response to Question 89 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

114.    Referring back to Question 90, do you recall considering whether L&H would use the transaction to recognize revenue improperly?  If you testified in response to Question 90 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

115.    Referring back to Question 91, do you recall considering whether L&H would use the transaction to mislead investors in L&H securities?  If you testified in response to Question 91 that you had a belief, please state the basis for your belief at the time.  Has your belief changed? If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

116.    If you testified in response to Question 96 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

117.    If you testified in response to Question 97 that you had an understanding, please state the basis for your understanding at the time.  Has your understanding changed?  If so, please detail when and how your understanding changed, including all facts or circumstances that lead to your change in understanding.

118.    Referring back to Question 98, do you recall considering whether L&H would use the transaction to violate US GAAP?  If you testified in response to Question 98 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

119.    Referring back to Question 99, do you recall considering whether L&H would use the transaction to recognize revenue improperly?  If you testified in response to Question 99 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

120.    Referring back to Question 100, do you recall considering whether L&H would use the transaction to mislead investors in L&H securities?  If you testified in response to Question 100 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

**Redirect of Jan Van Broeckhoven – Exhibit F-2**

115.    Referring back to Question 98 and 99, do you recall considering whether L&H would use the transaction to violate US GAAP and to recognize revenue improperly?  If you testified in response to Question 98 and 99 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

116.    Referring back to Question 100, do you recall considering whether L&H would use the transaction to mislead investors in L&H securities?  If you testified in response to Question 100 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

117.    Referring back to Question 112, do you recall considering whether L&H would use the transaction to violate US GAAP?   If you testified in response to Question 112 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

118.    Referring back to Question 113, do you recall considering whether L&H would use the transaction to recognize revenue improperly?  If you testified in response to Question 113 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

119.    Referring back to Question 114, do you recall considering whether L&H would use the transaction to mislead investors in L&H securities?  If you testified in response to Question 114

that you had a belief, please state the basis for your belief at the time.  Has your belief changed?

If so, please detail when and how your belief changed, including all facts or circumstances that

lead to your change in belief.

120.    Referring back to Questions 102-103 and your answers to those questions, please explain

the basis for your answers.

**Redirect of Jan Van Der Ven – Exhibit G-2**

198.    If you testified in response to Question 157 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

199.    If you testified in response to Question 158 that you had an understanding, please state the basis for your understanding at the time.  Has your understanding changed?  If so, please detail when and how your understanding changed, including all facts or circumstances that lead to your change in understanding.

200.    Referring back to Question 159, do you recall considering whether L&H would use the transaction to violate US GAAP?  If you testified in response to Question 159 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

201.    (a)  Referring back to Question 160, do you recall considering whether L&H would use the transaction to recognize revenue improperly?  If you testified in response to Question 160 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

   (b)  Referring back to Question 161, do you recall considering whether L&H would use the transaction to mislead investors in L&H securities?  If you testified in response to Question 161 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

202.    If you testified in response to Question 174 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

203.    If you testified in response to Question 175 that you had an understanding, please state the basis for your understanding at the time.  Has your understanding changed?  If so, please detail when and how your understanding changed, including all facts or circumstances that lead to your change in understanding.

204.    Referring back to Question 176, do you recall considering whether L&H would use the transaction to violate US GAAP?  If you testified in response to Question 176 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

205.    Referring back to Question 177, do you recall considering whether L&H would use the transaction to recognize revenue improperly?  If you testified in response to Question 177 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

206.    Referring back to Question 178, do you recall considering whether L&H would use the transaction to mislead investors in L&H securities?  If you testified in response to Question 178 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

207.    Referring back to Question 186, do you recall considering whether L&H would use the transaction to violate US GAAP?  If you testified in response to Question 186 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

208.    Referring back to Question 187, do you recall considering whether L&H would use the transaction to recognize revenue improperly? If you testified in response to Question 187 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

209.    Referring back to Question 188, do you recall considering whether L&H would use the transaction to mislead investors in L&H securities?  If you testified in response to Question 188 that you had a belief, please state the basis for your belief at the time.  Has your belief changed? If so, please detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

210.    If you testified in response to Question 190 that you had an understanding, please state the basis for your understanding at the time.  Has your understanding changed?  If so, please detail when and how your understanding changed, including all facts or circumstances that lead to your change in understanding.

211.    Referring back to Question 191, do you recall considering whether L&H would use the transaction to violate US GAAP?  If you testified in response to Question 191 that you had a belief, please state the basis for your belief at the time.  Has your belief changed?  If so, please

detail when and how your belief changed, including all facts or circumstances that lead to your change in belief.

212.    Referring back to Questions 192-93 and your answers to those questions, please explain the basis for your answers.