UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>Defendant. | No.: 03-CV-11566 (PBS) |

## CERTIFICATE OF SERVICE

I, Allison K. Jones hereby certify that Plaintiffs' Response to the Notice of Written Questions of Dexia Bank Belgium To Be Appended to Request for International Judicial Assistance (Letters Rogatory) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 14, 2006

/s/ Allison K. Jones
Allison K. Jones