# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br>　　　Plaintiffs,<br>　　　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　　Defendants. | No.:  03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>　　　Plaintiffs,<br>　　　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　　Defendants. | No.:  04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>　　　Plaintiffs,<br>　　　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　　Defendants. | No.:  04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>　　　Plaintiffs,<br>　　　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　　Defendants. | No.:  04-CV-10501 (PBS) |

## JOINT MOTION TO EXTEND THE DEADLINES FOR
## EXPERT DISCOVERY AND MOTIONS FOR SUMMARY JUDGMENT

Plaintiffs in the above-captioned actions and Defendant Dexia Bank Belgium ("Dexia"), file this joint motion to extend the deadlines for expert discovery and motions for summary judgment in the above-captioned actions. The parties respectfully request that this Court amend the current scheduling order dated June 5, 2006 for the limited purpose of extending the deadlines for expert discovery and any motions for summary judgment by two months to allow for the conclusion of Court-ordered discovery and the analysis of that discovery by the parties' designated experts. In support of this motion, the parties state as follows:

1.      On June 5, 2006, the Court entered an order amending the scheduling order, establishing the following deadlines for expert discovery and motions for summary judgment:

**August 31, 2006**:    Deadline For Expert Reports Concerning Any Matters For Which Any Party Bears The Burden Of Proof.

**October 15, 2006**:    Deadline For Rebuttal Expert Reports

**November 22, 2006**:  Deadline For The Completion Of Expert Depositions

**December 22, 2006**:  Deadline For Any Motion For Summary Judgment

2.      Despite the close of fact discovery on June 16, 2006, several discovery motions remained pending after that date. In particular, the Court has ordered an additional four depositions to date, which are currently either scheduled for September or likely to be scheduled for September/early October. Similarly, the Court has overruled Dexia's objection to the production of documents related to Artesia Securities, which will result in the production of additional documents by Dexia by the end of this month. In addition, there are discovery motions still pending before the Court that could result in additional depositions.

3.      In order to complete this remaining discovery, and to allow the parties' experts sufficient time to review that discovery, the parties submit that this Court should allow for a brief

2

extension of expert discovery by two months.  The parties submit that such an extension is preferable over the costly and time-intensive alternative of having experts continually supplement and update their reports based on new depositions and evidence.

4.     As a result of this requested extension for the deadline for expert reports, the parties submit the deadlines for expert depositions and motions for summary judgment likewise should be extended.  Given the December holidays, the parties have agreed to a slightly longer extension of time for expert depositions (69 days), with the deadline for motions for summary judgment to occur one month thereafter.  Under the proposed schedule these cases will still be on track for a pre-trial conference early in the New Year.

**WHEREFORE**, the parties jointly request that this Court extend the deadlines for expert discovery and motions for summary judgment as follows:

**October 31, 2006**:     Deadline For Expert Reports Concerning Any Matters For Which Any Party Bears The Burden Of Proof;

**December 15, 2006**:  Deadline For Rebuttal Expert Reports;

**January 31, 2007**:     Deadline For The Completion Of Expert Depositions;

**February 28, 2007**:   Deadline For Any Motion For Summary Judgment.

Dated:  August 17, 2006                          Respectfully submitted,


                                                 **BERMAN DEVALERIO PEASE**
                                                 **TABACCO BURT & PUCILLO**

                                                 _____/s/ Patrick T. Egan_____
                                                 Glen DeValerio, BBO # 122010
                                                 Patrick T. Egan, BBO # 637477
                                                 (pegan@bermanesq.com)
                                                 Allison K. Jones, BBO # 654804
                                                 One Liberty Square
                                                 Boston, MA 02109
                                                 Telephone:  (617) 542-8300

                                                 **SHALOV STONE & BONNER LLP**
                                                 James P. Bonner
                                                 Patrick L. Rocco
                                                 485 Seventh Avenue, Suite 10000
                                                 New York, New York 10018
                                                 Telephone:  (212) 239-4340

                                                 **CAULEY BOWMAN CARNEY & WILLIAMS PLLC**
                                                 Allen Carney
                                                 11001 Executive Center Drive, Suite 200
                                                 Little Rock, Arkansas 72212
                                                 Telephone:  (501) 312-8500

                                                 *Co-lead Counsel to Class Plaintiffs*
                                                 *Hans A. Quaak, Karl Leibinger and Attilio Po*

**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**

/s/ Avi Josefson
Max W. Berger
Steven B. Singer
Avi Josefson
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 554-1400

**LOONEY & GROSSMAN LLP**
Richard J. Grahn, BBO #206620
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone:  (617) 951-2800

*Counsel to Plaintiffs Stonington Partners, Inc.,
Stonington Capital Appreciation 1994 Fund L.P. and
Stonington Holdings L.L.C.*

**GREGORY P. JOSEPH LAW OFFICES LLC**

/s/ Susan M. Davies
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
805 Third Avenue, 31st Floor
New York, NY  10022
Telephone:  (212) 407-1200

**KOTIN, CRABTREE & STRONG**
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone:  (617) 227-7031

*Counsel to Plaintiffs Gary B. Filler and Lawrence
Perlman, Trustees of the TRA Rights Trust*

PARTRIDGE, ANKNER & HORSTMAN LLP

_____/s/ Terence K. Ankner_____
Terence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone:  (617) 859-9999

BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida  32801
Telephone:  (407) 425-7118

REED SMITH LLP
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone:  (215) 851-8100

**Counsel to Plaintiffs Janet Baker, James Baker, JKBaker LLC and JMBaker LLC.**

**MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO**


/s/    Breton Leone-Quick
Peter M. Saparoff (BBO # 441740)
Breton Leone-Quick (BBO # 655571)
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

**CLIFFORD CHANCE US LLP**
James W. Weidner
Jeff E. Butler
31 West 52nd Street
New York, NY 10019-6131
Tel: (212) 878-8000
Fax: (212) 878-8375

***Counsel For Defendant, Dexia Bank Belgium***