# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br>　　　Plaintiffs,<br>　　　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　　Defendants. | No.:  03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>　　　Plaintiffs,<br>　　　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　　Defendants. | No.:  04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>　　　Plaintiffs,<br>　　　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　　Defendants. | No.:  04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>　　　Plaintiffs,<br>　　　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　　Defendants. | No.:  04-CV-10501 (PBS) |

## CERTIFICATE OF SERVICE

SUSAN M. DAVIES, hereby certifies that:

1.　　　A Joint Motion to Extend the Deadlines for Expert Discovery and Motions

for Summary Judgment dated August 17, 2006 has been filed in the above-captioned

*Filler v. Dexia, S.A.,* No. 04-CV-10477-PBS today through the ECF system, which filing

constitutes service of the document upon all registered ECF users as identified on the

Notice of Electronic Filing (NEF).

      2.    A true and correct paper copy of the document has been mailed in

accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the

NEF as electronic recipients.

      3.    A true and correct copy of the document also has been to be served by

electronic mail and First Class Mail, postage prepaid, upon the following counsel at the

electronic and postal addresses indicated below:

Anthony M. Feeherry (afeeherry@goodwinprocter.com)
Goodwin Procter LLP
Exchange Place, 53 State Street
Boston, Massachusetts  02109-2881
**Counsel for Jozef Lernout**

Donald H. Chase (dchase@mcsw.com)
Morrison Cohen LLP
909 Third Avenue
New York, New York  10022
**Counsel for Pol Hauspie and Nico Willaert**

William R. Moorman, Jr. (moorman@craigmacauley.com)
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts  02210
**Counsel for Gaston Bastiaens**

Dated: August 17, 2006
      New York, New York

                        _____/s/ Susan M. Davies_____
                        N.Y. Attorney Registration # 2413508