**BOIES,  SCHILLER  &  FLEXNER  LLP**

NEW YORK        WASHINGTON DC        FLORIDA        CALIFORNIA        NEW HAMPSHIRE

August 17, 2006

*Via ECF and FedEx*

The Honorable Patti B. Saris
United States District Court
  for the District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

      Re:    *Baker v. Dexia, S.A.*, No. 04-CV-10501-PBS
               *Filler v. Dexia, S.A.*, No. 04-CV-10477-PBS

Dear Judge Saris:

      I write on behalf of Plaintiffs in both of the above-captioned actions in reference to Stonington's letter to Your Honor dated August 16, 2006 regarding Stonington Plaintiffs' intention to amend their Complaint in the related action *Stonington Partners, Inc. v. Dexia, S.A.*, No. 04-10411-PBS. Along with the Stonington Plaintiffs, the Baker and Filler Plaintiffs are parties to the attached stipulation with Dexia Bank Belgium regarding the amendment of Plaintiffs' complaints. This is to inform the Court that Baker and Filler Plaintiffs also intend to amend their complaints on or before September 15, 2006, based on similar considerations and facts as those set forth in Stonington's letter.

      We appreciate Your Honor's consideration of this letter.

Respectfully,

*/s/ Karen C. Dyer*

Karen C. Dyer

Attachment
cc:    All counsel of record (w/ attachment)

255 SOUTH ORANGE AVENUE • ORLANDO, FL 32801 • PH. 407.425.7118 FAX 407.425.7047