UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>　　Defendants. | Civil Action No.: 04-10477 (PBS) |

## NOTICE OF APPEARANCE

Attorney Eóin P. Beirne of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111, hereby enters an appearance as counsel to defendant Dexia, S. A. in the above-referenced action.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　By their attorney,


　　　　　　　　　　　　　　　　　　　　 /s/ Eóin P. Beirne
　　　　　　　　　　　　　　　　　　　　Eóin P. Beirne, BBO # 660885
　　　　　　　　　　　　　　　　　　　　Mintz, Levin, Cohn, Ferris,
　　　　　　　　　　　　　　　　　　　　　　Glovsky and Popeo, P.C.
　　　　　　　　　　　　　　　　　　　　One Financial Center
　　　　　　　　　　　　　　　　　　　　Boston, MA 02111
　　　　　　　　　　　　　　　　　　　　(617) 542-6000

Dated:  August 23, 2006


CERTIFICATE OF SERVICE

　　　　I, Eóin P. Beirne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 23, 2006.

Dated:  August 23, 2006