**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br>          Plaintiffs,<br>     v.<br>DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>          Defendant. | No.:  03-CV-11566 (PBS) |

## CERTIFICATE OF SERVICE

I, Allison K. Jones, hereby certify that Plaintiffs' Memorandum in Opposition Dexia Bank Belgium's Motion to Compel Production of Certain "Issue Lists" Withheld as Work Product" "Redacted Version" filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies of the "Non-Redacted Version" will be hand delivered to:

1. Judge Patti B. Saris
**United States District Court**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

2. Magistrate Judge Collings
**United States District Court**
John Joseph Moakley U.S.
     Court House
1 Courthouse Way - Suite 2300
Boston, MA 02210

3. Peter M. Saparoff
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC**
One Financial Center
Boston, MA 02111

Paper copies of the "Non-Redacted Version" will mailed Overnight Mail to:

**1.** Jeff Butler, Esq.
**CLIFFORD CHANCE US LLP**
31 West 52nd Street
 New York, NY  10019-6131

Paper copies of the "Non-Redacted Version" will be sent to those indicated as non-registered participants by first class postage pre-paid mail.

August 25, 2006.                    /s/ Allison K. Jones

                                                                                       Allison K. Jones