# Exhibit C

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Patch, Christine entered on 3/14/2006 at 1:36 PM EST and filed on 3/13/2006
**Case Name:**     Quaak et al v. Dexia, S.A.
**Case Number:**     1:03-cv-11566
**Filer:**
**Document Number:**

**Docket Text:**
Judge Patti B. Saris : Electronic ORDER entered. ELECTRONIC ENDORSEMENT granting [147] MOTION for Leave to File *A Third Amended Complaint* filed by Hans A. Quaak,, Karl Leibinger,, Attilio Po. "After review of the opposition, I do not agree there has been undue delay in light of the voluminous document production in another language. However, I do not address here the futility argument, which involves complex legal issues better handled via a motion to dismiss." (Patch, Christine)

The following document(s) are associated with this transaction:


**1:03-cv-11566 Notice will be electronically mailed to:**

Jeffrey C Block     jblock@bermanesq.com, smelloul@bermanesq.com

Jeff E. Butler     jeff.butler@cliffordchance.com

Glen DeValerio     gdevalerio@bermanesq.com

Patrick T. Egan     pegan@bermanesq.com, vmcallister@bermanesq.com

Allison K. Jones     ajones@bermanesq.com, bdentremont@bermanesq.com

Breton T. Leone-Quick     bleone-quick@mintz.com

Patrick L. Rocco     procco@lawssb.com

Peter M. Saparoff     psaparoff@mintz.com

Nicole Robbins Starr    nstarr@!bermanesq.com, smelloul@bermanesq.com

**1:03-cv-11566 Notice will not be electronically mailed to:**

James B. Weidner
Clifford Chance US LLP
31West 52nd Street
New York, NY 10019-6131