UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>                              Plaintiffs,<br><br>          v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>                              Defendants. | No.:  04-CV-10477 (PBS) |

**NOTICE OF FILING WITH CLERK'S OFFICE**

**ATTN:  CLERK TO HONORABLE JUDGE COLLINGS:**

**"CONFIDENTIAL INFORMATION"**

Pursuant to Local Rule 7.2 and the Court's electronic order entered in the above-captioned action on September 25, 2006 granting Plaintiffs' Motion to Seal Exhibits B-3 and C-3 to Letters Rogatory, Docket No. 183, Plaintiffs hereby give notice that Exhibits B-3 and C-3 to Plaintiffs' Motion for Issuance of Request for International Judicial Assistance (Letters Rogatory) will be filed under seal.

Dated:    September 27, 2006

                                                Respectfully submitted,

                                                GREGORY P. JOSEPH LAW OFFICES LLC
                                                         /s/ Susan M. Davies
                                                Gregory P. Joseph, N.Y. Atty Reg. #1645852
                                                Susan M. Davies, N.Y. Atty Reg. #2413508
                                                (sdavies@josephnyc.com)
                                                805 Third Avenue, 31st Floor
                                                New York, NY  10022
                                                Telephone:  (212) 407-1200

KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031

**COUNSEL TO PLAINTIFFS GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust**

## CERTIFICATE OF SERVICE

I hereby certify that this document will be filed through the ECF system, which filing will constitute service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF). A paper copy of this document has been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

/s/ Susan M. Davies
Susan M. Davies
N.Y. Attorney Registration # 2413508

2