UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
---------------------------------------------------------- x
                                                           :
JANET BAKER AND JAMES BAKER,                               :
JKBAKER LLC and JMBAKER LLC,                               :
                                                           :
                                                           :
               Plaintiffs,                                 :
                                                           : Civil Action No.: 04-10501 (PBS)
       v.                                                  :
                                                           :
DEXIA, S.A. and DEXIA BANK BELGIUM                         :
(formerly known as ARTESIA BANKING                         :
CORP., S.A.),                                              :
                                                           :
                                                           :
               Defendants.                                 :
                                                           :
---------------------------------------------------------- x
                                                           :
GARY B. FILLER and LAWRENCE                                :
PERLMAN, Trustees of the TRA Rights Trust,                 :
                                                           :
                                                           :
               Plaintiffs,                                 :
                                                           : Civil Action No.: 04-10477 (PBS)
       v.                                                  :
                                                           :
DEXIA, S.A. and DEXIA BANK BELGIUM                         :
(formerly known as ARTESIA BANKING                         :
CORP., S.A.),                                              :
                                                           :
                                                           :
               Defendants.                                 :
                                                           :
---------------------------------------------------------- x
```

|  |  |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>            Plaintiffs,<br><br>      - against -<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.),<br><br>            Defendants. | Civil Action No.: 04-10501 (PBS) |

## MOTION TO ADMIT SHEILA VERA BARRETT PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), non-party KPMG LLP, through its counsel Kristin G. McGurn, a member of the Bar of the United States District Court for the District of Massachusetts, hereby moves the Court to admit Sheila Vera Barrett, *pro hac vice*. In support of this Motion, counsel states the following:

1.     Ms. Barrett[1] is an associate with the firm of Davis Polk & Wardwell, located at 450 Lexington Avenue, New York, New York 10017, and has been admitted to practice before the following courts in the years indicated:

>State of New York (2002);
>U.S. District Court, Southern District of New York (2003); and
>Eastern District of New York (2003).

---

[1] Ms. Barrett was admitted and formerly known by her maiden name, Sheila Vera Flynn.

2.	On information and belief, Ms. Barrett is a member in good standing of all courts to which she has been admitted; is eligible to practice before said courts; is not currently suspended, disbarred, or the subject of any disciplinary proceeding in any jurisdiction; and is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3.	In accordance with Local Rule 83.5.3(b), attached to this motion is a Certificate signed by Ms. Barrett, which confirms the facts set forth in paragraphs 1 and 2 above.

WHEREFORE, KPMG LLP respectfully moves that Sheila Vera Barrett be permitted to appear and practice before this Court in the above captioned matter. Payment of the requisite fee has been submitted to the Clerk of the Court.

Dated: September 29, 2006	Respectfully submitted,

KPMG LLP,

	/s/ Kristin G. McGurn
Kevin J. Lesinski (BBO #554140)
Kristin G. McGurn (BBO #559687)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

**Certificate of Service**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party electronically and by first-class mail on September 29, 2006.

/s/ Kristin G. McGurn

3

BO1 15803411.1