UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| JANET BAKER AND JAMES BAKER, JKBAKER LLC and JMBAKER LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.), <br><br> Defendants. | Civil Action No.: 04-10501 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust, <br><br> Plaintiffs, <br><br> v. <br><br> DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.), <br><br> Defendants. | Civil Action No.: 04-10477 (PBS) |

BO1 15803423.1

———————————————————————— x
STONINGTON PARTNERS, INC., a :
Delaware Corporation, STONINGTON :
CAPITAL APPRECIATION 1994 FUND :
L.P., a Delaware Partnership and :
STONINGTON HOLDINGS, L.L.C., a :
Delaware limited liability company, :
: Civil Action No.: 04-10501 (PBS)
            Plaintiffs, :
:
       - against - :
:
DEXIA, S.A. and DEXIA BANK BELGIUM :
(formerly known as ARTESIA BANKING :
CORP., S.A.), :
:
            Defendants. :
:
———————————————————————— x

### CERTIFICATE OF SHEILA VERA BARRETT
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Sheila Vera Barrett, duly sworn on oath states as follows:

1. I am an associate with the firm Davis Polk & Wardwell, which is located at 450 Lexington Avenue, New York, New York 10017.

2. I have been admitted to practice before the following courts in the years indicated:

   State of New York (2002)

   Southern District of New York (2003)

   Eastern District of New York (2003)

3. I am an attorney in good standing and eligible to practice in the above-referenced courts. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

BO1 15803423.1

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 28th day of September, 2006.

*Sheila Vera Barrett*
Sheila Vera Barrett