UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>      Plaintiffs,<br><br>           v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>      Defendants. | No.:  04-CV-10477 (PBS) |

**REQUEST TO ENTER DEFAULT OF DEFENDANT DEXIA BANK BELGIUM
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a)**

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

Plaintiffs Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust ("Filler Plaintiffs"), request that the Clerk of this Court enter the default of Defendant Dexia Bank Belgium for failure to plead or otherwise defend in a timely manner, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This request is based on the Declaration of Susan M. Davies, filed contemporaneously herewith, which shows that:

1. The First Amended Complaint in this action was filed via the ECF system at or about 3:49 p.m. on October 13, 2006.  (Davies Decl. at ¶ 3 and Exhibit A.)

2. Defendant Dexia Bank Belgium has not served or filed an answer or other response to the First Amended Complaint.  (*Id.* at ¶ 4.)

3. The time within which Defendant Dexia Bank Belgium is permitted to plead or otherwise respond to the First Amended Complaint has expired.  (*Id.* at ¶ 5.)

4. Counsel for Filler Plaintiffs has met and conferred with counsel for Defendant Dexia Bank Belgium concerning this default, and has been unable to resolve this issue by agreement. (*Id.* at ¶ 6.)

WHEREFORE, Filler Plaintiffs respectfully request the Clerk of Court to forthwith enter the default of Defendant Dexia Bank Belgium in the above-captioned action.

Dated: November 9, 2006
New York, New York

>Respectfully submitted,
>
>GREGORY P. JOSEPH LAW OFFICES LLC
>         /s/ Susan M. Davies
>Gregory P. Joseph, N.Y. Atty Reg. #1645852
>Susan M. Davies, N.Y. Atty Reg. #2413508
>(sdavies@josephnyc.com)
>805 Third Avenue, 31st Floor
>New York, NY  10022
>Telephone: (212) 407-1200
>
>KOTIN, CRABTREE & STRONG
>Amy C. Mainelli, BBO #657201
>One Bowdoin Square
>Boston, MA 02114
>Telephone: (617) 227-7031
>
>**COUNSEL TO PLAINTIFFS
>GARY B. FILLER and LAWRENCE
>PERLMAN, Trustees of the TRA Rights Trust**

## CERTIFICATE OF SERVICE

      I hereby certify that this document will be filed through the ECF system, which filing will constitute service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF). A paper copy of this document has been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

                                                    /s/ Susan M. Davies
                                   Susan M. Davies, N.Y. Atty Reg. #2413508