UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10477 (PBS) |

**DECLARATION OF SUSAN M. DAVIES IN SUPPORT OF
REQUEST TO ENTER DEFAULT OF DEFENDANT DEXIA BANK BELGIUM**

SUSAN M. DAVIES, declares pursuant to 28 U.S.C. § 1746 that:

1. I am a member of the Gregory P. Joseph Law Offices LLC, which represents Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust ("Filler Plaintiffs") in the above-captioned action. On June 13, 2005, the Court granted leave for me to appear *pro hac vice* in this action. Unless otherwise indicated, I have personal knowledge of the matters addressed in this declaration. I am over the age of 18 and am fully competent to testify.

2. I submit this declaration in support of Filler Plaintiffs' request that the Clerk of Court enter the default of Defendant Dexia Bank Belgium ("Dexia") to Filler Plaintiffs' First Amended Complaint.

3. On October 13, 2006, at or about 3:49 p.m., pursuant to an order of the Court authorizing the filing of same, I filed the First Amended Complaint in the above-captioned action via the court's ECF system. A true and correct copy of the Notice of Electronic Filing of same is annexed hereto at **Exhibit A**.

4. Dexia has not served or filed an answer or other response to the First Amended Complaint.

5. The time within which Dexia is permitted to plead or otherwise respond to the First Amended Complaint expired on October 30, 2006.

6. I have met and conferred with Thomas Teige Carroll, Esq. of Clifford Chance US LLP concerning Dexia's failure to timely answer or respond to the First Amended Complaint. We were unable to reach agreement concerning a nunc pro tunc extension of Dexia's time to answer or respond.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York this 9th day of November 2006.

        /s/ Susan M. Davies
        Susan M. Davies, N.Y. Atty Reg. #2413508

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be filed through the ECF system, which filing will constitute service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF). A paper copy of this document has been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

        /s/ Susan M. Davies
        Susan M. Davies, N.Y. Atty Reg. #2413508

# EXHIBIT A

## Complaints and Other Initiating Documents

1:04-cv-10477-PBS Filler et al v. Dexia, S.A. et al

# United States District Court

# District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Davies, Susan entered on 10/13/2006 at 3:49 PM EDT and filed on 10/13/2006

**Case Name:** Filler et al v. Dexia, S.A. et al
**Case Number:** 1:04-cv-10477
**Filer:** Gary B. Filler
Lawrence Perlman
**Document Number:** 214

**Docket Text:**
AMENDED COMPLAINT against Dexia Bank Belgium, filed by Gary B. Filler, Lawrence Perlman. (Davies, Susan)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=10/13/2006] [FileNumber=1611854-0] [28a048e13579abd8610af8988b91839bd377419761634819de30b319a69f0cc2e454094c46a340ce36744d36893628c862d2a6d7b31d524a62c9d6236522e032]]

**1:04-cv-10477 Notice will be electronically mailed to:**

Sheila Vera Barrett     sheila.barrett@dpw.com

Eoin P. Beirne     ebeirne@mintz.com

Jeff E. Butler     jeff.butler@cliffordchance.com

Thomas Teige Carroll     thomas.carroll@cliffordchance.com

Susan M. Davies     sdavies@josephnyc.com

James W. Halter     james.halter@cliffordchance.com

Gregory P. Joseph     gjoseph@josephnyc.com

Nicholas M. Kelley     nkelley@kcslegal.com, jtrapp@kcslegal.com

Maryana A. Kodner     maryana.kodner@cliffordchance.com

Breton T. Leone-Quick     bleone-quick@mintz.com

David M. Lindsey     David.Lindsey@CliffordChance.com

Amy C. Mainelli     amainelli@kcslegal.com

Kristin G. McGurn     kmcgurn@seyfarth.com, dlittle@seyfarth.com

Kara Morrow     kara.morrow@cliffordchance.com, beverly.alcober@cliffordchance.com

Peter M. Saparoff     psaparoff@mintz.com

James B. Weidner     James.Weidner@CliffordChance.com

**1:04-cv-10477 Notice will not be electronically mailed to:**

Joel M. Cohen
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019-6131