UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10501 (PBS) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER TRANSACTIONAL PLAINTIFFS' FIRST AMENDED COMPLAINTS**

Defendant Dexia Bank Belgium ("Dexia") hereby respectfully moves this Court to grant an extension of time in which to file an answer to the First Amended Complaints ("FACs") filed by plaintiffs ("Transactional Plaintiffs") in the above-captioned actions. In support of this Motion, Dexia states as follows:

1. On October 13, 2006, the Court granted the Transactional Plaintiffs leave to file FACs.

2. Transactional Plaintiffs' FACs have been served on Dexia and filed in each of the above-captioned actions.

3. Dexia did not answer the FACs within the 10-day period provided by Rule 15(a). Through inadvertence, Dexia did not seek an extension from the Transactional Plaintiffs in which to answer the FACs until November 1, 2006. Transactional Plaintiffs sought to place certain conditions on the extension that were unacceptable to Dexia. Hence Transactional Plaintiffs have not agreed to this extension.

4. The FACs are voluminous. Stonington's FAC contains more than 300 paragraphs and fills 121 pages. While the majority of the Baker and Filler FACs are identical (the first 274 paragraphs in both FACs are the same), both FACs exceed 100 pages. Further, all three FACs make significant changes to the initial complaints, adding, redrafting, and moving allegations. Finally, all three FACs add a new cause of action under 20(a) of the Securities Exchange Act of 1934.

5. Because of these extensive changes, Dexia cannot easily or quickly adapt its initial Answers to the FACs.

6.	Accordingly, Dexia seeks an extension of the time in which to answer the FACs to December 1, 2006.

WHEREFORE, Dexia respectfully requests that this Court enter an order in each of the above-captioned actions granting Dexia an extension of time to answer the FACs to December 1, 2006.

Dated:  November 9, 2006

>	Respectfully submitted,
>
>	MINTZ LEVIN COHN FERRIS
>	GLOVSKY & POPEO
>
>	By: _/s/ Breton Leone-Quick_____
>	Peter M. Saparoff, Esq. (BBO#441740)
>	Breton Leone-Quick, Esq. (BBO#655571)
>	Eoin Beirne, Esq. (BBO#660885)
>
>	One Financial Center
>	Boston, MA 02111
>	Tel:	(617) 542-6000
>	Fax:	(617) 542-2241
>
>	James B. Weidner, Esq.
>	Thomas Teige Carroll, Esq.
>
>	CLIFFORD CHANCE US LLP
>	31 West 52nd Street
>	New York, NY 10019-6131
>	Tel:	(212) 878-8000
>	Fax:	(212) 878-8375
>
>	*Counsel for Dexia Bank Belgium*

2

**CERTIFICATION**

The above-signed counsel hereby certifies that, pursuant to Local Rule 7.1(A)(2), counsel for the parties have conferred and in good faith negotiated the issues within this motion but have failed to reach agreement on the issues relating to this motion.

**CERTIFICATE OF SERVICE**

I, Breton Leone-Quick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 9, 2006.

　/s/  Breton Leone-Quick　　　　　　　　　　　　　　　　　　Dated:  November 9, 2006