UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>    Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10477 (PBS) |

## CERTIFICATE OF SERVICE

SUSAN M. DAVIES, hereby certifies that the Plaintiffs' Response to (1) The Court's November 29, 2006 Request, and (2) Dexia's Objection to Magistrate Judge's November 6, 2006 Order on Plaintiffs' Counsel's Motion for Protective Order and Declaration of Patrick T. Egan dated December 5, 2006 (with Exhibits A-E) have been filed in the above-captioned action today through the ECF system, which filing constitutes service of the documents upon all registered ECF users as identified on the Notice of Electronic Filing (NEF). A paper copy of each of the documents has been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

Dated:  December 6, 2006
        New York, New York

                              /s/ Susan M. Davies
                              N.Y. Attorney Registration # 2413508