# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br>    Plaintiffs,<br>    v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>    Plaintiffs,<br>    v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>    Plaintiffs,<br>    v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>    Plaintiffs,<br>    v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10501 (PBS) |

**JOINT MOTION TO EXTEND THE DEADLINES FOR
EXPERT DISCOVERY AND MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs and Defendant Dexia Bank Belgium ("Dexia") file this joint motion to extend briefly the deadlines for expert discovery and motions for summary judgment. In support of this motion, the parties state as follows:

1. On December 7, 2006, the Court granted the parties' joint motion to extend the deadlines for expert discovery and motions for summary judgment, and established the following schedule for expert discovery and motions for summary judgment:

**December 20, 2006**: Deadline for Expert Reports Concerning any Matters for which any Party Bears the Burden of Proof.

**January 29, 2007**: Deadline for Rebuttal Expert Reports

**March 7, 2007**: Deadline for Completion of Expert Depositions

**April 4, 2007**: Deadline for any Motion for Summary Judgment[1]

2. The Parties have been working diligently with each of their respective experts to finalize the reports by the previously set deadline. The intervening holidays and coordination of experts' schedules around these holidays compels the Parties to seek a short two week extension to finalize the reports.

3. As a result of this requested extension for the deadline for expert reports, the parties submit the deadlines for expert depositions and motions for summary judgment likewise should be extended. Under the proposed schedule these cases will remain on track for a pre-trial conference by mid-2007.

---

[1] The Parties previously agreed to a short two-day extension by which to exchange expert reports, but now seek an extension of the full schedule by two weeks plus these two days.

**WHEREFORE**, the parties jointly request that this Court extend the deadlines for expert discovery and motions for summary judgment as follows:

  **January 5, 2007**:  Deadline for Expert Reports Concerning any Matters for which any Party Bears the Burden of Proof.

  **February 16, 2007**: Deadline for Rebuttal Expert Reports

  **March 23, 2007**:  Deadline for Completion of Expert Depositions

  **April 20, 2007**:  Deadline for any Motion for Summary Judgment

Dated:  December 19, 2006      Respectfully submitted,

                **BERMAN DEVALERIO PEASE**
                **TABACCO BURT & PUCILLO**

                  /s/ Patrick T. Egan
                Glen DeValerio, BBO # 122010
                Patrick T. Egan, BBO # 637477
                (pegan@bermanesq.com)
                Allison K. Jones, BBO # 654804
                One Liberty Square
                Boston, MA 02109
                Telephone:  (617) 542-8300

                **SHALOV STONE & BONNER LLP**
                James P. Bonner
                Patrick L. Rocco
                485 Seventh Avenue, Suite 10000
                New York, New York 10018
                Telephone:  (212) 239-4340

                **CAULEY BOWMAN CARNEY & WILLIAMS PLLC**
                Allen Carney
                11001 Executive Center Drive, Suite 200
                Little Rock, Arkansas 72212
                Telephone:  (501) 312-8500

                *Co-lead Counsel to Class Plaintiffs*
                *Hans A. Quaak, Karl Leibinger and Attilio Po*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ Avi Josefson
Max W. Berger
Steven B. Singer
Avi Josefson
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400

**LOONEY & GROSSMAN LLP**
Richard J. Grahn, BBO #206620
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2800

*Counsel to Plaintiffs Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund L.P. and Stonington Holdings L.L.C.*

**GREGORY P. JOSEPH LAW OFFICES LLC**

   /s/ Susan M. Davies
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
805 Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200

**KOTIN, CRABTREE & STRONG**
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031

*Counsel to Plaintiffs Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust*

**PARTRIDGE, ANKNER & HORSTMAN LLP**

    /s/ Terence K. Ankner
Terence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone: (617) 859-9999

**BOIES SCHILLER & FLEXNER**
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida 32801
Telephone: (407) 425-7118

**REED SMITH LLP**
Alan K. Cotler
Joan A. Yue
Steven T. Voigt
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone: (215) 851-8100

*Counsel to Plaintiffs Janet Baker, James Baker, JKBaker LLC and JMBaker LLC.*

**MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO**

Peter M. Saparoff (BBO # 441740)
Breton Leone-Quick (BBO # 655571)
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

**CLIFFORD CHANCE US LLP**

/s/ Jeff E. Butler
James W. Weidner
Jeff E. Butler
31 West 52nd Street
New York, NY 10019-6131
Tel: (212) 878-8000
Fax: (212) 878-8375

*Counsel For Defendant, Dexia Bank Belgium*

5