Exhibit C

BANQUE ARTESIA

| NOTE | ARTESIA SECURITIES | |
|---|---|---|
| De : | Ch. DELVAUX | 001/98/CDE<br>12/02/1999 |
| A : | R. AVONTS, S. DECRAENE, E. DEKLIPPEL, G. VAN DE WALLE, J. WAUTERS | |



**Présents:** R. AVONTS, S. DECRAENE, E. DEKLIPPEL, G. VAN DE WALLE, Ch. DELVAUX
**Excusé:** J. WAUTERS

1. **APPROBATION DU PV n° 10 DE LA REUNION DU 08.01.1999**

   Approbation.

2. **SUIVI**

   2.1 **Business plan**

   La Commission Bancaire et Financière a approuvé, lors de sa réunion du 02.02.1999, le Business Plan d'ARTESIA SECURITIES et donné par conséquent son accord pour démarrer les activités de la société au 01.03.1999.
   La personne de contact de la CBF et gestionnaire du dossier "ARTESIA SECURITIES" sera S. FUNCKEN.
   Les tâches suivantes doivent être effectuées:

   

   2.2 **Collaboration CORTAL - ARTESIA SECURITIES - DEUTSCHE BANK**

   Lors d'une réunion chez CORTAL le 03.02.1999 (représentants de CORTAL: R. DUPONT, M. VANDEVELDE et J-M. VANASSCHE - représentants d'ARTESIA SECURITIES: G. VAN DE WALLE, D. DE KEULENEIRE et Ch. DELVAUX), la Deusche Bank est venue présenter son projet permettant un <u>accès direct à la Bourse de Francfort</u>.



CONFIDENTIAL                                    DBB153501

2.

2.2.1 Ce projet consiste essentiellement à:

- router directement les ordres de bourse de CORTAL, de CORDIUS et d'ARTESIA, sur la Bourse de Francfort, au départ d'ARTESIA SECURITIES;
- recourir à la Deutsche Bank comme agent liquidateur et custodian, ce qui est déjà le cas actuellement.

2.2.2 Les principaux avantages sont:

- rapidité au niveau de l'exécution, de la confirmation d'exécution et de la confirmation du settlement;
- utilisation du module IT existant pour router les ordres sur la Bourse de Bruxelles, à savoir Tradeview (→ moindre coût d'installation et peu de formation);

    Remarque: toutefois, nécessité d'établir le lien avec Francfort via la filiale de la Deutsche Bank à Bruxelles.

- présence du Groupe en direct sur le marché allemand, ce qui devrait stimuler les volumes et permettre d'anticiper les restructurations futures des marchés boursiers européens;
- la Deutsche Bank étant notre agent liquidateur et custodian, il ne sera plus nécessaire d'envoyer des instructions de liquidation (→ allègement et accélération des traitements ).

2.2.3 Les participants à la présentation ont conclu que le projet est profitable pour le Groupe, pour autant que les frais soient abordables. La Deutsche Bank doit maintenant nous transmettre un document détaillé sur les coûts induits par le projet.



2.3 Architecture IT d'ARTESIA SECURITIES ( présentation O. DE KEULENEIRE)

- MUREX: réception d'une offre de prix concernant le F/O et le B/O; le module F/O est étudié par G. PLANCKE et G. VAN DE WALLE; le module B/O doit encore être examiné.
- INSTINET: une réunion est prévue le 09.02.1999 avec INSTINET pour discuter notamment de:
    
    o l'installation d'INSTINET au call center, en remplacement du réseau de brokers;
    o l'interface à développer entre INSTINET et le carnet d'ordres, ce qui éviterait la double saisie.

- TRAX (EASDAQ): examiner les modalités pratiques relatives à EASDAQ du fait du démarrage d'ARTESIA SECURITIES
- WEB SITE: mise en place d'un site propre à ARTESIA SECURITIES (adresse personnalisée), notamment afin de diffuser la Recherche.
- Back office: décision finale de l'architecture IT dans laquelle fonctionnera le back office d'ARTESIA SECURITIES au 01.03.1999 et de l'architecture cible vers laquelle il faut tendre.

2.4 Commissions clientèle; tarifs

3.

Mise en place du tarif complet des commissions clientèle, pour les opérations de bourse belge, les opérations de bourses étrangères et les opérations O.T.C.


TO DO : Gh. DELVAUX prépare un document.

### 2.5 Intégration du réseau

Etant donné l'intégration de certaines agences d'ARTESIA dans le réseau BACOB, où seront routées les opérations de bourse de la clientèle de ces agences (en rapport avec le contrat de collaboration signé avec SMEETS) ?


TO DO : G. VAN DE WALLE prend contact avec R. DUYCK.

### 2.6 Discount notes

Lors de la réunion entre G. VAN DE WALLE et D. COECKELBERGH, il est ressorti que la distribution du produit à la clientèle retail est conditionnée à:

- une taille minimale de BEF 5 mia;
- une standardisation des traitements;
- des traitements permettant une vision suffisamment claire de la rentabilité.

### 2.7 Statut du personnel d'ARTESIA SECURITIES

A suivre (R. MENSCHAERT)

## 3. DIVERS

### 3.1 Net Vision

L'attribution à ARTESIA s'élève à 2.000 titres. La non-participation d'ARTESIA dans le syndicat n'a pas permis de répondre aux souscriptions de la clientèle, ce qui explique le placement des titres en portefeuille.

### 3.2 Research - FIRST CALL

FIRST CALL oriente sa recherche vers des utilisateurs finaux du type asset managers, notamment CORDIUS. Le CD envisage l'opportunité d'exploiter cette recherche via une connection avec CORDIUS.

4.

4. **PROCHAINE REUNION**

   lundi 16.02.1999, 9 h. (+ 3)

   <u>Ordre du jour:</u>

   - approbation du PV n° 11 de la réunion du 05.02.1999;

   - follow up:

     ◊ formalités administratives (statuts, notaire,...) - point avec J. WAUTERS;
     ◊ ARTESIA SECURITIES - CORTAL - DEUTSCHE BANK;
     ◊ commissions clientèle (note de Ch. DELVAUX);
     ◊ exécution des ordres pour les agences ARTESIA intégrant la banque BACOB;
     ◊ discount notes;
     ◊ statut du personnel d'ARTESIA SECURITIES;

   - planning IT (Ch. DEBOTZE);

   - titres de fonction;

   - gestion des comptes (note de F. KEMPEN pour décision);

   - Comptabilité: To do list (note de F. KEMPEN pour information);

   - Implantation: plan (voir schéma)

                                        Ch. DELVAUX

CONFIDENTIAL                         DBB153504

5.



TO DO LIST: SYNTHESE

| TACHE | RESPONSABLE | DATE |
|---|---|---|
| 1. **commissions clientèle**: rédaction d'un tableau clair et complet présentant les commissions clientèle pour les opérations de bourse belge, les opérations de bourses étrangères et les opérations O.T.C. | Ch. DELVAUX | 15.02.1999 |
| 2. **CORTAL - ARTESIA SECURITIES - DEUTSCHE BANK**: en fonction des coûts induits par le projet, décision sur la réalisation du projet | G. VAN DE WALLE, R. DUPONT, Ch. DELVAUX et J-M. VANASSCHE | 19.02.1999 |
| 3. **Intégration du réseau**: où seront routées les opérations de bourse de la clientèle des agences ARTESIA qui intègrent le réseau BACOB ? | G. VAN DE WALLE et R. DUYCK | 19.02.1999 |
| 4. **Passage de BACOB SECURITIES vers ARTESIA SECURITIES:**<br><br>⇒ Conseil d'Administration:<br>• démission du Conseil d'Administration actuel;<br>• désignation du Conseil d'Administration d'AS par l'Assemblée Générale;<br>• publication au Moniteur belge;<br>⇒ Comité de Direction:<br>• désignation du Comité de Direction d'AS par le Conseil d'Administration d'AS;<br>• communication au Registre de Commerce;<br>⇒ Statuts:<br>• notification devant notaire | Participations - Conseil d'Administration - Comité de direction d'ARTESIA SECURITIES | 28.02.1999 |

CONFIDENTIAL                                                    DBB153505