UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>     Plaintiffs,<br>     v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>     Defendants. | No.: 04-CV-10477 (PBS) |

## CERTIFICATE OF SERVICE

SUSAN M. DAVIES, hereby certifies that:

1. Plaintiffs' Memorandum of Law in Opposition to Dexia Bank Belgium's Objection to the December 28, 2006 Order Regarding Work Product, dated January 26, 2007, has been filed in the above-captioned action today through the ECF system, which filing constitutes service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF).

2. A true and correct paper copy of the document has been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

3. A true and correct copy of the document also has been to be served by electronic mail and First Class Mail, postage prepaid, upon the following counsel at the electronic and postal addresses indicated below:

Patrick T. Egan, Esq. (pegan@bermanesq.com)
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109
*Co-lead Counsel to Class Plaintiffs Hans A. Quaak, Karl Leibinger and Attilio Po in Quaak v. Dexia, S.A.,* 03-CV-11566(PBS)

Dated: January 26, 2007
        New York, New York

                                                    /s/ Susan M. Davies
                                        N.Y. Attorney Registration # 2413508