# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---

Stonington Partners, Inc., et al,
        Plaintiffs,

        v.

Dexia, S.A., et al,
        Defendants.

Civil No. 04-10411-PBS

---

Gary B. Filler, et al,
        Plaintiffs,

        v.

Dexia, S.A., et al,
        Defendants.

Civil No. 04-10477-PBS

---

Janet Baker, et al,
        Plaintiffs,

        v.

Dexia, S.A., et al,
        Defendants.

Civil No. 04-10501-PBS

---

## ORDER OF CONSOLIDATION

SARIS, D.J.                                               February 1, 2007

      The Court consolidates the three cases. All future pleadings are to be filed under the Stonington Partners, Inc. action, 04-CV-10411-PBS. Based on my experience with this litigation, most pleadings have been the same, and the co-existence of the three cases has created an unnecessary docketing and case management burden.

                                           Patti B. Saris
                                          United States District Judge

Copies to: All Counsel via ECF