UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>      Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>      Defendants. | No.: 04-CV-10477 (PBS) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES THROUGH THEIR UNDERSIGNED ATTORNEYS, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that all claims in the above-entitled action against Dexia, S.A. and Dexia Bank Belgium are hereby discontinued and dismissed, with prejudice, and without costs to either party as against the other.

Dated:   New York, NY
         May 21, 2007

                                        GARY B. FILLER and LAWRENCE PERLMAN,
                                        Trustees of the TRA Rights Trust

                                        By:_____/s/ Gregory P. Joseph_____
                                        Gregory P. Joseph, N.Y. Atty Reg. #1645852
                                        GREGORY P. JOSEPH LAW OFFICES LLC
                                        805 Third Avenue, 31st Floor
                                        New York, NY  10022
                                        Telephone:  (212) 407-1200

                                        KOTIN, CRABTREE & STRONG
                                        Amy C. Mainelli, BBO #657201
                                        One Bowdoin Square
                                        Boston, MA 02114
                                        Telephone:  (617) 227-7031


                                        DEXIA, S.A. and DEXIA BANK
                                        BELGIUM

                                        By:_____/s/ James Weidner_____
                                        James Weidner
                                        CLIFFORD CHANCE US LLP
                                        31 West 52nd Street
                                        New York, NY  10019
                                        Telephone:  (212) 878-8000


So Ordered:


_____, 2007


_____
Patti B. Saris
United States District Judge