UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>　　Plaintiffs,<br>　v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　Defendants. | No.: 04-CV-10477 (PBS) |

**CERTIFICATE OF SERVICE**

GREGORY P. JOSEPH, hereby certifies that the Stipulation and Order of Dismissal with Prejudice has been filed in the above-captioned action today through the ECF system, which filing constitutes service of the documents upon all registered ECF users as identified on the Notice of Electronic Filing (NEF). A paper copy of each of the documents has been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

Dated:  May 21, 2007
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory P. Joseph
　　　　　　　　　　　　　　　　　　　　Gregory P. Joseph
　　　　　　　　　　　　　　　　　　　　N.Y. Attorney Registration #1645852